OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4952

www.ca3.uscourts.gov

August 1, 2003

FILED
AUG -4 2003
WILLIAM T. WALSH
CLERK

NOTICE OF DOCKETING OF APPEAL

Bensel v. Allied Pilots Assoc

No(s): 02-cv-02917

(Honorable Joseph E. Irenas)

An appeal by **Leroy Bensel** was filed in the above-captioned case on 7/23/03, and docketed in this Court on 8/1/03, at No. **03-3176**.

Kindly use the Appeals Docket No. **03-3176** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk

By: Carmen M. Hernandez
Case Manager