```
            UNITED STATES DISTRICT COURT
               DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| LEROY "BUD" BENSEL, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>ALLIED PILOTS ASSOCIATION, AIR LINE PILOTS ASSOCIATION, AMERICAN AIRLINES, INC., and TWA AIRLINES, LLC,<br><br>            Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 02-2917 (JEI)<br><br>**ORDER ON THE MANDATE** |

**APPEARANCES:**

CURETON, CAPLAN, HUNT, SCARAMELLA & CLARK, P.C.
By:  JERALD R. CURETON, Esq.
     ANTHONY VALENTI, Esq.
     H. THOMAS HUNT, Esq.
     MICHAEL J. WIETRZYCHOWSKI, Esq.
     TARA A. MOSIER, Esq.
950B Chester Ave.
Delran, New Jersey 08075
     Attorney for Plaintiffs

JENNINGS SIGMOND
By:  JAMES KATZ, Esq.
Summit Buildings
800 North Kings Highway, Suite 403
Cherry Hill, New Jersey 08034

JAMES & HOFFMAN, P.C.
By:  EDGAR N. JAMES, Esq.
     STEVEN K. HOFFMAN, Esq.
     KATHY L. KRIEGER, Esq.
1101 17th St., N.W., Suite 510
Washington, D.C. 20036
     Attorneys for Defendant Allied Pilots Association

ARCHER & GREINER, P.C.
By:  JOHN C. CONNELL, Esq.
     MELISSA WHEATCROFT, Esq.
One Centennial Square
P.O. Box 3000
Haddonfield, New Jersey 08033

```
KATZ & RANZMAN, P.C.
By:  DANIEL M. KATZ, Esq.
1015 18th St., N.W., Suite 801
Washington, D.C. 20036
     Attorneys for Defendant Air Line Pilots Association

MORGAN, LEWIS & BOCKIUS LLP
By:  JOSEPH A. PIESCO, JR., Esq.
     ALFRED J. LECHNER, JR., Esq.
502 Carnegie Center
Princeton, New Jersey 08540
     Attorneys for Defendants American Airlines, Inc. and TWA
     Airlines, LLC
```

**IRENAS**, Senior District Judge

It appearing that:

1. On July 18, 2003, this Court entered an Order granting summary judgment on all Counts of Plaintiff's Complaint.

2. After an appeal to the Third Circuit Court of Appeals, the Circuit Court entered an Order dated October 26, 2004, reversing and remanding as to Count I of the Complaint and affirming as to all other Counts.

Based on the foregoing,

**IT IS** on this 24th day of January, 2005,

**ORDERED that:**

1. The Court's Order of July 18, 2003 is hereby **VACATED as to Count I of the Complaint ONLY;** and

2.   The Court's Order of July 18, 2003 **SHALL REMAIN IN FULL FORCE AND EFFECT** in all other respects.

s/*Joseph E. Irenas*
JOSEPH E. IRENAS
Senior United States District Judge