```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

LEROY "BUD" BENSEL, et al.    :
                              :      HONORABLE JOSEPH E. IRENAS
          Plaintiffs,         :
                              :      CIVIL ACTION NO. 02-2917 (JEI)
     v.                       :
                              :      ORDER GRANTING IN PART AND
AIR LINE PILOTS ASSOCIATION,  :      DENYING IN PART DEFENDANT'S
et al.                        :      MOTION TO COMPEL AND DENYING
                              :      PLAINTIFFS' CROSS-MOTION FOR
          Defendants.         :      A PROTECTIVE ORDER
                              :
                              :         (Docket Nos. 220 & 223)
```

**APPEARANCES:**

TRUJILLO RODRIGUEZ & RICHARDS, LLC
By: Lisa J. Rodriguez, Esq.
8 Kings Highway West
Haddonfield, NJ  08033
    Counsel for Plaintiffs


ARCHER & GREINER, P.C.
By: John C. Connell, Esq.
    Alexander Nemiroff, Esq.
One Centennial Square
Haddonfield, NJ  08033
    Counsel for Defendant Air Line Pilots Association,
    International

KATZ & RANZMAN, P.C.
By: Daniel M. Katz, Esq.
1015 18th Street N.W.
Suite 801
Washington, D.C. 20036
    Counsel for Defendant Air Line Pilots Association,
    International


**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon Defendant

Air Line Pilots Association, International's ("ALPA") Motion to Compel Production of Documents (Docket No. 220) and Plaintiffs' Cross-Motion for Protective Order (Docket No. 223), the Court having considered the submissions of the parties and conducted an *in camera* review of the twenty-five documents listed on Plaintiffs' November 6, 2006 Privilege Log (the "Subject Documents"), for the reasons set forth in an Opinion issued by this Court on even date herewith, which findings of fact and conclusions of law are incorporated herein by reference, and for good cause appearing;

**IT IS** on this 25th day of March, 2008,

    **ORDERED THAT:**

1. ALPA's Motion to Compel the Production of Documents is hereby **GRANTED** with respect to the Subject Documents.

2. ALPA's Motion to Compel Production of Documents is hereby **DENIED** to the extent it seeks to compel Plaintiffs to produce documents related to the Subject Documents not previously produced and protected by the attorney-client privilege.

3. Plaintiffs' Cross-Motion for a Protective Order is hereby **DENIED.**

                                              s/ *Joseph E. Irenas*
                                              **JOSEPH E. IRENAS, S.U.S.D.J.**