UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEROY "BUD" BENSEL, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>ALLIED PILOTS ASSOCIATION et al.,<br><br>       Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 02-2917 (JEI)<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.** |

**APPEARANCES:**
Lisa J. Rodriguez, Esq.
Nicole M. Acchione, Esq.
TRUJILLO, RODRIGUEZ & RICHARDS, LLC
258 Kings Highway East
Haddonfield, NJ 08033
    Counsel for Plaintiffs

Martin M. Green, Esq.
Allen P. Press, Esq.
Jonathan Andres, Esq.
GREEN JACOBSON, P.C.
Suite 700 Pierre Laclede Center
773 Forsyth Boulevard
St. Louis, MO 63105
    Counsel for Plaintiffs

John C. Connell, Esq.
Alexander Nemiroff, Esq.
ARCHER & GREINER
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
    Counsel for Defendants

Daniel M. Katz, Esq.
Jason M. Whiteman, Esq.
KATZ & RANZMAN, P.C.
4530 Wisconsin Ave., N.W. Suite 250
Washington D.C. 20016
    Counsel for Defendants

**IRENAS**, Senior District Judge:

This Matter having appeared before the Court upon the Defendant's Motion for Summary Judgment (Docket No. 295), the Court having considered the submission of the parties and for the reasons set forth in the Opinion issued by this Court on even date herewith, which findings of fact and conclusions of law are incorporated herein by reference, and for good cause appearing;

**IT IS** on this day 17th of December, 2009,

**ORDERED THAT:** Defendant's Motion for Summary Judgment is **denied.**

    S/ Joseph E. Irenas
JOSEPH E. IRENAS, S.U.S.D.J.