**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, New Jersey 08033
(856) 795-9002

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEROY "BUD" BENSEL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 02-2917 (JEI) |
| AIR LINE PILOTS ASSOCIATION, | ) |
| Defendant. | ) [PROPOSED] ORDER |

**THIS MATTER** having come before the Court on Plaintiffs' Motion for Reconsideration of this Court's Order dated December 17, 2009, denying Plaintiffs' Motion for Sanctions, and the Court having considered the papers submitted, and for other good cause shown;

**IT IS ON THIS** _____ day of _____, 2010, Ordered that Plaintiffs' Motion for Reconsideration is hereby GRANTED; and

**IT IS FURTHER ORDERED** that this Court's Order and Opinion dated December 17, 2009 are vacated and set aside; and

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Sanctions is GRANTED.

SO ORDERED,

_____
Honorable Joseph E. Irenas, S.U.S.D.J