**A&G** | ARCHER & GREINER, P.C.
ATTORNEYS AT LAW

**ALEXANDER NEMIROFF**
*Also Member of Pennsylvania,
Maryland, New York, Washington D.C.
and Virginia Bar*

ONE CENTENNIAL SQUARE
HADDONFIELD, NJ 08033-0968
856-795-2121
FAX 856-795-0574

**Email Address:**
anemiroff@archerlaw.com

**Direct Dial:**
(856) 354-3053

www.archerlaw.com

April 9, 2010

**VIA ECF**

The Honorable Joseph E. Irenas, U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 310
Camden, NJ  08101

    **RE:**    **Bensel, et al v. Air Line Pilots Association, et al.**
             **Civil Action No. 02-cv-02917-JEI**

Dear Judge Irenas:

    Defendant Air Line Pilots Association hereby takes no position with respect to Plaintiffs' Motion for Filing Under Seal.

    Thank you for Your Honor's consideration.

                            Respectfully submitted,

                            s/ Alexander Nemiroff

                            ALEXANDER NEMIROFF

cc:    Daniel M. Katz, Esquire (via ECF)
         Lisa J. Rodriguez, Esquire (via ECF)

5465069v1

| PRINCETON OFFICE | FLEMINGTON OFFICE | PHILADELPHIA OFFICE | WILMINGTON OFFICE | GEORGETOWN OFFICE | NEW YORK OFFICE |
|---|---|---|---|---|---|
| 700 Alexander Park | Plaza One | One Liberty Place - 32nd Floor | 300 Delaware Avenue | 9 East Market Street | 2 Penn Plaza |
| Suite 102 | 1 State Route 12, Suite 201 | 1650 Market Street | Suite 1370 | P.O. Box 977 | Suite 1500 |
| Princeton, NJ 08540 | Flemington, NJ 08822-1722 | Philadelphia, PA 19103-7393 | Wilmington, DE 19801 | Georgetown, DE 19947 | New York, NY 10121 |
| P 609-580-3700 | P 908-788-9700 | P 215-963-3300 | P 302-777-4350 | P-302-858-5151 | P 212-292-4988 |
| F 609-580-0051 | F 908-788-7854 | F 215-963-9999 | F 302-777-4352 | F-302-858-5161 | F 212-629-4568 |