ARCHER & GREINER
A Professional Corporation
One Centennial Square, East Euclid Avenue
Haddonfield, NJ 08033-0968
(856) 795-2121
Attorneys for Defendant
Air Line Pilots Association, International

By:   JOHN C. CONNELL, ESQUIRE
      ALEXANDER NEMIROFF, ESQUIRE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEROY "BUD" BENSEL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED PILOTS ASSOCIATION, AIR LINE PILOTS ASSOCIATION, AMERICAN AIRLINES, INC. and TWA, LLC,<br><br>Defendants. | Civil Action No. 02CV2917 (JEI)<br><br>**WITHDRAWAL OF APPEARANCE** |

I, Alexander Nemiroff, hereby withdraw my appearance as one of the attorneys of record for Defendant, Air Line Pilots Association, International, in the above-captioned matter.

By: */s/ Alexander Nemiroff*
John C. Connell, Esquire
Alexander Nemiroff, Esquire

DATED: July 7, 2010

5759305v1