UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

<u>**CAMDEN**</u>                                                                       <u>     July 8, 2010     </u>
**OFFICE**

                                                                                            DATE OF PROCEEDINGS

**JOSEPH E. IRENAS, S.U.S.D.J.**
**COURT REPORTER:** Stephen J. Daner
**OTHER(S):**

**TITLE OF CASE**:                                                CV 02-2917 (JEI)

BENSEL, ET AL.

v.

ALLIED PILOTS ASSOC.

**APPEARANCES:**
**Lisa Rodriguez, Esq., Nichole Accione, and Allen Press, Esq.,** for Plaintiffs
**Daniel Katz, Esq., and John Connell, Esq.,** for Defendants.

NATURE OF PROCEEDING: HEARING ON [314] MOTION FOR CERTIFICATE OF APPEALABILITY AND [317] MOTION FOR RECONSIDERATION

Ordered motions [314] and [317] motions denied.  Order to issue.


**Commenced:  10:00a.m.**
**Adjourned:    11:20a.m.**


**cc: Chambers**                                                              <u>Lawrence MacStravic</u>
                                                                                         **Deputy Clerk**