UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN**  July 8, 2010
**OFFICE**

DATE OF PROCEEDINGS

**JOSEPH E. IRENAS, S.U.S.D.J.**
**COURT REPORTER:** Stephen J. Daner
**OTHER(S):**

**TITLE OF CASE**:  CV 02-2917 (JEI)

BENSEL, ET AL.

v.

ALLIED PILOTS ASSOC.

**APPEARANCES:**
**Lisa Rodriguez, Esq., Nichole Accione, and Allen Press, Esq.,** for Class Plaintiffs
**No appearances for defendants.**

NATURE OF PROCEEDING: HEARING ON [319] MOTION TO SEAL DOCUMENT

Ordered transcript of [319] motion hearing sealed.

Ordered [319] motion denied.  Order to issue.

**Commenced:  11:20a.m.**
**Adjourned:   12:30p.m.**

**cc: Chambers**  Lawrence MacStravic
**Deputy Clerk**