UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEROY "BUD" BENSEL, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>ALLIED PILOTS ASSOCIATION et al.,<br><br>      Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 02-2917 (JEI)<br><br>**ORDER DENYING BOTH PARTIES' MOTIONS FOR RECONSIDERATION OR CERTIFICATION OF APPEALABILITY**<br>(Dkt. Nos. 314 & 317) |

**APPEARANCES:**

Lisa J. Rodriguez, Esq.
Nicole M. Acchione, Esq.
TRUJILLO, RODRIGUEZ & RICHARDS, LLC
258 Kings Highway East
Haddonfield, NJ 08033
      Counsel for Plaintiffs

Martin M. Green, Esq.
Allen P. Press, Esq.
Jonathan Andres, Esq.
GREEN JACOBSON, P.C.
Suite 700 Pierre Laclede Center
773 Forsyth Boulevard
St. Louis, MO 63105
      Counsel for Plaintiffs

John C. Connell, Esq.
ARCHER & GREINER
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
      Counsel for Defendants

Daniel M. Katz, Esq.
Jason M. Whiteman, Esq.
KATZ & RANZMAN, P.C.
4530 Wisconsin Ave., N.W. Suite 250
Washington D.C. 20016
      Counsel for Defendants

**IRENAS,** Senior District Judge:

This matter having appeared before the Court upon Defendant's Motion for Certification of the Court's opinion and order denying summary judgment (Dkt No. 314) and Plaintiff's Motion for Reconsideration of the Court's opinion and order denying Plaintiff's motion for sanctions (Dkt. No. 317) the Court having considered the submissions of both parties and holding oral argument on the record on July 8, 2010, denied both pending motions during the court session.

Based on the foregoing,

**IT IS** on this <u>8th</u> day of July, 2010,

**ORDERED THAT**

1) Defendant's Motion for Certification of Appealability (Dkt. No. 314) is hereby **DENIED** and

2) Plaintiff's Motion for Reconsideration (Dkt. No. 317) is also hereby **DENIED.**

                                            s/ Joseph E. Irenas
                                        JOSEPH E. IRENAS, S.U.S.D.J.