IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

LEROY "BUD" BENSEL, et al.

Plaintiffs,

v.

AIR LINE PILOTS ASSOCIATION,

Defendant.

Civil Action No. 02-2917 (JEI)

## PRETRIAL SCHEDULING ORDER

THIS MATTER, having come before the Court as a result of a conference call with the parties on Monday, July 12, 2010, and the Court having heard the parties respective positions concerning pretrial scheduling, and for other good cause shown:

**IT IS HEREBY ORDERED** on this 13th day of July, 2010, as follows:

1. Plaintiffs shall submit to Defendant its portion of the Final Pretrial Order no later than **October 15, 2010**;

2. Defendant shall submit to Plaintiffs its portion of the Final Pretrial Order no later than **December 15, 2010**;

3. The parties shall meet and confer to finalize and sign the Final Pretrial Order no later than **January 31, 2011**;

4. The signed Final Pretrial Order shall be immediately served upon the Court, no later than **February 2, 2011**; and

5. A Final Pretrial Conference is scheduled for **February 8, 2011, at 10:00 a.m.**

_____
Hon. Joseph E. Irenas, U.S.D.J.