IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

LEROY "BUD" BENSEL, et al.

Plaintiffs,

v.

AIR LINE PILOTS ASSOCIATION,

Defendant.

Civil Action No. 02-2917 (JEI)

## ORDER

THIS MATTER, having come before the Court by way of Class Counsel's Motion to Remove LeRoy "Bud" Bensel as a Class Representative, and the Court having reviewed the submissions of Class Counsel and Mr. Bensel, and having heard argument on September 27, 2010 with appearances by Mr. Bensel, on his own behalf, and Lisa J. Rodriguez, Martin M. Green, Allen P. Press and Joe D. Jacobson on behalf of Class Counsel, and for other good cause shown:

**IT IS HEREBY ORDERED** on this 5th day of October, 2010, as follows:

1. The motion to remove Mr. Bensel is hereby GRANTED for the reasons set forth on the record on September 28, 2010; and

2. Mr. Bensel shall be removed as a Class Representative but shall remain a member of the certified class.

_____
Hon. Joseph E. Irenas, U.S.D.J.