**ARCHER & GREINER**
A Professional Corporation
One Centennial Square, East Euclid Avenue
Haddonfield, NJ 08033-0968
(856) 795-2121
Attorneys for Defendant
Air Line Pilots Association, International

By:   JOHN C. CONNELL, ESQUIRE
      STEVEN J. FRAM, ESQUIRE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEROY "BUD" BENSEL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED PILOTS ASSOCIATION, AIR LINE PILOTS ASSOCIATION, AMERICAN AIRLINES, INC. and TWA, LLC,<br><br>Defendants. | Civil Action No. 02CV2917 (JEI)<br><br>**ENTRY OF APPEARANCE** |

TO:   CLERK OF COURT

Kindly enter my appearance as co-counsel for Defendant, Air Line Pilots Association.

By: */s/ Steven J. Fram*
    Steven J. Fram, Esquire

DATED: October 21, 2010.

6084438v1