

**TRUJILLO
RODRIGUEZ &
RICHARDS, LLC**
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

February 23, 2011

**VIA ECF & REGULAR MAIL**
Honorable Joseph E. Irenas, U.S.D.J.
United States District Court for the District of New Jersey
Post Office Building
401 Market Street, 3rd Floor, Suite 310
Camden, NJ 08101

   RE: Bensel, et al. v. Air Line Pilots Association
      Civil Action No. 02-2917

Dear Judge Irenas:

  On February 22, 2011, Defendant filed its Motion to Decertify Plaintiffs' Class Pursuant to Fed. R. Civ. P. 23(c)(1)(C). *See* Docket No. 354.4.

  Pursuant to Your Honor's directive at the February 8, 2011, pretrial conference, Plaintiffs do not intend to file a formal opposition brief. It is Plaintiff's understanding that Defendant's motion was filed to preserve its appellate record and that it was Your Honor's intent to deny this motion.

  If the Court would like Plaintiffs to respond to Defendant's Motion, Plaintiffs will do so in a timely fashion.

  Thank you.

            Respectfully submitted,

            *s/ Nicole M. Acchione*

            Nicole M. Acchione

cc: Steve Fram
   Daniel M. Katz
   John C. Connell