**A&G** | ARCHER & GREINER, P.C.
ATTORNEYS AT LAW

STEVEN J. FRAM
*Also Member of Pennsylvania Bar*

ONE CENTENNIAL SQUARE
HADDONFIELD, NJ 08033-0968
856-795-2121
FAX 856-795-0574

www.archerlaw.com

Email Address:
sfram@archerlaw.com

Direct Dial:
(856) 354-3051

Direct Fax:
(856) 673-7051

February 23, 2011

**VIA ECF AND U.S. MAIL**

The Honorable Joseph E. Irenas, U.S.D.J.
United States District Judge
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 310
Camden, NJ 08101

RE: **Bensel, et al. v. Air Line Pilots Association, et al.**
**Civil Action No. 02-cv-02917-JEI (D.N.J. Camden)**

Dear Judge Irenas:

I am writing on behalf of Defendant, the Air Line Pilots Association ("ALPA"), in response to Ms. Acchione's letter of earlier today, in which she indicates that Plaintiffs do not intend to file a response to ALPA's Motion to Decertify unless directed to so do by the Court.

My recollection is slightly different from Ms. Acchione's with respect to Your Honor's comments at the Final Pretrial Conference on February 8, 2001. I recall your Honor noting that the Court might not require Plaintiffs to file opposition to a motion to decertify, not that they were being excused from doing so in advance, as Ms. Acchione's letter might be read to suggest. Moreover, although Your Honor did remark that Your Honor was not inclined to decertify this action based upon a review of the letters that were submitted just before the conference, Your Honor also noted that the Court would remain open to persuasion after consideration of formal motion.

I note that the Order that Your Honor filed on February 9, 2011, and which set a deadline for the filing of the Motion to Decertify, did not indicate that no response would be required.

Defense counsel have not moved to decertify to preserve this issue for appeal, as Ms. Acchione's letter asserts. We have moved to decertify because we believe, for the reasons outlined in detail in our motion papers, that allowing this case to proceed as a class action will

PRINCETON OFFICE
700 Alexander Park
Suite 102
Princeton, NJ 08540
P 609-580-3700
F 609-580-0051

FLEMINGTON OFFICE
Plaza One
1 State Route 12, Suite 201
Flemington, NJ 08822-1722
P 908-788-9700
F 908-788-7854

PHILADELPHIA OFFICE
One Liberty Place - 32nd Floor
1650 Market Street
Philadelphia, PA 19103-7393
P 215-963-3300
F 215-963-9999

WILMINGTON OFFICE
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
P 302-777-4350
F 302-777-4352

GEORGETOWN OFFICE
9 East Market Street
P.O. Box 977
Georgetown, DE 19947
P-302-858-5151
F-302-858-5161

NEW YORK OFFICE
2 Penn Plaza
Suite 1500
New York, NY 10121
P 212-292-4988
F 212-629-4568

Hon. Joseph E. Irenas, U.S.D.J.
February 23, 2011
Page 2

result in confusion and undue complexity during further proceedings. We are hopeful that Your Honor will agree after consideration of our motion papers.

  I therefore respectfully request that Your Honor confirm that Plaintiffs will be required to file papers in response to ALPA's Motion to Decertify.

Respectfully yours,

STEVEN J. FRAM

SJF/mpw
cc: Lisa Rodriguez, Esquire
   Martin Green, Esquire
   Allen Press, Esquire
   Nicole Acchione, Esquire
   Daniel Katz, Esquire
   John Connell, Esquire

6477146v1