

**TRUJILLO
RODRIGUEZ &
RICHARDS, LLC**
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

February 28, 2011

**VIA ECF:**
Honorable Joseph Irenas, U.S.D.J.
United States District Court for the District of New Jersey
Post Office Building
401 Market Street, 3rd Floor, Suite 310
Camden, NJ 08101

    RE:    Bensel, et al. v. Air Line Pilots Association
                Civil Action No. 02-2917

Dear Judge Irenas:

    This is to confirm my conversation with your law clerk, Adam Rosenthal, in which he advised Plaintiffs' Counsel that they should respond to Defendants' Motion to Decertify, and that such opposition shall be filed by March 14, 2011.

                              Respectfully submitted,

                              s/ Lisa J. Rodriguez

                              Lisa J. Rodriguez