IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEROY "BUD" BENSEL, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AIR LINE PILOTS ASSOCIATION, ) <br> INTERNATIONAL, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 02-2917 (JEI) |

**CONSENT ORDER MODIFYING THE DATE FOR THE SUPPLEMENTAL
DEPOSITION OF ROLAND WILDER**

This matter having come before the Court upon the joint application of the Parties to modify the date set in the February 8, 2011 Order for the supplemental deposition of Roland Wilder; and the Court having considered the correspondence by counsel for Defendant; and for good cause shown;

IT IS this ___28th___ day of ___February___ 2011

ORDERED that the deposition of Roland Wilder shall occur on March 21, 2011.

_____
HON. JOSEPH E. IRENAS, S.U.S.D.J.

*The undersigned hereby consent
to the entry of this Order:*

| Trujillo Rodriguez & Richards, LLC | Archer & Greiner, P.C. |
|---|---|
| By: ___/s/ Nicole M. Acchione___ <br> Nicole M. Acchione, Esquire <br> Counsel for Plaintiffs | By: ___/s/ John C. Connell___ <br> John C. Connell, Esquire <br> Counsel for Defendant |

6484688v1