# ARCHER & GREINER, P.C.
## ATTORNEYS AT LAW

**KERRI E. CHEWNING**
*Also Member of Pennsylvania Bar*

ONE CENTENNIAL SQUARE
HADDONFIELD, NJ 08033-0968
856-795-2121
FAX 856-795-0574

**Email Address:**
kchewning@archerlaw.com

**Direct Dial:**
(856) 616-2685

**Direct Fax:**
(856) 673-7166

www.archerlaw.com

March 17, 2011

**VIA CM/ECF and U.S. MAIL**
The Honorable Joseph E. Irenas, S.U.S.D.J.
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 310
Camden, NJ 08101

> RE:   **Bensel, et al. v. Air Line Pilots Association, et al.**
>       **Civil Action No. 02-cv-2917 (JEI)**

Dear Judge Irenas:

This firm represents the Defendant in this matter. I am writing regarding Defendant's Motion to Decertify Plaintiffs' Class to respectfully request an extension of time to file a Reply Brief in further support of Defendant's motion.

The motion was listed as returnable on March 21, 2011. Plaintiffs' opposition to the motion was filed on March 14, 2011. I was informed by Chambers that any reply brief was due by March 21 absent a request for an extension. I am respectfully requesting a brief extension of one week, until March 28, 2011, to file a reply. Please be advised that Plaintiffs have consented to this request.

We thank the Court for its consideration.

Respectfully yours,

Archer & Greiner
A Professional Corporation

By:   */s/ Kerri E. Chewning*
      Kerri E. Chewning

cc:   Lisa Rodriguez, Esquire (via CM/ECF)
      Martin Green, Esquire (email only)
      Allen Press, Esquire (email only)
      Daniel Katz, Esquire (email only)

6484558v1

PRINCETON OFFICE
700 Alexander Park
Suite 102
Princeton, NJ 08540
P 609-580-3700
F 609-580-0051

FLEMINGTON OFFICE
Plaza One
1 State Route 12, Suite 201
Flemington, NJ 08822-1722
P 908-788-9700
F 908-788-7854

PHILADELPHIA OFFICE
One Liberty Place - 32nd Floor
1650 Market Street
Philadelphia, PA 19103-7393
P 215-963-3300
F 215-963-9999

WILMINGTON OFFICE
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
P 302-777-4350
F 302-777-4352

GEORGETOWN OFFICE
9 East Market Street
P.O. Box 977
Georgetown, DE 19947
P-302-858-5151
F-302-858-5161

NEW YORK OFFICE
2 Penn Plaza
Suite 1500
New York, NY 10121
P 212-292-4988
F 212-629-4568