**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
<u>**MINUTES OF PROCEEDINGS**</u>


<u>**CAMDEN**</u>                                                         <u>**April 14, 2011**</u>
**OFFICE**

                                                                    **DATE OF PROCEEDINGS**


**JOSEPH E. IRENAS, S.U.S.D.J.**
**COURT REPORTER:  Lynne Johnson**
**OTHER(S):**

**TITLE OF CASE**:                                          **CV** 02-2917 (JEI)


BENSEL, ET AL.


v.


ALLIED PILOTS ASSOC.


**APPEARANCES:**
**Nichole Accione, and Allen Press, Esq.,** for Plaintiffs
**Daniel Katz, Esq., Steven Fram, Esq. and and Elizabeth Ginsberg, Esq.,** for Defendants.


**NATURE OF PROCEEDING:** TELEPHONIC HEARING ON [361] MOTION TO PRECLUDE
                                                TESTIMONY


Ordered [361] motion denied.  Depositions to be completed by April 30, 2011.
Ordered opposition to [372] motion due April 21, 2011.
Order to issue.


**Commenced: 2:00p.m.**
**Adjourned:   2:20p.m.**


**Total Time:**


**cc: Chambers**                                              <u>Lawrence MacStravic</u>
                                                                    **Deputy Clerk**