UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEROY "BUD" BENSEL, ET AL.,<br><br>       Plaintiffs,<br><br>  v.<br><br>ALLIED PILOTS ASSOCIATION, ET AL.,<br><br>       Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 02-2917 (JEI)<br><br>**ORDER DENYING MOTION IN LIMINE TO PRECLUDE THE TESTIMONY OF STEVEN RAUTENBERG<br>(DOCKET # 361)** |

**APPEARANCES:**

TRUJILLO, RODRIGUEZ & RICHARDS, LLP
By: Lisa J. Rodriguez
258 Kings Highway East
Haddonfield, NJ 08033
    Counsel for Plaintiffs

ARCHER & GREINER, PC
By: John C. Connell
One Centennial Square
Haddonfield, NJ 08033
    Counsel for Defendant

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon Plaintiffs' Motion in Limine To Preclude the Testimony of Steven Rautenberg (Dkt. No. 361), the Court having considered the submissions of the parties, for the reasons set forth in a teleconference amongst the parties held on even date herewith, and for good cause appearing:

**IT IS** on this 14th day of April, 2011,

**ORDERED THAT:**

(1) Plaintiffs' Motion in Limine to Preclude the Testimony of Steven Rautenberg is hereby is hereby **DENIED.** If Plaintiffs choose to depose Steven Rautenberg, such deposition must be completed no later than April 30, 2011.

(2) Plaintiffs shall not be precluded from calling David Singer or Altman as witnesses at trial. If Defendant chooses to depose David Singer or Alan Altman, such depositions must be completed no later than April 30, 2011.

(3) Defendant must file its opposition brief to Plaintiffs' Motion in Limine to Permit Evidence at Trial of APLA's Spoliation (Dkt. No. 372) no later than April 21, 2011.

                                             s/ Joseph E. Irenas
                                       JOSEPH E. IRENAS, S.U.S.D.J.