

TRUJILLO
RODRIGUEZ &
RICHARDS, LLC
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

April 20, 2011

**VIA ECF AND OVERNIGHT MAIL:**
Honorable Joseph E. Irenas, U.S.D.J.
United States District Court for the District of New Jersey
Post Office Building
401 Market Street, 3rd Floor, Suite 310
Camden, NJ 08101

> RE:   Bensel, et al. v. Air Line Pilots Association
>        Civil Action No. 02-2917

Dear Judge Irenas:

On behalf of the Plaintiffs in the above-referenced matter, I write regarding a dispute that has arisen regarding Your Honor's April 14, 2011, Order Denying Plaintiffs' Motion *in Limine* to Preclude the Testimony of Steve Rautenberg. *See* Doc No. 374, attached hereto as Exhibit A.

On April 14, 2011, following telephonic argument by the parties, Your Honor denied Plaintiffs' Motion *in Limine*, allowing ALPA to call Steve Rautenberg, a former TWA Pilot and member of the MEC, as a trial witness.  In light of the Court's decision to permit Mr. Rautenberg to testify on behalf of ALPA, Your Honor also ruled that Plaintiffs would not be precluded from calling two additional TWA Pilots and members of the MEC as trial witnesses, Dave Singer and Alan Altman.  If Plaintiffs decided to call either of those two individuals as trial witnesses, Plaintiffs had to produce Messrs. Singer and Altman for deposition by April 30, 2011.  *Id.*

Plaintiffs intend to call Mr. Altman as a trial witness and ALPA has scheduled his deposition for April 28, 2011 in Las Vegas.  Plaintiffs, however, do not intend to call Mr. Singer as a trial witness and advised ALPA of this decision.  Notwithstanding Plaintiffs decision not to call Mr. Singer as a trial witness, ALPA has nonetheless taken the position that it is permitted to depose Mr. Singer and has served a deposition notice for April 29, 2011.  *See* Ex. B.

ALPA's position exceeds the scope and spirit of Your Honor's April 14, 2011, ruling.  As a condition to permitting Plaintiffs to amend their trial witness list to add Messrs. Singer and Altman, Plaintiffs had to produce those witnesses for deposition.  Conversely, if Plaintiffs decided not to call either or both of these individuals, Plaintiffs need not produce them for deposition.  ALPA's belated attempt to conduct a discovery deposition six weeks before trial of an absent class member is nothing more than an attempt to harass and fish for information.

Plaintiffs request a telephone conference be scheduled to address this issue or, alternatively, leave to file a motion for protective order.

Dated: April 20, 2011                        Respectfully submitted,

                                             TRUJILLO RODRIGUEZ & RICHARDS, LLC

                                             By:  ___s/ Lisa J. Rodriguez_____
                                                  Lisa J. Rodriguez

cc:    Steve Fram (via email)
       John Connell (via email)
       Dan Katz (via email)
       Plaintiffs' counsel (via email)

**EXHBIT A**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEROY "BUD" BENSEL, ET AL., <br><br>      Plaintiffs, <br><br>    v. <br><br> ALLIED PILOTS ASSOCIATION, ET AL., <br><br>      Defendants. | HONORABLE JOSEPH E. IRENAS <br><br> CIVIL ACTION NO. 02-2917 (JEI) <br><br> **ORDER DENYING MOTION IN LIMINE TO PRECLUDE THE TESTIMONY OF STEVEN RAUTENBERG (DOCKET # 361)** |

**APPEARANCES:**

TRUJILLO, RODRIGUEZ & RICHARDS, LLP
By:  Lisa J. Rodriguez
258 Kings Highway East
Haddonfield, NJ 08033
        Counsel for Plaintiffs

ARCHER & GREINER, PC
By: John C. Connell
One Centennial Square
Haddonfield, NJ 08033
        Counsel for Defendant

**IRENAS**, Senior District Judge:

This matter having appeared before the Court upon Plaintiffs' Motion in Limine To Preclude the Testimony of Steven Rautenberg (Dkt. No. 361), the Court having considered the submissions of the parties, for the reasons set forth in a teleconference amongst the parties held on even date herewith, and for good cause appearing:

**IT IS** on this <u>14th</u> day of April, 2011,

**ORDERED THAT:**

(1) Plaintiffs' Motion in Limine to Preclude the Testimony of Steven Rautenberg is hereby is hereby **DENIED.**  If Plaintiffs choose to depose Steven Rautenberg, such deposition must be completed no later than April 30, 2011.

(2) Plaintiffs shall not be precluded from calling David Singer or Altman as witnesses at trial.  If Defendant chooses to depose David Singer or Alan Altman, such depositions must be completed no later than April 30, 2011.

(3) Defendant must file its opposition brief to Plaintiffs' Motion in Limine to Permit Evidence at Trial of APLA's Spoliation (Dkt. No. 372) no later than April 21, 2011.


<u>    s/ Joseph E. Irenas    </u>
JOSEPH E. IRENAS, S.U.S.D.J.

2

**EXHBIT B**



ARCHER & GREINER, P.C.
ATTORNEYS AT LAW

**STEVEN J. FRAM**
*Also Member of Pennsylvania Bar*

ONE CENTENNIAL SQUARE
HADDONFIELD, NJ 08033-0968
856-795-2121
FAX 856-795-0574

www.archerlaw.com

Email Address:
sfram@archerlaw.com

Direct Dial:          Direct Fax:
(856) 354-3051    (856) 673-7051

April 19, 2011

Allen Press, Esquire
Green Jacobson & Butsch, P.C.
7733 Forsyth Boulevard
Suite 700
St. Louis, MO   63105

Lisa J. Rodriguez, Esquire
Trujillo Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ   08033

> RE:   **Bensel v. Airline Pilots Association**
>       **No. 02-2917-JEI (D.N.J.)**

Dear Counsel:

Enclosed herewith and being served upon you is a Notice for the deposition of David B. Singer on Friday, April 29, 2011.

Very truly yours,

STEVEN J. FRAM

SJF/gam
Enclosure
cc:   Daniel Katz, Esquire
      Elizabeth Ginsburg, Esquire

6658574v1

*PRINCETON OFFICE*
700 Alexander Park
Suite 102
Princeton, NJ 08540
P 609-580-3700
F 609-580-0051

*FLEMINGTON OFFICE*
Plaza One
1 State Route 12, Suite 201
Flemington, NJ 08822-1722
P 908-788-9700
F 908-788-7854

*PHILADELPHIA OFFICE*
One Liberty Place - 32nd Floor
1650 Market Street
Philadelphia, PA 19103-7393
P 215-963-3300
F 215-963-9999

*WILMINGTON OFFICE*
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
P 302-777-4350
F 302-777-4352

*GEORGETOWN OFFICE*
9 East Market Street
P.O. Box 977
Georgetown, DE 19947
P-302-858-5151
F-302-858-5161

*NEW YORK OFFICE*
2 Penn Plaza
Suite 1500
New York, NY 10121
P 212-292-4988
F 212-629-4568

ARCHER & GREINER
A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
(856) 795-2121
Attorneys for Defendant, Airline Pilots Association, International

BY:    STEVEN J. FRAM, ESQUIRE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

|  |  |
|---|---|
| LEROY "BUD" BENSEL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 02-2917-JEI |
| ALLIED PILOTS ASSOCIATION,<br>AIRLINE PILOTS ASSOCIATION, INT'L,<br>AMERICAN AIRLINES, INC. and<br>TWA, LLC, | ) |
| Defendants. | ) |

### NOTICE OF DEPOSITION – DAVID B. SINGER

TO:    Allen P. Press, Esquire                    Lisa J. Rodriguez, Esquire
       Green Jacobson & Butsch, P. C.            Trujillo Rodriguez & Richards, LLC
       Suite 700, Pierre LaClede Center          8 King's Highway West
       7733 Forsyth Boulevard                    Haddonfield, NJ 08033
       St. Louis, Missouri 63105

   **PLEASE TAKE NOTICE** that on Friday, April 29, 2011, Defendant, the Air Line Pilots

Association, International ("ALPA"), through its undersigned counsel, shall take the deposition

upon oral examination of David B. Singer. Said deposition shall be taken at the offices of

Archer & Greiner, P.C., One Centennial Squire, Haddonfield, NJ 08033, before a Certified

Shorthand Reporter or other person authorized to administer oaths under the laws of the State of

New Jersey. **Defendant intends to videotape this deposition.**

Said deposition will commence at 9:30AM and will continue from hour-to-hour until

completed or adjourned by agreement of counsel.

**PLEASE TAKE FURTHER NOTICE** that, at the time of his deposition, Mr. Singer

shall be required to bring with him and produce for inspection and copying, the following

documents:

1.      All documents that concern, refer or relate to his service as a member of the TWA

Master Executive Council, including but not limited to any notes created during or relating to his

service on the TWA MEC Negotiating Committee during the period from January 1 to April 30

of 2001.

2.      All documents that concern, refer or relate to communications with other

individuals who were members of the TWA MEC from January 1, 2001 to the present.

You are invited to attend and cross-examine.

Dated:  April 19, 2011.

                                        ARCHER & GREINER, P.C.
                                        Attorneys for Defendant

                                        By: _____
                                            STEVEN J. FRAM, ESQUIRE

*Pro Hac Vice*:
        Daniel M. Katz, Esquire
        Katz & Ranzman, P.C.
        4530 Wisconsin Ave., N.W., Suite 250
        Washington, DC  20016
        (202) 659-4656

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2011, I served a copy of the foregoing Deposition

Notice upon other counsel of record by email and first-class mail, postage prepaid, as follows:

> Allen P. Press, Esquire
> Green Jacobson & Butsch, P. C.
> Suite 700, Pierre LaClede Center
> 7733 Forsyth Boulevard
> St. Louis, Missouri 63105
> press@stlouislaw.com

> Lisa J. Rodriguez, Esquire
> Trujillo Rodriguez & Richards LLC
> 8 King's Highway West
> Haddonfield, NJ 08033
> lisa@trrlaw.com

STEVEN J. FRAM, ESQUIRE

6654439v1

3