**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, NJ 08033
Telephone: 856-795-9002
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEROY "BUD" BENSEL, et al., | Civil Action No. 02-2917 (JEI) |
| Plaintiffs, | |
| v. | |
| ALLIED PILOTS ASSOCIATION, et al., | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF MOTION TO AMEND THE CASE CAPTION**

TO: Daniel M. Katz
Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Suite 250
Washington, D.C. 20016

John C. Connell
Steve Fram
Archer & Greiner P.C.
One Centennial Square
Haddonfield, NJ 08033

**PLEASE TAKE NOTICE** that on Monday, June 20, 2011 at 9:00 a.m. or so soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiffs shall move before United States District Court, District of New Jersey, Mitchell H. Cohen U.S. Courthouse, One John F. Gerry Plaza, Fourth and Cooper Streets, Camden, New Jersey, for an Order granting Plaintiffs' Motion To Amend The Case Caption.

Plaintiffs will rely upon the enclosed Memorandum of Law.

A proposed form of Order is attached.

Oral argument is requested if opposed.

Dated: May 25, 2011

Respectfully submitted,

TRUJILLO RODRIGUEZ & RICHARDS, LLC

By: ___s/ Lisa J. Rodriguez___
Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, NJ  08033
Telephone: (856) 795-9002

**GREEN JACOBSON, P.C.**
Martin M. Green
Joe D. Jacobson
Allen P. Press
Jonathan F. Andres
7733 Forsyth Boulevard
Suite 700
St. Louis, MO  63105
Telephone: (314) 862-6800