## **EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALLY YOUNG, HOWARD HOLLANDER, THEODORE CASE, PATRICK BRADY, MICHAEL FINUCAN, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br>v.<br><br>AIR LINE PILOTS ASSOCIATION<br><br>Defendant. | Civil Action No. 02-2917 (JEI) |