**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, New Jersey 08033
(856) 795-9002

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEROY "BUD" BENSEL, *et al.*,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>AIR LINE PILOTS ASSOCIATION,  )<br>  )<br>Defendant.  )<br>  ) | Civil Action No. 02-2917 (JEI) |

**[PROPOSED[ ORDER**

  **THIS MATTER** having come before the Court on Plaintiffs' Motion to Amend the Case Caption; and the Court having considered the submissions of the Parties, and for other good cause shown;

  **IT IS ON THIS** _____ day of _____, 2011, Ordered that the case caption shall be amended to reflect only those the parties remaining in the litigation. .

  Leroy "Bud" Bensel, James Arthur, Matthew Comlish, Darshanprit Dhillon, Lemuel Daugherty, John Hefley and Robert Pastore shall be removed from the caption. Although all these individuals continue to be members of the class, they are no longer serving in a representative capacity.

Further, the caption shall be amended to remove the Allied Pilots Association and American Airlines, Inc. as these Defendants have been dismissed from the litigation.

SO ORDERED,

_____
Honorable Joseph E. Irenas, U.S.D.J