**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, NJ 08033
Telephone: 856-795-9002
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEROY "BUD" BENSEL, *et al.*, | Civil Action No. 02-2917 (JEI) |
| Plaintiffs, | |
| v. | |
| ALLIED PILOTS ASSOCIATION, *et al.*, | |
| Defendants. | |

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of Plaintiffs' Notice of Motion to Amend the Case Caption; Supporting Memorandum with Exhibit and Proposed Order were served on the counsel listed below via ECF.

| | |
|---|---|
| Daniel M. Katz, Esq.<br>Katz & Ranzman, P.C.<br>4530 Wisconsin Avenue, N.W.<br>Suite 250<br>Washington, D.C. 20016 | John C. Connell, Esq.<br>Steve Fram, Esq.<br>Archer & Greiner P.C.<br>One Centennial Square<br>Haddonfield, NJ 08033 |

Dated: May 25, 2011

By:  s/ Lisa J. Rodriguez
      Lisa J. Rodriguez