UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEROY "BUD" BENSEL, ET AL.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ALLIED PILOTS ASSOCIATION, ET AL.,<br><br>          Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 02-2917 (JEI)<br><br>**ORDER** |

**APPEARANCES:**

TRUJILLO, RODRIGUEZ & RICHARDS, LLP
By:  Lisa J. Rodriguez
258 Kings Highway East
Haddonfield, NJ 08033
          Counsel for Plaintiffs

ARCHER & GREINER, PC
By: John C. Connell
One Centennial Square
Haddonfield, NJ 08033
          Counsel for Defendant

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon Plaintiffs' Motion to Amend the Case Caption (Dkt. No. 381), the Court having considered the submissions of the parties and for good cause appearing;

**IT IS** on this <u>26th</u> day of May, 2011,

**ORDERED THAT:**

(1) Plaintiffs' Motion to Amend the Case Caption shall be **GRANTED**.

(2) The currently named Plaintiffs Leroy "Bud" Bensel, James Arthur, Matthew Comlish, Darshanprit Dhillon, Lemuel Daugherty, John Hefley and Robert Pastore shall be removed from the caption for this case.

(3) The currently named Defendants Allied Pilots Association and American Airlines, Inc. shall be removed from the caption for this case.

                                                s/ Joseph E. Irenas
                                           JOSEPH E. IRENAS, S.U.S.D.J.