UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

June 6, 2011
DATE OF PROCEEDINGS

JUDGE JOSEPH E. IRENAS, S.U.S.D.J.

COURT REPORTER: LYNNE JOHNSON

Docket #   CIV  02-2917 (JEI)

TITLE OF CASE:

PATRICK BRADY, et al.,

     Plaintiffs
v.

AIR LINE PILOTS ASSOCIATION,

     Defendant

APPEARANCES:
Allen Press, Joseph Jacobson, Lisa Rodriguez, and Nicole Accione, Esqs., for Plaintiffs
Steven Fram and Daniel Katz, Esqs., for Defendants

NATURE OF PROCEEDINGS:     JURY SELECTION AND TRIAL

Hearing on proposed testimony of Theodore Case.

Trial w/jury moved before the Honorable Joseph E. Irenas
Ordered jurors drawn; jurors drawn
The Court commenced voir dire of jury
Number of Jurors:  12
Number of challenges: 16
Jury panel excused  1:30p.m.


Trial w/jury adjourned until June 7, 2011 at 8:30AM

Time commenced: 9:30AM     Time Adjourned:    1:30PM        Total Time:  4:00


                                      Lawrence MacStravic
                                      DEPUTY CLERK

cc: Chambers