UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

June 7, 2011
DATE OF PROCEEDINGS

JUDGE JOSEPH E. IRENAS, S.U.S.D.J.

COURT REPORTER:  LYNNE JOHNSON

Docket #   CIV  02-2917 (JEI)

TITLE OF CASE:

PATRICK BRADY, et al.,

        Plaintiffs

    v.

AIR LINE PILOTS ASSOCIATION,

        Defendant

APPEARANCES:
Allen Press, Joseph Jacobson, Lisa Rodriguez, and Nicole Accione, Esqs., for Plaintiffs
Steven Fram and Daniel Katz, Esqs., for Defendants

NATURE OF PROCEEDINGS:      JURY TRIAL

Trial w/jury resumed before the Honorable Joseph E. Irenas.
Jury present.

Ordered jury sworn.    Jury sworn.
Preliminary instructions provided by the Court.
Allen Press, Esq., provided opening remarks for Plaintiffs.
Steven Fram, Esq., provided opening remarks for Defendant

Theodore Case sworn for Plaintiffs.

Trial w/jury adjourned until June 8, 2011 at 8:30AM

Time commenced: 8:30AM    Time Adjourned:    2:00PM    Total Time:    5:30

<u>Lawrence MacStravic</u>
DEPUTY CLERK

cc: Chambers