UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

June 8, 2011
DATE OF PROCEEDINGS

JUDGE JOSEPH E. IRENAS, S.U.S.D.J.

COURT REPORTER:  LYNNE JOHNSON

Docket #   CIV  02-2917 (JEI)

TITLE OF CASE:

PATRICK BRADY, et al.,

    Plaintiffs
  v.

AIR LINE PILOTS ASSOCIATION,

    Defendant

APPEARANCES:
Allen Press, Joseph Jacobson, Lisa Rodriguez, and Nicole Accione, Esqs., for Plaintiffs
Steven Fram and Daniel Katz, Esqs., for Defendants

NATURE OF PROCEEDINGS:	JURY TRIAL

Trial w/jury resumed before the Honorable Joseph E. Irenas.
Jury present.

Theodore Case resumed for Plaintiffs.

Trial w/jury adjourned until June 9, 2011 at 8:30AM

Time commenced: 8:30AM     Time Adjourned:   2:15PM     Total Time:  5:45

    Lawrence MacStravic
    DEPUTY CLERK

cc: Chambers