UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

June 9, 2011
DATE OF PROCEEDINGS

JUDGE JOSEPH E. IRENAS, S.U.S.D.J.

COURT REPORTER:  LYNNE JOHNSON

Docket #   CIV  02-2917 (JEI)

TITLE OF CASE:

PATRICK BRADY, et al.,

    Plaintiffs

  v.

AIR LINE PILOTS ASSOCIATION,

    Defendant

APPEARANCES:
Allen Press, Joseph Jacobson, Lisa Rodriguez, and Nicole Accione, Esqs., for Plaintiffs
Steven Fram and Daniel Katz, Esqs., for Defendants

NATURE OF PROCEEDINGS:        JURY TRIAL

Trial w/jury resumed before the Honorable Joseph E. Irenas.
Jury not present.

Hearing on proposed testimony outside jury presence.

Jury present.

Theodore Case resumed for Plaintiffs.
Video deposition of Jalmer Johnson played for jury.

Jury not present
Hearing on objections to proposed video testimony.

Video deposition of Stephen Tumblin played for jury.

Alan Altman sworn for Plaintiffs.

Jury excused for the day at 2:00p.m.

Recess 2:00p.m. - 3:40p.m.

Hearing on admissibility of deposition testimony outside jury presence.

Trial w/jury adjourned until June 13, 2011 at 8:30AM

Time commenced:  8:15AM        Time Adjourned:    4:45PM        Total Time:  6:50

                                                    Lawrence MacStravic
                                                    DEPUTY CLERK

cc: Chambers