UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

| | |
|---|---|
| CAMDEN OFFICE: | June 13, 2011 |
| | DATE OF PROCEEDINGS |

JUDGE JOSEPH E. IRENAS, S.U.S.D.J.

COURT REPORTER:  LYNNE JOHNSON

Docket #   CIV  02-2917 (JEI)

TITLE OF CASE:

PATRICK BRADY, et al.,

      Plaintiffs
  v.

AIR LINE PILOTS ASSOCIATION,

      Defendant

APPEARANCES:
Allen Press, Joseph Jacobson, Lisa Rodriguez, and Nicole Accione, Esqs., for Plaintiffs
Steven Fram and Daniel Katz, Esqs., for Defendants

NATURE OF PROCEEDINGS:      JURY TRIAL

Trial w/jury resumed before the Honorable Joseph E. Irenas.
Jury not present.

Hearing on proposed testimony outside jury presence.

Jury present.

Sally Young sworn for Plaintiffs.
Video deposition of Roland Wilder played for jury.

Trial w/jury adjourned until June 14, 2011 at 8:30AM

Time commenced:  8:15AM      Time Adjourned:  2:00PM      Total Time:  5:45

                                                    Lawrence MacStravic
                                                    DEPUTY CLERK

cc: Chambers