UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

|  |  |
|---|---|
| CAMDEN OFFICE: | June 14, 2011<br>DATE OF PROCEEDINGS |

JUDGE JOSEPH E. IRENAS, S.U.S.D.J.

COURT REPORTER:  LYNNE JOHNSON

Docket #   CIV  02-2917 (JEI)

TITLE OF CASE:

PATRICK BRADY, et al.,

      Plaintiffs
  v.

AIR LINE PILOTS ASSOCIATION,

      Defendant

APPEARANCES:
Allen Press, Joseph Jacobson, Lisa Rodriguez, and Nicole Accione, Esqs., for Plaintiffs
Steven Fram and Daniel Katz, Esqs., for Defendants

NATURE OF PROCEEDINGS:    JURY TRIAL

Trial w/jury resumed before the Honorable Joseph E. Irenas.
Jury not present.

Hearing on proposed testimony outside jury presence.
Jury present.

Continuation of video deposition of Roland Wilder played for jury.
 Jury not present.

Hearing on evidentiary objection outside jury presence.
Jury present.

Deposition testimony of Robert Reifschneider read into record.
Howard Hollander sworn for Plaintiffs.

Trial w/jury adjourned until June 15, 2011 at 8:30AM

Time commenced:  8:10AM     Time Adjourned:   2:10PM        Total Time:  6:00

                                                                                    Lawrence MacStravic
                                                                                    DEPUTY CLERK

cc: Chambers