UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:　　　　　　　　　　　　　　June 15, 2011
　　　　　　　　　　　　　　　　　　　　　　　DATE OF PROCEEDINGS

JUDGE JOSEPH E. IRENAS, S.U.S.D.J.

COURT REPORTER: LYNNE JOHNSON

　　　　　　　　　　　　　　　　　　　　Docket #   CIV  02-2917 (JEI)

TITLE OF CASE:

PATRICK BRADY, et al.,

　　　　Plaintiffs
　　v.

AIR LINE PILOTS ASSOCIATION,

　　　　Defendant

APPEARANCES:
Allen Press, Joseph Jacobson, Lisa Rodriguez, and Nicole Accione, Esqs., for Plaintiffs
Steven Fram and Daniel Katz, Esqs., for Defendants

NATURE OF PROCEEDINGS:　　　　JURY TRIAL

Trial w/jury resumed before the Honorable Joseph E. Irenas.
Jury not present.

Hearing on proposed testimony outside jury presence.
Jury present.

Howard Hollander resumed for Plaintiffs.

Trial w/jury adjourned until June 16, 2011 at 8:30AM

Time commenced:  8:15AM　　Time Adjourned: 2:15PM　　Total Time:  6:00

　　　　　　　　　　　　　　　　　　　Lawrence MacStravic
　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

cc: Chambers