UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

June 16, 2011
DATE OF PROCEEDINGS

JUDGE JOSEPH E. IRENAS, S.U.S.D.J.

COURT REPORTER: LYNNE JOHNSON

Docket # CIV 02-2917 (JEI)

TITLE OF CASE:

PATRICK BRADY, et al.,

    Plaintiffs
  v.

AIR LINE PILOTS ASSOCIATION,

    Defendant

APPEARANCES:
Allen Press, Joseph Jacobson, Lisa Rodriguez, and Nicole Accione, Esqs., for Plaintiffs
Steven Fram and Daniel Katz, Esqs., for Defendants

NATURE OF PROCEEDINGS:    JURY TRIAL

Trial w/jury resumed before the Honorable Joseph E. Irenas.
Jury present.

Video deposition of Clay Warner played for jury.
Sean Clarke sworn for Plaintiffs.
James Baehler sworn for Plaintiffs.
Matthew Comlish sworn for Plaintiffs.
Video deposition of Thomas Rachford played for jury.

Jury excused 1:55p.m.
Hearing on proposed testimony outside jury presence.

Trial w/jury adjourned until June 20, 2011 at 8:30AM

Time commenced: 8:20AM    Time Adjourned: 2:35PM    Total Time: 6:15

Lawrence MacStravic
DEPUTY CLERK

cc: Chambers