UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

June 20, 2011
DATE OF PROCEEDINGS

JUDGE JOSEPH E. IRENAS, S.U.S.D.J.

COURT REPORTER: LYNNE JOHNSON

Docket # CIV 02-2917 (JEI)

TITLE OF CASE:

PATRICK BRADY, et al.,

Plaintiffs

v.

AIR LINE PILOTS ASSOCIATION,

Defendant

APPEARANCES:
Allen Press, Joseph Jacobson, Lisa Rodriguez, and Nicole Accione, Esqs., for Plaintiffs
Steven Fram and Daniel Katz, Esqs., for Defendants

NATURE OF PROCEEDINGS: JURY TRIAL

Trial w/jury resumed before the Honorable Joseph E. Irenas.
Jury not present.

Hearing on proposed testimony outside jury presence.

Jury present.
Continuation of video deposition of Thomas Rachford played for jury.
Video deposition of Mark Hunnibell played for jury.
Exhibit P-427 (video) played for jury.
Video deposition of John Clark played for jury.
Video deposition of Jerome Mugerditchian played for jury.
Video deposition of Seth Rosen played for jury.

Trial w/jury adjourned until June 22, 2011 at 8:30AM

Time commenced: 8:30AM Time Adjourned: 2:15PM Total Time: 5:45

Lawrence MacStravic
DEPUTY CLERK

cc: Chambers