UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

June 22, 2011
DATE OF PROCEEDINGS

JUDGE JOSEPH E. IRENAS, S.U.S.D.J.

COURT REPORTER: LYNNE JOHNSON

Docket #   CIV  02-2917 (JEI)

TITLE OF CASE:

PATRICK BRADY, et al.,

      Plaintiffs
  v.

AIR LINE PILOTS ASSOCIATION,

      Defendant

APPEARANCES:
Allen Press, Joseph Jacobson, Lisa Rodriguez, and Nicole Accione, Esqs., for Plaintiffs
Steven Fram and Daniel Katz, Esqs., for Defendants

NATURE OF PROCEEDINGS:		JURY TRIAL

Trial w/jury resumed before the Honorable Joseph E. Irenas.
Jury not present.

Hearing on proposed testimony outside jury presence.

Jury present.
Video depositions of Ronald Rindfleisch played for jury.
Michael Day sworn for Plaintiffs.


Trial w/jury adjourned until June 23, 2011 at 8:30AM

Time commenced:  8:10AM	Time Adjourned:  2:10PM	Total Time:  6:00

                                        Lawrence MacStravic
                                        DEPUTY CLERK

cc: Chambers