UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

June 23, 2011
DATE OF PROCEEDINGS

JUDGE JOSEPH E. IRENAS, S.U.S.D.J.

COURT REPORTER: LYNNE JOHNSON

Docket #   CIV  02-2917 (JEI)

TITLE OF CASE:

PATRICK BRADY, et al.,

    Plaintiffs
  v.

AIR LINE PILOTS ASSOCIATION,

    Defendant

APPEARANCES:
Allen Press, Joseph Jacobson, Lisa Rodriguez, and Nicole Accione, Esqs., for Plaintiffs
Steven Fram and Daniel Katz, Esqs., for Defendants

NATURE OF PROCEEDINGS:      JURY TRIAL

Trial w/jury resumed before the Honorable Joseph E. Irenas.

Jury not present.
Hearing on proposed testimony outside jury presence.

Jury present.
Michael Day resumed for Plaintiffs.

Plaintiffs rest.

Trial w/jury adjourned until June 27, 2011 at 8:30AM

Time commenced:  8:00AM     Time Adjourned:  2:15PM     Total Time:  6:15

                                        Lawrence MacStravic
                                        DEPUTY CLERK

cc: Chambers