IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                    )
PATRICK BRADY, et al.,              )
                                    )
       Plaintiffs,                  )
                                    )
  v.                                )  Civil Action No. 02-2917 (JEI)
                                    )
AIR LINE PILOTS ASSOCIATION,        )
INTERNATIONAL,                      )
                                    )
       Defendant.                   )
_____ )

**ORDER GRANTING DEFENDANT'S MOTION
FOR JUDGMENT AS A MATTER OF LAW**

                    Archer & Greiner
                    A Professional Corporation
                    One Centennial Square
                    P.O. Box 3000
                    Haddonfield, New Jersey 08033-0968
                    (856) 795-2121

                    By:   Steven J. Fram, Esquire
                            Kerri E. Chewning, Esquire

*Pro Hac Vice*:

    Daniel M. Katz, Esquire
    Katz & Ranzman, P.C.
    4530 Wisconsin Ave., N.W., Suite 250
    Washington, DC  20016
    (202) 659-4656

Attorneys for Defendant
    Air Line Pilots Association, International

THIS matter having come before the Court upon the Motion of the Defendant for Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50(a); and the Court having considered the written submissions of the parties, the evidence and testimony admitted during the trial of this matter and oral argument; and for good cause shown;

IT IS this _____ day of _____ 2011,

ORDERED that Defendant's Motion for Judgment as a Matter of Law be and hereby is GRANTED and JUDGMENT is hereby entered in favor of Defendant and against Plaintiffs, dismissing the action with prejudice.

_____
HON. JOSEPH E. IRENAS, S.U.S.D.J.

6877889v1