## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____
                                         )
PATRICK BRADY, et al.,                   )
                                         )
              Plaintiffs,                )
                                         )
      v.                                 )      Civil Action No. 02-2917 (JEI)
                                         )
AIR LINE PILOTS ASSOCIATION,             )
INTERNATIONAL,                           )
                                         )
              Defendant.                 )
_____  )

## CERTIFICATE OF SERVICE

Archer & Greiner
A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, New Jersey 08033-0968
(856) 795-2121

By:    Steven J. Fram, Esquire
       Kerri E. Chewning, Esquire

*Pro Hac Vice*:

       Daniel M. Katz, Esquire
       Katz & Ranzman, P.C.
       4530 Wisconsin Ave., N.W., Suite 250
       Washington, DC  20016
       (202) 659-4656

Attorneys for Defendant
       Air Line Pilots Association, International

I hereby certify that on June 27, 2011, I electronically filed with the Court, and served upon counsel of record, the following documents via CM/ECF:

(1) Defendant Air Line Pilots Association International's Notice of Motion to for Judgment as a Matter of Law,

(2) Brief in support of same;

(3) Declaration of Steven J. Fram, Esquire with attached exhibits;

(4) proposed form of Order; and

(5) this Certificate of Service.

/s/ Steven J. Fram
STEVEN J. FRAM, ESQUIRE

6878077v1