UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

June 28, 2011
DATE OF PROCEEDINGS

JUDGE JOSEPH E. IRENAS, S.U.S.D.J.

COURT REPORTER: LYNNE JOHNSON

Docket #   CIV  02-2917 (JEI)

TITLE OF CASE:

PATRICK BRADY, et al.,

    Plaintiffs
  v.

AIR LINE PILOTS ASSOCIATION,

    Defendant

APPEARANCES:
Allen Press, Joseph Jacobson, Lisa Rodriguez, and Nicole Accione, Esqs., for Plaintiffs
Steven Fram and Daniel Katz, Esqs., for Defendants

NATURE OF PROCEEDINGS:        JURY TRIAL

Trial w/jury resumed before the Honorable Joseph E. Irenas.
Duane Woerth resumes for deft.
Steven Reutenberg sworn for deft.
Out of Presence of Jury
Hearing on objections to William Compton's testimony

Trial w/jury adjourned until June 29, 2011 at 8:30AM

Time commenced:  8:25 AM     Time Adjourned:  2:45 PM     Total Time:  6 hrs. 20 min

                                        s/ Marnie Maccariella
                                        DEPUTY CLERK