UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

June 27, 2011
DATE OF PROCEEDINGS

JUDGE JOSEPH E. IRENAS, U.S.D.J.

COURT REPORTER:  LYNNE JOHNSON

Docket #   CIV  02-2917 (JEI)

TITLE OF CASE:

PATRICK BRADY, et al.,

    Plaintiffs
  v.

AIR LINE PILOTS ASSOCIATION,

    Defendant

APPEARANCES:
Allen Press, Joseph Jacobson, Lisa Rodriguez, and Nicole Accione, Esqs., for Plaintiffs
Steven Fram and Daniel Katz, Esqs., for Defendants

NATURE OF PROCEEDINGS:        JURY TRIAL

Trial w/jury resumed before the Honorable Joseph E. Irenas.

Duane Worth sworn for the defendants.

Out of presence of the jury: Hearing on plaintiffs objection to defendants exhibit D411.

Jury returns

Trial w/jury adjourned until June 28, 2011 at 8:30AM

Time commenced:  8:30AM     Time Adjourned: 2:00  PM      Total Time: 5 ½ hours

                              David Bruey
                              DEPUTY CLERK

cc: Chambers