UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

June 30, 2011
DATE OF PROCEEDINGS

JUDGE JOSEPH E. IRENAS, U.S.D.J.

COURT REPORTER: LYNNE JOHNSON

Docket #   CIV  02-2917 (JEI)

TITLE OF CASE:

PATRICK BRADY, et al.,

    Plaintiffs
  v.

AIR LINE PILOTS ASSOCIATION,

    Defendant

APPEARANCES:
Allen Press, Joseph Jacobson, Lisa Rodriguez, and Nicole Accione, Esqs., for Plaintiffs
Steven Fram and Daniel Katz, Esqs., for Defendants

NATURE OF PROCEEDINGS:        JURY TRIAL

Trial w/jury resumed before the Honorable Joseph E. Irenas.
David Holtzman sworn for the defendants.

Trial w/jury adjourned until Tuesday, July 5, 2011 at 8:30 am.

Time commenced:  8:27 AM     Time Adjourned: 2:20  PM    Total Time: 5 hours and 47 minutes

David Bruey
DEPUTY CLERK

cc: Chambers