**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, New Jersey 08033
(856) 795-9002
*Co-counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., | |
| Plaintiffs, | Civil Acton No. 02-2917 (JEI) |
| v. | |
| AIR LINE PILOTS ASSOCIATION, | |
| Defendant. | |

**PLAINTIFFS' NOTICE OF MOTION TO BAR THE TESTIMONY OF SETH ROSEN**

TO: Daniel M. Katz
Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Suite 250
Washington, D.C. 20016

Steve Fram, Esq.
Archer & Greiner P.C.
One Centennial Square
Haddonfield, NJ 08033

**PLEASE TAKE NOTICE** that on August 1, 2011, or as soon thereafter as counsel may be heard, Class Representatives Howard Hollander, Sally Young, Ted Case, Michael Finucan and Patrick Brady, through their Counsel, shall move before the United States District Court, District of New Jersey, Mitchell H. Cohen U.S. Courthouse, One John F. Gerry Plaza, Fourth and Cooper Streets, Camden, New Jersey, for an Order barring the testimony of Seth Rosen.

In support of this motion, Plaintiffs will rely upon the accompanying brief.

A proposed form of Order is attached.

Dated: July 5, 2011      **TRUJILLO RODRIGUEZ & RICHARDS, LLC**

                           By:    s/ Lisa J. Rodriguez
                                    Lisa J. Rodriguez
                                    Nicole M. Acchione
                                    258 Kings Highway East
                                    Haddonfield, NJ 08033
                                    (856) 795-9002

                                    Green Jacobson, P.C.
                                    Martin M. Green
                                    Allen Press
                                    Jonathan Andres
                                    7733 Forsyth Boulevard
                                    Suite 700 Pierre Laclede Center
                                    St. Louis, Missouri 63105
                                    (314) 862-6800