**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, New Jersey 08033
(856) 795-9002
*Co-counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., :<br><br>Plaintiffs, :<br><br>v. :<br><br>AIR LINE PILOTS ASSOCIATION, :<br><br>Defendant. : | Civil Acton No. 02-2917 (JEI) |

## CERTIFICATION OF SERVICE

I hereby certify that a copy of Plaintiffs' Motion to Bar Seth Rosen Testimony was served on counsel below via ECF:

Daniel M. Katz, Esq.
Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Suite 250
Washington, D.C. 20016

Steve Fram, Esq.
Archer & Greiner P.C.
One Centennial Square
Haddonfield, NJ 08033

Dated: July 5, 2011

By:  s/ Lisa J. Rodriguez
     Lisa J. Rodriguez