**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, New Jersey 08033
(856) 795-9002
*Co-counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., | |
| Plaintiffs, | Civil Acton No. 02-2917 (JEI) |
| v. | |
| AIR LINE PILOTS ASSOCIATION, | |
| Defendant. | |

### [PROPOSED] ORDER

THIS MATTER having come before the Court by way of Plaintiffs' Motion for an Order barring the testimony of Seth Rosen, and the Court having considered the papers, and for other good cause shown;

IT IS ON THIS ____ day of _____, 2011, HEREBY ORDERED that Plaintiffs' Motion to Bar Testimony of Seth Rosen is GRANTED;

SO ORDERED,

_____
Hon. Joseph E. Irenas, U.S.D.J.