**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, New Jersey 08033
(856) 795-9002
*Co-counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., | : |
| Plaintiffs, | : Civil Acton No. 02-2917 (JEI) |
| v. | : |
| AIR LINE PILOTS ASSOCIATION, | : |
| Defendant. | : |

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of Plaintiffs' Brief in Opposition to Defendant's Motion for Judgment As A Matter of Law Pursuant to Fed. R. Civ. P. (50)a has been served on Defense Counsel via ECF.

Daniel M. Katz, Esq.
Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Suite 250
Washington, D.C. 20016

Steve Fram, Esq.
Archer & Greiner P.C.
One Centennial Square
Haddonfield, NJ 08033

Dated: July 6, 2011         By:     s/ Lisa J. Rodriguez
                                    Lisa J. Rodriguez