UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

July 6, 2011
DATE OF PROCEEDINGS

JUDGE JOSEPH E. IRENAS, S.U.S.D.J.

COURT REPORTER:  LYNNE JOHNSON

Docket #   CIV  02-2917 (JEI)

TITLE OF CASE:

PATRICK BRADY, et al.,

      Plaintiffs
  v.

AIR LINE PILOTS ASSOCIATION,

      Defendant

APPEARANCES:
Allen Press, Joseph Jacobson, Lisa Rodriguez, and Nicole Accione, Esqs., for Plaintiffs
Steven Fram and Daniel Katz, Esqs., for Defendants

NATURE OF PROCEEDINGS:    JURY TRIAL

Trial w/jury resumed before the Honorable Joseph E. Irenas.

Jury not present.
Hearing on housekeeping issues outside jury presence.

Jury present.
Seth David Rosen sworn for Defendants.

Jury not present.
Hearing on proposed jury instruction outside jury presence.

Jury present.
Court provided instruction to jury.
Richard Seltzer sworn for Defendants.

Trial w/jury adjourned until July 7, 2011 at 8:30AM

Time commenced:  8:15AM     Time Adjourned:  1:45PM     Total Time:  5:30

                                               Lawrence MacStravic
cc: Chambers                                     DEPUTY CLERK