UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:                                July 7, 2011
                                              DATE OF PROCEEDINGS

JUDGE JOSEPH E. IRENAS, S.U.S.D.J.

COURT REPORTER:  LYNNE JOHNSON

                                              Docket #   CIV  02-2917 (JEI)

TITLE OF CASE:

PATRICK BRADY, et al.,

       Plaintiffs
  v.

AIR LINE PILOTS ASSOCIATION,

       Defendant

APPEARANCES:
Allen Press, Joseph Jacobson, Lisa Rodriguez, and Nicole Accione, Esqs., for Plaintiffs
Steven Fram and Daniel Katz, Esqs., for Defendants

NATURE OF PROCEEDINGS:          JURY TRIAL

Trial w/jury resumed before the Honorable Joseph E. Irenas.
Jury not present.

Evidentiary hearing on motion to quash subpoena outside jury presence.
Michael Abram sworn.
Ordered motion granted.

Jury present.
Video deposition of Randy Babbitt played for jury.

Defendant rests.
Jury excused for the day 11:40a.m.

Hearing on admissibility of portions of Exhibit P-148 outside jury presence.

Hearing on [395] Motion for Judgment as Matter of Law

Ordered motion denied.

Charge conference.

Trial w/jury adjourned until July 11, 2011 at 8:30AM

Time commenced:  8:15AM          Time Adjourned:  4:05PM          Total Time:  7:50

cc: Chambers

<u>Lawrence MacStravic</u>
DEPUTY CLERK