UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

July 11, 2011
DATE OF PROCEEDINGS

JUDGE JOSEPH E. IRENAS, S.U.S.D.J.

COURT REPORTER:  LYNNE JOHNSON

Docket #   CIV  02-2917 (JEI)

TITLE OF CASE:

PATRICK BRADY, et al.,

    Plaintiffs
  v.

AIR LINE PILOTS ASSOCIATION,

    Defendant

APPEARANCES:
Allen Press, Joseph Jacobson, Lisa Rodriguez, and Nicole Accione, Esqs., for Plaintiffs
Steven Fram and Daniel Katz, Esqs., for Defendants

NATURE OF PROCEEDINGS:     JURY TRIAL

Trial w/jury resumed before the Honorable Joseph E. Irenas.
Jury not present.

Hearing on jury charge outside jury presence.

Jury present.

All parties rest.

Steven Fram, Esq., provided closing remarks for Defendant.

Allen Press, Esq., provided closing remarks for Plaintiffs.

Trial w/jury adjourned until July 12, 2011 at 8:30AM

Time commenced:  8:15AM     Time Adjourned:  2:00 PM     Total Time: 5:45

Lawrence MacStravic
cc: Chambers                                              DEPUTY CLERK