UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

July 12, 2011
DATE OF PROCEEDINGS

JUDGE JOSEPH E. IRENAS, S.U.S.D.J.

COURT REPORTER: LYNNE JOHNSON

Docket #   CIV  02-2917 (JEI)

TITLE OF CASE:

PATRICK BRADY, et al.,

      Plaintiffs
  v.

AIR LINE PILOTS ASSOCIATION,

      Defendant

APPEARANCES:
Allen Press, Joseph Jacobson, Lisa Rodriguez, and Nicole Accione, Esqs., for Plaintiffs
Steven Fram and Daniel Katz, Esqs., for Defendants

NATURE OF PROCEEDINGS:   JURY TRIAL

Trial w/jury resumed before the Honorable Joseph E. Irenas.
Jury not present.

Hearing on objections to Plaintiff's closing remarks.

Jury present.
Allen Press, Esq., continued closing remarks for Plaintiffs.

Jury not present.
Hearing on proposed additional jury instruction outside jury presence.

Jury present.
Charge by Court.

Ordered bailiff sworn.      Bailiff sworn.

Jury retired for deliberations at 12:00PM.

Ordered lunch to be ordered for 12 jurors at government expense.

Jurors returned to Court at 2PM for instruction.

Jury excused for the day at 2:10PM.

Trial w/jury adjourned until July 13, 2011 at 8:30AM

Time commenced:  8:10AM        Time Adjourned:  2:10PM        Total Time:  6:00

cc: Chambers

<u>Lawrence MacStravic</u>
DEPUTY CLERK