UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:                                July 13, 2011
                                              DATE OF PROCEEDINGS

JUDGE JOSEPH E. IRENAS, S.U.S.D.J.

COURT REPORTER:  LYNNE JOHNSON

                                              Docket #   CIV  02-2917 (JEI)
TITLE OF CASE:

PATRICK BRADY, et al.,

      Plaintiffs
  v.

AIR LINE PILOTS ASSOCIATION,

      Defendant

APPEARANCES:
Allen Press, Joseph Jacobson, Lisa Rodriguez, and Nicole Accione, Esqs., for Plaintiffs
Steven Fram and Daniel Katz, Esqs., for Defendants

NATURE OF PROCEEDINGS:        JURY TRIAL

Trial w/jury resumed before the Honorable Joseph E. Irenas.

Jury resumed deliberations at 8:30AM.

Jury note #1 filed.
Jurors returned to Court at 8:50AM for instruction on Jury note #1.
Jurors retired to resume deliberations at 8:55AM.

Ordered lunch to be ordered for 12 jurors at government expense.

Jury returned with verdict at 12:50PM
VERDICT:  in favor of plaintiffs and against defendant.

Ordered jury polled.         Jury polled.
Ordered jury discharged.     Jury discharged.
Trial adjourned at 1:00p.m.

Time commenced:  8:30AM     Time Adjourned:  1:00PM     Total Time:  4:30

                                                         Lawrence MacStravic
cc: Chambers                                              DEPUTY CLERK