UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JURY NOTE**

CASE NO:   CIV. 02-2917 (JEI)                                   DATE: 7/13/11

NAME OF CASE:   Brady v. Air Line Pilots Assoc.                 QUESTION # 1

Please send us a C-D player

FOREPERSON

JOINT EXHIBIT
C-7