UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PATRICK BRADY, et al., : HONORABLE JOSEPH E. IRENAS
  :
         Plaintiffs, :
  : Civil Action No. 02-2917 (JEI)
    v. :
  :
  : **JURY VERDICT**
AIR LINE PILOTS :
ASSOCIATION, et al. :
  :
         Defendants. :
_____:

We, the jury, unanimously find the following by a preponderance of the evidence:

(1) Did Defendant Air Line Pilots Association violate its duty of fair representation to the TWA Pilots?

  Answer:   Yes  X      No _____

**IF YOU ANSWERED "YES" TO QUESTION (1), PROCEED TO QUESTION (2). IF YOU ANSWERED "NO" TO QUESTION (1), PLEASE STOP; YOUR DELIBERATIONS ARE OVER. THE JURY FOREPERSON MUST SIGN THE LAST PAGE OF THIS VERDICT FORM.**

(2) Did Defendant Air Line Pilots Association's violation of its duty of fair representation directly cause injury to some of the TWA Pilots?

Answer: Yes __X__ No _____

**PLEASE STOP; YOUR DELIBERATIONS ARE OVER. THE JURY FOREPERSON MUST SIGN THE LAST PAGE OF THIS VERDICT FORM.**

SO SAY WE ALL, this _13_ day of July, 2011.


_____
Foreperson