AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

PATRICK BRADY, et al.

Plaintiffs

V.

AIR LINE PILOTS ASSOCIATION,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number:   Civ. 02-2917 (JEI)

X   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment of liability is entered in favor of Plaintiffs Patrick Brady, et al., and against Defendant Air Line Pilots Association.

July 14, 2011
Date

HONORABLE JOSEPH E. IRENAS
SENIOR UNITED STATES DISTRICT JUDGE