IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AIR LINE PILOTS ASSOCIATION, )<br>INTERNATIONAL, )<br>)<br>Defendant. )<br>) | Civil Action No. 02-2917 (JEI) |

ORDER GRANTING DEFENDANT'S MOTION
FOR JUDGMENT AS A MATTER OF LAW

THIS MATTER having come before the Court on the Motion of the Defendant, the Air Line Pilots Association International, requesting that the Court enter judgment in its favor, and dismiss this action with prejudice, notwithstanding the jury's liability verdict in favor of Plaintiffs, returned on July 13, 2011; and the Court having considered the submissions of the parties and having determined that there are insufficient facts from which a reasonable jury could find in favor of Plaintiffs; and good cause having been shown;

IT IS on this _____ day of September, 2011, ORDERED that ALPA's motion is GRANTED and judgment be and it hereby is entered in favor of ALPA, and against Plaintiffs, dismissing all claims in this action with prejudice.

1

IT IS SO ORDERED:

_____
HON. JOSEPH E. IRENAS, U.S.D.J.

7010946v1