ARCHER & GREINER
A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
(856) 795-2121
Attorneys for Defendant, Air Line Pilots Association International

BY:   STEVEN J. FRAM, ESQUIRE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PATRICK BRADY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>AIR LINE PILOTS ASSOCIATION,<br>INTERNATIONAL,<br><br>        Defendant. | Civil Action No. 02-2917 (JEI) |

### NOTICE OF MOTION OF DEFENDANT FOR A NEW TRIAL PURSUANT TO FED. R. CIV. P. 59 IN THE ALTERNATIVE TO DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW

To:   Lisa J. Rodriguez, Esquire
      Trujillo Rodriguez & Richards, LLC
      258 Kings Highway E.
      Haddonfield, NJ   08033

      Allen Press, Esquire
      Green Jacobson & Butsch, P.C.
      7733 Forsyth Boulevard
      Suite 700
      St. Louis, MO   63105

**PLEASE TAKE NOTICE** that on Tuesday, September 6, 2011, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Defendant, the Air Line Pilots Association International, shall move before the United States District Court for the District of New Jersey, at the U. S. Courthouse and Post Office Building in Camden, New Jersey, for an Order granting a new trial pursuant to Fed. R. Civ. P. 59 in the event that the Court does not grant ALPA's motion, being filed concurrently, for judgment as a matter of law, notwithstanding the jury's liability verdict, pursuant to Fed. R. Civ. P. 50(b).

In support of this motion, the undersigned shall rely upon the brief being submitted with this Notice of Motion, the accompanying Declaration of Counsel and the record herein. A proposed form of Order is also being submitted.

Oral argument is requested.

        Respectfully submitted,

        ARCHER & GREINER
        A Professional Corporation

        By: /s/ *Steven J. Fram*
            STEVEN J. FRAM, ESQUIRE

*Pro Hac Vice*:
    Daniel M. Katz, Esquire
    Katz & Ranzman, P.C.
    1015 18th Street, N.W., Suite 801
    Washington, DC  20036
    (202) 659-4656
    Counsel for Defendant, Air Line Pilots Association

Dated:  August 10, 2011.
7010549v1