ARCHER & GREINER
A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
(856) 795-2121
Attorneys for Defendant, Air Line Pilots Association International

BY:   STEVEN J. FRAM, ESQUIRE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PATRICK BRADY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 02-2917 (JEI) ) |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | ) ) ) |
| Defendant. | ) ) ) |

**ORDER GRANTING NEW TRIAL**

THIS MATTER having come before the Court on the Motion of the Defendant, the Air Line Pilots Association International, requesting that the Court grant a new trial pursuant to Fed. R. Civ. P. 59 in the alternative to its request that the Court grant judgment dismissing this action as a matter of law, pursuant to Fed. R. Civ. P. 50(b); and the Court having considered the submissions of the parties and having determined that a new trial is warranted with respect to the issue of liability; and good cause having been shown;

1

IT IS on this _____ day of September, 2011, ORDERED that ALPA's motion is GRANTED, that the jury's verdict entered on July 13, 2011, and the accompanying judgment entered on July 14, 2011, are hereby VACATED and a new trial shall be conducted.

IT IS SO ORDERED:

_____
HON. JOSEPH E. IRENAS, U.S.D.J.

7011056v1