ARCHER & GREINER
A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
(856) 795-2121
Attorneys for Defendant, Air Line Pilots Association International

BY:    STEVEN J. FRAM, ESQUIRE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PATRICK BRADY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 02-2917 (JEI) |
| ) | |
| AIR LINE PILOTS ASSOCIATION, ) | |
| INTERNATIONAL, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Steven J. Fram, Esquire, counsel for Defendant, Air Line Pilots Association, International, hereby certify that on August 10, 2011, I caused to be electronically filed with the Court and served upon on all counsel of record via CM/ECF the foregoing Notice of Motion for a New Trial Pursuant to Fed. R. Civ. P. 59 in the Alternative to Motion for Judgment as a Matter of law Pursuant to Fed. R. Civ. P. 50(b).

/s/ Steven J. Fram
STEVEN J. FRAM, ESQUIRE

7010670v1