ARCHER & GREINER  
A Professional Corporation  
One Centennial Square  
P.O. Box 3000  
Haddonfield, NJ 08033-0968  
(856) 795-2121  
Attorneys for Defendant, Air Line Pilots Association International  

BY:   STEVEN J. FRAM, ESQUIRE  

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 02-2917 (JEI) |
| ) | |
| AIR LINE PILOTS ASSOCIATION, ) | |
| INTERNATIONAL, ) | |
| ) | |
| Defendant. ) | |

**ORDER REVOKING *PRO HAC VICE* ADMISSION OF CERTAIN COUNSEL**

THIS MATTER having come before the Court on the Motion of the Defendant, the Air Line Pilots Association International, requesting that the Court revoke the *pro hac vice* admission of Allen Press, Esquire and Joseph Jacobson, Esquire, members of the bar of the State of Missouri who were admitted as *pro hac vice* counsel for the Plaintiff class in this matter pursuant to Local Civil Rule 101.1; and the Court having considered the submissions of the parties and having determined that revocation of the *pro hac vice* admission of said attorneys is appropriate; and good cause having been shown;

1

IT IS on this _____ day of September, 2011, ORDERED that Defendant's Motion is GRANTED and that the *pro hac vice* admission of Allen Press, Esquire and Joseph Jacobson, Esquire are hereby revoked.

IT IS SO ORDERED:

_____
HON. JOSEPH E. IRENAS, U.S.D.J.

7011110v1