ARCHER & GREINER
A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
(856) 795-2121
Attorneys for Defendant, Air Line Pilots Association International

BY:   STEVEN J. FRAM, ESQUIRE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AIR LINE PILOTS ASSOCIATION, )<br>INTERNATIONAL, )<br>)<br>Defendant. ) | Civil Action No. 02-2917 (JEI) |

## CERTIFICATE OF SERVICE

I, Steven J. Fram, Esquire, counsel for Defendant, Air Line Pilots Association, International, hereby certify that on August 10, 2011, I caused to be electronically filed with the Court and served upon on all counsel of record via CM/ECF the foregoing Notice of Motion to Revoke the *Pro Hac Vice* Admission of Certain Counsel for Plaintiffs.

/s/ *Steven J. Fram*
STEVEN J. FRAM, ESQUIRE

7010798v1