

**TRUJILLO
RODRIGUEZ &
RICHARDS, LLC**
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

August 12, 2011

**VIA ELECTRONIC FILING:**
Clerk
United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Fourth and Cooper Streets
Camden, New Jersey 08101

    Re:    *Brady, et al. v. ALPA*
                Civil Action No. 02-2917

Dear Sir or Madam:

    This firm is counsel for Plaintiffs in the above-referenced matter. I am writing to invoke the provisions of L.Civ.R.7.1(d)(5) to obtain an automatic extension to respond to Defendant's Motion for New Trial, Motion for Judgment as a Matter of Law and Motion to Revoke the *Pro Hac Vice* Admissions of Counsel, which are currently due on August 22, 2011.

    Plaintiff's Opposition papers will now be due on or before September 6, 2011, Defendant's Reply papers will be due on or before September 12, 2011, and the new Motion return date will be September 19, 2011.

    Thank you.

                                    Very truly yours,

                                    s/ Nicole M. Acchione
                                    Nicole M. Acchione

cc:    Steve Fram, Esquire (via ECF)
        Dan Katz, Esquire (via ECF)
        Plaintiffs' Counsel (via ECF)