

TRUJILLO
RODRIGUEZ &
RICHARDS, LLC
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

August 19, 2011

**VIA ECF & OVERNIGHT MAIL:**
Hon. Joseph Irenas, U.S.D.J.
United States District
Court for the District of New Jersey
Post Office Building
401 Market Street, 3rd Floor, Suite 310
Camden, NJ 08101

  RE: *Brady v. Air Line Pilots Association*
     Civil Action No. 02-2917

Dear Judge Irenas:

   Enclosed please find a proposed consent briefing schedule for submission of opposition and reply briefs in connection with Defendant's Motion for New Trial, Motion for Judgment Notwithstanding the Verdict and Motion to Revoke the *Pro Hac Vice* Admissions of Allen Press and Joe Jacobson.   If the form of Order meets with Your Honor's approval, the parties respectfully request you sign and enter the Order.

         Respectfully submitted,

         s/ Nicole M. Acchione

         Nicole M. Acchione

Enclosures
cc:  Steve Fram, Esq. (via ECF)
   Daniel Katz, Esq. (via ECF)
   Allen Press, Esq. (via ECF)
   Joe Jacobson, Esq. (via ECF)