IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, *et al.*  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>AIR LINE PILOTS ASSOCIATION,  )<br>)<br>Defendant.  ) | Civil Action No.: 02cv2917 (JEI) |

**CONSENT BRIEFING SCHEDULE AND ORDER**

IT IS on this ___ day of _____, 2011, hereby **ORDERED** that the briefing on Defendant's Motion for New Trial, Motion for Judgment Notwithstanding the Verdict, and Motion to Revoke the *Pro Hac Vice* Admissions of Allen Press and Joe Jacobson ("Defendant's post-trial motions") shall be completed pursuant to the following schedule:

1. The new return date for Defendant's Post-trial motions shall be October 3, 2011;

2. Plaintiffs shall file opposition briefs to Defendant's post-trial motions on or before September 12, 2011;

3. Defendant shall file reply briefs in further support of its post-trial motions on or before September 26, 2011; and

_____
Honorable Joseph E. Irenas, U.S.D.J.