IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, *et al.*     )<br>                              )<br>    Plaintiffs,              )<br>                              )<br>v.                            )   Civil Action No.: 02cv2917 (JEI)<br>                              )<br>AIR LINE PILOTS ASSOCIATION,  )<br>                              )<br>    Defendant.                )| |

**CONSENT BRIEFING SCHEDULE AND ORDER**

IT IS on this \_31st\_ day of \_AUGUST\_, 2011, hereby **ORDERED** that the briefing on Defendant's Motion for New Trial, Motion for Judgment Notwithstanding the Verdict, and Motion to Revoke the *Pro Hac Vice* Admissions of Allen Press and Joe Jacobson ("Defendant's post-trial motions") shall be completed pursuant to the following schedule:

1. The new return date for Defendant's Post-trial motions shall be October 3, 2011;

2. Plaintiffs shall file opposition briefs to Defendant's post-trial motions on or before September 12, 2011;

3. Defendant shall file reply briefs in further support of its post-trial motions on or before September 26, 2011; and

_____
Honorable Joseph E. Irenas, U.S.D.J.

-1-