**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, NJ 08033
Telephone: 856-795-9002
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY *et al.*, | : |
| Plaintiffs, | : Civil Action No. 02-2917 (JEI) |
| v. | : |
| AIR LINE PILOTS ASSOCIATION, | : |
| Defendant. | : |

**NOTICE OF MOTION FOR SANCTIONS PURSUANT TO RULE 11**

TO: Steve Fram                         Daniel M. Katz
    Archer & Greiner P.C.              Katz & Ranzman, P.C.
    One Centennial Square              4530 Wisconsin Avenue, N.W.
    Haddonfield, NJ 08033              Suite 250
                                       Washington, D.C. 20016

**PLEASE TAKE NOTICE** that on Monday, October 3, 2011, or so soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiffs shall move before the United States District Court, District of New Jersey, Mitchell H. Cohen U.S. Courthouse, One John F. Gerry Plaza, Fourth and Cooper Streets, Camden, New Jersey, for an Order granting Plaintiffs' Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure.

Plaintiffs will rely upon the enclosed Memorandum and Declaration of Nicole M. Acchione.

A proposed form of Order is enclosed.

Oral argument is requested if opposed.

Dated: September 6, 2011

Respectfully submitted,

TRUJILLO RODRIGUEZ & RICHARDS, LLC

By:   s/ Lisa J. Rodriguez
   Lisa J. Rodriguez
   Nicole M. Acchione
   258 Kings Highway East
   Haddonfield, NJ  08033
   Telephone: (856) 795-9002

**GREEN JACOBSON, P.C.**
Joe D. Jacobson
Allen P. Press
Jonathan Andres
7733 Forsyth Boulevard
Suite 700
St. Louis, MO  63105
Telephone: (314) 862-6800