UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al. : | |
| Plaintiffs, : | Civil Acton No. 02-2917 (JEI) |
| v. : | |
| AIR LINE PILOTS ASSOCIATION. : | |
| Defendant. : | |

### [PROPOSED] ORDER

THIS MATTER having come before the Court by way of Plaintiffs' for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure, and the Court having considered the papers, having heard argument from counsel, and for other good cause shown;

IT IS ON THIS ____ day of _____, 2011, HEREBY ORDERED: Plaintiffs' Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure is GRANTED.

SO ORDERED,

_____
Hon. Joseph E. Irenas, U.S.D.J.