**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, NJ 08033
Telephone: 856-795-9002
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY *et al.*, | : |
| Plaintiffs, | :   Civil Action No. 02-2917 (JEI) |
| | : |
| v. | : |
| | : |
| AIR LINE PILOTS ASSOCIATION, | : |
| Defendant. | : |
| | : |

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of Plaintiffs' Notice of Motion for Sanctions Pursuant to Rule

11, Brief in Support, Declaration of Nicole M. Acchione and Proposed Order have been served

on Defense Counsel via electronic fling.

| | |
|---|---|
| Steve Fram | Daniel M. Katz |
| Archer & Greiner P.C. | Katz & Ranzman, P.C. |
| One Centennial Square | 4530 Wisconsin Avenue, N.W. |
| Haddonfield, NJ 08033 | Suite 250 |
| | Washington, D.C. 20016 |

Dated:  September 6, 2011                          By:_ s/ Lisa J. Rodriguez
                                                                    Lisa J. Rodriguez