ARCHER & GREINER
A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
(856) 795-2121
Attorneys for Defendant, Air Line Pilots Association, International

BY:   STEVEN J. FRAM, ESQUIRE
      KERRI E. CHEWNING, ESQUIRE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 02-2917 (JEI) |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | ) |
| Defendant. | ) |

## NOTICE OF MOTION OF DEFENDANT TO DECERTIFY PLAINTIFFS' CLASS

To:   Lisa J. Rodriguez, Esquire
      Trujillo Rodriguez & Richards, LLC
      258 Kings Highway E.
      Haddonfield, NJ   08033

      Allen Press, Esquire
      Green Jacobson & Butsch, P.C.
      7733 Forsyth Boulevard
      Suite 700
      St. Louis, MO   63105

**PLEASE TAKE NOTICE** that on Monday, October 3, 2011, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Defendant, Air Line Pilots

Association, International, shall move before the Honorable Joseph E. Irenas, U.S.D.J., for an Order granting Defendant's Motion to Decertify Plaintiffs' Class.

In support of this motion, the undersigned shall rely upon the Brief submitted with this Notice of Motion, the accompanying Declaration of Kerri E. Chewning, Esquire with attached exhibits and the trial record.  A proposed form of Order and Certificate of Service are also included.

Oral argument is requested.

    Respectfully submitted,

    ARCHER & GREINER
    A Professional Corporation

    By:  /s/ *Kerri E. Chewning*
        KERRI E. CHEWNING, ESQUIRE

*Pro Hac Vice*:
    Daniel M. Katz, Esquire
    Katz & Ranzman, P.C.
    1015 18th Street, N.W., Suite 801
    Washington, DC  20036
    (202) 659-4656

    Counsel for Defendant, Air Line Pilots Association, International

Dated:  September 9, 2011

7106119v1