Archer & Greiner
A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, New Jersey 08033-0968
(856) 795-2121
By:   Steven J. Fram, Esquire
       Kerri E. Chewning, Esquire

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., | ) )  ) |
| Plaintiffs, | ) ) |
| v. | )   Civil Action No. 02-2917 (JEI) ) |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | ) ) ) |
| Defendant. | ) ) |

### DECLARATION OF KERRI E. CHEWNING, ESQUIRE IN SUPPORT OF DEFENDANT'S MOTION TO DECERTIFY PLAINTIFFS' CLASS

KERRI E. CHEWNING, ESQUIRE hereby declares as follows:

1.   I am a member of the Bar of this Court and an attorney with the law firm of Archer & Greiner, P.C., attorneys for Defendant, Air Line Pilots Association, International.

2.   I am submitting this Declaration in support of Defendant's Motion to Decertify Plaintiffs' Class.

3.   True and correct copies of the following relevant excerpts from trial transcripts and trial exhibits are attached hereto as indicated below:

Ex. A:   Trial Transcript, Volume 1, of June 7, 2011

Ex. B:   Trial Transcript, Volume 2, of June 8, 2011

Ex. C:   Trial Transcript, Volume 3, of June 9, 2011

Ex. D:   Trial Transcript, Volume 4, of June 13, 2011

Ex. E:   Trial Transcript, Volume 5, of June 14, 2011

Ex. F:   Trial Transcript, Volume 6, of June 15, 2011

Ex. G:   Trial Transcript, Volume 7, of June 16, 2011

Ex. H:   Trial Transcript, Volume 9, of June 22, 2011

Ex. I:   Trial Transcript, Volume 10, of June 23, 2011

Ex. J:   Trial Transcript, Volume 12, of June 28, 2011

Ex. K:   Trial Transcript, Volume 13, of June 29, 2011

Ex. L:   Trial Transcript, Volume 19, of July 12, 2011

Ex. M:   J-313, TWA Airlines LLC 2001 Pilot Seniority List, dated July 2, 2001

Ex. N:   J-352, Fax cover sheet from J. Darrah to R. Pastore attaching Supplement CC, dated November 12, 2001

Ex. O:   J-365, Combined Pilot Roster, dated February 2002

Ex. P:   D-21, Letter from Steve Rautenberg, Chairman, TWA Council 3, to Council 3 Pilots, dated October 25, 2001

Ex. Q:   D-139, Three Party Term Sheet

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 9, 2011.

*/s/ Kerri E. Chewning*
KERRI E. CHEWNING, ESQUIRE

7019429v1