



P07091









P07092





P07093




P07094





| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TWA | | 287 | 4770,864026 | 5037 | 20878 | THOMAS | | 11/8/66 | 6/15/88 | 5/1/01 |
| AA | 4737 | 4771 | 4771 | 5038 | 052835 | SCHULTZ | ER | 4/29/88 | 6/15/88 | 8/20/10 |
| AA | 4738 | 4772 | 4772 | 5039 | 052606 | SCHAUB | RO | 5/5/88 | 6/21/88 | 12/7/04 |
| AA | 4739 | 4773 | 4773 | 5040 | 052804 | ERICKSEN | BP | 5/5/88 | 6/21/88 | 1/19/07 |
| AA | 4740 | 4774 | 4774 | 5041 | 052839 | MATTHEWS | RF | 5/5/88 | 7/7/88 | 1/30/17 |
| AA | 4741 | 4775 | 4775 | 5042 | 052605 | RICHARDSON | CC | 5/5/88 | 6/21/88 | 6/19/13 |
| AA | 4742 | 4776 | 4776 | 5043 | 052599 | GARDNER | CJ | 5/5/88 | 6/21/88 | 2/2/19 |
| AA | 4743 | 4777 | 4777 | 5044 | 052853 | GIBBS | SC | 5/5/88 | 6/21/88 | 5/7/23 |
| AA | 4744 | 4778 | 4778 | 5045 | 052807 | BUCKMASTER | OD | 5/9/88 | 6/25/88 | 10/22/11 |
| AA | 4745 | 4779 | 4779 | 5046 | 052812 | STERZINGER | CG | 5/9/88 | 6/25/88 | 8/27/12 |
| TWA | 250 | 268 | 4779,060282 | 5047 | 20848 | HOFFMAN | RT | 11/8/68 | 6/25/88 | 9/8/05 |
| AA | 4746 | 4780 | 4780 | 5048 | 052677 | CORL | DN | 5/9/88 | 6/25/88 | 5/26/13 |
| AA | 4747 | 4781 | 4781 | 5049 | 852878 | GAYLORD | RC | 5/9/88 | 6/25/88 | 2/10/17 |
| AA | 4748 | 4782 | 4782 | 5050 | 052608 | EAST | RL | 5/9/86 | 6/25/88 | 2/24/17 |
| AA | 4749 | 4783 | 4783 | 5051 | 062645 | MICHAEL | JR | 5/13/88 | 6/29/88 | 11/25/09 |
| AA | 4750 | 4784 | 4744 | 5852 | 057817 | WALSH | SE | 5/13/88 | 6/29/88 | 1/20/13 |
| AA | 4751 | 4785 | 4785 | 5053 | 052614 | HUGGINS | OR | 5/13/88 | 6/29/88 | 7/9/14 |
| AA | 4752 | 4786 | 4786 | 5054 | 137420 | LEISETH | SR | 5/13/88 | 6/29/88 | 4/13/19 |
| AA | 4753 | 4787 | 4787 | 5055 | 852868 | WALLACE | DS | 5/13/88 | 6/29/88 | 1/22/22 |
| TWA | 251 | 269 | 4787,278537 | 5056 | 20882 | MIHALKA | GENE | 11/8/68 | 7/2/88 | 12/25/03 |
| AA | 4754 | 4788 | 4788 | 5057 | 137428 | MAIER JR | JC | 5/17/89 | 7/3/88 | 8/3/05 |
| AA | 4755 | 4789 | 4789 | 5058 | 052825 | STEVENS | RR | 5/17/88 | 7/5/88 | 7/9/12 |
| AA | 4756 | 4790 | 4790 | 5059 | 052882 | LEDYARD | JB | 5/17/88 | 7/3/88 | 8/24/12 |
| AA | 4757 | 4791 | 4791 | 5060 | 137429 | BEASLEY | CT | 5/17/88 | 7/3/88 | 1/18/14 |
| AA | 4758 | 4792 | 4792 | 5061 | 137425 | LACY | PE | 5/17/88 | 7/3/98 | 7/2/14 |
| AA | 4759 | 4793 | 4793 | 5062 | 052821 | PARRISH | MM | 5/17/88 | 7/3/88 | 10/28/16 |
| AA | 4760 | 4794 | 4794 | 5063 | 052651 | MURRAY JR | JE | 5/20/88 | 7/7/88 | 6/7/02 |
| AA | 4761 | 4795 | 4795 | 5064 | 852705 | HAMMERSTROM | JG | 5/20/88 | 7/7/88 | 12/21/08 |
| TWA | 252 | 270 | 4795,412793 | 5065 | 20875 | STONE | CK | 11/8/69 | 7/7/88 | 6/20/05 |
| AA | 4762 | 4796 | 4796 | 5066 | 137473 | LEONE | MR | 5/20/88 | 7/7/86 | 2/7/13 |
| AA | 4763 | 4797 | 4797 | 5067 | 137439 | ADAMS | RW | 5/20/88 | 7/7/86 | 2/24/18 |
| AA | 4764 | 4798 | 4798 | 5068 | 032628 | BISHOP | JM | 5/20/88 | 7/7/89 | 1/23/21 |
| AA | 4765 | 4799 | 4799 | 5069 | 052847 | ZAPF | JF | 5/20/88 | 7/7/88 | 8/25/22 |
| AA | 4766 | 4800 | 4800 | 5070 | 052631 | STERLING | OD | 5/25/88 | 7/11/88 | 8/1/05 |
| AA | 4767 | 4801 | 4801 | 5871 | 832658 | UNDERWOOD | PK | 5/25/88 | 7/11/89 | 7/9/10 |
| AA | 4768 | 4802 | 4802 | 5072 | 137506 | DAVIS | LM | 5/25/88 | 7/11/88 | 8/10/15 |
| AA | 4769 | 4803 | 4803 | 5973 | 052708 | DILAURO | CJ | 5/25/88 | 7/11/86 | 8/5/17 |
| TWA | 255 | 271 | 4803,589045 | 5874 | 20871 | SHREWSBURY | JEFF | 11/8/69 | 7/11/88 | 11/5/08 |
| AA | 4770 | 4804 | 4804 | 5075 | 052885 | ACUNA | GM | 5/25/88 | 7/11/88 | 11/29/17 |
| AA | 4771 | 4805 | 4805 | 5076 | 032700 | MENNINGA | BG | 6/2/88 | 7/19/88 | 1/17/05 |
| AA | 4772 | 4806 | 4806 | 5077 | 137412 | BLANKENSHIP JR | JC | 6/2/88 | 7/19/88 | 6/24/15 |
| AA | 4773 | 4807 | 4807 | 5078 | 052358 | RATLIFF | DW | 6/2/88 | 7/19/88 | 7/23/17 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AA | 4774 | 4808 | 4808 | 5079 | 137449 | DILLARD | SD | 6/2/88 | 7/19/88 | 8/29/17 |
| AA | 4775 | 4809 | 4809 | 5080 | 052171 | WARDROP | EA | 6/2/88 | 7/19/88 | 10/12/17 |
| AA | 4776 | 4810 | 4810 | 5081 | 052883 | LAXES | RS | 6/2/88 | 7/19/88 | 3/12/18 |
| AA | 4777 | 4811 | 4811 | 5082 | 052842 | BROICH | ML | 6/6/88 | 7/23/88 | 9/2/08 |
| TWA | | 272 | 4811,785305 | 5083 | 21189 | OUDERKIRK | | 11/15/66 | 7/23/88 | 6/2/01 |
| AA | 4778 | 4812 | 4812 | 5084 | 052684 | RICH | PB | 6/6/88 | 7/23/88 | 8/22/13 |
| AA | 4779 | 4813 | 4813 | 5085 | 137461 | VANSCHAGEN | AT | 6/6/88 | 7/23/88 | 2/19/14 |
| AA | 4780 | 4814 | 4814 | 5086 | 052713 | WELDON | JP | 6/6/88 | 7/23/88 | 12/27/14 |
| AA | 4781 | 4815 | 4815 | 5087 | 052639 | MITCHELL | CM | 6/8/88 | 7/23/88 | 8/13/16 |
| AA | 4782 | 4816 | 4816 | 5088 | 052687 | AUNE | JF | 6/8/88 | 7/23/88 | 9/28/16 |
| AA | 4783 | 4817 | 4817 | 5089 | 137510 | APFEL | KA | 6/10/88 | 7/27/88 | 9/24/17 |
| AA | 4784 | 4818 | 4818 | 5090 | 052685 | WIEFELS | OF | 6/10/88 | 7/27/89 | 12/12/17 |
| AA | 4785 | 4819 | 4819 | 5091 | 137447 | DAVIS | AC | 6/10/88 | 7/27/88 | 7/16/28 |
| TWA | 254 | 273 | 4819,94156 | 5092 | 21182 | HESSLING | D | 11/15/68 | 7/27/88 | 1/1/03 |
| AA | 4786 | 4820 | 4820 | 5093 | 052848 | HENSON JR | JR | 6/10/88 | 7/27/88 | 7/22/20 |
| AA | 4787 | 4821 | 4821 | 5094 | 137458 | LIVERNOIS | DH | 6/14/88 | 7/31/88 | 10/6/13 |
| AA | 4788 | 4822 | 4822 | 5095 | 052702 | SPINA | EC | 6/14/88 | 7/31/88 | 10/22/14 |
| AA | 4789 | 4823 | 4823 | 5096 | 052848 | PIFER | KJ2 | 6/14/88 | 7/31/88 | 1/26/16 |
| AA | 4790 | 4824 | 4824 | 5097 | 137461 | MCNICHOLS | WM | 6/14/88 | 7/31/88 | 8/9/17 |
| AA | 4791 | 4825 | 4825 | 5098 | 137498 | ROBERTSON | JP | 6/14/88 | 7/31/88 | 1/19/19 |
| AA | 4792 | 4826 | 4826 | 5099 | 852834 | KNIRSCH JR | OR | 6/17/88 | 8/4/88 | 8/7/03 |
| AA | 4793 | 4827 | 4827 | 5100 | 137461 | KOVALESKI | V | 6/17/88 | 8/4/88 | 9/20/03 |
| AA | 4794 | 4828 | 4828 | 5101 | 137818 | GLENN | WJ | 6/17/88 | 8/4/88 | 3/8/09 |
| TWA | 253 | 274 | 4828,117818 | 5102 | 21190 | ROWLAND | RT | 11/15/68 | 8/4/88 | 1/14/04 |
| AA | 4795 | 4829 | 4829 | 5103 | 137475 | GABLE | MC | 6/17/88 | 8/4/88 | 8/8/14 |
| AA | 4796 | 4830 | 4830 | 5104 | 137521 | COOK | CB | 6/17/88 | 8/4/88 | 12/17/15 |
| AA | 4797 | 4831 | 4831 | 5105 | 137471 | TANNENBAUM | S | 6/17/88 | 8/4/88 | 12/9/17 |
| AA | 4798 | 4832 | 4832 | 5106 | 137411 | MCKENNEY | ME | 6/22/88 | 8/8/88 | 3/13/14 |
| AA | 4799 | 4833 | 4833 | 5107 | 052868 | MARTIN | LJ | 6/22/88 | 8/8/88 | 5/22/18 |
| AA | 4800 | 4834 | 4834 | 5108 | 137542 | LEAMAN | MJ | 6/22/88 | 8/8/88 | 7/25/18 |
| AA | 4801 | 4835 | 4835 | 5109 | 137476 | MCCORD | MA | 6/22/88 | 8/8/88 | 8/20/18 |
| AA | 4802 | 4836 | 4836 | 5110 | 137505 | BIASI | GJ | 6/22/88 | 8/8/88 | 4/18/19 |
| TWA | 256 | 275 | 4836,294072 | 5111 | 21340 | LARSON | Y | 11/29/68 | 8/14/88 | 2/7/03 |
| AA | 4803 | 4837 | 4837 | 5112 | 137494 | GUSSON JR | JE | 6/24/88 | 8/15/88 | 3/11/04 |
| AA | 4804 | 4838 | 4838 | 5113 | 137477 | MECK | MB | 6/24/88 | 8/15/88 | 3/1/06 |
| AA | 4805 | 4839 | 4839 | 5114 | 137525 | WARD | RK | 6/24/88 | 8/15/88 | 7/29/06 |
| AA | 4806 | 4840 | 4840 | 5115 | 137464 | METCALFE | CB | 6/24/88 | 8/15/88 | 5/29/09 |
| AA | 4807 | 4841 | 4841 | 5116 | 137489 | PETTENGILL | JJ | 6/24/89 | 8/15/88 | 2/23/12 |
| AA | 4808 | 4842 | 4842 | 5117 | 137530 | TURNER | MM | 6/24/88 | 8/15/86 | 7/27/19 |
| AA | 4809 | 4843 | 4843 | 5118 | 052887 | SMITH | PM | 7/1/88 | 8/20/88 | 3/12/12 |
| AA | 4810 | 4844 | 4844 | 5119 | 137540 | COPLEY | RV | 7/1/88 | 8/20/88 | 7/10/12 |
| TWA | 257 | 278 | 4844,470827 | 5120 | 21341 | LEGG | N | 11/29/68 | 8/20/88 | 5/28/04 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AA | 4811 | 4845 | 4845 | 5121 | 052683 | FULLHART | CD | 6/10/88 | 8/20/88 | 12/27/14 |
| AA | 4812 | 4846 | 4846 | 5122 | 052712 | BERNIER JR | DL | 7/1/88 | 8/20/88 | 8/16/15 |
| AA | 4813 | 4847 | 4847 | 5123 | 137470 | WOODWARD | SD | 7/1/88 | 8/20/88 | 2/15/19 |
| AA | 4814 | 4848 | 4848 | 5124 | 137534 | GRIBBLE III | JT | 7/8/88 | 8/24/88 | 8/16/04 |
| AA | 4815 | 4849 | 4849 | 5125 | 137545 | LIPTAK | ES | 7/8/88 | 8/24/88 | 10/19/13 |
| AA | 4816 | 4850 | 4850 | 5126 | 137418 | JACKS | RW | 7/8/88 | 8/24/88 | 9/4/14 |
| AA | 4817 | 4851 | 4851 | 5127 | 137472 | HAYES | BE | 7/8/88 | 8/24/88 | 11/1/14 |
| AA | 4818 | 4852 | 4852 | 5128 | 137417 | BAGNARO | JS | 7/8/88 | 8/24/88 | 2/6/17 |
| TWA | 258 | 277 | 4852,886583 | 5129 | 21830 | HOLLANDER | NEIL | 11/29/69 | 8/24/88 | 7/21/04 |
| AA | 4819 | 4853 | 4853 | 5130 | 137490 | OBORSKI | P | 7/8/88 | 8/24/88 | 12/29/17 |
| AA | 4820 | 4854 | 4854 | 5131 | 137581 | SMITH | RJ | 7/12/88 | 8/28/88 | 12/28/06 |
| AA | 4821 | 4855 | 4855 | 5132 | 137549 | LISHKO | MS | 7/12/88 | 8/28/88 | 11/17/15 |
| AA | 4822 | 4856 | 4856 | 5133 | 137421 | KUEBLER | WR | 7/12/88 | 8/28/88 | 6/4/17 |
| AA | 4823 | 4857 | 4857 | 5134 | 137535 | KEMPF | TM | 7/12/88 | 8/28/88 | 7/8/17 |
| AA | 4824 | 4858 | 4858 | 5135 | 137422 | REMSEN JR | RD | 7/12/88 | 8/28/88 | 3/14/19 |
| AA | 4825 | 4859 | 4859 | 5136 | 137460 | REICH | BW | 7/12/88 | 8/28/88 | 8/7/19 |
| AA | 4826 | 4860 | 4860 | 5137 | 137573 | MALTMAN | DT | 7/15/88 | 9/1/88 | 9/26/05 |
| TWA | 259 | 278 | 4860,822859 | 5138 | 21321 | HADFIELD | ST | 11/29/68 | 9/1/88 | 12/7/05 |
| AA | 4827 | 4861 | 4861 | 5139 | 137574 | ABSTON | DE | 7/15/88 | 9/1/88 | 4/23/10 |
| AA | 4828 | 4862 | 4862 | 5140 | 137444 | MCMAHON | P | 7/15/88 | 9/1/88 | 5/17/14 |
| AA | 4829 | 4863 | 4863 | 5141 | 137571 | RAIMONDI | JJ | 7/15/88 | 9/1/88 | 4/1/17 |
| AA | 4830 | 4864 | 4864 | 5142 | 052688 | SIMS | SB | 7/15/88 | 9/1/88 | 3/21/20 |
| AA | 4831 | 4865 | 4865 | 5143 | 137451 | KIMEL | BL | 7/15/88 | 9/1/88 | 3/20/21 |
| AA | 4832 | 4866 | 4866 | 5144 | 137431 | EVANS | TP | 7/20/88 | 9/5/88 | 4/22/05 |
| AA | 4833 | 4867 | 4867 | 5145 | 137318 | WIDA | PJ | 7/20/88 | 9/5/88 | 11/17/13 |
| AA | 4834 | 4868 | 4868 | 5146 | 137427 | THREATT | BO | 7/20/88 | 9/5/88 | 11/20/13 |
| TWA | | 279 | 4868,898094 | 5147 | 21452 | BONUTINSKY | | 12/8/69 | 9/5/88 | 6/1/01 |
| AA | 4835 | 4869 | 4869 | 5148 | 137430 | CAVIN III | HL | 7/20/88 | 9/5/88 | 4/14/14 |
| AA | 4836 | 4870 | 4870 | 5149 | 137459 | PFITZNER | RG | 7/20/88 | 9/5/88 | 4/27/16 |
| AA | 4837 | 4871 | 4871 | 5150 | 137555 | DURST | KC | 7/20/88 | 9/5/88 | 9/4/19 |
| AA | 4838 | 4872 | 4872 | 5151 | 137443 | SICILIANO | TN | 7/20/88 | 9/5/88 | 8/10/20 |
| AA | 4839 | 4873 | 4873 | 5152 | 137483 | WAGNER | RE | 7/20/88 | 9/5/88 | 6/8/22 |
| AA | 4840 | 4874 | 4874 | 5153 | 137458 | DARRAH | JE | 7/20/88 | 9/5/88 | 9/24/23 |
| AA | 4841 | 4875 | 4875 | 5154 | 137437 | CUSTODIO | DE | 7/22/88 | 9/9/88 | 1/22/13 |
| AA | 4842 | 4876 | 4878 | 5155 | 137570 | PESONEN | WG | 7/22/88 | 9/9/88 | 9/6/14 |
| AA | 4843 | 4877 | 4877 | 5156 | 137614 | BAIL | K* | 7/22/88 | 9/9/88 | 12/8/18 |
| TWA | 260 | 280 | 4877,17535 | 5157 | 21427 | GARRISON | DON | 12/8/69 | 9/9/88 | 4/15/02 |
| AA | 4844 | 4878 | 4878 | 5158 | 137527 | BROUSSEAU | MA | 7/22/88 | 9/9/88 | 7/5/21 |
| AA | 4845 | 4879 | 4879 | 5159 | 137557 | THOMPSON | TN | 7/28/88 | 9/13/88 | 1/3/04 |
| AA | 4846 | 4880 | 4880 | 5160 | 137469 | INDRELIUS | JT | 7/28/88 | 9/13/88 | 7/26/05 |
| AA | 4847 | 4881 | 4881 | 5161 | 137507 | GIRARD | CD | 7/28/88 | 9/13/88 | 2/16/12 |
| AA | 4848 | 4882 | 4882 | 5162 | 137482 | STACKPOLE | DJ | 7/29/88 | 9/13/88 | 10/12/15 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AA | 4849 | 4883 | 4883 | 5163 | 137492 | RUSS | SS | 7/28/88 | 9/13/88 | 8/13/17 |
| AA | 4850 | 4884 | 4884 | 5164 | 137577 | HARTMAN | SA | 7/28/88 | 9/13/88 | 11/19/18 |
| AA | 4851 | 4885 | 4885 | 5165 | 137581 | WILLIAMS | RL | 8/1/88 | 9/17/88 | 4/26/04 |
| TWA | | 281 | 4885,351606 | 5166 | 21726 | GREEN | | 12/13/68 | 9/17/88 | 4/30/01 |
| AA | 4852 | 4886 | 4886 | 5167 | 137484 | BRASKY | WJ | 8/1/88 | 9/17/88 | 9/30/04 |
| AA | 4853 | 4887 | 4887 | 5168 | 137621 | GORSKI | TP | 8/1/88 | 9/17/88 | 3/29/10 |
| AA | 4854 | 4888 | 4888 | 5169 | 137605 | RICHARDSON | GE | 8/1/88 | 9/17/88 | 2/12/19 |
| AA | 4855 | 4889 | 4889 | 5170 | 052689 | HUFFORD | DL | 8/1/88 | 9/17/88 | 3/13/18 |
| AA | 4856 | 4890 | 4890 | 5171 | 137499 | BARCY | MJ | 8/1/88 | 9/17/88 | 12/17/20 |
| AA | 4857 | 4891 | 4891 | 5172 | 137595 | ARTHUR | KM | 8/5/88 | 9/21/88 | 8/28/12 |
| AA | 4858 | 4892 | 4892 | 5173 | 052887 | PRESCOTT | JD | 8/5/88 | 9/21/88 | 1/8/14 |
| AA | 4858 | 4895 | 4888 | 5174 | 052899 | NICOL | RN | 8/5/88 | 9/21/88 | 7/22/14 |
| TWA | | 282 | 4893,527862 | 5175 | 21927 | MILLER | | 12/27/68 | 9/21/88 | 8/17/01 |
| AA | 4860 | 4894 | 4894 | 5176 | 137826 | LEHMAN | JJ | 8/5/88 | 9/21/88 | 8/15/14 |
| AA | 4861 | 4895 | 4895 | 5177 | 137608 | KEATING | WM | 8/5/88 | 9/21/88 | 10/8/16 |
| AA | 4862 | 4896 | 4896 | 5178 | 052896 | GUIMARIN | M | 8/5/88 | 9/21/88 | 2/13/17 |
| AA | 4863 | 4897 | 4897 | 5179 | 137536 | CRACIE | DL | 8/9/88 | 9/25/88 | 1/12/04 |
| AA | 4864 | 4898 | 4898 | 5180 | 137552 | FRIESEN | DW | 8/9/88 | 9/25/88 | 4/9/04 |
| AA | 4865 | 4899 | 4899 | 5181 | 137498 | FERRIS | RP | 8/9/88 | 9/25/88 | 1/28/13 |
| AA | 4866 | 4900 | 4900 | 5182 | 052711 | MCLEOD | DC | 8/9/88 | 9/25/88 | 2/15/16 |
| AA | 4867 | 4901 | 4901 | 5183 | 137528 | GRECO | SF | 8/9/88 | 9/25/88 | 3/30/17 |
| TWA | 261 | 283 | 4901,704117 | 5184 | 21924 | LAROCHE | P | 12/27/68 | 9/25/88 | 2/23/02 |
| AA | 4868 | 4902 | 4902 | 5185 | 137611 | BOUWMAN | MD | 8/9/88 | 9/25/88 | 6/23/17 |
| AA | 4869 | 4903 | 4903 | 5186 | 137553 | COSENZA | CA | 8/12/88 | 9/29/88 | 10/8/06 |
| AA | 4870 | 4904 | 4904 | 5187 | 137541 | LANCE | FK | 8/12/88 | 9/29/88 | 8/6/13 |
| AA | 4871 | 4905 | 4905 | 5188 | 137503 | CHISHOLM JR | LR | 8/12/88 | 9/29/88 | 3/30/16 |
| AA | 4872 | 4906 | 4906 | 5189 | 137599 | SHANE | NO | 8/12/88 | 9/29/88 | 11/18/16 |
| AA | 4873 | 4907 | 4907 | 5190 | 052704 | PROEHL | JT | 8/12/88 | 9/29/88 | 3/25/19 |
| AA | 4874 | 4908 | 4908 | 5191 | 137498 | COLE | WC | 8/17/88 | 10/3/88 | 2/10/05 |
| AA | 4875 | 4909 | 4909 | 5192 | 137626 | PICKARD | JR | 8/17/88 | 10/3/88 | 10/31/05 |
| TWA | 262 | 284 | 4909,688373 | 5193 | 21919 | BURLAND | N | 12/27/68 | 10/3/88 | 10/4/03 |
| AA | 4876 | 4910 | 4910 | 5194 | 137691 | BAILEY | RR | 8/17/88 | 10/3/88 | 2/1/08 |
| AA | 4877 | 4911 | 4911 | 5195 | 137627 | HUGHES | CJ | 8/17/88 | 10/3/88 | 9/24/10 |
| AA | 4878 | 4912 | 4912 | 5196 | 137607 | CROSS | JR | 8/17/88 | 10/3/88 | 10/13/14 |
| AA | 4879 | 4913 | 4913 | 5197 | 137599 | MAY JR | JC | 8/17/88 | 10/3/88 | 9/20/18 |
| AA | 4880 | 4914 | 4914 | 5198 | 137588 | BRIGGS | JJ | 8/19/88 | 10/7/88 | 4/22/04 |
| AA | 4881 | 4915 | 4915 | 5199 | 137454 | KELLY | GR | 8/19/88 | 10/7/88 | 3/21/15 |
| AA | 4882 | 4916 | 4916 | 5200 | 137582 | WILMOTH | DE | 8/19/88 | 10/7/88 | 6/22/16 |
| AA | 4883 | 4917 | 4917 | 5201 | 137457 | NUSSMANN | CJ | 8/19/88 | 10/7/88 | 12/29/17 |
| AA | 4884 | 4918 | 4918 | 5202 | 137654 | ROWAN | RD | 8/19/88 | 10/7/88 | 5/28/18 |
| TWA | | 285 | 4918,058829 | 5203 | 21983 | GIRTMAN | | 1/3/69 | 10/7/88 | 4/15/01 |
| AA | 4885 | 4919 | 4919 | 5204 | 052484 | CRUMP | JR | 8/19/88 | 10/7/88 | 9/12/18 |

P07097



P07098



P07099



P07101






P07102

P07105