



P07106

P07109











P07112

P07113







P07115










P07119













































P07130





























P07135

















P07137















P07140



P07141












P07144

















P07148







P07150