### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 02-2917 (JEI) |
| ) | |
| AIR LINE PILOTS ASSOCIATION, ) | |
| INTERNATIONAL, ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING DEFENDANT'S MOTION
### TO DECERTIFY PLAINTIFFS' CLASS

        Archer & Greiner
        A Professional Corporation
        One Centennial Square
        P.O. Box 3000
        Haddonfield, New Jersey 08033-0968
        (856) 795-2121

        By:    Steven J. Fram, Esquire
                 Kerri E. Chewning, Esquire

*Pro Hac Vice*:

    Daniel M. Katz, Esquire
    Katz & Ranzman, P.C.
    4530 Wisconsin Ave., N.W., Suite 250
    Washington, DC  20016
    (202) 659-4656

        Counsel for Defendant  Air Line Pilots Association, International

This matter having come before the Court upon the Motion of the Defendant to Decertify Plaintiffs' Class; and the Court having considered the written submissions of the parties and oral argument, if any, and for good cause having been shown;

IT IS this _____ day of _____ 2011,

ORDERED that Defendant's Motion to Decertify Plaintiffs' Class be and hereby is GRANTED as follows:

1. Plaintiffs' class is hereby decertified for all purposes; and

2. Notice shall be provided to the individual class members within 30 days of the date of this Order that this action has been decertified.

_____
HON. JOSEPH E. IRENAS, U.S.D.J.

7106175v1