ARCHER & GREINER
A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
(856) 795-2121
Attorneys for Defendant, Air Line Pilots Association, International

BY:   STEVEN J. FRAM, ESQUIRE
      KERRI E. CHEWNING, ESQUIRE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 02-2917 (JEI) |
| AIR LINE PILOTS ASSOCIATION, ) INTERNATIONAL, ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I, Kerri E. Chewning, Esquire, counsel for Defendant, Air Line Pilots Association, International, hereby certify that on September 9, 2011, I caused to be electronically filed with the Court and served upon on all counsel of record, via CM/ECF, the foregoing Notice of Motion to Decertify Plaintiffs' Class and all documentation submitted in support of same.

                                              /s/ *Kerri E. Chewning*
                                              KERRI E. CHEWNING, ESQUIRE

7106157v1