**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, NJ 08033
Telephone: 856-795-9002
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AIR LINE PILOTS ASSOCIATION, <br><br> Defendant. | Civil Action No. 02-2917 (JEI) |

<b><u>CERTIFICATION OF SERVICE</u></b>

I hereby certify that a copy of Plaintiffs' Memorandum In Opposition To Defendant's Motion to revoke the *pro hac vice* admissions of Allen Press and Joe Jacobson has been served on Defense Counsel via ECF.

Daniel M. Katz, Esq.
Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Suite 250
Washington, D.C. 20016

Steve Fram, Esq.
Archer & Greiner P.C.
One Centennial Square
Haddonfield, NJ 08033

Dated: September 12, 2011

By: s/ Lisa J. Rodriguez
    Lisa J. Rodriguez