UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN**
**OFFICE**

September 22, 2011

**DATE OF PROCEEDINGS**

JOSEPH E. IRENAS, S.U.S.D.J.
COURT REPORTER: Lisa Marcus
OTHER(S):

TITLE OF CASE:            CV 02-2917 (JEI)

BRADY, ET AL.

v.

ALLIED PILOTS ASSOC.

**APPEARANCES:**
**Lisa Rodriguez, Nicole Accione, Joseph Jacobson, and Allen Press, Esqs.,** for Plaintiffs
**Daniel Katz, Steven Fram, and John Connell, Esqs.,** for Defendants.

NATURE OF PROCEEDING: TELEPHONIC HEARING ON [417] MOTION TO REVOKE PRO HAC VICE ADMISSION AND [443] MOTION FOR SANCTIONS

Ordered [417] Motion to Revoke Pro Hac Vice Admission and for sanctions denied.
Ordered [443] Motion for Sanctions granted.
Order to issue.

**Commenced:** 12:30p.m.
**Adjourned:** 2:05p.m.

**Total Time:** 1:35

cc: Chambers

Lawrence MacStravic
**Deputy Clerk**