UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PATRICK BRADY, et al.,

                Plaintiffs,

        v.

AIR LINE PILOTS ASSOCIATION,

                Defendant.

HONORABLE JOSEPH E. IRENAS

CIVIL ACTION NO. 02-2917
           (JEI)

**ORDER DENYING DEFENDANT'S MOTION TO REVOKE *PRO HAC VICE* ADMISSION AND GRANTING PLAINTIFFS' MOTION FOR SANCTIONS PURSUANT TO RULE 11**

**APPEARANCES:**

TRUJILLO, RODRIGUEZ & RICHARDS, LLP
By: Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, NJ 08033
     Counsel for Plaintiffs

GREEN JACOBSON, PC
By: Joe Jacobson
Allen P. Press
Martin M. Green
Jonathan Andres
7733 Forsyth Boulevard
Suite 700 Pierre Laclede Center
St. Louis, MO 63105

ARCHER & GREINER, PC
By: John C. Connell
Steven J. Fram
Kerri E. Chewning
One Centennial Square
Haddonfield, NJ 08033
     Counsel for Defendant

*Pro Hac Vice*:
KATZ & RANZMAN, PC
By: Daniel M. Katz
4530 Wisconsin Ave., N.W., Suite 250

Washington, DC 20016
     Counsel for Defendant

**IRENAS**, Senior District Judge:

This matter having appeared before the Court upon Defendant's Motion to Revoke *Pro Hac Vice* Admission (Dkt. No. 417), Plaintiffs' Motion for Sanctions Pursuant to Rule 11 (Dkt. No. 443) and Defendant's Motion for Attorney's Fees within its Brief in Opposition to Motion for Sanctions Pursuant to Rule 11 (Dkt. No. 448); and for the reasons set forth in a telephone conference on even date herewith; and for good cause appearing;

IT IS on this _22_ day of September, 2011,

**ORDERED THAT:**

(1) Defendant's Motion to Revoke *Pro Hac Vice* Admission is **DENIED.**

(2) Defendant'S Motion for Attorney's Fees within its Brief in Opposition to Motion for Sanctions is **DENIED.**

(3) Plaintiffs' Motion for Sanctions Pursuant to Rule 11 is **GRANTED.**

(4) Defendant's Counsel Archer & Greiner is hereby **SANCTIONED** $5,000 in addition to the legal fees and costs detailed  by the affidavit ordered below.  Of the $5,000 sanction, $2,500 shall be made payable to Plaintiffs' Counsel Joe Jacobson and $2,500 to Plaintiffs' Counsel Allen Press within 30 days.

(5) Plaintiffs' counsel are hereby ordered to submit

affidavits detailing the legal fees and costs incurred in bringing the Motion for Sanctions Pursuant to Rule 11 and defending the Motion to Revoke *Pro Hac Vice* Admission within 14 days.

(6) Defendant's Counsel Archer & Greiner shall not pass the costs of these sanctions on to any client.

(7) Oral argument concerning Defendant's Motion for Judgment NOV (Dkt. No. 415), Defendant's Motion for New Trial (Dkt. No. 416), and Defendant's Motion to Decertify Plaintiffs' Class (Dkt. No. 444) will be held on October 21, 2011 at 9:30 AM in Courtroom 1 of the Post Office Building.

                                     /s/ Joseph E. Irenas
                                  **JOSEPH E. IRENAS, S.U.S.D.J.**