

**TRUJILLO
RODRIGUEZ &
RICHARDS, LLC**
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

September 23, 2011

**VIA ELECTRONIC FILING:**
Honorable Joseph Irenas, U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Fourth and Cooper Streets
Camden, New Jersey 08101

    Re: *Brady, et al. v. ALPA*
       Civil Action No. 02-2917

Dear Judge Irenas:

    Your Honor has scheduled oral argument on Defendant's Motion to Decertify the Plaintiff Class, as well as Defendant's other post-trial motions, for October 21, 2011.

    Plaintiffs have not yet filed their opposition brief to Defendant's Motion to Decertify, which was due on September 19, 2011. Defendant's motion is premature since damages discovery has not yet been conducted. Although Plaintiffs raised this issue in their letter to the Court dated September 13, 2011, counsel inadvertently failed to address it with the Court yesterday during the telephonic argument on Defendant's Motion to Revoke the *Pro Hac Vice* Admissions of Certain Counsel.

    In light of the confusion, Plaintiffs respectfully seek leave to file their opposition brief in two weeks, or on October 10, 2011. This request is not being filed pursuant to L. Civ.R. 7.1(d)(5) since the due date for Plaintiffs' brief has passed. Under the requested briefing schedule, Plaintiffs' Opposition brief will now be due on or before October 10, 2011 and Defendant's Reply brief will be due on or before October 17, 2011.

Thank you.

                                   Respectfully submitted,

                                   <u>s/ Nicole M. Acchione</u>
                                   Nicole M. Acchione

cc:    Steve Fram, Esquire (via ECF)
       Dan Katz, Esquire (via ECF)
       Plaintiffs' Counsel (via ECF)