**A&G** | **ARCHER & GREINER, P.C.**
**ATTORNEYS AT LAW**

**KERRI E. CHEWNING**
*Also Member of Pennsylvania Bar*

ONE CENTENNIAL SQUARE
HADDONFIELD, NJ  08033-0968
856-795-2121
FAX 856-795-0574

Email Address:
kchewning@archerlaw.com

Direct Dial:
(856) 616-2685

Direct Fax:
(856) 673-7166

www.archerlaw.com

September 26, 2011

**VIA CM/ECF ONLY**

The Honorable Joseph E. Irenas, U.S.D.J.
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 310
Camden, NJ 08101

      **RE:** **Brady, et al. v. Air Line Pilots Association**
            **Civil No. 02-2917 (JEI)**

Dear Judge Irenas:

    Pursuant to the Court's scheduling Order on post-trial motions, ALPA's Reply Briefs in further support of its Motion for a New Trial and the Renewed Motion for Judgment as a Matter of Law are due today.  I am writing to respectfully request a short page extension for each of these Briefs.  ALPA requests permission to file Reply Briefs of not more than twenty pages each.

    Please be advised that counsel for Plaintiffs consent to this request.  We thank the Court for its courtesies.

Respectfully yours,

ARCHER &GREINER
A Professional Corporation

By: */s/ Kerri E. Chewning*
     Kerri E. Chewning, Esquire

cc:    All Counsel of Record (enclosures sent via CM/ECF)

7153118v1

PRINCETON OFFICE
700 Alexander Park
Suite 102
Princeton, NJ 08540
P 609-580-3700
F 609-580-0051

FLEMINGTON OFFICE
Plaza One
1 State Route 12, Suite 201
Flemington, NJ 08822-1722
P 908-788-9700
F 908-788-7854

PHILADELPHIA OFFICE
One Liberty Place - 32nd Floor
1650 Market Street
Philadelphia, PA 19103-7393
P 215-963-3300
F 215-963-9999

WILMINGTON OFFICE
300 Delaware Avenue
Suite 1370
Wilmington, DE  19801
P 302-777-4350
F 302-777-4352

GEORGETOWN OFFICE
9 East Market Street
P.O. Box 977
Georgetown, DE 19947
P-302-858-5151
F-302-858-5161

NEW YORK OFFICE
2 Penn Plaza
Suite 1500
New York, NY 10121
P 212-292-4988
F 212-629-4568

HACKENSACK OFFICE
21 Main Street, Suite 353
Court Plaza South, West Wing
Hackensack, NJ 07601-7095
P 201-342-6000
F 201-342-6611