**A&G** | **ARCHER & GREINER, P.C.**
**ATTORNEYS AT LAW**

**KERRI E. CHEWNING**
*Also Member of Pennsylvania Bar*

ONE CENTENNIAL SQUARE
HADDONFIELD, NJ 08033-0968
856-795-2121
FAX 856-795-0574

www.archerlaw.com

Email Address:
kchewning@archerlaw.com

Direct Dial:            Direct Fax:
(856) 616-2685      (856) 673-7166

September 27, 2011

**VIA CM/ECF ONLY**

The Honorable Joseph E. Irenas, U.S.D.J.
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 310
Camden, NJ 08101

RE:   **Brady, et al. v. Air Line Pilots Association**
      **Civil No. 02-2917 (JEI)**

Dear Judge Irenas:

I am writing on behalf of ALPA to respectfully request an adjournment of the date set for oral argument on ALPA's post-trial motions because not all counsel are available on October 21, 2011. We have conferred with counsel for Plaintiffs and all parties are available for oral argument at any time from November 1 through November 4, 2011. ALPA respectfully requests that the Court reschedule oral argument for a date within that time frame.

We thank the Court for its courtesies.

Respectfully yours,

ARCHER &GREINER
A Professional Corporation

By:   */s/ Kerri E. Chewning*
      Kerri E. Chewning, Esquire

cc:   All Counsel of Record
7156426v1

| PRINCETON OFFICE | FLEMINGTON OFFICE | PHILADELPHIA OFFICE | WILMINGTON OFFICE | GEORGETOWN OFFICE | NEW YORK OFFICE | HACKENSACK OFFICE |
|---|---|---|---|---|---|---|
| 700 Alexander Park | Plaza One | One Liberty Place - 32nd Floor | 300 Delaware Avenue | 9 East Market Street | 2 Penn Plaza | 21 Main Street, Suite 353 |
| Suite 102 | 1 State Route 12, Suite 201 | 1650 Market Street | Suite 1370 | P.O. Box 977 | Suite 1500 | Court Plaza South, West Wing |
| Princeton, NJ 08540 | Flemington, NJ 08822-1722 | Philadelphia, PA 19103-7393 | Wilmington, DE 19801 | Georgetown, DE 19947 | New York, NY 10121 | Hackensack, NJ 07601-7095 |
| P 609-580-3700 | P 908-788-9700 | P 215-963-3300 | P 302-777-4350 | P-302-858-5151 | P 212-292-4988 | P 201-342-6000 |
| F 609-580-0051 | F 908-788-7854 | F 215-963-9999 | F 302-777-4352 | F-302-858-5161 | F 212-629-4568 | F 201-342-6611 |