

**TRUJILLO
RODRIGUEZ &
RICHARDS, LLC**
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

October 6, 2011

**VIA ECF AND HAND DELIVERY**
Honorable Joseph E. Irenas, U.S.D.J.
United States District Court for the District of New Jersey
Post Office Building
401 Market Street, 3rd Floor, Suite 310
Camden, NJ 08101

RE: Brady, et al. v. Air Line Pilots Association
Civil Action No. 02-2917

Dear Judge Irenas:

Pursuant to Paragraph 5 of Your Honor's Order dated September 22, 2011, enclosed please find Affidavits of Lisa J. Rodriguez and Allen P. Press, detailing the legal fees and costs incurred with bringing Plaintiffs' Motion for Sanctions Pursuant to Rule 11, and defending against Defendant's Motion to Revoke the *Pro Hac Vice* Admissions of Certain Counsel.

Thank you.

Respectfully submitted,

*s/ Nicole M. Acchione*

Nicole M. Acchione

cc: Steve Fram (via ECF)
Dan Katz (via ECF)
Plaintiffs' Counsel