UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION,<br><br>Defendant. | Civil Action No. 02-2917 (JEI) |

**AFFIDAVIT OF LISA J. RODRIGUEZ IN SUPPORT OF AWARD OF ATTORNEYS' FEES**

STATE OF NEW JERSEY )
)ss.
COUNTY OF CAMDEN )

I, Lisa Rodriguez, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm Trujillo Rodriguez & Richards, LLC ("TRR"), located at 258 Kings Highway East, Haddonfield, NJ 08033. My firm was appointed by the Court to serve as co-Class Counsel for Plaintiffs in this action. This Affidavit is based upon my personal knowledge.

2. By Order dated September 22, 2011, the Court granted Plaintiffs' Motion for Sanctions Pursuant to Rule 11, and ordered Plaintiffs' counsel to submit affidavits detailing the legal fees and costs incurred in bringing the Motion for Sanctions and defending the Motion to Revoke the *Pro Hac Vice* Admission of Certain Counsel within 14 days.

3. This Affidavit is submitted in support of my firm's application for an award of attorneys' fees in accordance with the Court's Order dated September 22, 2011. Separate fee affidavits are submitted by Plaintiffs' co-counsel, Allen P. Press and Joe Jacobson.

3. Nicole M. Acchione, and I are the two lawyers primarily responsible for this case in my office. We have both worked on the case since my firm's appointment as Class Counsel in 2006, and have been actively involved in all aspects of the litigation.

4. Ira Richards, also a member of TRR, became actively involved in this litigation during trial preparation and thereafter. When I received ALPA's Motion to Revoke the *Pro Hac Vice* Admissions of Mssrs. Press and Jacobson, I conferred to Mr. Richards to discuss strategy on responding to what I perceived to be a frivolous motion, and the appropriateness of filing a Rule 11 motion.

5. The total number of hours spent by my firm in bringing Plaintiffs' Motion for Sanctions Pursuant to Rule 11, and responding to Defendant's Motion to Revoke the *Pro Hac Vice* Admissions, is 11.1 hours.

6. The total billable time spent by my firm working on these two motions is **$5,672.00**. This total was reached by multiplying the total number of attorney hours (11.1 hrs.) by the hourly rate charged by each attorney.

7. My current billing rate is $600 per hour, as is Mr. Richards. Ms. Acchione's current billing rate is $410 per hour.

8. These billing rates have been approved in other class actions pending in this vicinage by the Honorable Robert B. Kugler, U.S.D.J. in Lucas v. Vernon W. Hill, Civil Action No. 07-00349 (D.N.J. 2008) and the Honorable Noel L. Hillman, U.S.D.J. in In re: Pet Prods.

Liab. Litig., Civil Action No. 07-2867 (D.N.J. 2008).

9. Similar rates were approved by the Honorable Dickinson R. Debevoise in In re: Mercedes-Benz Tele Aid Contract Litigation, Civil Action No. 07-2720 (D.N.J. 2011); Honorable William H. Walls in In re Mercedes Benz Antitrust Litig., Civil Action No. 99-4311 (D.N.J. 2008) and In re Bulk Graphite Products Antitrust Litig., Civil Action No. 02-6030 (D.N.J. 2008), as well as Evans v. Lowes Home Centers, Civil Action No. 03-438 (E.D. Pa. 2008) (approving rate of $350. Fee award 1.05 times the lodestar calculation). These rates are consistent with rates charged for attorneys from similar litigation firms with national practices that handle complex class action litigation.

10. Contemporaneous time records are attached hereto as Exhibit A (time records of Lisa Rodriguez and Nicole M. Acchione) and Exhibit B (time records of Ira Richards). The attached time records include a detailed description of the work performed by the attorneys in bringing the Rule 11 motion, and also responding to Defendant's Motion to Revoke the *Pro Hac Vice* Admissions.

11. It is noteworthy that these time records do not reflect all of the time spent conferring with my partners and co-counsel as to the appropriateness of filing a Rule 11 motion, and defending against the frivolous allegations in the Motion to Revoke the *Pro Hac Vice* Admissions.

I declare under penalty of perjury under the laws of the State of New Jersey that the foregoing is true and correct.

Lisa Rodriguez

Sworn to before me
this 6 day of October, 2011

Notary Public

AMBER M. O'BRIEN
A Notary Public of New Jersey
My Commission Expires July 9, 2012

# EXHIBIT A

9/29/2011
11:32 AM

Trujillo Rodriguez & Richards, LLC
Time Report Info



Selection Criteria

Clie.Selection Include: TWA Pilots
Slip.Selection Include: 213794; 214196; 214197; 214209; 214420; 214456; 214477; 214478; 214479; 214483; 214485

Nickname TWA Pilots | 06-24010
Full Name
Address
Phone 1 Fax #
Phone 3 Phone 4
In Ref To
Fees Arrg. By billing value on each slip
Expense Arrg. By billing value on each slip
Tax Profile Exempt
Last bill
Last charge
Last payment Amount

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 8/11/2011<br>214196 | Nicole Miles-Ac<br>Briefs/Motions<br>Review Defendant's Motion to revoke A. Press and J.J pro hac vice; call with Lisa Rodriguez re. same | 410.00 | 0.70 | 287.00 | Billable |
| 8/11/2011<br>214197 | Nicole Miles-Ac<br>Communicat/OP<br>Letter to Fram regarding violation of Rule 11 | 410.00 | 0.40 | 164.00 | Billable |
| 8/11/2011<br>214477 | Lisa Rodriguez<br>Briefs/Motions<br>Conference call re: Fram's motion to revoke pro hac; review draft letter to Fram. | 600.00 | 0.60 | 360.00 | Billable |
| 8/12/2011<br>214478 | Lisa Rodriguez<br>Briefs/Motions<br>Discussion with JHR re: filing sanctions; telephone conference re: appropriateness of Rule 11; Review draft of brief. | 600.00 | 0.60 | 360.00 | Billable |
| 8/15/2011<br>213794 | Lisa Rodriguez<br>Post-Trial<br>Review and revise sanctions brief | 600.00 | 1.50 | 900.00 | Billable |
| 8/16/2011<br>214209 | Nicole Miles-Ac<br>Briefs/Motions<br>Prepare Notice of Motion, cover letter, Declaration and revise Brief for Rule 11 motion | 410.00 | 2.40 | 984.00 | Billable |
| 9/6/2011<br>214420 | Nicole Miles-Ac<br>Briefs/Motions<br>Finalize, revise & prepare for filing Plaintiffs Motion for Rule 11 sanctions | 410.00 | 0.50 | 205.00 | Billable |

TWA Pilots: (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 9/13/2011<br>214479 | Lisa Rodriguez<br>Briefs/Motions<br>Revise letter to court re: motions; Office conference with Nicole Miles Acchione re: same | 600.00 | 0.60 | 360.00 | Billable |
| 9/21/2011<br>214483 | Lisa Rodriguez<br>Hear/Conf Prep<br>Telephone call from a. Press re: Conference call with court; review briefs in Support of pro hac vice revocation, sanctions | 600.00 | 0.50 | 300.00 | Billable |
| 9/22/2011<br>214485 | Lisa Rodriguez<br>Court Hear/Conf<br>Conference call with court re: pro hac vice revocation; sanctions | 600.00 | 1.00 | 600.00 | Billable |
| 9/22/2011<br>214456 | Nicole Miles-Ac<br>Court Hear/Conf<br>Conference call with Court and all counsel for oral argument on pro hac and Rule 11 Motion | 410.00 | 1.20 | 492.00 | Billable |
| TOTAL | Billable Fees | | 10.00 | | $5,012.00 |

Total of billable expense slips $0.00

Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable time slips | $5,012.00 | |
| Total of Fees (Time Charges) | | $5,012.00 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $5,012.00 |

# EXHIBIT B

Trujillo Rodriguez & Richards, LLC
Time Report Info



Selection Criteria

Clie.Selection Include: TWA Pilots
Slip.Transaction Dat 8/10/2011 - 8/17/2011

Nickname TWA Pilots | 06-24010
Full Name
Address
Phone 1 Fax #
Phone 3 Phone 4
In Ref To
Fees Arrg. By billing value on each slip
Expense Arrg. By billing value on each slip
Tax Profile Exempt
Last bill
Last charge
Last payment Amount

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| Timekeeper: Ira Neil Richards | | | | | |
| 8/12/2011<br>213817 | Ira<br>Briefs/Motions<br>Review Defendant's motion to revoke pro hac vice | 600.00 | 0.30 | 180.00 | Billable |
| 8/12/2011<br>213819 | Ira<br>Appellate Mot<br>Telephone call to Nicole Miles Acchione re: JNOV, new trial; pro hac vice motion | 600.00 | 0.30 | 180.00 | Billable |
| 8/12/2011<br>213843 | Ira<br>Briefs/Motions<br>Review letter to Defendant's; review rules re: Rule 11 motion; telephone call Nicole Miles Acchione re: same. | 600.00 | 0.20 | 120.00 | Billable |
| 8/15/2011<br>213850 | Ira<br>Communicat/FIRM<br>Telephone call to Lisa Rodriguez re: Defendant's pro hac vice motion | 600.00 | 0.20 | 120.00 | Billable |
| 8/16/2011<br>213858 | Ira<br>Communicat/FIRM<br>Review and respond to Nicole Miles Acchione email re: Jet Blue election. | 600.00 | 0.10 | 60.00 | Billable |
| Total: Ira Neil Richards | | | 1.10 | | $660.00 |