UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., ) | |
| ) | |
| Plaintiffs, ) | HONORABLE JOSEPH E. IRENAS |
| ) | |
| v. ) | Civil Action No. 02-2917 (JEI) |
| ) | |
| AIR LINE PILOTS ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

## *AFFIDAVIT OF ALLEN PRESS*

1.   I am a shareholder of the law firm Green Jacobson, P.C. in St. Louis, Missouri. My firm was appointed by the Court to serve as co-Class Counsel for Plaintiffs in this action. This Affidavit is based upon my personal knowledge.

2.   By Order dated September 22, 2011, the Court granted Plaintiffs' Motion for Sanctions Pursuant to Rule 11, and ordered Plaintiffs' counsel to submit affidavits detailing the legal fees and costs incurred in bringing the Motion for Sanctions and defending the Motion to Revoke the *Pro Hac Vice* Admission of Certain Counsel within 14 days.

3.   This Affidavit is submitted in support of my firm's application for an award of attorneys' fees in accordance with the Court's Order dated September 22, 2011, and pursuant to L.Civ.R. 54.2.

4.   I have been the lawyer primarily responsible for this case in my office since we were appointed as Class Counsel in 2006, and I was lead counsel at the trial. Joe Jacobson and Lisa Rodriguez second-chaired the case with me.

-1-

5. My firm spent 20.5 hours preparing Plaintiffs' Motion for Sanctions Pursuant to Rule 11, and responding to Defendant's Motion to Revoke the *Pro Hac Vice* Admissions.

6. The total billable time spent by my firm working on these two motions is $6,350. This total was reached by multiplying the total number of attorney hours (20.5) by the hourly rate charged by each attorney.

7. My current billing rate is $300 per hour. Mr. Jacobson's current rate is $350 per hour. These are the rates at which we charge most of our hourly clients, of which we have many. These rates are significantly less than the rates charged by lawyers from similar litigation firms with national practices that handle complex litigation.

8. Contemporaneous time records are attached hereto as Exhibit A (Allen Press) and Exhibit B (Joe Jacobson). The attached records include a detailed description of work performed by the attorneys in preparing the Rule 11 motion, and also responding to Defendant's Motion to Revoke the *Pro Hac Vice* Admissions. I spent 16.5 hours working on the motions. Mr. Jacobson spent four hours working on the motions. Some of the entries in the time records include work performed on subjects not related to the two motions at issue. That time was not included in the calculations reflected above.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Allen P. Press

State of Missouri              )
                               ) SS
County of St. Louis            )

On this 6th day of October in the year 2011 before me, Petrina M. Bailey, a Notary Public in and for said state, personally appeared Allen P. Press, known to me to be the person who executed the within Affidavit, and acknowledged to me that he executed the same for the purposes therein stated.

*Petrina M Bailey*
Notary Public

My Commission Expires:

PETRINA M BAILEY
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: November 05, 2011
Commission Number: 07428558

```
Oct/ 5/2011                        Green Jacobson, P.C.                                              Page: 1
                                    Client Fees Listing
                                    From  Aug/ 1/2011
Date          Fee / Time            Working Lawyer                    Hours         Amount   Inv#    Billing
    Entry #   Explanation                                                                            Status

B-106         TWA Pilots
    B-106-001   Airline Pilots Association (ALPA)

Aug/10/2011   Lawyer: APP  1.50 Hrs X 300.00         APP  - Allen P. Press       1.50      450.00    Unbilled
    224974    Research; telephone conference with co-counsel; review post-trial motions from defendant;
Aug/11/2011   Lawyer: APP  6.00 Hrs X 300.00         APP  - Allen P. Press       6.00     1800.00    Unbilled
    224975    Review post-trial motions; draft motion for sanctions;
Aug/13/2011   Lawyer: APP  7.50 Hrs X 300.00         APP  - Allen P. Press       7.50     2250.00    Unbilled
    224978    Work on sanctions motion;
Aug/16/2011   Lawyer: APP  2.50 Hrs X 300.00         APP  - Allen P. Press       2.50      750.00    Unbilled
    224979    Telephone conference with potential expert; draft sanctions motion;

Sep/12/2011   Lawyer: APP  7.00 Hrs X 300.00         APP  - Allen P. Press       7.00     2100.00    Unbilled
    226139    Work on responses to defendant's post-trial motions;

Sep/22/2011   Lawyer: APP  2.50 Hrs X 300.00         APP  - Allen P. Press       2.50      750.00    Unbilled
    226142    Prepare for and attend hearing on sanctions motion;

                                                              Unbilled:       117.25    35175.00
                                                                Billed:         0.00        0.00
                                                                 Total:       117.25    35175.00
                                                         Percent Billed:        0.00        0.00
```

*** Summary by Working Lawyer ***

| Working Lawyer | Hours Unbilled | Firm % | Billed | Firm % | Total | % Bld | Fees Unbilled | Firm % | Billed | Firm % | Total | % Bld |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP - Allen P. Pr | 117.25 | 100.00 | 0.00 | 100.00 | 117.25 | 0.00 | 35175.00 | 100.00 | 0.00 | 100.00 | 35175.00 | 0.00 |
| Firm Total | 117.25 | 100.00 | 0.00 | 100.00 | 117.25 | 0.00 | 35175.00 | 100.00 | 0.00 | 100.00 | 35175.00 | 0.00 |

*** Summary by Responsible Lawyer ***

| Responsible Lawyer | Hours Unbilled | Firm % | Billed | Firm % | Total | % Bld | Fees Unbilled | Firm % | Billed | Firm % | Total | % Bld |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMG - Martin M. G | 117.25 | 100.00 | 0.00 | 100.00 | 117.25 | 0.00 | 35175.00 | 100.00 | 0.00 | 100.00 | 35175.00 | 0.00 |
| Firm Total | 117.25 | 100.00 | 0.00 | 100.00 | 117.25 | 0.00 | 35175.00 | 100.00 | 0.00 | 100.00 | 35175.00 | 0.00 |

```
REPORT SELECTIONS - Client Fees Listing
Layout Template                    Default
Advanced Search Filter             None
Requested by                       Deborahanne Mann
Finished                           Wednesday, October 05, 2011 at 03:15:57 PM
Ver                                11.0 (11.0.20110513)
Date Range                         From  Aug/ 1/2011
Matters                            B-106-001
```



Oct/ 5/2011                                     Green Jacobson, P.C.                                                    Page: 2
                                                 Client Fees Listing
                                                 From   Aug/ 1/2011

| Date Entry # | Fee / Time Explanation | Working Lawyer | Hours | Amount | Inv# | Billing Status |
|---|---|---|---|---|---|---|

```
Clients                                    All
Major Clients                              All
Client Intro Lawyer                        All
Matter Intro Lawyer                        All
Responsible Lawyer                         All
Assigned Lawyer                            All
Type of Law                                All
Select From                                Active, Inactive, Archived Matters
Matters Sort by                            Default
New Page for Each Lawyer                   No
Firm Totals Only                           No
Client balances only                       No
Matter balances only                       No
Entries Shown - Billed Only                Yes
Entries Shown - Unbilled                   Yes
Entries Shown - Billable Tasks             Yes
Entries Shown - Write Up/Down Tasks        Yes
Entries Shown - No Charge Tasks            Yes
Entries Shown - Non Billable Tasks         Yes
Working Lawyer                             app
```

```
Oct/ 5/2011                          Green Jacobson, P.C.                                         Page: 1
                                     Client Fees Listing
                                  Aug/ 7/2011 To Sep/22/2011
Date         Fee / Time                                                                    Billing
   Entry #   Explanation                Working Lawyer          Hours     Amount  Inv#     Status
```

**B-106**        TWA Pilots
    **B-106-001**   Airline Pilots Association (ALPA)

Aug/18/2011  Lawyer: JDJ  0.50 Hrs X 350.00          JDJ - Joe D. Jacobson    0.50    175.00    Unbilled
  224472  Conference with APP re ALPA filings; review and revise demand letter to Fram;

Aug/20/2011  Lawyer: JDJ  1.50 Hrs X 350.00          JDJ - Joe D. Jacobson    1.50    525.00    Unbilled
  224473  Revising brief in support of Rule 11 motion for sanctions;

Sep/20/2011  Lawyer: JDJ  1.00 Hrs X 350.00          JDJ - Joe D. Jacobson    1.00    350.00    Unbilled
  225996  Receipt and review of Fram's additional filings;
Sep/22/2011  Lawyer: JDJ  1.00 Hrs X 350.00          JDJ - Joe D. Jacobson    1.00    350.00    Unbilled
  226007  Court appearance via telephone for hearing on motion to revoke pro hac vice status;

```
                                             Unbilled:     18.05    6317.50
                                               Billed:      0.00       0.00
                                                Total:     18.05    6317.50
                                       Percent Billed:      0.00       0.00
```

*** Summary by Working Lawyer ***

```
Working Lawyer   |--------------- Hours ---------------|  |--------------- Fees ---------------|
                 Unbilled Firm %  Billed Firm %  Total  % Bld  Unbilled Firm %  Billed Firm %   Total  % Bld
JDJ - Joe D. Jaco   18.05 100.00   0.00 100.00  18.05  0.00   6317.50 100.00   0.00 100.00  6317.50  0.00
Firm Total          18.05 100.00   0.00 100.00  18.05  0.00   6317.50 100.00   0.00 100.00  6317.50  0.00
```

*** Summary by Responsible Lawyer ***

```
Responsible Lawyer |-------------- Hours ---------------|  |--------------- Fees ---------------|
                 Unbilled Firm %  Billed Firm %  Total  % Bld  Unbilled Firm %  Billed Firm %   Total  % Bld
MMG - Martin M. G   18.05 100.00   0.00 100.00  18.05  0.00   6317.50 100.00   0.00 100.00  6317.50  0.00
Firm Total          18.05 100.00   0.00 100.00  18.05  0.00   6317.50 100.00   0.00 100.00  6317.50  0.00
```

REPORT SELECTIONS - Client Fees Listing
Layout Template                 Default
Advanced Search Filter          None
Requested by                    Deborahanne Mann
Finished                        Wednesday, October 05, 2011 at 03:19:49 PM
Ver                             11.0 (11.0.20110513)
Date Range                      Aug/ 7/2011 To Sep/22/2011
Matters                         B-106-001
Clients                         All
Major Clients                   All
Client Intro Lawyer             All
Matter Intro Lawyer             All
Responsible Lawyer              All
Assigned Lawyer                 All
Type of Law                     All
Select From                     Active, Inactive, Archived Matters
Matters Sort by                 Default
New Page for Each Lawyer        No
Firm Totals Only                No
Client balances only            No
Matter balances only            No
Entries Shown - Billed Only     Yes
Entries Shown - Unbilled        Yes
Entries Shown - Billable Tasks  Yes
Entries Shown - Write Up/Down Tasks  Yes
Entries Shown - No Charge Tasks Yes
Entries Shown - Non Billable Tasks   Yes
Working Lawyer                  JDJ

