# A&G | ARCHER & GREINER, P.C.
## ATTORNEYS AT LAW

**STEVEN J. FRAM**
*Also Member of Pennsylvania Bar*

ONE CENTENNIAL SQUARE
HADDONFIELD, NJ 08033-0968
856-795-2121
FAX 856-795-0574

Email Address:
sfram@archerlaw.com

Direct Dial:
(856) 354-3051

www.archerlaw.com

October 12, 2011

**VIA CM/ECF**

The Honorable Joseph E. Irenas
Senior United States District Judge
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 310
Camden, NJ 08101

> RE: **Brady, et al. v. Air Line Pilots Association, Int'l,
> Civil No. 02-2917 (JEI)**

Dear Judge Irenas:

My firm has reviewed the Fee Affidavits filed by Lisa Rodriguez and Allen Press on October 6, 2011. We do not contest the reasonableness of the fees sought.

In terms of how the fees are reimbursed, unless counsel for Plaintiffs advise us differently by October 17, 2011, we will forward separate checks to Trujillo Rodriguez & Richards, LLC, in the amount of $5,672.00, and to Green Jacobson, P.C., in the amount of $6,350.00.

Separate checks for $2,500.00 will also be forwarded to Mr. Press and Mr. Jacobson in accordance with the Court's Order filed on September 22, 2011.

Respectfully yours,

/s/ *Steven J. Fram*

STEVEN J. FRAM

SJF:jlv
cc: All Counsel of Record (via CM/ECF only)

7193488v1

| PRINCETON OFFICE | FLEMINGTON OFFICE | PHILADELPHIA OFFICE | WILMINGTON OFFICE | GEORGETOWN OFFICE | NEW YORK OFFICE |
|---|---|---|---|---|---|
| 700 Alexander Park | Plaza One | One Liberty Place - 32nd Floor | 300 Delaware Avenue | 9 East Market Street | 2 Penn Plaza |
| Suite 102 | 1 State Route 12, Suite 201 | 1650 Market Street | Suite 1370 | P.O. Box 977 | Suite 1500 |
| Princeton, NJ 08540 | Flemington, NJ 08822-1722 | Philadelphia, PA 19103-7393 | Wilmington, DE 19801 | Georgetown, DE 19947 | New York, NY 10121 |
| P 609-580-3700 | P 908-788-9700 | P 215-963-3300 | P 302-777-4350 | P-302-858-5151 | P 212-292-4988 |
| F 609-580-0051 | F 908-788-7854 | F 215-963-9999 | F 302-777-4352 | F-302-858-5161 | F 212-629-4568 |