

**ARCHER & GREINER, P.C.**
ATTORNEYS AT LAW

**JOHN C. CONNELL**
*Also Member of Pennsylvania Bar*

ONE CENTENNIAL SQUARE
HADDONFIELD, NJ 08033-0968
856-795-2121
FAX 856-795-0574

Email Address:
jconnell@archerlaw.com

Direct Dial:
(856) 354-3074

www.archerlaw.com

October 14, 2011

**VIA CM/ECF**

The Honorable Joseph E. Irenas, S.U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 310
Camden, NJ 08101

    RE:    **Brady, et al. v. Air Line Pilots Association, Int'l**
              **Civil No. 02-2917 (JEI) (D.N.J. Camden)**
              **Request for Extension for Filing Reply Decertification Brief**

Dear Judge Irenas:

    As Your Honor is aware, this office represents the defendants, Air Line Pilots Association, Int'l ("ALPA"), in connection with the above referenced matter.

    ALPA's reply brief in support of its decertification motion is presently due on Monday, October 17, 2011. We are respectfully requesting that Your Honor grant an extension of ten (10) days to ALPA for the purpose of preparing its submission, thereby making ALPA's reply due on or before Thursday, October 27, 2011. Plaintiffs' counsel has graciously provided their consent to this request.

    Thank you for your consideration.

Respectfully yours,

*/s/ John C. Connell*

JOHN C. CONNELL

JCC/jcw
cc:    All Counsel of Record (via CM/ECF only)

7218423v1

PRINCETON OFFICE
700 Alexander Park
Suite 102
Princeton, NJ 08540
P 609-580-3700
F 609-580-0051

FLEMINGTON OFFICE
Plaza One
1 State Route 12, Suite 201
Flemington, NJ 08822-1722
P 908-788-9700
F 908-788-7854

PHILADELPHIA OFFICE
One Liberty Place - 32nd Floor
1650 Market Street
Philadelphia, PA 19103-7393
P 215-963-3300
F 215-963-9999

WILMINGTON OFFICE
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
P 302-777-4350
F 302-777-4352

GEORGETOWN OFFICE
9 East Market Street
P.O. Box 977
Georgetown, DE 19947
P-302-858-5151
F-302-858-5161

NEW YORK OFFICE
2 Penn Plaza
Suite 1500
New York, NY 10121
P 212-292-4988
F 212-629-4568