

**TRUJILLO
RODRIGUEZ &
RICHARDS, LLC**
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

November 2, 2011

**VIA ECF AND UPS:**
Honorable Joseph E. Irenas, U.S.D.J.
United States District Court for the District of New Jersey
Post Office Building
401 Market Street, 3rd Floor, Suite 310
Camden, NJ 08101

    RE:    Brady, et al. v. Air Line Pilots Association
              Civil Action No. 02-2917

Dear Judge Irenas:

    Following the adjournment of the November 4, 2011 hearing on ALPA's post-trial motions, the parties conferred regarding their availability in November for a rescheduled date. ALPA provided limited availability in November for a rescheduled hearing but offered up November 21 or 22, to which Plaintiffs agreed. Plaintiffs understand that although defense counsel remain available on November 21, ALPA itself is not available and insists on being present for the hearing. The parties briefly discussed another date, but when it became clear that the scheduling conflicts of ALPA and defense counsel would push the hearing into December, Plaintiffs advised counsel for ALPA that it could not consent to such an adjournment.

    In light of ALPA's unavailability to schedule argument on its own motions, Plaintiffs ask that the Court decide the motions on the papers. In the event that the Court wants to hear argument, Plaintiffs are generally available the month of December with the following exclusionary dates: December 14-16, 20-21, 2011.

    Thank you.

                                          Respectfully submitted,

                                          *s/ Lisa J. Rodriguez*

                                          Lisa J. Rodriguez