

**ARCHER & GREINER, P.C.**
ATTORNEYS AT LAW

**JOHN C. CONNELL**
*Also Member of Pennsylvania Bar*

ONE CENTENNIAL SQUARE
HADDONFIELD, NJ  08033-0968
856-795-2121
FAX 856-795-0574

www.archerlaw.com

**Email Address:**
jconnell@archerlaw.com

**Direct Dial:**
**(856) 354-3074**

November 3, 2011

<u>**VIA CM/ECF**</u>

The Honorable Joseph E. Irenas, S.U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 310
Camden, NJ 08101

      RE:    **Brady, et al. v. Air Line Pilots Association, Int'l**
             **Civil No. 02-2917 (JEI) (D.N.J. Camden)**
             **Response to Plaintiffs' November 2, 2011 Letter**

Dear Judge Irenas:

      I am writing on behalf of defendant, Air Line Pilots Association, Int'l ("ALPA"), in response to the November 2, 2011 letter of Lisa J. Rodriquez, Esquire, plaintiffs' counsel, relative to this matter.

      To be clear, on November 2, I spoke by telephone to Nicole Acchione, Esquire, concerning the proposed November 21 re-scheduled hearing date for the post-trial motions.  I did, in fact, indicate that our client is not available on November 21; I also mentioned that that date has become problematic for defense counsel.  I emphasized that this scheduling conflict on November 21 resulted from the continuance of the originally scheduled November 4 hearing date, when we were prepared to move forward with the hearing as scheduled by Your Honor.  However, we obviously had no control over the necessity of re-scheduling of the November 4 date nor did we have any control over the pre-scheduled matters that conflicted with November 21.

      I thought we had then agreed to select possible dates in December, and then report jointly to the Court.  Perhaps I misunderstood, but shortly thereafter I was left a voice mail message followed immediately by the filing of Ms. Rodriguez's letter, both indicating plaintiffs' counsel was unwilling to have the motions heard on any date other than November 21 or 22, or otherwise demand that the Court decide the motion on the papers.

| *PRINCETON OFFICE* | *FLEMINGTON OFFICE* | *PHILADELPHIA OFFICE* | *WILMINGTON OFFICE* | *GEORGETOWN OFFICE* | *NEW YORK OFFICE* |
|---|---|---|---|---|---|
| 700 Alexander Park | Plaza One | One Liberty Place - 32nd Floor | 300 Delaware Avenue | 9 East Market Street | 2 Penn Plaza |
| Suite 102 | 1 State Route 12, Suite 201 | 1650 Market Street | Suite 1370 | P.O. Box 977 | Suite 1500 |
| Princeton, NJ 08540 | Flemington, NJ 08822-1722 | Philadelphia, PA 19103-7393 | Wilmington, DE  19801 | Georgetown, DE 19947 | New York, NY 10121 |
| P 609-580-3700 | P 908-788-9700 | P 215-963-3300 | P 302-777-4350 | P-302-858-5151 | P 212-292-4988 |
| F 609-580-0051 | F 908-788-7854 | F 215-963-9999 | F 302-777-4352 | F-302-858-5161 | F 212-629-4568 |

Hon. Joseph E. Irenas, S.U.S.D.J.
November 3, 2011
Page 2

      Since Your Honor originally scheduled this motion hearing, and since it is the position of defendant ALPA as the movant that there is merit to these motions being heard and not decided on the papers, we would respectfully request a short continuance from November 21 to accommodate the scheduling conflicts which have arisen and were beyond the control of defendant ALPA and its counsel. Toward that end, we are prepared to move forward with the hearing of these motions on December 9, 2011, which we understand is a date that is available for the Court as well as plaintiffs and plaintiffs' counsel. Please advise us at your earliest convenience how you wish to proceed.

      Thank you.

      Respectfully submitted,

      */s/ John C. Connell*

      JOHN C. CONNELL

JCC/jcw
cc:    All Counsel of Record (via CM/ECF only)

7285383v1