

**TRUJILLO
RODRIGUEZ &
RICHARDS, LLC**
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

November 17, 2011

**VIA ECF AND UPS:**
Honorable Joseph E. Irenas, U.S.D.J.
United States District Court for the District of New Jersey
Post Office Building
401 Market Street, 3rd Floor, Suite 310
Camden, NJ 08101

    RE:   *Brady v. Air Line Pilots Association*
             Civil Action No. 02-2917

Dear Judge Irenas:

    We have Mr. Connell's November 17, 2011 email to your courtroom deputy, Larry MacStravic, advising the Court that ALPA's availability for argument on its own post-trial motions is limited to only one of the three dates proposed by the Court, and it happens to be the only date that Plaintiffs are unavailable due to Mr. Press starting a trial.

    Please be reminded when the hearing, previously scheduled for November 4, 2011, was adjourned to December, ALPA had likewise limited availability to appear at argument. We are now five months post liability verdict with no hearing date in sight. Due to the obvious prejudice Plaintiffs are suffering from these continued delays, we renew our request that the Court decide the post-trial motions on the papers and schedule a discovery conference in the near future. Although we have to this point not begun damages discovery due to the pending motions, we intend to serve discovery requests without delay.

Respectfully submitted,

*s/ Lisa J. Rodriguez*

Lisa J. Rodriguez

cc: Dan Katz (via ECF)
Steve Fram (via ECF)
John Connell (via ECF)
Plaintiffs' Counsel (via ECF)