UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEROY "BUD" BENSEL, ET AL.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALLIED PILOTS ASSOCIATION, ET AL.,<br><br>    Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 02-2917 (JEI)<br><br>**ORDER ADJOURNING ARGUMENTS AND STAYING PROCEEDINGS** |

**APPEARANCES:**

TRUJILLO, RODRIGUEZ & RICHARDS, LLP
By:  Lisa J. Rodriguez
258 Kings Highway East
Haddonfield, NJ 08033
        Counsel for Plaintiffs

ARCHER & GREINER, PC
By: John C. Connell
One Centennial Square
Haddonfield, NJ 08033
        Counsel for Defendant

**IRENAS**, Senior District Judge:

   This matter having appeared before the Court upon the Parties' faxed request to stay proceedings pending the outcome of mediation; and for good cause appearing;

**IT IS** on this  4th  day of January, 2012,

   **ORDERED THAT:**

   (1) Oral argument scheduled for January 10, 2012 is hereby **ADJOURNED**.

(2) All proceedings are hereby **STAYED** for three months pursuant to the Parties' mediation agreement.

                                                  /s/ Joseph E. Irenas
                                                  JOSEPH E. IRENAS, S.U.S.D.J.