UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**<u>CAMDEN</u>**                                                         <u>  March 23, 2012  </u>
**OFFICE**

**DATE OF PROCEEDINGS**

**JOSEPH E. IRENAS, S.U.S.D.J.**
**COURT REPORTER:  Cathy Ford**
**OTHER(S):**

**TITLE OF CASE**:                                            CV 02-2917 (JEI)

BRADY, ET AL.

v.

ALLIED PILOTS ASSOC.

**APPEARANCES:**
**Lisa Rodriguez, Nicole Accione, Joseph Jacobson, and Allen Press, Esqs.,** for Plaintiffs
**Daniel Katz, Steven Fram, and John Connell, Esqs.,** for Defendants.

NATURE OF PROCEEDING:   TELEPHONE STATUS CONFERENCE

Telephone conference held on the record.


**Commenced: 12:00p.m.**
**Adjourned:   12:20p.m.**

**Total Time:   0:20**


cc: Chambers                                                    <u>Lawrence MacStravic</u>
                                                                **Deputy Clerk**