IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

PATRICK BRADY, et al., )
)
    Plaintiffs, )
)
v. )   Civil Action No. 02-2917 (JEI)
)
AIR LINE PILOTS ASSOCIATION, )
INTERNATIONAL, )
)
    Defendant. )
)

**ORDER WITHDRAWING POST-TRIAL MOTIONS WITHOUT PREJUDICE**

The Court having conducted a telephone conference call among all counsel regarding mediation and scheduling; and for the reasons expressed on the record of the Court on March 23, 2012; and for good cause shown;

IT IS on this 26th day of March, 2012

ORDERED as follows:

1.  ALPA's Motion for Judgment as a Matter of Law [Doc. No. 415], ALPA's Motion for a New Trial [Doc. 416] and ALPA's Motion to Decertify Plaintiffs' Class [Doc. No. 444] be and hereby are withdrawn without prejudice;

2.  ALPA is permitted to re-file the foregoing Motions nunc pro tunc, without prejudice, on or before April 30, 2012 by filing a revised Notice of Motion. The parties shall rely on the documents previously filed in support of these motions and no additional submissions shall be necessary or permitted; and

3.  Oral argument on the re-filed motions shall be held on Friday May 4, 2012, at 9:30 a.m.

_____
HON. JOSEPH E. IRENAS, U.S.D.J.

8243704v1