ARCHER & GREINER
A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
(856) 795-2121
Attorneys for Defendant, Air Line Pilots Association International

BY:   STEVEN J. FRAM, ESQUIRE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 02-2917 (JEI) |
| ) | |
| AIR LINE PILOTS ASSOCIATION, ) | |
| INTERNATIONAL, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION OF DEFENDANT TO RE-FILE MOTIONS

To:   Lisa J. Rodriguez, Esquire
      Trujillo Rodriguez & Richards, LLC
      258 Kings Highway E.
      Haddonfield, NJ   08033

      Allen Press, Esquire
      Green Jacobson & Butsch, P.C.
      7733 Forsyth Boulevard
      Suite 700
      St. Louis, MO   63105

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order filed on March 26, 2012

[Doc. 475], Defendant, the Air Line Pilots Association International, hereby re-files *nunc pro*

*tunc* its Motion for Judgment as a Matter of Law [Doc. No. 415], its Motion for a New Trial

[Doc. 416] and its Motion to Decertify Plaintiffs' Class [Doc. No. 444] and that, also pursuant to the Court's Order filed on March 26, 2012, Oral Argument on said motions has been scheduled by the Court to be held on Friday May 4, 2012, at 9:30 a.m.

In support of Defendant's re-filed motions, counsel for Defendant shall rely upon the Briefs, Declarations and other papers previously submitted in support of the re-filed motions.

        Respectfully submitted,

        ARCHER & GREINER
        A Professional Corporation

        By: /s/ *Steven J. Fram*
            STEVEN J. FRAM, ESQUIRE

*Pro Hac Vice*:
    Daniel M. Katz, Esquire
    Katz & Ranzman, P.C.
    4530 Wisconsin Avenue, N.W.
    Washington, D.C. 20016
    (202) 659-4656
    Counsel for Defendant, Air Line Pilots Association

Dated: April 27, 2012.
7010743v1