

**ARCHER & GREINER, P.C.**
ATTORNEYS AT LAW

**STEVEN J. FRAM**
*Also Member of Pennsylvania Bar*

ONE CENTENNIAL SQUARE
HADDONFIELD, NJ 08033-0968
856-795-2121
FAX 856-795-0574

Email Address:
sfram@archerlaw.com

Direct Dial:
(856) 354-3051

www.archerlaw.com

April 27, 2012

**VIA ECF and U. S. MAIL**

The Honorable Joseph E. Irenas
United States District Judge
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 310
Camden, NJ 08101

RE: **Brady, et al. v. Air Line Pilots Association**
**Civil No. 02-2917 (JEI)**

Dear Judge Irenas:

In anticipation of the oral argument that Your Honor has scheduled in this case for next Friday, May 4, 2012 at 9:30 a.m., Defendant respectfully requests that Your Honor consider the decision in Blyden v. Mancusi, 186 F.3d. 252 (2d Cir 1999). Defendant believes that this case, although not cited in the briefs of the parties, may be helpful with respect to the class certification issues currently before the Court.

Respectfully yours,

STEVEN J. FRAM

SJF:gam
Enclosure
cc:   All Counsel of Record (via email only)
8379941v1

PRINCETON OFFICE
700 Alexander Park
Suite 102
Princeton, NJ 08540
P 609-580-3700
F 609-580-0051

FLEMINGTON OFFICE
Plaza One
1 State Route 12, Suite 201
Flemington, NJ 08822-1722
P 908-788-9700
F 908-788-7854

PHILADELPHIA OFFICE
One Liberty Place - 32nd Floor
1650 Market Street
Philadelphia, PA 19103-7393
P 215-963-3300
F 215-963-9999

WILMINGTON OFFICE
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
P 302-777-4350
F 302-777-4352

GEORGETOWN OFFICE
9 East Market Street
P.O. Box 977
Georgetown, DE 19947
P-302-858-5151
F-302-858-5161

NEW YORK OFFICE
2 Penn Plaza
Suite 1500
New York, NY 10121
P 212-292-4988
F 212-629-4568