**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LEROY "BUD" BENSEL, ET AL.,<br><br>    Plaintiffs,<br><br>  v.<br><br>AIR LINE PILOTS ASSOCIATION, ET AL.,<br><br>    Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 02-2917 (JEI)<br><br>**ORDER DENYING DEFENDANTS' RENEWED MOTIONS FOR JUDGMENT NOV, A NEW TRIAL AND CLASS DECERTIFICATION (Dkt. No. 476)** |

**APPEARANCES:**

TRUJILLO, RODRIGUEZ & RICHARDS, LLP
By:  Lisa J. Rodriguez
258 Kings Highway East
Haddonfield, NJ 08033
        Counsel for Plaintiffs

ARCHER & GREINER, PC
By: John C. Connell
One Centennial Square
Haddonfield, NJ 08033
        Counsel for Defendant

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court on Defendants' renewed motions for judgment NOV, a new trial and class decertification (Dkt. No. 476); the Court having reviewed the parties' submissions and oral arguments (*see* Dkt. Nos. 415-16, 444); for the reasons stated on the record in open court on May 4, 2012; and for good cause appearing;

**IT IS** on this  4th  day of May, 2012,

Case 1:02-cv-02917-JEI   Document 478   Filed 05/04/12   Page 2 of 2 PageID: 15908

**ORDERED THAT:**

(1) Defendants' Motions are hereby **DENIED.**

(2) Plaintiffs shall identify their damages expert(s) and serve all Rule 26(a)(2) disclosures that do not rely on the existence of an expert report by July 2, 2012.

(3) Plaintiff shall serve their damages expert(s)' written report and all outstanding Rule 26(a)(2) disclosures by August 6, 2012.

(4) The parties shall appear in chambers for a scheduling conference on August 9, 2012 at 2:30 PM.

                                        /s/ Joseph E. Irenas
                                      JOSEPH E. IRENAS, S.U.S.D.J.