UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

<u>**CAMDEN**</u>     <u>        May 4, 2012        </u>
**OFFICE**
         DATE OF PROCEEDINGS

**JOSEPH E. IRENAS, S.U.S.D.J.**
**COURT REPORTER:  Cathy Ford**
**OTHER(S):**

**TITLE OF CASE**:                                              CV 02-2917 (JEI)

BRADY, ET AL.

v.

ALLIED PILOTS ASSOC.

**APPEARANCES:**
**Lisa Rodriguez, Joseph Jacobson, and Allen Press, Esqs.,** for Plaintiffs
**Daniel Katz and Steven Fram, Esqs.,** for Defendants.

NATURE OF PROCEEDING:   HEARING ON [476] RENEWED MOTIONS FOR JUDGMENT NOV, FOR NEW TRIAL, AND FOR CLASS DECERTIFICATION

Ordered Motion for Judgment NOV denied.
Ordered Motion for New Trial denied.
Ordered Motion to Decertify Class denied.

Conference on discovery schedule.  Order to issue.

**Commenced: 9:25a.m.**
**Adjourned:  11:35a.m.**

**Total Time:   2:10**

**cc: Chambers**                                              <u>Lawrence MacStravic</u>
                                                              **Deputy Clerk**