UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN**  
**OFFICE**

**July 12, 2012**

**DATE OF PROCEEDINGS**

**JOSEPH E. IRENAS, S.U.S.D.J.**
**COURT REPORTER:  Cathy Ford**
**OTHER(S):**

**TITLE OF CASE**:                                                       CV 02-2917 (JEI)

BRADY, ET AL.

v.

ALLIED PILOTS ASSOC.

**APPEARANCES:**
**Lisa Rodriguez, Joseph Jacobson, and Allen Press, Esqs.,** for Plaintiffs
**Daniel Katz, Steven Fram, John Connell, and Elizabeth Ginsberg, Esqs.,** for Defendants.

NATURE OF PROCEEDING:   TELEPHONE STATUS CONFERENCE

Telephone conference held on the record.
Ordered hearing on [481] motion for certificate of appealability set for July 31, 2012 at 2:00p.m.

**Commenced: 11:30a.m.**
**Adjourned:   12:00p.m.**

**Total Time:  0:30**

cc: Chambers                                                              Lawrence MacStravic
                                                                          **Deputy Clerk**