```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| PATRICK BRADY, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>AIR LINE PILOTS ASSOCIATION,<br><br>      Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 02-2917 (JEI)<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR A CERTIFICATE OF APPEALABILITY (Dkt. No. 481) and Scheduling a Conference** |

**APPEARANCES:**

TRUJILLO, RODRIGUEZ & RICHARDS, LLP
By: Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, NJ 08033
    Counsel for Plaintiffs

GREEN JACOBSON, PC
By: Joe Jacobson
Allen P. Press
Martin M. Green
Jonathan Andres
7733 Forsyth Boulevard
Suite 700 Pierre Laclede Center
St. Louis, MO 63105

ARCHER & GREINER, PC
By: John C. Connell
Steven J. Fram
Kerri E. Chewning
One Centennial Square
Haddonfield, NJ 08033
    Counsel for Defendant

*Pro Hac Vice*:
KATZ & RANZMAN, PC
By: Daniel M. Katz
4530 Wisconsin Ave., N.W., Suite 250
Washington, DC 20016
    Counsel for Defendant

**IRENAS,** Senior District Judge:

This matter having appeared before the Court upon Defendant's Motion for a Certificate of Appealability (Dkt. No. 481); the Court having considered the parties' submissions; for the reasons stated on the record at oral argument on July 31, 2012; and for good cause appearing;

**IT IS** on this 28th day of August, 2012,

**ORDERED THAT:**

(1) Defendant's Motion for Certificate of Appealability is hereby **DENIED.**

(2) A telephone conference is hereby set for **SEPTEMBER 6, 2012 at 4 PM** to discuss outstanding scheduling issues. Plaintiffs shall set up the conference call and provide the Court with the call in information.

S/ Joseph E. Irenas

**JOSEPH E. IRENAS, S.U.S.D.J.**