UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN**  **September 6, 2012**
**OFFICE**

DATE OF PROCEEDINGS

**JOSEPH E. IRENAS, S.U.S.D.J.**
**COURT REPORTER:** Lisa Marcus
**OTHER(S):**

**TITLE OF CASE**:  CV 02-2917 (JEI)

BRADY, ET AL.

v.

ALLIED PILOTS ASSOC.

**APPEARANCES:**
**Lisa Rodriguez and Allen Press, Esqs.,** for Plaintiffs
**Daniel Katz, Steven Fram, and John Connell, Esqs.,** for Defendants.

NATURE OF PROCEEDING:   TELEPHONE STATUS CONFERENCE

Telephone conference held on the record.

Ordered in-person status conference set for October 2, 2012 at 2:00PM in Courtroom 1.

**Commenced: 4:00p.m.**
Adjourned:   4:45p.m.

**Total Time:  0:45**

cc: Chambers    Lawrence MacStravic
    **Deputy Clerk**