**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, New Jersey 08033
(856) 795-9002
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al. | Civil Action No. 02-2917 (JEI) |
| Plaintiffs, | |
| v. | |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | |
| Defendant. | |

**PLAINTIFFS' NOTICE OF MOTION FOR APPROVAL OF FORM OF CLASS NOTICE AND REQUEST FOR INFORMATION AND PLAN FOR DISSEMINATION OF CLASS NOTICE**

TO:  Daniel M. Katz, Esq.          Steve Fram, Esq
     Katz & Ranzman, P.C.          Archer & Greiner P.C.
     5028 Wisconsin Avenue, N.W.   One Centennial Square
     Suite 250                     Haddonfield, NJ 08033
     Washington, D.C. 20016

PLEASE TAKE NOTICE that on October 15, 2012, Plaintiffs shall move before the United States District Court, District of New Jersey, Mitchell H. Cohen U.S. Courthouse, One John F. Gerry Plaza, Fourth and Cooper Streets, Camden, New Jersey, for an Order Approving of Class Notice and Request for Information and Plan for Dissemination of Class Notice.

In support of this motion, Plaintiffs will rely upon the accompanying Brief. A proposed Form of Order is enclosed.

Oral Argument is requested if opposed.

Dated: September 18, 2012

Respectfully submitted,

**TRUJILLO RODRIGUEZ & RICHARDS, LLC**

By: /s Lisa J. Rodriguez
Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, NJ 08033
(856) 795-9002

GREEN JACOBSON, P.C.
Allen Press
Joe Jacobson
7733 Forsyth Boulevard, Suite 700
Pierre Laclede Center
St. Louis, Missouri 63105
(314) 862-6800