UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al. : | Civil Action No. 02-2917 (JEI) |
| Plaintiffs, : | |
| v. : | |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, : | |
| Defendant. : | |

**[PROPOSED] ORDER APPROVING FORM OF CLASS NOTICE AND REQUEST FOR INFORMATION AND PLAN FOR DISSEMINATION OF CLASS NOTICE**

THIS MATTER having come before the Court in the above-captioned matter, by way of Plaintiffs' Motion for Approval of Class Notice and Request for Information and Plan for Dissemination of Class Notice, and the Court having considered the papers submitted, and arguments of counsel, and for good cause shown;

IT IS ON THIS _____ day of _____, 2012, ORDERED as follows:

1. The form of Class Notice and Request for Information, attached hereto as Exhibit A, is hereby approved;

2. Notice shall be mailed, in hard copy, no later than thirty (30) days following entry of this order, or by _____, 2012, to all class members at the last known address as updated by Plaintiffs' counsel or their claims' administrator, through the National Change of Address Database.

3. Notice in the form of Exhibit A shall also be posted within ten (10) days from the date of the order on the following secure website. www.twapilots.org.

4. Class members from whom information is sought (namely, pilots who were furloughed at any time after April of 2001) shall return the requested information within sixty (60) days from the date of this Order, or by _____, 2012.

5. Costs shall be borne by Plaintiffs.

_____
Honorable Joseph E. Irenas, U.S.D.J.