UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**CAMDEN**  September 18, 2012
**OFFICE**

DATE OF PROCEEDINGS

**JOSEPH E. IRENAS, S.U.S.D.J.**
**COURT REPORTER:  Carol Farrell**
**OTHER(S):**

**TITLE OF CASE**:  CV 02-2917 (JEI)

BRADY, ET AL.

v.

ALLIED PILOTS ASSOC.

**APPEARANCES:**
**Joseph Jacobson, Allen Press, and Nicole Acchione, Esqs.,** for Plaintiffs
**Daniel Katz, Steven Fram, John Connell, and Elizabeth Ginsberg, Esqs.,** for Defendants.

NATURE OF PROCEEDING:   TELEPHONE STATUS CONFERENCE

Telephone conference held on the record.

**Commenced: 4:00p.m.**
**Adjourned:   4:45p.m.**

**Total Time:   0:45**

cc: Chambers                                              <u>Lawrence MacStravic</u>
                                                          **Deputy Clerk**