

**John C. Connell**
*Also Member of Pennsylvania Bar*
jconnell@archerlaw.com
856-354-3074 Direct

One Centennial Square
Haddonfield, NJ 08033
856-795-2121 Main
856-795-0574 Fax
**www.archerlaw.com**

September 27, 2012

<u>**VIA CM/ECF**</u>

The Honorable Joseph E. Irenas, S.U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 310
Camden, NJ 08101

    Re: **Brady, et al v. Air Line Pilots Association, Int'l**
        **Civil Action No. 02-2917 (D.N.J. Camden) (JEI)**
        <u>**Response to Plaintiffs' September 27, 2012 Request for**</u>
        <u>**Continuance of Service of Expert Reports**</u>

Dear Judge Irenas:

    On behalf of defendant Air Line Pilots Association, International ("ALPA"), I am writing in response to plaintiffs' September 27, 2012 request for a continuance of the date of service of the reports of plaintiffs' damages experts, relative to this matter. That date is currently set for September 28, 2012, under the terms of the September 7, 2012 Case Management Order.

    Defendant ALPA does not object to a continuance of the service of plaintiffs' expert reports until Friday, October 12, as proposed by plaintiffs. Under these circumstances, defendant would respectfully request the following:

    (1) That the currently scheduled October 2 in-person court conference, set by the September 7, 2012 Case Management Order, also be briefly continued. All counsel are available on Monday, October 22, for a re-scheduled in-person court conference, subject to Your Honor's availability.

    (2) That the depositions of the five (5) current or former American Airlines/Allied Pilots Association deponents, likewise be briefly continued. Under the September 7, 2012 Case Management Order, those depositions were to be completed by October 10 following service of the reports of plaintiffs' damages experts. If continued, these depositions can be re-scheduled to occur after the new in-person court conference.

September 27, 2012
Page 2

      We have conferred with plaintiffs' counsel who consents to these proposed continuances. We appreciate Your Honor's consideration of these scheduling adjustments. If you have any questions, please call me.

      Thank you.

                                       Respectfully submitted,

                                       */s/ John C. Connell*

                                       JOHN C. CONNELL

JCC/jcw
cc:    Allen Press, Esquire (via CM/ECF only)
        Lisa J. Rodriguez, Esquire (via CM/ECF only)
        Daniel M. Katz, Esquire (via CM/ECF only)
        Steven J. Fram, Esquire (via CM/ECF only)
        Theodore V. Wells, Jr., Esquire (via CM/ECF only)

8923364v1

September 27, 2012
Page 3


Bcc:    Jonathan Cohen, Esquire (via e/m)
        Elizabeth Ginsberg, Esquire (via e/m)
        Michael E. Abram, Esquire (via e/m)
        Marta Wagner, Esquire (via e/m)