```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

```
PATRICK BRADY, et al.,              HONORABLE JOSEPH E. IRENAS

        Plaintiffs,                 CIVIL ACTION NO. 02-2917
                                              (JEI)
    v.
                                              ORDER
AIR LINE PILOTS ASSOCIATION,

        Defendant.
```

**APPEARANCES:**

```
TRUJILLO, RODRIGUEZ & RICHARDS, LLP
By: Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, NJ 08033
     Counsel for Plaintiffs

GREEN JACOBSON, PC
By: Joseph Jacobson
Allen P. Press
7733 Forsyth Boulevard
Suite 700 Pierre Laclede Center
St. Louis, MO 63105
     Counsel for Plaintiffs

ARCHER & GREINER, PC
By: John C. Connell
Steven J. Fram
One Centennial Square
Haddonfield, NJ 08033
     Counsel for Defendants
```

*Pro Hac Vice*:
```
KATZ & RANZMAN, PC
By: Daniel M. Katz
4530 Wisconsin Ave., N.W., Suite 250
Washington, DC 20016
     Counsel for Defendants
```

**IRENAS,** Senior District Judge:

This matter having come before the Court on the informal application of Plaintiffs, who requested by letter on September 27, 2012 that the Court grant a continuance for the service of Plaintiffs' expert reports, and separate informal application of Plaintiffs, who request that the Court reschedule the October 2, 2012 conference and amend the dates by which certain depositions must be completed; neither party having any objection to these requests; and for good cause appearing;

**IT IS** on this 28th day of September, 2012,

**ORDERED THAT:**

(1) Counsel for Plaintiffs shall serve expert reports by Friday, October 12, 2012.

(2) The October 2, 2012 conference is rescheduled for October 30, 2012, at 2:00 pm.

(3) ALPA shall complete the depositions of the five current or former American Airlines/Allied Pilots Association deponents before October 24, 2012.

S/ Joseph E. Irenas

**JOSEPH E. IRENAS, S.U.S.D.J.**