# Archer&Greiner P.C.
## ATTORNEYS AT LAW

**John C. Connell**
*Also Member of Pennsylvania Bar*
jconnell@archerlaw.com
856-354-3074 Direct

One Centennial Square
Haddonfield, NJ 08033
856-795-2121 Main
856-795-0574 Fax
**www.archerlaw.com**

October 9, 2012

**VIA ECF**

The Honorable Joseph E. Irenas, S.U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 310
Camden, NJ 08101

      Re:    **Brady, et al v. Air Line Pilots Association, Int'l**
             **Civil Action No. 02-2917 (D.N.J. Camden) (JEI)**
             **Consent Order Amending Deposition Date for John Darrah**

Dear Judge Irenas:

      I am enclosing a proposed Consent Order Amending Deposition Date for John Darrah, relative to this matter. As you will recall, in accordance with Your Honor's Orders dated September 7 and September 28, 2012, the deposition of up to five (5) current or former American Airlines/Allied Pilots Association deponents were to be concluded before October 24, 2012. One of those deponents, John Darrah, is unavailable during the month of October, but can appear for deposition in November. Plaintiffs' counsel, Lisa J. Rodriguez, Esquire, has consented to this brief adjournment. Accordingly, I am respectfully requesting that the court enter and file the enclosed Consent Order, providing for such relief and bearing the e-signatures of both counsel.

      Should you have any questions, please contact me. Thank you.

                              Respectfully submitted,

                              */s/ John C. Connell*

                              JOHN C. CONNELL

JCC/jcw
Enclosure
cc:    Counsel via ECF
8960857v1