ARCHER & GREINER
A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
(856) 795-2121

Attorneys for Defendant,
Airline Pilots Association, International, Inc.

BY:   JOHN C. CONNELL, ESQUIRE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| **PATRICK BRADY et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 02-2917 (JEI) |
| ) | |
| **AIRLINE PILOTS ASSOCIATION, INT'L,** ) | |
| ) | |
| **Defendant.** ) | |

### CONSENT ORDER
### AMENDING DEPOSITION DATE FOR JOHN DARRAH

**THIS MATTER** having come before the court on informal application of counsel for defendant Air Line Pilots Association, International, Inc., seeking a short continuance of the deposition of John Darrah; and the Order entered in this matter on September 28, 2012 by the Honorable Joseph E. Irenas, S.U.S.D.J., requiring that depositions of up to five (5) current or former American Airlines/Allied Pilots Association deponents occur on or before October 24, 2012; and all counsel acknowledging that one of those deponents, John Darrah, is not available to appear for deposition on or before October 24, 2012; and plaintiffs' counsel, Trujillo, Rodriguez & Richards, LLP (Lisa J. Rodriguez, Esquire), and Archer & Greiner, P.C. (John C.

Connell, Esquire), on behalf of defendants, Airline Pilots Association, Int'l., Inc., having conferred and agreed to the said short continuance of the deposition of John Darrah to a mutually convenient date to be determined in the month of November 2012; and for good cause shown;

**IT IS ON THIS** 10th day of October, 2012,

**ORDERED** that the September 7 and 28, 2012 Orders be and hereby are amended to require that John Darrah's deposition shall occur during the calendar month of November, 2012, in the District of Columbia, Washington, D.C.

Consent as to form and
entry is hereby given:

Trujillo, Rodriguez & Richards, LLP

By: /s/ Lisa J. Rodriguez
    Lisa J. Rodriguez
Attys. for Plaintiffs, Patrick Brady, et al.

Archer & Greiner, P.C.

By: /s/ John C. Connell
    John C. Connell
Attys. for Defendant, ALPA

It is so ordered.

Hon. Joseph E. Irenas, S.U.S.D.J

8951251v1