

**TRUJILLO
RODRIGUEZ &
RICHARDS, LLC**
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

October 16, 2012

**VIA ECF**
Clerk
United States District Court for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, NJ 08101

    RE:  *Brady, et al. v. ALPA*
            Civil Action No. 02-2917

Dear Sir or Madam:

    On behalf of Plaintiffs in the above-referenced matter, kindly withdraw Plaintiffs' Motion For Approval of Form of Class Notice from the Docket, PACER Docket Entry No. 498. Plaintiffs are no longer seeking the relief therein.

    Defendant filed its opposition to Plaintiffs' motion on October 15, 2012, Docket Entry No. 508 and for the reasons articulated by Defendant, Plaintiffs' will immediately proceed with collecting necessary discovery from the Class without Court approval.

                             Respectfully,

                             *s/ Lisa J. Rodriguez*

                             Lisa J. Rodriguez

cc:  Steve Fram, Esq. (via ECF)
      John Connell, Esq. (via ECF)
      Dan Katz, Esq. (via ECF)
      Daniel J. Toal, Esq. (via email)
      Plaintiffs' counsel (via email)