UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al.,<br><br>                    Plaintiffs,<br><br>       v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,<br><br>                    Defendant. | Civil Action No. 02-2917 (JEI)<br><br>**Oral Argument Requested**<br><br>Motion Date: November 19, 2012 |

_____

NOTICE OF MOTION BY
AIR LINE PILOTS ASSOCIATION, INTERNATIONAL
FOR LEAVE TO AMEND ANSWER
_____

                              Archer & Greiner
                              A Professional Corporation
                              One Centennial Square
                              P.O. Box 3000
                              Haddonfield, New Jersey 08033-0968
                              (856) 795-2121

*Pro Hac Vice:*

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 659-4656

*Attorneys for Defendant Air Line Pilots Association, International*

TO: Lisa J. Rodriguez, Esquire
Trujillo, Rodriguez & Richards, LLC
258 Kings Highway East
Haddonfield, NJ 08033

Allen Press, Esquire
Green Jacobson, P.C.
7733 Forsyth Boulevard, Suite 700
Clayton, MS 63105

PLEASE TAKE NOTICE that on November 19, 2012, or as soon thereafter as counsel may be heard, Defendant Air Line Pilots Association, International ("ALPA") shall move before the Honorable Joseph E. Irenas, S.U.S.D.J., for an Order granting Defendant's Motion for Leave to Amend Answer.

In support of this motion, ALPA will rely on the accompanying Memorandum of Law, as well as the Certification of John C. Connell, Esquire, with attached Exhibit A. A proposed form of Order and a Certificate of Service are also enclosed.

Oral argument is requested if the motion is opposed.

Dated: October 23, 2012            Respectfully submitted,

                                   Theodore V. Wells, Jr., Esquire
                                   Paul, Weiss, Rifkind, Wharton
                                      & Garrison LLP
                                   1285 Avenue of the Americas
                                   New York, New York 10019-6064
                                   (212) 373-3000

                                   - and -

          Archer & Greiner
          A Professional Corporation
          One Centennial Square
          P.O. Box 3000
          Haddonfield, New Jersey 08033
          (856) 795-2121

          By:   */s/ John C. Connell*
              John C. Connell, Esquire
              Steven J. Fram, Esquire
              Kerri E. Chewning, Esquire

*Pro Hac Vice:*

Jay Cohen, Esquire
Daniel J. Toal, Esquire
Paul, Weiss, Rifkind, Wharton
   & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Daniel M. Katz, Esquire
Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 659-4656

*Attorneys for Defendant Air Line Pilots Association, International*
9013876v1