UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al.,<br><br>              Plaintiffs,<br><br>      v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,<br><br>              Defendant. | Civil Action No. 02-2917 (JEI) |

_____

**ORDER GRANTING
AIR LINE PILOTS ASSOCIATION, INTERNATIONAL'S
MOTION FOR LEAVE TO AMEND ANSWER**
_____

                                  Archer & Greiner
                                  A Professional Corporation
                                  One Centennial Square
                                  P.O. Box 3000
                                  Haddonfield, New Jersey 08033-0968
                                  (856) 795-2121

*Pro Hac Vice:*

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 659-4656

*Attorneys for Defendant Air Line Pilots Association, International*

THIS MATTER having come before the Court, by way of Defendant Air Line Pilots Association, International's ("ALPA") Motion for Leave to Amend Answer ("Motion"), and the Court having considered the documents filed, and arguments of counsel, and for good cause shown;

IT IS ORDERED, on this _____ day of _____, 2012, as follows:

1. ALPA's Motion for Leave to Amend its Answer to add the Affirmative Defense of Failure to Mitigate be, and hereby is, GRANTED; and

2. ALPA shall file the Amended Answer, attached as Exhibit A to the Certification of John C. Connell, Esq., dated October 23, 2012, within ten (10) days of the date of this Order.

                                              HON. JOSEPH E. IRENAS, S.U.S.D.J.

9013881v1