UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,<br><br>　　　　　　Defendant. | Civil Action No. 02-2917 (JEI)<br><br>**Oral Argument Requested**<br><br>Motion Date: November 19, 2012 |

_____

**CERTIFICATE OF SERVICE**

_____

　　　　　　　　　　Archer & Greiner
　　　　　　　　　　A Professional Corporation
　　　　　　　　　　One Centennial Square
　　　　　　　　　　P.O. Box 3000
　　　　　　　　　　Haddonfield, New Jersey 08033-0968
　　　　　　　　　　(856) 795-2121

*Pro Hac Vice:*

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 659-4656

*Attorneys for Defendant Air Line Pilots Association, International*

I hereby certify that on October 23, 2012, I filed the foregoing Notice of Motion for Leave to Amend Answer on behalf of Air Line Pilots Association, International, Memorandum of Law In Support of Same, Certification of John C. Connell, Esquire, with attached exhibit, a proposed form of order, and this Certificate of Service, and served the foregoing documents upon all counsel of record, via CM/ECF.

      /s/ John C. Connell  
      JOHN C. CONNELL, ESQUIRE

9013899v1