1              UNITED STATES DISTRICT COURT
2              FOR THE DISTRICT OF NEW JERSEY

_____
3   PATRICK BRADY, ET AL.,

4              Plaintiffs,

5       vs.                          CIVIL ACTION
                                     NO. 02-2917 (JEI)
6
    ALLIED PILOTS ASSOC.,            TELEPHONE CONFERENCE
7
             Defendant.
8   _____

9                          UNITED STATES COURTHOUSE
                           ONE JOHN F. GERRY PLAZA
10                         4TH AND COOPER STREETS
                           CAMDEN, NEW JERSEY 08101
11                         THURSDAY, SEPTEMBER 6, 2012

12  B E F O R E:    THE HONORABLE JOSEPH E. IRENAS
                    UNITED STATES DISTRICT JUDGE
13

14  A P P E A R A N C E S:

15
          TRUJILLO, RODRIGUEZ & RICHARDS
16        BY:  LISA RODRIGUEZ, ESQUIRE
                   -AND-
17        GREEN JACOBSON, P.C.
          BY:  ALLEN PRESS, ESQUIRE
18        ATTORNEYS FOR PLAINTIFFS

19        ARCHER & GREINER
          BY:  STEVEN FRAM, ESQUIRE
20                 -AND-
          KATZ & RANZMAN
21        BY:  DANIEL M. KATZ, ESQUIRE
          ATTORNEY FOR DEFENDANT ALLIED PILOTS
22        ASSOCIATION

23

24
                         LISA MARCUS, C.S.R.
25                       CERTIFICATE # 1492
                         OFFICIAL U. S. REPORTER

1           THE COURT:  Our court reporter is here.  So first let
2    me have your appearances.
3           MS. RODRIGUEZ:  Your Honor, this is Lisa Rodriguez
4    and Allen Press for the plaintiffs.
5           MR. FRAM:  Your Honor, good afternoon.  Steven Fram
6    of Archer & Greiner for defendants.  Also on the line is --
7           PHONE OPERATOR:  Excuse me, Daniel Katz has joined.
8           MR. FRAM:  My partner John Connell is on the line,
9    your Honor.  It sounds like Mr. Katz has just joined us as
10   well.
11          MS. WAGNER:  And this is Marta Wagner as the client
12   for the Airline Pilots Association.
13          THE COURT:  Okay.  ALPA or APA?  You're for ALPA?
14          MS. WAGNER:  Correct.
15          THE COURT:  Okay.  I'm going to start.  When are the
16   expert's reports due for the plaintiff?
17          MR. PRESS:  They're due September 28th.
18          THE COURT:  And I can't -- the two of you are now
19   fighting over whether they can take the depositions I allowed
20   after that date, right?
21          MR. PRESS:  That's true.
22          THE COURT:  You want me to rule on that, is that what
23   you want me to do?  You're fighting about that?
24          MR. PRESS:  Judge, you gave a very clear Order and
25   then you asked Mr. Fram to write it up, and what we got was

 1   something different and so we didn't agree to it.  I thought

 2   our whole purpose of this was to be expediting as much as we

 3   could and so that's -- we were trying to comply with what we

 4   believe was your intent.

 5          THE COURT:  I don't know that they really thought

 6   about that issue, but the -- well, let me hear the other side.

 7      Mr. Fram.

 8          MR. FRAM:  Your Honor, what we're trying to do is

 9   we're trying to avoid a fight later, which is if we take these

10   depositions and see the reports and think of something that we

11   thought we should have asked or didn't anticipate, we don't

12   have to go back to plaintiff's counsel and say can you bring

13   these people back, can we supplement.  We thought at the time

14   of the hearing that it might make sense to go forward.  We

15   thought about it further, we've had further discussions, and

16   it seemed to us, given that deferring these depositions is not

17   going to delay things, it seems to us that it makes more

18   sense, it's more efficient and it avoids that fight later on.

19      The other thing I'll mention, your Honor, is that we

20   were hoping to receive documents from the main class

21   representatives.

22          THE COURT:  See, that probably should be my first

23   question.  There was a demand for documents made back in May,

24   I think.

25          MR. FRAM:  Your Honor, May 31st.

```
 1              THE COURT:  Right.  Is that being complied with?
 2              MR. FRAM:  Your Honor, it has not.  We have gotten
 3     some documents within the last couple days by email, but we
 4     have not gotten most of the documents and we certainly don't
 5     have the documents we would want to review to take any of
 6     these depositions, your Honor.
 7              MR. PRESS:  That's partially correct, Judge.  We're
 8     missing -- you ordered us to turn over the work history for
 9     our clients, which we've done except for one and I've beaten
10     on him and he's promised to provide it today.  And that was
11     all supposed to be done in conjunction with taking their
12     depositions, which the defendants show no interest in doing
13     now.  But the data has been provided except for one.
14              MR. KATZ:  That's not really correct, your Honor.
15     The request for production of documents asks for W-2s and
16     other tax forms for the years 2000 to the present.  There have
17     been no tax forms or W-2s for the year 2000 or the year 2001.
18     And with respect to Ted Case there's been no documents at all.
19     With respect to Sally Young there's a list of numbers for 2001
20     through 2011 that Mr. Press emailed to us but no
21     documentation.  The request for production of documents also
22     asks for job applications and the like for the people who were
23     furloughed and several of the -- three of the class
24     representatives were furloughed and we don't have furlough
25     notices, recall notices, applications for other employment, a
```

 1    whole host of things that were requested in the May 31st

 2    Request for Production of Documents.  There's also a request

 3    for other documentation relating to the plaintiffs' failure to

 4    work during this period of time, like loss of medical

 5    licenses, extended sick leave, disciplinary action taken by

 6    the company, and these are things that have happened to some

 7    of the class representatives and we have no documentation on

 8    any of that, so there's been a woeful lack of compliance with

 9    the document request.  But plaintiffs are still maintaining

10    that these five depositions as well, the depositions of the

11    American Airlines and APA people must be completed by

12    September 28th.

13         THE COURT:  This is the first time that I heard that

14    they weren't -- I would have thought that depositions would

15    have been going on long before today.

16         MR. PRESS:  So did we, your Honor.  There's been no

17    attempt to even put a subpoena on APA or American as far as we

18    know.

19         MR. FRAM:  We're still -- I think we have most of the

20    documents but we're still missing some.

21         THE COURT:  Look, you guys will always be missing

22    documents.

23         MR. FRAM:  Your Honor, with respect to the class

24    representatives, I think Mr. Katz has outlined fairly

25    comprehensively the many documents we don't have.  It is a

```
 1   little difficult to --

 2           THE COURT:  This is 12 years ago.

 3           MR. FRAM:  What, your Honor?

 4           THE COURT:  They may not have any of these documents.

 5   They can only produce what they have.

 6           MR. PRESS:  And, Judge, to be fair, you ordered us to

 7   produce, and I'm reading from the Order, the work history of

 8   those five reps during the period when the integration took

 9   place, and I've done that except as to one.  So all these

10   other things I didn't -- we didn't even understand that that

11   was part of what you were ordering us to do.

12           THE COURT:  I don't remember ordering all those

13   items.

14           MR. FRAM:  I think at the hearing, and this was

15   memorialized in the form or Order we submitted, we did

16   specifically ask that the plaintiffs produce the categories of

17   the documents sought in our written document request, that's

18   in Paragraph 3 of the Order -- proposed Order we submitted.

19   And that is a paragraph that plaintiff's counsel agreed to

20   with the exception of our request No. 5, which they said,

21   well, we don't want to produce information that relates to

22   educational things, but I don't think that is actually an

23   issue in dispute.  All we're suggesting, your Honor, and I

24   think we certainly opined to sort out these documents issues,

25   is, again, we're trying to avoid a fight later, where if we
```

1  take these depositions --

2          THE COURT:  Well, let's worry about the fight later.

3  As the Bible says, sufficient unto the day the evil thereof.

4  You guys will be so busy avoiding a fight later this case will

5  be three years from now still pending.

6          MR. FRAM:  Judge, we don't have a problem scheduling

7  these depositions.  I think --

8          THE COURT:  I don't want them scheduled, I want them

9  taken.

10          MR. FRAM:  Okay.  Well, we -- your Honor, we would

11  suggest that you take them shortly after we see the

12  plaintiff's expert reports.  If you want to talk about dates

13  now to do that, fine.  If your Honor prefers --

14          THE COURT:  No, I prefer they start now.

15          MR. FRAM:  Okay.  Well, your Honor, we don't have the

16  documents we need for the class representative depositions.

17  I'm not sure how --

18          THE COURT:  Well, you take with what you got.

19          MR. FRAM:  Okay.

20          THE COURT:  And --

21          MR. FRAM:  Your Honor, if we find out --

22          THE COURT:  Basically you're abusing my kindness in

23  opening up discovery again because now you have a generalized

24  document demand and now you define what the generality of it

25  means and then you start asking for everything under the sun.

1          MR. FRAM:  Well, no, your Honor, actually we served

2     this document demand back on May 31st and raised it at a

3     couple of the hearings your Honor had.  We're simply trying to

4     get basic documents that we think go to the issues in the

5     case.  If we proceed with the depositions now, we're certainly

6     going to ask the class reps about other documents that may

7     exist.  And if it turns out that other documents exist that

8     are relevant that weren't produced, well, then we're going to

9     have to -- I suppose we're going to have to trouble your Honor

10    with that issue and get into that whole thing.  But again,

11    we're trying to be efficient here, your Honor, and minimize --

12          THE COURT:  You're being efficient by doing nothing?

13          MR. FRAM:  Efficient by taking the depositions at the

14    optimal point in time, which is after we know what the damage

15    theory is, after we've received the documents that I think in

16    any employment litigation, your Honor, are fair game for

17    discovery.

18          THE COURT:  By the way, on September 28th are the

19    plaintiffs going to have their report in?

20          MR. PRESS:  Yes, your Honor.  Judge, I mean, your

21    order was very clear, it said take this discovery from APA and

22    American by September 28th and they've done nothing.  And

23    really this is a motion to reconsider is what this really is.

24          THE COURT:  Motion to reconsider what?

25          MR. PRESS:   The ruling you made on July 31st.

1          MR. FRAM:  Your Honor, we cited in the transcript

2     where, I think if you've had a chance to review it, I'm the

3     one who suggested that we might want to take this discovery.

4     If you recall from the prior hearing May 4th, we were told

5     don't take any discovery.  Mr. Press even said we don't think

6     it makes sense for the defendant to take any discovery until

7     they know what our damage theory is.  So I threw this out as a

8     way for us to try to do something in the meantime to move

9     matters forward.  We've now had a chance to rethink it a

10    little bit and we're not sure it is efficient and we don't

11    again want to cause problems later on.  We're going to have

12    plenty of time, your Honor, I think, after we see these

13    reports on the 28th with the schedule and take all of this

14    discovery and any other discovery fairly quickly.  And our

15    request would be that you simply put the specifics of these

16    depositions on the agenda for the conference that you've

17    scheduled for counsel on October 2nd.  And if it makes sense,

18    as I think it will, to take these depositions within a couple

19    weeks after that, then we'll go ahead and do it.  We do --

20          THE COURT:  Remind me of the deps that the

21    plaintiff -- Mr. Press, what deps are you going to take?  The

22    class reps?

23          MR. PRESS:  Oh, we're not taking any depositions

24    currently planned, Judge.  This was all --

25          THE COURT:  I meant, I'm sorry, Fram.

1          MR. FRAM:  Yes, your Honor.

2          THE COURT:  You plan to take the class reps?

3          MR. FRAM:  Yes, your Honor, we plan to take

4    depositions of --

5          THE COURT:  Who else?

6          MR. FRAM:  -- five class representatives with respect

7    to damages --

8          THE COURT:  Okay.  Who else?

9          MR. FRAM:  -- no one has been deposed with respect to

10   those issues before.

11         THE COURT:  Who else?

12         MR. FRAM:  And then we talked about taking up to five

13   depositions of representatives of the APA and of American

14   Airlines.  And we've got a list of, you know, ten or 15

15   potential deponents, we haven't narrowed that down.  Your

16   Honor limited us, if we're going to go ahead, taking up to

17   five and for those depositions to be four hour depositions.

18         THE COURT:  Right.

19         MR. FRAM:  So we haven't narrowed that down to the

20   five we would take before, because again we really think we

21   need to see what the plaintiffs' report is and not impose upon

22   third parties and say, well, we asked you this group of

23   questions but now we have the plaintiffs' expert report, we

24   need to try to bring you back, that just again causes fights

25   and headaches.  These depositions can be scheduled and taken,

1    I think, quite quickly after we see the plaintiffs' report and

2    that's just a more efficient way to do it from our

3    perspective, your Honor.

4            THE COURT:  Mr. Press.

5            MR. PRESS:  Yes, Judge.  The whole thrust of that --

6    what we talked about July 31st was you inquiring what can be

7    done before September 30th.  And Mr. Fram said he could do

8    these things, that is to take the five deps from the third

9    parties, take the five class reps, and he said he could do it

10   for September 30th and you ordered it to be done and nothing

11   has been done.

12           THE COURT:  How many hours have I allowed for the

13   class reps?

14           MR. PRESS:  Four.

15           MR. FRAM:  Your Honor, you allowed four hours for

16   deposition of the class reps and four hours for deposition of

17   any APA/American representative subject to our contacting you

18   if we needed more time.

19        But I would have to differ with Mr. Press in terms of

20   the discussion on the 31st.  If your Honor's had the chance to

21   review the transcript, I raised the issue of are there things

22   that we might do while we're waiting for the reports.  And I

23   thought your Honor was pretty clear when we talked this

24   through that we would be allowed to do things, not that we

25   would be required to do that.  One of our problems, and, I

1   don't know, maybe this is an example, at least in my mind, as

2   to no good deed being unpunished, that I threw out the idea of

3   trying to move the case ahead based upon we heard for the

4   first time at the hearing on the 31st.  We've now had a chance

5   to think it through more carefully and talk to plaintiffs'

6   counsel and we anticipate the potential problems that we've

7   been assessing and it doesn't seem like such a good idea

8   anymore.  We don't see any prejudice --

9         THE COURT:  Well, it seems a good idea to me.

10         MR. FRAM:  Well, your Honor, I appreciate that.  I

11  would submit that there's no prejudice whatsoever to the

12  plaintiffs if we wait until shortly after the --

13         THE COURT:  It just drags the case on.  It just drags

14  and drags and drags.

15         MR. FRAM:  Well, your Honor --

16         THE COURT:  The class reps, if they have to come

17  back, they'll come back.  I mean, I can look at that issue

18  when it arises.  I want those taken in the next week or the

19  next ten days.  They should have been taken already.

20         MR. FRAM:  Your Honor, can we have a deadline for the

21  plaintiffs to produce whatever documents we're going to get

22  from them?  Because the handful of documents we've received,

23  they've come in by email only over the last couple days.  And

24  I have to tell you that based upon -- I wrote to your Honor on

25  August --

```
 1            THE COURT:  Why such a delay from May -- both of you

 2   are just in the guise of fighting with each other conspiring

 3   to drag the case out.

 4            MR. FRAM:  Well, your Honor, I would respectfully

 5   disagree with that.

 6            THE COURT:  Plaintiff, why did you wait till the last

 7   few days to give personal information which somebody could get

 8   together in a day?

 9            MR. PRESS:  Because I had just collected enough stuff

10   that made it worthwhile.  The day after our July 31st hearing,

11   I sent a letter to Mr. Fram telling him that I need his

12   availability in September for the plaintiffs' depos because

13   they have to -- if they're flying soon, and so they need to

14   make accommodations to clear their calendars for Mr. Fram's

15   availability in September.  And he's going to have all the

16   work history that we were ordered to produce before any

17   plaintiff sits for a deposition, he already has 80 percent of

18   it.  So we are not the ones impeding ALPA from doing its

19   discovery and they've done nothing to take any discovery from

20   American and APA.  They were granted leave to take five

21   depositions and they have not scheduled one.

22            MR. FRAM:  Your Honor, can we go back to deps of the

23   class representatives?

24            THE COURT:  Yup.

25            MR. FRAM:  Can we set a date by which we will receive
```

 1  whatever documents the plaintiffs will be producing for the

 2  class reps?

 3          THE COURT:  When are you going to finish your

 4  production on that?

 5          MR. FRAM:  I'm sorry, your Honor.

 6          THE COURT:  I'm talking to Mr. Press.

 7       When are you going to finish production of the May 31st

 8  request?

 9          MR. PRESS:  I hope to have it today.

10          THE COURT:  Okay.

11          MR. PRESS:  I was assured I would have the remaining

12  class reps' information today.

13          THE COURT:  I mean, your clients have to understand

14  that they're now in the hairy phase of the case, the area

15  that's always been problematic in this case, which is how do

16  you -- even if you're correct, as the jury said you were, you

17  know, the problematic area of this case from when I first

18  looked at it now ten years ago, whenever it was, how do you

19  prove damages even if the premise of your case is correct, and

20  you got to produce that information.

21          MR. PRESS:  We will, Judge.  I'm not trying to drag

22  my feet, just having a little client issue.

23          THE COURT:  I don't want to set a deadline because

24  that's just going to be more and then you won't meet the

25  deadline and then I'm going to be asked to extend the deadline

1  and then we have more calls and more time put into the case.

2  I just want it done.  Your clients have to realize, if they

3  expect to ever see a dime ever in this case, they've got to

4  deal with a very thorny issue, which is the damage issue, and

5  they have to produce whatever you tell them to produce if they

6  have it.

7          MR. PRESS:  Yes, sir.  That's what we presented to

8  them.

9          THE COURT:  If they don't understand that, they

10  shouldn't be class representatives.

11          MR. PRESS:   Well, yeah, I don't --

12          THE COURT:  I mean --

13          MR. FRAM:  Your Honor, in conjunction with that

14  production, could we request from plaintiff's counsel a

15  response, a written response to our Rule 34 request so they

16  know what --

17          THE COURT:  What's that request?

18          MR. FRAM:  Our document request.  We sent them a

19  document request.

20          THE COURT:  You mean in May.

21          MR. FRAM:  May 31st.

22          THE COURT:  May 31st.

23          MR. FRAM:  So, you know, if documents don't exist,

24  for example, in response to some categories --

25          THE COURT:  Yeah, but how can we define -- I don't

1 want these laying traps for the unwary.  All this paper

2 discovery is all traps for the unwary.  It's litigation versus

3 trial work.  You know, this is what makes you guys litigators.

4 God forbid you'd have to be in a courtroom and do something.

5 But you're litigators because, you know, we get responses and

6 then we argue the response is not -- I don't even know that

7 the demand you made is so crystal clear that you can say yes

8 or no.

9       I'm telling the plaintiffs you got to produce.  You got

10 to produce what they ask for.  Do you have any doubt as to

11 what you're asked to produce, Mr. Press?  Is there ambiguity

12 that you don't know?

13       MR. PRESS:  There's a disconnect between what you

14 ordered produced and what they requested.  Their request is

15 much more expansive than simply work history.  And again,

16 we've given them the work -- what you've ordered we've given

17 as to four of the five.  And the fifth one, I've stepped on

18 his throat this morning and he promised me I'd get it.  So,

19 but again their document requests themselves, Judge, are much

20 more expansive.

21       THE COURT:  Like what's in the document request?

22       MR. PRESS:  They want to see job applications, they

23 want to see training courses they've gone through, if they've

24 gone to college, they want their transcripts and course

25 materials that they received, it's all kinds of stuff.

```
 1              MR. FRAM:  Your Honor, Mr. Press has said a couple

 2     times that your Honor ordered work histories to be produced.

 3              THE COURT:  Well, it's whatever's in the Order.

 4              MR. FRAM:  Well, we have no Order, we're going back

 5     and forth about the Order.  I think we were fairly clear on

 6     June 31st, your Honor was clear.

 7              THE COURT:  May or June?

 8              MR. PRESS:  It was July.

 9              MS. RODRIGUEZ:  July.

10              MR. FRAM:  I'm now mixing months.  Yes.  We have the

11     transcript, it was July 31st.  I thought your Honor was clear

12     that they were to produce the documents that we requested in

13     our written request, we talked about the May 31st request.  We

14     subsequently spoke to plaintiff's counsel and confirmed that

15     they were agreeing to produce everything with the exception of

16     what had been requested in No. 5 and that's what led to my

17     preparing and sending to your Honor this form of Order that

18     specifically refers to that in Paragraph 3.  I don't know if

19     your Honor has that close at hand.

20              THE COURT:  I do, I think.

21              MR. FRAM:  But if you look at the second -- I'm

22     sorry.  If you look at the last sentence, your Honor, of

23     Paragraph 3, in preparation for said depositions plaintiff

24     shall produce by August 24th.  This is something they agreed

25     to, your Honor, they were going to produce this by
```

 1   August 24th.  We're now seeing some minimal material just

 2   within the last couple days.  So again, we want to review it

 3   to avoid problems at the deposition.  I don't want to start a

 4   deposition, your Honor --

 5           THE COURT:  No, you don't want to start anything.

 6   You'd be happy if this case was pending five years from now.

 7           MR. FRAM:  Your Honor --

 8           THE COURT:  Please.

 9           MR. FRAM:  I don't want to find out in a deposition

10   that there are --

11           THE COURT:  If you find out, then we can produce

12   them.  I want these depositions taken.  This case has got to

13   move forward.  You guys will fight over paper discovery till

14   the cows come home.  I'll say you get discovery of this,

15   you'll go back to your office, you'll see how you could try to

16   expand it within the parameters and list all kinds of things.

17   Who has old job applications?  Nobody has that.  You know,

18   maybe somebody has it, maybe they don't.  You'll drag this out

19   for the next five years arguing.  If I let you, you would do

20   it for ten years.

21           MR. FRAM:  Well, your Honor, I would submit to your

22   Honor I'm the one who suggested at the July 31st hearing that

23   there's things you might do.  Your Honor didn't mention it --

24           THE COURT:  All right.  I want it done.  I want

25   these -- within the next two weeks I want the class

1   representatives to be deposed.  And if you start on some of

2   the American people, you can start on those.

3           MR. FRAM:  All right.  We'll make that effort, your

4   Honor.

5           THE COURT:  What do you mean you'll make the effort?

6   You'll do it.  You're not going to make the effort, you'll do

7   it.

8           MR. FRAM:  Your Honor, just said that you wanted us

9   to try to start on those.  We obviously have to rely on the

10  cooperation to some degree of third parties.  So we'll contact

11  them --

12          THE COURT:  Well, you don't need third parties for

13  the class reps.

14          MR. FRAM:  Absolutely, your Honor.

15          THE COURT:  Those could be done.

16          MR. FRAM:  Understand that, your Honor.

17          THE COURT:  As to the others, yeah, you probably will

18  need to -- that's why I'm saying I want the five done

19  immediately, certainly, you know, probably by the 20th or the

20  21st, something like that.  Today is the 6th, I think, so

21  tomorrow is the 7th, so by the 21st I'd like to see all five

22  of them done.  Hey, they want to burden the courts with this

23  litigation, burden the lawyers, run up fees.  The class either

24  is serious about their case or they're not.  I don't want to

25  hear that some particular class rep has a vacation, I don't

1    want to hear it, don't ever tell me that.  I want these

2    depositions now done by the 21st for the five class reps.  I

3    want to at least start figuring out -- you know, and there's

4    got to be some American people you can take.  I don't know,

5    you don't have to go through the bankruptcy court, do you?

6           MR. FRAM:  No, your Honor, these would be

7    individuals, the witnesses would be individuals.

8           THE COURT:  Yeah, I mean, individuals could be

9    subpoenaed.  Let's start doing it.  Let's start doing it.

10          MR. FRAM:  Yes, your Honor.

11          THE COURT:  And even in terms of, like, you talk

12   about educational courses, well, you have four hours of

13   deposition, what the hell are you going to ask?  Those are the

14   questions you can ask.  Did you go to any classes?  Did you

15   take any training?  Did you do this?  Did you do that?  You

16   know, paper discovery is just a tool that lawyers use to

17   extend -- to drag litigations out and drive up huge fees,

18   that's all that is.

19          And let's get these depositions going.  Let's get the

20   five done by -- it was five, right?  Five class

21   representatives.  Let's have them done by the 21st.  And I'm

22   not going to put any specific deadlines on the others but I'd

23   like to see at least some of them done, you know, before the

24   28th.  This case has to get moving, and I'm not going to let a

25   fight over what the meaning of paper discovery or what I had

1   in my head four months ago when I ordered discovery in a

2   certain area and the lawyers go home and one set of lawyers

3   tries to narrow it as much he can narrow it and the other one

4   tries to expand it as much as he can expand it and then you

5   say, well, Judge you intended this.  No way.

6           MR. FRAM:  Judge --

7           THE COURT:  The case has to start moving now.

8   There's got to be depositions next week and early next week of

9   at least a couple of the class representatives.  This case has

10  to start moving.

11      Why is there silence?  Is everybody stunned by the

12  thought that the case has to move?

13          MR. PRESS:  No, your Honor.  When we were last

14  together, you ordered us or instructed us that this should be

15  done in a cooperative fashion, the scheduling of all these --

16          THE COURT:  I did, but I'm not seeing anything that

17  looks remotely like cooperation.

18          MR. PRESS:  Well, the day after when I got home, the

19  next day I wrote to them saying give me your dates in

20  September so we can do this in an orderly way.  And here we

21  are September 6th and now we're ordered to produce them all in

22  the next 15 days.

23          THE COURT:  On a what, on an eight year old case?

24  How outrageous of me.

25          MR. PRESS:  No, Judge, I'm not saying that, and I

1    wish we already had them scheduled.  But now -- you know,

2    we'll do what we have to do.

3            THE COURT:  Do your clients understand that this is

4    not a leisure time activity they're in?

5            MR. PRESS:  Of course they do, Judge, this is very

6    serious to them.

7            THE COURT:  I can remember litigating the Williams

8    Zack takeover case, a big one, over a weekend, which included

9    two appearances before the Third Circuit.  I mean, when people

10   have to move fast, they can move fast.

11           MR. PRESS:  Judge, I'm confident that we can get --

12   we can -- I'm very hopeful we can get all of them.  Because

13   they all come into St. Louis to fly, one of them lives here,

14   so we'll just have them come in a couple hours earlier than

15   they normally would and sit for a deposition and I'm very

16   hopeful it all can be done.  Well, you're ordering it be done

17   so...

18           MR. FRAM:  Your Honor, we'll certainly work with

19   counsel to try to agree on dates.

20           THE COURT:  We have an Order that says the

21   depositions were to be done by the 28th, although there's a

22   dispute even there as to what that Order means.

23           MR. FRAM:  Your Honor, we don't have an Order, we

24   have a proposed form of Order.  And that's why we had to ask

25   your Honor to get involved because we had a disagreement about

1    whether they had to be done by then or whether they could be

2    done by then, you've now resolved that.

3              THE COURT:  Mr. Press, do you have the Order in front

4    of you?

5              MR. PRESS:  I have the transcript and your

6    instructions, yes, I do.

7              THE COURT:  The Order, the proposed Order and what's

8    called Case Management Order, Mr. Fram's draft Order?

9              MR. PRESS:  Oh, his proposal?

10             THE COURT:  Yes.

11             MR. FRAM:  Your Honor, it's what we filed and

12   circulated on August 23rd with my letter.

13             THE COURT:  I have it in front of me, it came

14   August 23rd.

15         Mr. Press, what do you object to in this Order?

16             MR. PRESS:  Principally the --

17             THE COURT:  Do you object to Paragraph 1?

18             MR. PRESS:  Well, this -- I interpreted this language

19   as trying to box us into something.  And I propose that simply

20   say we're going to disclose our expert's reports as required

21   by Rule 26, I don't think it needs to say any more than that.

22   I was fearful that somehow we were getting boxed in with the

23   language they were proposing.  The main objection we have,

24   though, was that --

25             THE COURT:  Why was this draft Order so late after we

1    discussed it?  This was August 23rd, that's like a month and a

2    half after we had our conference.

3         MR. FRAM:  Your Honor, counsel would agree on most of

4    the issues and, indeed, Paragraph 1 we specifically agreed on,

5    I have an email from Mr. Press back to me saying I agree to

6    that Order with these handful of exceptions.  The reason why

7    there was a delay was when we couldn't agree on a handful of

8    issues, we ordered the transcript immediately and there was

9    delay in our getting the transcript, I believe your Honor was

10   on trial, counsel in that trial was ordering expedited

11   transcripts.

12        THE COURT:  You can't even agree now as to what you

13   disagree on.

14      Mr. Press, what is it about Paragraph 1 that you now

15   don't -- did you once tell him you agreed to it?

16        MR. PRESS:  No.  No.

17        MR. FRAM:  Your Honor --

18        MR. PRESS:  I'm looking at the instructions you gave

19   us and you summed up the whole day in a matter of 20 lines in

20   the transcript.

21        THE COURT:  Yeah, I have the transcript here.

22        MR. PRESS:  Page 57, Judge.

23        THE COURT:  I have Page 57.

24        MR. PRESS:  You laid it all out.  This should have

25   been a simple three line, four line order, I don't know why it

1   became so convoluted.  But as to the Order -- where was it?

2   "I expect to set forth --" the fourth line.  "I expect to set

3   forth the basic methodology.  Even if we don't have all the

4   numbers, it's certain rule on mitigation.  We won't even have

5   the proper offset at that point but that shouldn't stop having

6   a basic philosophy, I don't know if that's the right word, of

7   how we're going to decide how the list would have been

8   integrated."  And so that was what I understood you wanted us

9   to do, but what they wrote up to me seems something different

10  and I saw a trap in there for me and my clients so that's why

11  we didn't agree to it.

12          THE COURT:  Said reports shall identify by name

13  either -- you don't have a right to dictate what their

14  report's going to say.

15          MR. FRAM:  Your Honor, we were relying upon the

16  colloquy from the hearing.

17          THE COURT:  Oh.

18          MR. FRAM:  That's what the transcript said.  And I

19  have an email, I can probably find it pretty quickly.  I have

20  an email from Mr. Press confirming his agreement to that form

21  of Order so I'm very surprised to hear him now say that he

22  doesn't agree to Paragraph 1.  The only part of Paragraph 1

23  that he wanted to be changed is he wanted the insertion of the

24  word reasonably, you see that's in brackets at the top of Page

25  1.  This is something you wanted us to agree on an Order, we

1    sent drafts back and forth, had a couple phone conversations

2    and that Order is what resulted.  If you were interested, I

3    could send you the trail of emails where Mr. Press wrote back

4    and said, yeah, we agree.

5          MR. PRESS:  Well, no, you just mentioned our

6    disagreement, but I was trying to come to an agreement with

7    you and you wouldn't, so --

8          MR. FRAM:  Your Honor, we agreed except for the three

9    issues that were identified in my letter, the issue about

10   whether we had to take depositions before or were given the

11   option, your Honor's resolved that.  And then we had two other

12   minor issues that are referred to on the last page of our

13   letter.  So I hope I'm not going backwards, your Honor, in

14   terms of what's supposed to happen leading up to

15   September 28th.  Would it be helpful, your Honor, if I sent

16   you the email exchanges so you could see what the back and

17   forth was?

18         THE COURT:  No, I'm not going to get into who struck

19   who, we'll be here till next December on a simple procedural

20   Order.  Neither of you guys can be trusted to work together in

21   an efficient way and move the case forward, you just can't be

22   trusted.

23         MR. FRAM:  Well, your Honor, I'm disappointed to hear

24   you say that, we made a good faith effort.

25         THE COURT:  Here, such reports shall detail

1    plaintiffs' -- you can't dictate what their reports are going

2    to say, they may come up with whatever.  And his expression

3    you tried to box him in would have been a "but for the alleged

4    heretofore said reports shall identify by" -- you can't do

5    that.

6             MR. FRAM:  Your Honor, that's --

7             THE COURT:  You can't dictate what's going to be in

8    their report.

9             MR. FRAM:  Your Honor, we're not trying to.  We're

10   simply trying to memorialize what your Honor indicated --

11            THE COURT:  I didn't say any of that.

12            MR. FRAM:  Your Honor, I respectfully disagree.  I

13   think we can refer you as to points of the transcript where

14   your Honor summarized what these reports were supposed to do.

15   If you recall, your Honor, the Court's directive to

16   plaintiffs' counsel at the May 4th hearing was final damage

17   reports.  When we came in on the 31st, they said, well, your

18   Honor, we can't give final reports, we're going to give a

19   preliminary report that is going to give you a "but for the"

20   and that's going to give the total number but then we have to

21   go back and get more information.  So we were simply trying to

22   memorialize in that paragraph the nature of the report so that

23   from our perspective it didn't change again.  We've gone from

24   full reports by a date in August, they came back and said we

25   can't do it, now we're in a two stage process for reports.  So

1    we just wanted some clarity in terms of what the general

2    parameters of what that report will be.  We're not trying to

3    box them in, your Honor, other than to summarize what was

4    discussed and what your Honor directed at the hearing on

5    July 31st.

6              THE COURT:  What about Paragraph 2?

7              MR. PRESS:  No, there's no objection.

8              THE COURT:  Okay.  What about 3?

9              MR. PRESS:  Yes, the notion that depositions won't be

10   concluded by the 28th.  You were very clear, you wanted

11   this -- at least on July 31st you wanted this done by

12   September 28th and so that's why we didn't agree to that.

13             MR. FRAM:  Your Honor has now resolved that issue, I

14   think it's now been ordered that those depositions shall be

15   taken by September 21st.  Your Honor?

16             THE COURT:  I'm just thinking for a minute.

17             MR. FRAM:  I'm sorry, the line went completely

18   silent, I was afraid I got completely cut off.

19             THE COURT:  What about 4?

20             MR. PRESS:  We have the same problem with that, we

21   understood that that discovery was to be concluded by the end

22   of this month.

23             THE COURT:  I'm sorry, what's your problem?  I'm

24   trying to understand what you just said.

25             MR. PRESS:  Judge, you ordered them to complete

1    discovery from American and APA by September 28th.

2              THE COURT:  Yeah.

3              MR. PRESS:  And their proposal says that they can

4    take that discovery after September 28th.

5              THE COURT:  That's what you object to.

6              MR. PRESS:  Yes, sir.

7              MR. FRAM:  Your Honor, if I may.

8              THE COURT:  What about 5?  Where does amending Rule

9    26 disclosures --

10             MR. FRAM:  I'm sorry, your Honor, I missed the first

11   part.

12             THE COURT:  Paragraph 5, is there a disagreement

13   about that?  And why is it in here to begin with?

14             MR. PRESS:  I don't know.

15             MR. FRAM:  It's something that counsel discussed and

16   agreed to, your Honor.

17             THE COURT:  Why did you want to stick it in,

18   Mr. Fram?  Something in your little brain was telling you you

19   wanted to do that?  Why did you want that?

20             MR. FRAM:  Your Honor, plaintiff's counsel asked for

21   it.  No. 5 was have ALPA amend our disclosures.  They said we

22   amend your disclosures, they said --

23             THE COURT:  Mr. Press, did you ask for that and, if

24   so, why?

25             MR. PRESS:  I did and you ordered it, Judge.  Again,

1    same Page 57 of the transcript, he will provide you with Rule

2    26 type disclosures.  So I don't have a problem with that

3    provision.

4            THE COURT:  The both of you agree with 5?

5            MR. FRAM:  Yes, your Honor.

6            MR. PRESS:  Yes.

7            THE COURT:  Okay.  Then it will stay in.

8        Now what about 6?

9            MR. FRAM:  6 is something that counsel discussed and

10   plaintiffs' counsel agreed that, yes, they should amend their

11   Rule 26 disclosures so that we understood who their fact

12   witnesses were.  They'll do that, they've agreed by

13   September 28th.

14           THE COURT:  Do you agree to that, Mr. Press?

15           MR. PRESS:  Yes.

16           THE COURT:  Okay.  All right.  Here's how the Order's

17   going to read.

18       Paragraph 1:  No later than September 28th, 2012,

19   counsel for plaintiff shall serve expert damage reports, I'm

20   putting the word damage in after expert, expert damage reports

21   for either or both of the two experts previously identified by

22   them.  Said reports need not identify at this time the amount

23   that the class members for who damages are sought actually

24   earned during any period for which damages are claimed.

25       That's Paragraph 1.  Everything else you have in there

 1   I'm taking out.  We'll have this for you probably by tomorrow.

 2        2.  It's okay as is.

 3        3.  The second word "may" is changed to "shall."  The

 4   August 24th date for producing the documents is changed to

 5   September 11th.  And that's Paragraph 2.

 6        Paragraph 4 is the "may" -- the second word "may" is

 7   turned to "shall."  And the date of September 28th in the

 8   second line is changed to October 10th.  And then the phrase

 9   "or it may defer all third party," that's crossed out, the

10   rest of it stays the same.

11        And then everybody agrees to the rest of it.  Do you

12   want to go over that again?

13        MR. FRAM:  I think we have it, your Honor.

14        Is your Honor going to mark the Order and file it or

15   would it be helpful --

16        THE COURT:  No, I'm going to retype it because if I

17   let you retype it, there will be new things that pop up in

18   there that weren't there before.

19        MR. FRAM:  We have it in Word, your Honor, if it

20   would be helpful, we could email it to chambers to save your

21   staff having to retype it.

22        THE COURT:  Meaning so that I could just doctor the

23   one you did up?

24        MR. FRAM:  Yeah.

25        THE COURT:  Mr. Press, well, did I speak too fast, do

 1    you have what I said?

 2          MR. PRESS:  I do.

 3          THE COURT:  Okay.  I'm going to go over it -- because

 4    No. 1 is the only one that any major surgery was done to.

 5    It's "no later than September 28, 2012, counsel for plaintiff

 6    shall serve expert damage reports," or expert reports on

 7    damages, however you want to do it, I just want the concept of

 8    damages in there, "for either or both of the two experts

 9    previously identified by them."  You then cross out the rest

10    of that page and the next three-and-a-half lines of the top of

11    the next -- on Page 2.  You then pick up, "said reports need

12    not identify at this time the amount that the class members

13    for whom damages are sought actually earned during any period

14    for which damages are claimed."  And then the last sentence is

15    knocked out.

16          Do you have that?

17           MR. PRESS:  Yes.

18          THE COURT:  Paragraph 2 there's no change.

19          For Paragraph 2 the second word "may" becomes "shall."

20    August 24th becomes September 11th.

21          Paragraph 2 the second word "may" becomes "shall" and

22    the second line September 28th becomes October 10th.  And the

23    phrase "or it may defer the taking of all third party

24    depositions until after September 28th," that's taken out, and

25    the rest of it there's no change.  Okay?

```
 1              MR. FRAM:  Yes, your Honor.  If you want us to email
 2     this.
 3              THE COURT:  Yes.  Do you want to email it today just
 4     so that we can doctor it up?  We will make a decision how to
 5     do it but it can't hurt for me to have it.
 6              MR. FRAM:  Your Honor, I think I understand clearly
 7     your changes and I'll just make the edits and email it with a
 8     copy to Mr. Press.
 9              THE COURT:  No, I want to make the changes.
10              MR. FRAM:  Okay.  We'll email it to chambers.
11              THE COURT:  Just email a copy.  You said it's in
12     Word?
13              MR. FRAM:  Yes, your Honor.
14              THE COURT:  We have Word Perfect, but it's
15     convertible, the machine does it automatically.  Send it to
16     me, we'll make the changes tomorrow morning and get it to you
17     by tomorrow.
18              MR. FRAM:  Yes, your Honor.
19              THE COURT:  We still have our conference October --
20     what date is that?
21              MR. FRAM:  2.
22              THE COURT:  October 2nd.  Now, that was going to be
23     an in person conference, wasn't it?
24              MR. FRAM:  Yes, your Honor.
25              MR. PRESS:  Yes.
```

```
 1              THE COURT:  Okay.  So we'll see you on October 2nd.

 2    I hope and pray that by that time we'll have an expert's

 3    report, we'll have taken at least all the depositions of the

 4    class reps, some of the depositions of the American

 5    Airline/APA folks and there still will be a week or so left to

 6    finish those.

 7              DEPUTY CLERK:  Can we set a time for the conference

 8    on the 2nd?

 9              THE COURT:  What time?  Did I set a time for the

10    conference?  10:00?

11              MR. PRESS:  2:00, your Honor.

12              THE COURT:  2:00.

13              DEPUTY CLERK:  I recall now.

14              THE COURT:  That's fine with me.  2:00 is fine.  That

15    must be a Tuesday or Thursday then.

16              DEPUTY CLERK:  Tuesday.

17              THE COURT:  That's fine.  Anything else, folks?

18              MR. FRAM:  No, your Honor.  Thank you very much.

19              THE COURT:  Mr. Press?

20              MR. PRESS:  Nothing from us, Judge.

21              THE COURT:  Ms. Rodriguez?

22              MS. RODRIGUEZ:  No, your Honor.

23              THE COURT:  Is Mr. Jacobson there?

24              MR. PRESS:  No.

25              THE COURT:  Is Mr. Katz there?
```

```
 1           MR. Katz:  I'm here, your Honor.

 2           THE COURT:  Say something, I miss hearing your voice,

 3   the voice of sweet reason.

 4           MR. KATZ:  I have nothing to contribute at this time,

 5   your Honor.

 6           THE COURT:  You have nothing to contribute at this

 7   time?

 8           MR. KATZ:  No.

 9           THE COURT:  All right.  That's not like you, you

10   usually have something to contribute.

11           MR. KATZ:  I'll try to think of something by

12   October 2nd.

13           THE COURT:  Okay.  Why don't you do that.  At least

14   you're the person closest in age to me.

15           MR. KATZ:  I think we're very close in age.

16           THE COURT:  So that's something, the fact that you're

17   still here working.

18           MR. KATZ:  I consider it a blessing every day.

19           THE COURT:  I consider it a blessing every ten

20   minutes.  Okay.  I'll see you all.  So long.

21                    (Proceedings Concluded)

22

23

24

25
```

1

2

3

4

5

6

7                          C E R T I F I C A T E

8

9

10

11          I, LISA MARCUS, Official Court Reporter for the
United States District Court for the District of New Jersey,
Certified Shorthand Reporter and Notary Public of the State of
12  New Jersey, do hereby certify that the foregoing is a true and
accurate transcription of my original stenographic notes to
13  the best of my ability of the matter hereinbefore set forth.

14

                              S/Lisa Marcus, CSR
15                            LISA MARCUS
                              Official U. S. Reporter
16                            N.J. Certificate No. XIO1492

17
DATE:   September 10, 2012
18

19

20

21

22

23

24

25

## 0

**02-2917** [1] - 1:5
**08101** [1] - 1:10

## 1

**1** [9] - 23:17, 24:4, 24:14, 25:22, 25:25, 30:18, 30:25, 32:4
**10** [1] - 36:17
**10:00** [1] - 34:10
**10th** [2] - 31:8, 32:22
**11th** [2] - 31:5, 32:20
**12** [1] - 6:2
**1492** [1] - 1:25
**15** [2] - 10:14, 21:22

## 2

**2** [8] - 28:6, 31:2, 31:5, 32:11, 32:18, 32:19, 32:21, 33:21
**20** [1] - 24:19
**2000** [2] - 4:16, 4:17
**2001** [2] - 4:17, 4:19
**2011** [1] - 4:20
**2012** [4] - 1:11, 30:18, 32:5, 36:17
**20th** [1] - 19:19
**21st** [5] - 19:20, 19:21, 20:2, 20:21, 28:15
**23rd** [3] - 23:12, 23:14, 24:1
**24th** [4] - 17:24, 18:1, 31:4, 32:20
**26** [4] - 23:21, 29:9, 30:2, 30:11
**28** [1] - 32:5
**28th** [17] - 2:17, 5:12, 8:18, 8:22, 9:13, 20:24, 22:21, 26:15, 28:10, 28:12, 29:1, 29:4, 30:13, 30:18, 31:7, 32:22, 32:24
**2:00** [3] - 34:11, 34:12, 34:14
**2nd** [5] - 9:17, 33:22, 34:1, 34:8, 35:12

## 3

**3** [5] - 6:18, 17:18, 17:23, 28:8, 31:3
**30th** [2] - 11:7, 11:10
**31st** [18] - 3:25, 5:1, 8:2, 8:25, 11:6, 11:20, 12:4, 13:10, 14:7, 15:21, 15:22, 17:6, 17:11, 17:13, 18:22, 27:17, 28:5, 28:11
**34** [1] - 15:15

## 4

**4** [2] - 28:19, 31:6
**4TH** [1] - 1:10
**4th** [2] - 9:4, 27:16

## 5

**5** [6] - 6:20, 17:16, 29:8, 29:12, 29:21, 30:4
**57** [3] - 24:22, 24:23, 30:1

## 6

**6** [3] - 1:11, 30:8, 30:9
**6th** [2] - 19:20, 21:21

## 7

**7th** [1] - 19:21

## 8

**80** [1] - 13:17

## A

**ability** [1] - 36:13
**absolutely** [1] - 19:14
**abusing** [1] - 7:22
**accommodations** [1] - 13:14
**accurate** [1] - 36:12
**action** [1] - 5:5
**ACTION** [1] - 1:5
**activity** [1] - 22:4
**afraid** [1] - 28:18
**afternoon** [1] - 2:5
**age** [2] - 35:14, 35:15
**agenda** [1] - 9:16
**ago** [3] - 6:2, 14:18, 21:1
**agree** [13] - 3:1, 22:19, 24:3, 24:5, 24:7, 24:12, 25:11, 25:22, 25:25, 26:4, 28:12, 30:4, 30:14
**agreed** [8] - 6:19, 17:24, 24:4, 24:15, 26:8, 29:16, 30:10, 30:12
**agreeing** [1] - 17:15
**agreement** [2] - 25:20, 26:6
**agrees** [1] - 31:11
**ahead** [3] - 9:19, 10:16, 12:3
**Airline** [1] - 2:12
**Airline/APA** [1] - 34:5
**Airlines** [2] - 5:11, 10:14
**AL** [1] - 1:3
**alleged** [1] - 27:3
**Allen** [1] - 2:4
**ALLEN** [1] - 1:17
**ALLIED** [2] - 1:6, 1:21
**allowed** [4] - 2:19, 11:12, 11:15, 11:24
**aLPA** [1] - 2:13
**ALPA** [2] - 2:13, 13:18, 29:21
**ambiguity** [1] - 16:11
**amend** [3] - 29:21, 29:22, 30:10

**amending** [1] - 29:8
**American** [9] - 5:11, 5:17, 8:22, 10:13, 13:20, 19:2, 20:4, 29:1, 34:4
**amount** [2] - 30:22, 32:12
**AND** [3] - 1:10, 1:16, 1:20
**anticipate** [2] - 3:11, 12:6
**APA** [7] - 2:13, 5:11, 5:17, 8:21, 10:13, 13:20, 29:1
**APA/American** [1] - 11:17
**appearances** [2] - 2:2, 22:9
**applications** [4] - 4:22, 4:25, 16:22, 18:17
**appreciate** [1] - 12:10
**Archer** [1] - 2:6
**ARCHER** [1] - 1:19
**area** [3] - 14:14, 14:17, 21:2
**argue** [1] - 16:6
**arguing** [1] - 18:19
**arises** [1] - 12:18
**assessing** [1] - 12:7
**ASSOC** [1] - 1:6
**ASSOCIATION** [1] - 1:22
**Association** [1] - 2:12
**assured** [1] - 14:11
**attempt** [1] - 5:17
**ATTORNEY** [1] - 1:21
**ATTORNEYS** [1] - 1:18
**August** [9] - 12:25, 17:24, 18:1, 23:12, 23:14, 24:1, 27:24, 31:4, 32:20
**automatically** [1] - 33:15
**availability** [2] - 13:12, 13:15
**avoid** [3] - 3:9, 6:25, 18:3
**avoiding** [1] - 7:4
**avoids** [1] - 3:18

## B

**backwards** [1] - 26:13
**bankruptcy** [1] - 20:5
**based** [2] - 12:3, 12:24
**basic** [3] - 8:4, 25:3, 25:6
**beaten** [1] - 4:9
**became** [1] - 25:1
**becomes** [4] - 32:19, 32:20, 32:21, 32:22
**begin** [1] - 29:13
**best** [1] - 36:13
**between** [1] - 16:13
**Bible** [1] - 7:3
**big** [1] - 22:8
**bit** [1] - 9:10
**blessing** [2] - 35:18, 35:19
**box** [3] - 23:19, 27:3, 28:3
**boxed** [1] - 23:22
**brackets** [1] - 25:24
**BRADY** [1] - 1:3
**brain** [1] - 29:18
**bring** [2] - 3:12, 10:24
**burden** [2] - 19:22, 19:23

**busy** [1] - 7:4
**BY** [3] - 1:17, 1:19, 1:21

# C

**C.S.R** [1] - 1:24
**calendars** [1] - 13:14
**CAMDEN** [1] - 1:10
**carefully** [1] - 12:5
**Case** [2] - 4:18, 23:8
**case** [21] - 7:4, 8:5, 12:3, 12:13, 13:3, 14:14, 14:15, 14:17, 14:19, 15:1, 15:3, 18:6, 18:12, 19:24, 20:24, 21:7, 21:9, 21:12, 21:23, 22:8, 26:21
**categories** [2] - 6:16, 15:24
**causes** [1] - 10:24
**certain** [2] - 21:2, 25:4
**certainly** [5] - 4:4, 6:24, 8:5, 19:19, 22:18
**CERTIFICATE** [1] - 1:25
**Certificate** [1] - 36:16
**Certified** [1] - 36:11
**certify** [1] - 36:12
**chambers** [2] - 31:20, 33:10
**chance** [4] - 9:2, 9:9, 11:20, 12:4
**change** [3] - 27:23, 32:18, 32:25
**changed** [4] - 25:23, 31:3, 31:4, 31:8
**changes** [3] - 33:7, 33:9, 33:16
**Circuit** [1] - 22:9
**circulated** [1] - 23:12
**cited** [1] - 9:1
**CIVIL** [1] - 1:5
**claimed** [2] - 30:24, 32:14
**clarity** [1] - 28:1
**class** [27] - 3:20, 4:23, 5:7, 5:23, 7:16, 8:6, 9:22, 10:2, 10:6, 11:9, 11:13, 11:16, 12:16, 13:23, 14:2, 14:12, 15:10, 18:25, 19:13, 19:23, 19:25, 20:2, 20:20, 21:9, 30:23, 32:12, 34:4
**classes** [1] - 20:14
**clear** [9] - 2:24, 8:21, 11:23, 13:14, 16:7, 17:5, 17:6, 17:11, 28:10
**clearly** [1] - 33:6
**CLERK** [3] - 34:7, 34:13, 34:16
**client** [2] - 2:11, 14:22
**clients** [5] - 4:9, 14:13, 15:2, 22:3, 25:10
**close** [2] - 17:19, 35:15
**closest** [1] - 35:14
**collected** [1] - 13:9
**college** [1] - 16:24
**colloquy** [1] - 25:16
**company** [1] - 5:6
**complete** [1] - 28:25
**completed** [1] - 5:11
**completely** [2] - 28:17, 28:18
**compliance** [1] - 5:8
**complied** [1] - 4:1
**comply** [1] - 3:3
**comprehensively** [1] - 5:25

**concept** [1] - 32:7
**Concluded** [1] - 35:21
**concluded** [2] - 28:10, 28:21
**conference** [6] - 9:16, 24:2, 33:19, 33:23, 34:7, 34:10
**CONFERENCE** [1] - 1:6
**confident** [1] - 22:11
**confirmed** [1] - 17:14
**confirming** [1] - 25:20
**conjunction** [2] - 4:11, 15:13
**Connell** [1] - 2:8
**consider** [2] - 35:18, 35:19
**conspiring** [1] - 13:2
**contact** [1] - 19:10
**contacting** [1] - 11:17
**contribute** [2] - 35:4, 35:6, 35:10
**conversations** [1] - 26:1
**convertible** [1] - 33:15
**convoluted** [1] - 25:1
**COOPER** [1] - 1:10
**cooperation** [2] - 19:10, 21:17
**cooperative** [1] - 21:15
**copy** [2] - 33:8, 33:11
**correct** [5] - 2:14, 4:7, 4:14, 14:16, 14:19
**counsel** [16] - 3:12, 6:19, 9:17, 12:6, 15:14, 17:14, 22:19, 24:3, 24:10, 27:16, 29:15, 29:20, 30:9, 30:10, 30:19, 32:5
**couple** [9] - 4:3, 8:3, 9:18, 12:23, 17:1, 18:2, 21:9, 22:14, 26:1
**course** [2] - 16:24, 22:5
**courses** [2] - 16:23, 20:12
**Court** [2] - 36:10, 36:11
**court** [2] - 2:1, 20:5
**COURT** [125] - 1:1, 2:1, 2:13, 2:15, 2:18, 2:22, 3:5, 3:22, 4:1, 5:13, 5:21, 6:2, 6:4, 6:12, 7:2, 7:8, 7:14, 7:18, 7:20, 7:22, 8:12, 8:18, 8:24, 9:20, 9:25, 10:2, 10:5, 10:8, 10:11, 10:18, 11:4, 11:12, 12:9, 12:13, 12:16, 13:1, 13:6, 13:24, 14:3, 14:6, 14:10, 14:13, 14:23, 15:9, 15:12, 15:17, 15:20, 15:22, 15:25, 16:21, 17:3, 17:7, 17:20, 18:5, 18:8, 18:11, 18:24, 19:5, 19:12, 19:15, 19:17, 20:8, 20:11, 21:7, 21:16, 21:23, 22:3, 22:7, 22:20, 23:3, 23:7, 23:10, 23:13, 23:17, 23:25, 24:12, 24:21, 24:23, 25:12, 25:17, 26:18, 26:25, 27:7, 27:11, 28:6, 28:8, 28:16, 28:19, 28:23, 29:2, 29:5, 29:8, 29:12, 29:17, 29:23, 30:4, 30:7, 30:14, 30:16, 31:16, 31:22, 31:25, 32:3, 32:18, 33:3, 33:9, 33:11, 33:14, 33:19, 33:22, 34:1, 34:9, 34:12, 34:14, 34:17, 34:19, 34:21, 34:23, 34:25, 35:2, 35:6, 35:9, 35:13, 35:16, 35:19
**Court's** [1] - 27:15
**COURTHOUSE** [1] - 1:9
**courtroom** [1] - 16:4

**courts** [1] - 19:22
**cows** [1] - 18:14
**cross** [1] - 32:9
**crossed** [1] - 31:9
**crystal** [1] - 16:7
**CSR** [1] - 36:14
**cut** [1] - 28:18

# D

**damage** [8] - 8:14, 9:7, 15:4, 27:16, 30:19, 30:20, 32:6
**damages** [8] - 10:7, 14:19, 30:23, 30:24, 32:7, 32:8, 32:13, 32:14
**DANIEL** [1] - 1:21
**Daniel** [1] - 2:7
**data** [1] - 4:13
**DATE** [1] - 36:17
**date** [6] - 2:20, 13:25, 27:24, 31:4, 31:7, 33:20
**dates** [3] - 7:12, 21:19, 22:19
**days** [4] - 4:3, 12:19, 12:23, 13:7, 18:2, 21:22
**deadline** [4] - 12:20, 14:23, 14:25
**deadlines** [1] - 20:22
**deal** [1] - 15:4
**December** [1] - 26:19
**decide** [1] - 25:7
**decision** [1] - 33:4
**deed** [1] - 12:2
**defendant** [1] - 9:6
**Defendant** [1] - 1:7
**DEFENDANT** [1] - 1:21
**defendants** [2] - 2:6, 4:12
**defer** [2] - 31:9, 32:23
**deferring** [1] - 3:16
**define** [2] - 7:24, 15:25
**degree** [1] - 19:10
**delay** [4] - 3:17, 13:1, 24:7, 24:9
**demand** [4] - 3:23, 7:24, 8:2, 16:7
**deponents** [1] - 10:15
**depos** [1] - 13:12
**deposed** [2] - 10:9, 19:1
**deposition** [8] - 11:16, 13:17, 18:3, 18:4, 18:9, 20:13, 22:15
**depositions** [34] - 2:19, 3:10, 3:16, 4:6, 4:12, 5:10, 5:14, 7:1, 7:7, 7:16, 8:5, 8:13, 9:16, 9:18, 9:23, 10:4, 10:13, 10:17, 10:25, 13:21, 17:23, 18:12, 20:2, 20:19, 21:8, 22:21, 26:10, 28:9, 28:14, 32:24, 34:3, 34:4
**deps** [4] - 9:20, 9:21, 11:8, 13:22
**DEPUTY** [3] - 34:7, 34:13, 34:16
**detail** [1] - 26:25
**dictate** [3] - 25:13, 27:1, 27:7
**differ** [1] - 11:19
**different** [2] - 3:1, 25:9
**difficult** [1] - 6:1
**dime** [1] - 15:3

**directed** [1] - 28:4
**directive** [1] - 27:15
**disagree** [3] - 13:5, 24:13, 27:12
**disagreement** [3] - 22:25, 26:6, 29:12
**disappointed** [1] - 26:23
**disciplinary** [1] - 5:5
**disclose** [1] - 23:20
**disclosures** [5] - 29:9, 29:21, 29:22, 30:2, 30:11
**disconnect** [1] - 16:13
**discovery** [19] - 7:23, 8:17, 8:21, 9:3, 9:5, 9:6, 9:14, 13:19, 16:2, 18:13, 18:14, 20:16, 20:25, 21:1, 28:21, 29:1, 29:4
**discussed** [4] - 24:1, 28:4, 29:15, 30:9
**discussion** [1] - 11:20
**discussions** [1] - 3:15
**dispute** [2] - 6:23, 22:22
**District** [2] - 36:11
**DISTRICT** [3] - 1:1, 1:1, 1:12
**doctor** [2] - 31:22, 33:4
**document** [8] - 5:9, 6:17, 7:24, 8:2, 15:18, 15:19, 16:19, 16:21
**documentation** [3] - 4:21, 5:3, 5:7
**documents** [25] - 3:20, 3:23, 4:3, 4:4, 4:5, 4:15, 4:18, 4:21, 5:20, 5:22, 5:25, 6:4, 6:17, 6:24, 7:16, 8:4, 8:6, 8:7, 8:15, 12:21, 12:22, 14:1, 15:23, 17:12, 31:4
**Documents** [1] - 5:2
**done** [25] - 4:9, 4:11, 6:9, 8:22, 11:7, 11:10, 11:11, 13:19, 15:2, 18:24, 19:15, 19:18, 19:22, 20:2, 20:20, 20:21, 20:23, 21:15, 22:16, 22:21, 23:1, 23:2, 28:11, 32:4
**doubt** [1] - 16:10
**down** [2] - 10:15, 10:19
**draft** [2] - 23:8, 23:25
**drafts** [1] - 26:1
**drag** [4] - 13:3, 14:21, 18:18, 20:17
**drags** [2] - 12:13, 12:14
**drive** [1] - 20:17
**due** [2] - 2:16, 2:17
**during** [4] - 5:4, 6:8, 30:24, 32:13

## E

**early** [1] - 21:8
**earned** [2] - 30:24, 32:13
**edits** [1] - 33:7
**educational** [2] - 6:22, 20:12
**efficient** [7] - 3:18, 8:11, 8:12, 8:13, 9:10, 11:2, 26:21
**effort** [4] - 19:3, 19:5, 19:6, 26:24
**eight** [1] - 21:23
**either** [4] - 19:23, 25:13, 30:21, 32:8
**email** [12] - 4:3, 12:23, 24:5, 25:19, 25:20, 26:16, 31:20, 33:1, 33:3, 33:7, 33:10, 33:11

**emailed** [1] - 4:20
**emails** [1] - 26:3
**employment** [2] - 4:25, 8:16
**end** [1] - 28:21
**ESQUIRE** [4] - 1:16, 1:17, 1:19, 1:21
**ET** [1] - 1:3
**evil** [1] - 7:3
**example** [2] - 12:1, 15:24
**except** [4] - 4:9, 4:13, 6:9, 26:8
**exception** [2] - 6:20, 17:15
**exceptions** [1] - 24:6
**exchanges** [1] - 26:16
**Excuse** [1] - 2:7
**exist** [3] - 8:7, 15:23
**expand** [3] - 18:16, 21:4
**expansive** [2] - 16:15, 16:20
**expect** [3] - 15:3, 25:2
**expedited** [1] - 24:10
**expediting** [1] - 3:2
**expert** [7] - 7:12, 10:23, 30:19, 30:20, 32:6
**expert's** [3] - 2:16, 23:20, 34:2
**experts** [2] - 30:21, 32:8
**expression** [1] - 27:2
**extend** [2] - 14:25, 20:17
**extended** [1] - 5:5

## F

**fact** [2] - 30:11, 35:16
**failure** [1] - 5:3
**fair** [2] - 6:6, 8:16
**fairly** [3] - 5:24, 9:14, 17:5
**faith** [1] - 26:24
**far** [1] - 5:17
**fashion** [1] - 21:15
**fast** [3] - 22:10, 31:25
**fearful** [1] - 23:22
**fees** [2] - 19:23, 20:17
**feet** [1] - 14:22
**few** [1] - 13:7
**fifth** [1] - 16:17
**fight** [7] - 3:9, 3:18, 6:25, 7:2, 7:4, 18:13, 20:25
**fighting** [3] - 2:19, 2:23, 13:2
**fights** [1] - 10:24
**figuring** [1] - 20:3
**file** [1] - 31:14
**filed** [1] - 23:11
**final** [2] - 27:16, 27:18
**fine** [4] - 7:13, 34:14, 34:17
**finish** [3] - 14:3, 14:7, 34:6
**first** [6] - 2:1, 3:22, 5:13, 12:4, 14:17, 29:10
**five** [15] - 5:10, 6:8, 10:6, 10:12, 10:17, 10:20, 11:8, 11:9, 13:20, 16:17, 18:6, 18:19, 19:18, 19:21, 20:2, 20:20
**fly** [1] - 22:13
**flying** [1] - 13:13

**folks** [2] - 34:5, 34:17
**FOR** [3] - 1:1, 1:18, 1:21
**forbid** [1] - 16:4
**foregoing** [1] - 36:12
**form** [4] - 6:15, 17:17, 22:24, 25:20
**forms** [2] - 4:16, 4:17
**forth** [6] - 17:5, 25:2, 25:3, 26:1, 26:17, 36:13
**forward** [4] - 3:14, 9:9, 18:13, 26:21
**four** [8] - 10:17, 11:14, 11:15, 11:16, 16:17, 20:12, 21:1, 24:25
**fourth** [1] - 25:2
**FRAM** [81] - 1:19, 2:5, 2:8, 3:8, 3:25, 4:2, 5:19, 5:23, 6:3, 6:14, 7:6, 7:10, 7:15, 7:19, 7:21, 8:1, 8:13, 9:1, 10:1, 10:3, 10:6, 10:9, 10:12, 10:19, 11:15, 12:10, 12:15, 12:20, 13:4, 13:22, 13:25, 14:5, 15:13, 15:18, 15:21, 15:23, 17:1, 17:4, 17:10, 17:21, 18:7, 18:9, 18:21, 19:3, 19:8, 19:14, 19:16, 20:6, 20:10, 21:6, 22:18, 22:23, 23:11, 24:3, 24:17, 25:15, 25:18, 26:8, 26:23, 27:6, 27:9, 27:12, 28:13, 28:17, 29:7, 29:10, 29:15, 29:20, 30:5, 30:9, 31:13, 31:19, 31:24, 33:1, 33:6, 33:10, 33:13, 33:18, 33:21, 33:24, 34:18
**Fram** [7] - 2:5, 2:25, 3:7, 9:25, 11:7, 13:11, 29:18
**Fram's** [2] - 13:14, 23:8
**front** [2] - 23:3, 23:13
**full** [1] - 27:24
**furlough** [1] - 4:24
**furloughed** [2] - 4:23, 4:24

## G

**game** [1] - 8:16
**general** [1] - 28:1
**generality** [1] - 7:24
**generalized** [1] - 7:23
**GERRY** [1] - 1:9
**given** [4] - 3:16, 16:16, 26:10
**God** [1] - 16:4
**granted** [1] - 13:20
**GREEN** [1] - 1:17
**Greiner** [1] - 2:6
**GREINER** [1] - 1:19
**group** [1] - 10:22
**guise** [1] - 13:2
**guys** [5] - 5:21, 7:4, 16:3, 18:13, 26:20

## H

**hairy** [1] - 14:14
**half** [2] - 24:2, 32:10
**hand** [1] - 17:19
**handful** [3] - 12:22, 24:6, 24:7
**happy** [1] - 18:6

**head** [1] - 21:1
**headaches** [1] - 10:25
**hear** [5] - 3:6, 19:25, 20:1, 25:21, 26:23
**heard** [2] - 5:13, 12:3
**hearing** [10] - 3:14, 6:14, 9:4, 12:4, 13:10, 18:22, 25:16, 27:16, 28:4, 35:2
**hearings** [1] - 8:3
**hell** [1] - 20:13
**helpful** [3] - 26:15, 31:15, 31:20
**hereby** [1] - 36:12
**hereinbefore** [1] - 36:13
**heretofore** [1] - 27:4
**histories** [1] - 17:2
**history** [4] - 4:8, 6:7, 13:16, 16:15
**home** [3] - 18:14, 21:2, 21:18
**Honor** [100] - 2:3, 2:5, 2:9, 3:8, 3:19, 3:25, 4:2, 4:6, 4:14, 5:16, 5:23, 6:3, 6:23, 7:10, 7:13, 7:15, 7:21, 8:1, 8:3, 8:9, 8:11, 8:16, 8:20, 9:1, 9:12, 10:1, 10:3, 10:16, 11:3, 11:15, 11:23, 12:10, 12:15, 12:20, 12:24, 13:4, 13:22, 14:5, 15:13, 17:1, 17:2, 17:6, 17:11, 17:17, 17:19, 17:22, 17:25, 18:4, 18:7, 18:21, 18:22, 18:23, 19:4, 19:8, 19:14, 19:16, 20:6, 20:10, 21:13, 22:18, 22:23, 22:25, 23:11, 24:3, 24:9, 24:17, 25:15, 26:8, 26:13, 26:15, 26:23, 27:6, 27:9, 27:10, 27:12, 27:14, 27:15, 27:18, 28:3, 28:4, 28:13, 28:15, 29:7, 29:10, 29:16, 29:20, 30:5, 31:13, 31:14, 31:19, 33:1, 33:6, 33:13, 33:18, 33:24, 34:11, 34:18, 34:22, 35:1, 35:5
**Honor's** [2] - 11:20, 26:11
**HONORABLE** [1] - 1:12
**hope** [3] - 14:9, 26:13, 34:2
**hopeful** [2] - 22:12, 22:16
**hoping** [1] - 3:20
**host** [1] - 5:1
**hour** [1] - 10:17
**hours** [5] - 11:12, 11:15, 11:16, 20:12, 22:14
**huge** [1] - 20:17
**hurt** [1] - 33:5

**I**

**idea** [3] - 12:2, 12:7, 12:9
**identified** [3] - 26:9, 30:21, 32:9
**identify** [4] - 25:12, 27:4, 30:22, 32:12
**immediately** [2] - 19:19, 24:8
**impeding** [1] - 13:18
**impose** [1] - 10:21
**included** [1] - 22:8
**indeed** [1] - 24:4
**indicated** [1] - 27:10
**individuals** [3] - 20:7, 20:8
**information** [5] - 6:21, 13:7, 14:12, 14:20, 27:21
**inquiring** [1] - 11:6

**insertion** [1] - 25:23
**instructed** [1] - 21:14
**instructions** [2] - 23:6, 24:18
**integrated** [1] - 25:8
**integration** [1] - 6:8
**intended** [1] - 21:5
**intent** [1] - 3:4
**interest** [1] - 4:12
**interested** [1] - 26:2
**interpreted** [1] - 23:18
**involved** [1] - 22:25
**IRENAS** [1] - 1:12
**issue** [10] - 3:6, 6:23, 8:10, 11:21, 12:17, 14:22, 15:4, 26:9, 28:13
**issues** [7] - 6:24, 8:4, 10:10, 24:4, 24:8, 26:9, 26:12
**items** [1] - 6:13

**J**

**JACOBSON** [1] - 1:17
**Jacobson** [1] - 34:23
**JEI** [1] - 1:5
**Jersey** [2] - 36:11, 36:12
**JERSEY** [2] - 1:1, 1:10
**job** [3] - 4:22, 16:22, 18:17
**John** [1] - 2:8
**JOHN** [1] - 1:9
**joined** [2] - 2:7, 2:9
**JOSEPH** [1] - 1:12
**judge** [5] - 2:24, 7:6, 21:6, 22:11, 28:25
**JUDGE** [1] - 1:12
**Judge** [13] - 4:7, 6:6, 8:20, 9:24, 11:5, 14:21, 16:19, 21:5, 21:25, 22:5, 24:22, 29:25, 34:20
**July** [9] - 8:25, 11:6, 13:10, 17:8, 17:9, 17:11, 18:22, 28:5, 28:11
**June** [2] - 17:6, 17:7
**jury** [1] - 14:16

**K**

**Katz** [5] - 2:7, 2:9, 5:24, 34:25, 35:1
**KATZ** [8] - 1:20, 1:21, 4:14, 35:4, 35:8, 35:11, 35:15, 35:18
**kindness** [1] - 7:22
**kinds** [2] - 16:25, 18:16
**knocked** [1] - 32:15

**L**

**lack** [1] - 5:8
**laid** [1] - 24:24
**language** [2] - 23:18, 23:23
**last** [8] - 4:3, 12:23, 13:6, 17:22, 18:2, 21:13, 26:12, 32:14
**late** [1] - 23:25

**lawyers** [4] - 19:23, 20:16, 21:2
**laying** [1] - 16:1
**leading** [1] - 26:14
**least** [7] - 12:1, 20:3, 20:23, 21:9, 28:11, 34:3, 35:13
**leave** [2] - 5:5, 13:20
**led** [1] - 17:16
**left** [1] - 34:5
**leisure** [1] - 22:4
**letter** [4] - 13:11, 23:12, 26:9, 26:13
**licenses** [1] - 5:5
**limited** [1] - 10:16
**line** [8] - 2:6, 2:8, 24:25, 25:2, 28:17, 31:8, 32:22
**lines** [2] - 24:19, 32:10
**LISA** [4] - 1:16, 1:24, 36:10, 36:15
**Lisa** [1] - 2:3
**list** [4] - 4:19, 10:14, 18:16, 25:7
**litigating** [1] - 22:7
**litigation** [3] - 8:16, 16:2, 19:23
**litigations** [1] - 20:17
**litigators** [2] - 16:3, 16:5
**lives** [1] - 22:13
**look** [4] - 5:21, 12:17, 17:21, 17:22
**looked** [1] - 14:18
**looking** [1] - 24:18
**looks** [1] - 21:17
**loss** [1] - 5:4
**Louis** [1] - 22:13

**M**

**machine** [1] - 33:15
**main** [2] - 3:20, 23:23
**maintaining** [1] - 5:9
**major** [1] - 32:4
**Management** [1] - 23:8
**MARCUS** [3] - 1:24, 36:10, 36:15
**Marcus** [1] - 36:14
**mark** [1] - 31:14
**Marta** [1] - 2:11
**material** [1] - 18:1
**materials** [1] - 16:25
**matter** [2] - 24:19, 36:13
**matters** [1] - 9:9
**mean** [8] - 8:20, 12:17, 14:13, 15:12, 15:20, 19:5, 20:8, 22:9
**meaning** [2] - 20:25, 31:22
**means** [2] - 7:25, 22:22
**meant** [1] - 9:25
**meantime** [1] - 9:8
**medical** [1] - 5:4
**meet** [1] - 14:24
**members** [2] - 30:23, 32:12
**memorialize** [2] - 27:10, 27:22
**memorialized** [1] - 6:15
**mention** [2] - 3:19, 18:23
**mentioned** [1] - 26:5

**methodology** [1] - 25:3
**might** [4] - 3:14, 9:3, 11:22, 18:23
**mind** [1] - 12:1
**minimal** [1] - 18:1
**minimize** [1] - 8:11
**minor** [1] - 26:12
**minute** [1] - 28:16
**minutes** [1] - 35:20
**miss** [1] - 35:2
**missed** [1] - 29:10
**missing** [3] - 4:8, 5:20, 5:21
**mitigation** [1] - 25:4
**mixing** [1] - 17:10
**month** [2] - 24:1, 28:22
**months** [2] - 17:10, 21:1
**morning** [2] - 16:18, 33:16
**most** [3] - 4:4, 5:19, 24:3
**motion** [2] - 8:23, 8:24
**move** [7] - 9:8, 12:3, 18:13, 21:12, 22:10, 26:21
**moving** [3] - 20:24, 21:7, 21:10
**MR** [137] - 2:5, 2:8, 2:17, 2:21, 2:24, 3:8, 3:25, 4:2, 4:7, 4:14, 5:16, 5:19, 5:23, 6:3, 6:6, 6:14, 7:6, 7:10, 7:15, 7:19, 7:21, 8:1, 8:13, 8:20, 8:25, 9:1, 9:23, 10:1, 10:3, 10:6, 10:9, 10:12, 10:19, 11:5, 11:14, 11:15, 12:10, 12:15, 12:20, 13:4, 13:9, 13:22, 13:25, 14:5, 14:9, 14:11, 14:21, 15:7, 15:11, 15:13, 15:18, 15:21, 15:23, 16:13, 16:22, 17:1, 17:4, 17:8, 17:10, 17:21, 18:7, 18:9, 18:21, 19:3, 19:8, 19:14, 19:16, 20:6, 20:10, 21:6, 21:13, 21:18, 21:25, 22:5, 22:11, 22:18, 22:23, 23:5, 23:9, 23:11, 23:16, 23:18, 24:3, 24:16, 24:17, 24:18, 24:22, 24:24, 25:15, 25:18, 26:5, 26:8, 26:23, 27:6, 27:9, 27:12, 28:7, 28:9, 28:13, 28:17, 28:20, 28:25, 29:3, 29:6, 29:7, 29:10, 29:14, 29:15, 29:20, 29:25, 30:5, 30:6, 30:9, 30:15, 31:13, 31:19, 31:24, 32:2, 32:17, 33:1, 33:6, 33:10, 33:13, 33:18, 33:21, 33:24, 33:25, 34:11, 34:18, 34:20, 34:24, 35:1, 35:4, 35:8, 35:11, 35:15, 35:18
**MS** [5] - 2:3, 2:11, 2:14, 17:9, 34:22
**must** [2] - 5:11, 34:15

## N

**N.J** [1] - 36:16
**name** [1] - 25:12
**narrow** [2] - 21:3
**narrowed** [2] - 10:15, 10:19
**nature** [1] - 27:22
**need** [9] - 7:16, 10:21, 10:24, 13:11, 13:13, 19:12, 19:18, 30:22, 32:11
**needed** [1] - 11:18
**needs** [1] - 23:21

**NEW** [2] - 1:1, 1:10
**New** [2] - 36:11, 36:12
**new** [1] - 31:17
**next** [11] - 12:18, 12:19, 18:19, 18:25, 21:8, 21:19, 21:22, 26:19, 32:10, 32:11
**NO** [1] - 1:5
**nobody** [1] - 18:17
**normally** [1] - 22:15
**Notary** [1] - 36:11
**notes** [1] - 36:12
**nothing** [7] - 8:12, 8:22, 11:10, 13:19, 34:20, 35:4, 35:6
**notices** [2] - 4:25
**notion** [1] - 28:9
**number** [1] - 27:20
**numbers** [2] - 4:19, 25:4

## O

**object** [3] - 23:15, 23:17, 29:5
**objection** [2] - 23:23, 28:7
**obviously** [1] - 19:9
**October** [7] - 9:17, 31:8, 32:22, 33:19, 33:22, 34:1, 35:12
**OF** [1] - 1:1
**office** [1] - 18:15
**Official** [2] - 36:10, 36:15
**OFFICIAL** [1] - 1:25
**offset** [1] - 25:5
**old** [2] - 18:17, 21:23
**once** [1] - 24:15
**one** [15] - 4:9, 4:13, 6:9, 9:3, 10:9, 11:25, 13:21, 16:17, 18:22, 21:2, 21:3, 22:8, 22:13, 31:23, 32:4
**ONE** [1] - 1:9
**ones** [1] - 13:18
**opening** [1] - 7:23
**OPERATOR** [1] - 2:7
**opined** [1] - 6:24
**optimal** [1] - 8:14
**option** [1] - 26:11
**Order** [27] - 2:24, 6:7, 6:15, 6:18, 17:3, 17:4, 17:5, 17:17, 22:20, 22:22, 22:23, 22:24, 23:3, 23:7, 23:8, 23:15, 23:25, 24:6, 25:1, 25:21, 25:25, 26:2, 26:20, 31:14
**order** [2] - 8:21, 24:25
**Order's** [1] - 30:16
**ordered** [14] - 4:8, 6:6, 11:10, 13:16, 16:14, 16:16, 17:2, 21:1, 21:14, 21:21, 24:8, 28:14, 28:25, 29:25
**ordering** [4] - 6:11, 6:12, 22:16, 24:10
**orderly** [1] - 21:20
**original** [1] - 36:12
**outlined** [1] - 5:24
**outrageous** [1] - 21:24

## P

**P.C** [1] - 1:17
**page** [3] - 24:22, 26:12, 32:10
**Page** [4] - 24:23, 25:24, 30:1, 32:11
**paper** [4] - 16:1, 18:13, 20:16, 20:25
**Paragraph** [13] - 6:18, 17:18, 17:23, 23:17, 24:4, 24:14, 25:22, 28:6, 30:18, 30:25, 31:5, 32:19
**paragraph** [6] - 6:19, 27:22, 29:12, 31:6, 32:18, 32:21
**parameters** [2] - 18:16, 28:2
**part** [3] - 6:11, 25:22, 29:11
**partially** [1] - 4:7
**particular** [1] - 19:25
**parties** [4] - 10:22, 11:9, 19:10, 19:12
**partner** [1] - 2:8
**party** [2] - 31:9, 32:23
**PATRICK** [1] - 1:3
**pending** [2] - 7:5, 18:6
**people** [6] - 3:13, 4:22, 5:11, 19:2, 20:4, 22:9
**percent** [1] - 13:17
**Perfect** [1] - 33:14
**period** [4] - 5:4, 6:8, 30:24, 32:13
**person** [2] - 33:23, 35:14
**personal** [1] - 13:7
**perspective** [1] - 11:3, 27:23
**phase** [1] - 14:14
**philosophy** [1] - 25:6
**phone** [1] - 26:1
**PHONE** [1] - 2:7
**phrase** [2] - 31:8, 32:23
**pick** [1] - 32:11
**PILOTS** [2] - 1:6, 1:21
**Pilots** [1] - 2:12
**place** [1] - 6:9
**plaintiff** [7] - 2:16, 9:21, 13:6, 13:17, 17:23, 30:19, 32:5
**plaintiff's** [6] - 3:12, 6:19, 7:12, 15:14, 17:14, 29:20
**Plaintiffs** [1] - 1:4
**plaintiffs** [8] - 2:4, 5:9, 6:16, 8:19, 12:12, 12:21, 14:1, 16:9
**PLAINTIFFS** [1] - 1:18
**plaintiffs'** [9] - 5:3, 10:21, 10:23, 11:1, 12:5, 13:12, 27:1, 27:16, 30:10
**plan** [2] - 10:2, 10:3
**planned** [1] - 9:24
**PLAZA** [1] - 1:9
**plenty** [1] - 9:12
**point** [2] - 8:14, 25:5
**points** [1] - 27:13
**pop** [1] - 31:17
**potential** [2] - 10:15, 12:6
**pray** [1] - 34:2
**prefer** [1] - 7:14
**prefers** [1] - 7:13

**prejudice** [2] - 12:8, 12:11
**preliminary** [1] - 27:19
**premise** [1] - 14:19
**preparation** [1] - 17:23
**preparing** [1] - 17:17
**present** [1] - 4:16
**presented** [1] - 15:7
**Press** [20] - 2:4, 4:20, 9:5, 9:21, 11:4, 11:19, 14:6, 16:11, 17:1, 23:3, 23:15, 24:5, 24:14, 25:20, 26:3, 29:23, 30:14, 31:25, 33:8, 34:19
**PRESS** [51] - 1:17, 2:17, 2:21, 2:24, 4:7, 5:16, 6:6, 8:20, 8:25, 9:23, 11:5, 11:14, 13:9, 14:9, 14:11, 14:21, 15:7, 15:11, 16:13, 16:22, 17:8, 21:13, 21:18, 21:25, 22:5, 22:11, 23:5, 23:9, 23:16, 23:18, 24:16, 24:18, 24:22, 24:24, 26:5, 28:7, 28:9, 28:20, 28:25, 29:3, 29:6, 29:14, 29:25, 30:6, 30:15, 32:2, 32:17, 33:25, 34:11, 34:20, 34:24
**pretty** [2] - 11:23, 25:19
**previously** [2] - 30:21, 32:9
**principally** [1] - 23:16
**problem** [4] - 7:6, 28:20, 28:23, 30:2
**problematic** [2] - 14:15, 14:17
**problems** [4] - 9:11, 11:25, 12:6, 18:3
**procedural** [1] - 26:19
**proceed** [1] - 8:5
**proceedings** [1] - 35:21
**process** [1] - 27:25
**produce** [18] - 6:5, 6:7, 6:16, 6:21, 12:21, 13:16, 14:20, 15:5, 16:9, 16:10, 16:11, 17:12, 17:15, 17:24, 17:25, 18:11, 21:21
**produced** [3] - 8:8, 16:14, 17:2
**producing** [2] - 14:1, 31:4
**production** [5] - 4:15, 4:21, 14:4, 14:7, 15:14
**Production** [1] - 5:2
**promised** [2] - 4:10, 16:18
**proper** [1] - 25:5
**proposal** [2] - 23:9, 29:3
**propose** [1] - 23:19
**proposed** [3] - 6:18, 22:24, 23:7
**proposing** [1] - 23:23
**prove** [1] - 14:19
**provide** [2] - 4:10, 30:1
**provided** [1] - 4:13
**provision** [1] - 30:3
**Public** [1] - 36:11
**purpose** [1] - 3:2
**put** [4] - 5:17, 9:15, 15:1, 20:22
**putting** [1] - 30:20

## Q

**questions** [2] - 10:23, 20:14
**quickly** [3] - 9:14, 11:1, 25:19

**quite** [1] - 11:1

## R

**raised** [2] - 8:2, 11:21
**RANZMAN** [1] - 1:20
**read** [1] - 30:17
**reading** [1] - 6:7
**realize** [1] - 15:2
**really** [5] - 3:5, 4:14, 8:23, 10:20
**reason** [2] - 24:6, 35:3
**reasonably** [1] - 25:24
**receive** [2] - 3:20, 13:25
**received** [3] - 8:15, 12:22, 16:25
**reconsider** [2] - 8:23, 8:24
**refer** [1] - 27:13
**referred** [1] - 26:12
**refers** [1] - 17:18
**relates** [1] - 6:21
**relating** [1] - 5:3
**relevant** [1] - 8:8
**rely** [1] - 19:9
**relying** [1] - 25:15
**remaining** [1] - 14:11
**remember** [2] - 6:12, 22:7
**remind** [1] - 9:20
**remotely** [1] - 21:17
**rep** [1] - 19:25
**report** [9] - 8:19, 10:21, 10:23, 11:1, 27:8, 27:19, 27:22, 28:2, 34:3
**report's** [1] - 25:14
**Reporter** [3] - 36:10, 36:11, 36:15
**REPORTER** [1] - 1:25
**reporter** [1] - 2:1
**reports** [21] - 2:16, 3:10, 7:12, 9:13, 11:22, 23:20, 25:12, 26:25, 27:1, 27:4, 27:14, 27:17, 27:18, 27:24, 27:25, 30:19, 30:20, 30:22, 32:6, 32:11
**representative** [2] - 7:16, 11:17
**representatives** [1] - 3:21, 4:24, 5:7, 5:24, 10:6, 10:13, 13:23, 15:10, 19:1, 20:21, 21:9
**reps** [12] - 6:8, 8:6, 9:22, 10:2, 11:9, 11:13, 11:16, 12:16, 14:2, 19:13, 20:2, 34:4
**reps'** [1] - 14:12
**request** [17] - 4:15, 4:21, 5:2, 5:9, 6:17, 6:20, 9:15, 14:8, 15:14, 15:15, 15:17, 15:18, 15:19, 16:14, 16:21, 17:13
**Request** [1] - 5:2
**requested** [4] - 5:1, 16:14, 17:12, 17:16
**requests** [1] - 16:19
**required** [2] - 11:25, 23:20
**resolved** [3] - 23:2, 26:11, 28:13
**respect** [5] - 4:18, 4:19, 5:23, 10:6, 10:9
**respectfully** [2] - 13:4, 27:12
**response** [4] - 15:15, 15:24, 16:6
**responses** [1] - 16:5
**rest** [4] - 31:10, 31:11, 32:9, 32:25

**resulted** [1] - 26:2
**rethink** [1] - 9:9
**retype** [3] - 31:16, 31:17, 31:21
**review** [4] - 4:5, 9:2, 11:21, 18:2
**RICHARDS** [1] - 1:15
**Rodriguez** [2] - 2:3, 34:21
**RODRIGUEZ** [5] - 1:15, 1:16, 2:3, 17:9, 34:22
**Rule** [5] - 15:15, 23:21, 29:8, 30:1, 30:11
**rule** [2] - 2:22, 25:4
**ruling** [1] - 8:25
**run** [1] - 19:23

## S

**S/Lisa** [1] - 36:14
**Sally** [1] - 4:19
**save** [1] - 31:20
**saw** [1] - 25:10
**schedule** [1] - 9:13
**scheduled** [5] - 7:8, 9:17, 10:25, 13:21, 22:1
**scheduling** [2] - 7:6, 21:15
**second** [7] - 17:21, 31:3, 31:6, 31:8, 32:19, 32:21, 32:22
**see** [17] - 3:10, 3:22, 7:11, 9:12, 10:21, 11:1, 12:8, 15:3, 16:22, 16:23, 18:15, 19:21, 20:23, 25:24, 26:16, 34:1, 35:20
**seeing** [2] - 18:1, 21:16
**seem** [1] - 12:7
**send** [2] - 26:3, 33:15
**sending** [1] - 17:17
**sense** [4] - 3:14, 3:18, 9:6, 9:17
**sent** [4] - 13:11, 15:18, 26:1, 26:15
**sentence** [2] - 17:22, 32:14
**SEPTEMBER** [1] - 1:11
**September** [23] - 2:17, 5:12, 8:18, 8:22, 11:7, 11:10, 13:12, 13:15, 21:20, 21:21, 26:15, 28:12, 28:15, 29:1, 29:4, 30:13, 30:18, 31:5, 31:7, 32:5, 32:20, 32:22, 32:24
**september** [1] - 36:17
**serious** [2] - 19:24, 22:6
**serve** [2] - 30:19, 32:6
**served** [1] - 8:1
**set** [8] - 13:25, 14:23, 21:2, 25:2, 34:7, 34:9, 36:13
**several** [1] - 4:23
**shall** [11] - 17:24, 25:12, 26:25, 27:4, 28:14, 30:19, 31:3, 31:7, 32:6, 32:19, 32:21
**Shorthand** [1] - 36:11
**shortly** [2] - 7:11, 12:12
**show** [1] - 4:12
**sick** [1] - 5:5
**side** [1] - 3:6
**silence** [1] - 21:11

**silent** [1] - 28:18
**simple** [2] - 24:25, 26:19
**simply** [6] - 8:3, 9:15, 16:15, 23:19, 27:10, 27:21
**sit** [1] - 22:15
**sits** [1] - 13:17
**so..** [1] - 22:17
**soon** [1] - 13:13
**sorry** [6] - 9:25, 14:5, 17:22, 28:17, 28:23, 29:10
**sort** [1] - 6:24
**sought** [3] - 6:17, 30:23, 32:13
**sounds** [1] - 2:9
**specific** [1] - 20:22
**specifically** [3] - 6:16, 17:18, 24:4
**specifics** [1] - 9:15
**St** [1] - 22:13
**staff** [1] - 31:21
**stage** [1] - 27:25
**start** [13] - 2:15, 7:14, 7:25, 18:3, 18:5, 19:1, 19:2, 19:9, 20:3, 20:9, 21:7, 21:10
**State** [1] - 36:11
**STATES** [3] - 1:1, 1:9, 1:12
**States** [1] - 36:11
**stay** [1] - 30:7
**stays** [1] - 31:10
**stenographic** [1] - 36:12
**stepped** [1] - 16:17
**Steven** [1] - 2:5
**STEVEN** [1] - 1:19
**stick** [1] - 29:17
**still** [7] - 5:9, 5:19, 5:20, 7:5, 33:19, 34:5, 35:17
**stop** [1] - 25:5
**STREETS** [1] - 1:10
**struck** [1] - 26:18
**stuff** [2] - 13:9, 16:25
**stunned** [1] - 21:11
**subject** [1] - 11:17
**submit** [2] - 12:11, 18:21
**submitted** [2] - 6:15, 6:18
**subpoena** [1] - 5:17
**subpoenaed** [1] - 20:9
**subsequently** [1] - 17:14
**sufficient** [1] - 7:3
**suggest** [1] - 7:11
**suggested** [2] - 9:3, 18:22
**suggesting** [1] - 6:23
**summarize** [1] - 28:3
**summarized** [1] - 27:14
**summed** [1] - 24:19
**sun** [1] - 7:25
**supplement** [1] - 3:13
**suppose** [1] - 8:9
**supposed** [3] - 4:11, 26:14, 27:14
**surgery** [1] - 32:4
**surprised** [1] - 25:21
**sweet** [1] - 35:3

**T**

**takeover** [1] - 22:8
**tax** [2] - 4:16, 4:17
**Ted** [1] - 4:18
**TELEPHONE** [1] - 1:6
**ten** [5] - 10:14, 12:19, 14:18, 18:20, 35:19
**terms** [4] - 11:19, 20:11, 26:14, 28:1
**THE** [126] - 1:1, 1:12, 2:1, 2:13, 2:15, 2:18, 2:22, 3:5, 3:22, 4:1, 5:13, 5:21, 6:2, 6:4, 6:12, 7:2, 7:8, 7:14, 7:18, 7:20, 7:22, 8:12, 8:18, 8:24, 9:20, 9:25, 10:2, 10:5, 10:8, 10:11, 10:18, 11:4, 11:12, 12:9, 12:13, 12:16, 13:1, 13:6, 13:24, 14:3, 14:6, 14:10, 14:13, 14:23, 15:9, 15:12, 15:17, 15:20, 15:22, 15:25, 16:21, 17:3, 17:7, 17:20, 18:5, 18:8, 18:11, 18:24, 19:5, 19:12, 19:15, 19:17, 20:8, 20:11, 21:7, 21:16, 21:23, 22:3, 22:7, 22:20, 23:3, 23:7, 23:10, 23:13, 23:17, 23:25, 24:12, 24:21, 24:23, 25:12, 25:17, 26:18, 26:25, 27:7, 27:11, 28:6, 28:8, 28:16, 28:19, 28:23, 29:2, 29:5, 29:8, 29:12, 29:17, 29:23, 30:4, 30:7, 30:14, 30:16, 31:16, 31:22, 31:25, 32:3, 32:18, 33:3, 33:9, 33:11, 33:14, 33:19, 33:22, 34:1, 34:9, 34:12, 34:14, 34:17, 34:19, 34:21, 34:23, 34:25, 35:2, 35:6, 35:9, 35:13, 35:16, 35:19
**themselves** [1] - 16:19
**theory** [2] - 8:15, 9:7
**thereof** [1] - 7:3
**they've** [7] - 8:22, 12:23, 13:19, 15:3, 16:23, 30:12
**thinking** [1] - 28:16
**Third** [1] - 22:9
**third** [6] - 10:22, 11:8, 19:10, 19:12, 31:9, 32:23
**thorny** [1] - 15:4
**three** [5] - 4:23, 7:5, 24:25, 26:8, 32:10
**three-and-a-half** [1] - 32:10
**threw** [2] - 9:7, 12:2
**throat** [1] - 16:18
**thrust** [1] - 11:5
**Thursday** [1] - 34:15
**THURSDAY** [1] - 1:11
**today** [6] - 4:10, 5:15, 14:9, 14:12, 19:20, 33:3
**together** [3] - 13:8, 21:14, 26:20
**tomorrow** [4] - 19:21, 31:1, 33:16, 33:17
**took** [1] - 6:8
**tool** [1] - 20:16
**top** [2] - 25:24, 32:10
**total** [1] - 27:20
**trail** [1] - 26:3
**training** [1] - 16:23, 20:15
**transcript** [11] - 9:1, 11:21, 17:11, 23:5,

24:8, 24:9, 24:20, 24:21, 25:18, 27:13, 30:1
**transcription** [1] - 36:12
**transcripts** [2] - 16:24, 24:11
**trap** [1] - 25:10
**traps** [2] - 16:1, 16:2
**trial** [3] - 16:3, 24:10
**tried** [1] - 27:3
**tries** [2] - 21:3, 21:4
**trouble** [1] - 8:9
**true** [2] - 2:21, 36:12
**TRUJILLO** [1] - 1:15
**trusted** [2] - 26:20, 26:22
**try** [6] - 9:8, 10:24, 18:15, 19:9, 22:19, 35:11
**trying** [15] - 3:3, 3:8, 3:9, 6:25, 8:3, 8:11, 12:3, 14:21, 23:19, 26:6, 27:9, 27:10, 27:21, 28:2, 28:24
**Tuesday** [2] - 34:15, 34:16
**turn** [1] - 4:8
**turned** [1] - 31:7
**turns** [1] - 8:7
**two** [7] - 2:18, 18:25, 22:9, 26:11, 27:25, 30:21, 32:8
**type** [1] - 30:2

**U**

**under** [1] - 7:25
**understood** [3] - 25:8, 28:21, 30:11
**United** [1] - 36:11
**UNITED** [3] - 1:1, 1:9, 1:12
**unpunished** [1] - 12:2
**unto** [1] - 7:3
**unwary** [2] - 16:1, 16:2
**up** [14] - 2:25, 7:23, 10:12, 10:16, 19:23, 20:17, 24:19, 25:9, 26:14, 27:2, 31:17, 31:23, 32:11, 33:4

**V**

**vacation** [1] - 19:25
**versus** [1] - 16:2
**voice** [2] - 35:2, 35:3
**vs** [1] - 1:5

**W**

**W-2s** [2] - 4:15, 4:17
**WAGNER** [2] - 2:11, 2:14
**Wagner** [1] - 2:11
**wait** [2] - 12:12, 13:6
**waiting** [1] - 11:22
**week** [4] - 12:18, 21:8, 34:5
**weekend** [1] - 22:8
**weeks** [2] - 9:19, 18:25
**whatever's** [1] - 17:3

**whatsoever** [1] - 12:11
**whole** [5] - 3:2, 5:1, 8:10, 11:5, 24:19
**Williams** [1] - 22:7
**wish** [1] - 22:1
**witnesses** [2] - 20:7, 30:12
**woeful** [1] - 5:8
**Word** [3] - 31:19, 33:12, 33:14
**word** [7] - 25:6, 25:24, 30:20, 31:3, 31:6, 32:19, 32:21
**worry** [1] - 7:2
**worthwhile** [1] - 13:10
**write** [1] - 2:25
**written** [3] - 6:17, 15:15, 17:13
**wrote** [4] - 12:24, 21:19, 25:9, 26:3

## X

**XIO1492** [1] - 36:16

## Y

**year** [3] - 4:17, 21:23
**years** [7] - 4:16, 6:2, 7:5, 14:18, 18:6, 18:19, 18:20
**Young** [1] - 4:19
**yup** [1] - 13:24

## Z

**Zack** [1] - 22:8