# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## <u>MINUTES OF PROCEEDINGS</u>

**<u>CAMDEN</u>**                                                       <u>November 15, 2012</u>
**OFFICE**

**DATE OF PROCEEDINGS**

**JOSEPH E. IRENAS, S.U.S.D.J.**
**COURT REPORTER:**  CHERILYN MCCOLLUM
**OTHER(S):**

**TITLE OF CASE**:                              **CV** 02-2917 (JEI)

BRADY, ET AL.

v.

ALLIED PILOTS ASSOC.

**APPEARANCES:**
**Lisa Rodriguez, Esq., Nicole Acchione, Esq.,** and **Allen Press Esq. ,** for Plaintiffs
**Daniel Katz, Esq., John Connell, Esq., Theodore Wells, Esq., Daniel Toal, Esq., Jay Cohen, Esq.**
and **Kerri Chewning, Esq.,** for Defendants.

**NATURE OF PROCEEDING:**  STATUS CONFERENCE

Status conference held on the record.
Ordered status conference set for February 8, 2013 at 10:00AM in Courtroom 1.
Scheduling order to issue.

**Commenced: 10:00a.m.**
**Adjourned:   11:30a.m.**

**Total Time:  1:30**

**cc: Chambers**                                         <u>Lawrence MacStravic</u>
                                                         **Deputy Clerk**