```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| PATRICK BRADY, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>AIR LINE PILOTS ASSOCIATION,<br><br>       Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 02-2917<br>          (JEI)<br><br>**CASE MANAGEMENT ORDER** |

**APPEARANCES:**

TRUJILLO, RODRIGUEZ & RICHARDS, LLP
By: Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, NJ 08033
    Counsel for Plaintiffs

GREEN JACOBSON, PC
By: Allen P. Press
7733 Forsyth Boulevard
Suite 700 Pierre Laclede Center
St. Louis, MO 63105
    Counsel for Plaintiffs

ARCHER & GREINER, PC
By: John C. Connell
Steven J. Fram
One Centennial Square
Haddonfield, NJ 08033
    Counsel for Defendants

*Pro Hac Vice*:
KATZ & RANZMAN, PC
By: Daniel M. Katz
4530 Wisconsin Ave., N.W., Suite 250
Washington, DC 20016
    Counsel for Defendants

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
BY: Jay Cohen
Daniel J. Toal

Theodore V. Wells
1285 Avenue of the Americas
New York, NY 10019
    Counsel for Defendants

**IRENAS**, Senior District Judge:

    This matter having come before the Court upon a status conference held on November 15, 2012; the Court having considered the parties' positions; and for good cause appearing;

    **IT IS** on this 15th day of November, 2012,

    **ORDERED THAT**:

1. ALPA may take the depositions of six former TWA executives and employees connected with the American Airlines merger before January 31, 2013.  These depositions shall be limited to four hours each.

2. ALPA shall take the depositions of Plaintiffs' two experts, Dr. Henry Farber and Mr. Rikk Salamat, before January 31, 2013.

3. ALPA shall identify its trial experts no later than January 31, 2013.

4. ALPA's shall serve its expert reports on Plaintiffs by March 15, 2013.  Plaintiffs shall take the depositions of

these experts before April 15, 2013.

5. On or before December 31, 2012, Plaintiffs shall turn over all set-off data in their possession at that time to ALPA.  This data should take the form of updated damages schedules.  Plaintiffs will turn over all remaining data no later than January 31, 2013.

    /s/ Joseph E. Irenas

**JOSEPH E. IRENAS, S.U.S.D.J.**