UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**

**JUDGE:** JOSEPH H. RODRIGUEZ

**COURT REPORTER:** Karen Friedlander

**DATE OF PROCEEDINGS:** 01/04/2013

**DATE OF MOTION FILED:** 10/23/2012

**DOCKET #** CIVIL 02-2917 (JEI)

**TITLE OF CASE:**
BRADY, ET AL.,
    v.
ALLIED PILOTS ASSOC.

**APPEARANCES:**
Lisa Rodriguez, Esq., Nicole Acchione, Esq., and Allen Press Esq. for Plaintiffs
John Connell, Esq., Daniel Toal, Esq., Jay Cohen, Esq., and Daniel Katz, Esq., for Defendants

**NATURE OF PROCEEDINGS:** MOTION HEARING

MOTION to Amend/Correct Defendant's Answer to Plaintiffs' Second Amended Restated Complaint by AIR LINE PILOTS ASSOCIATION. (Docket entry #510)

**DISPOSITION:**

Decision Reserved.

Time commenced: 10:00 AM

Time Adjourned: 10:45

Total time: <u>45 minutes</u>

                        s/ *David Bruey*
                        **DEPUTY CLERK**