**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, New Jersey 08033
(856) 795-9002
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| PATRICK BRADY, et al. | : | Civil Action No. 02-2917 (JEI) |
| Plaintiffs, | : | |
| v. | : | |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | : | |
| Defendant. | : | |

**PLAINTIFFS' NOTICE OF MOTION FOR PROTECTIVE ORDER PRECLUDING DEPOSITIONS OF SCOTT SCHWARTZ AND JOHN HEFLEY**

TO:  Daniel M. Katz, Esq.          John C. Connell, Esq.
     Katz & Ranzman, P.C.          Archer & Greiner P.C.
     5028 Wisconsin Avenue, N.W.   One Centennial Square
     Suite 250                     Haddonfield, NJ 08033
     Washington, D.C. 20016

     Daniel J. Toal, Esq.
     Jay Cohen, Esq.
     Paul, Weiss, Rifkind, Wharton &
     Garrison LLP
     1285 Avenue of the Americas
     New York, NY 10019-6064

PLEASE TAKE NOTICE that on February 4, 2013, Plaintiffs shall move before the United States District Court, District of New Jersey, Mitchell H. Cohen U.S. Courthouse, One John F. Gerry Plaza, Fourth and Cooper Streets, Camden, New Jersey, for a Protective Order Precluding the Depositions of Scott Schwartz and John Hefley.

In support of this motion, Plaintiffs will rely upon the accompanying Memorandum of Law and Certification of Allen P. Press. A proposed Form of Order is enclosed.

Oral Argument is requested if opposed.

Dated: January 10, 2013

Respectfully submitted,

**TRUJILLO RODRIGUEZ & RICHARDS, LLC**

By: s/ Lisa J. Rodriguez
Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, NJ  08033
(856) 795-9002

**GREEN JACOBSON, P.C.**
Allen Press
Joe Jacobson
7733 Forsyth Boulevard, Suite 700
Pierre Laclede Center
St. Louis, Missouri 63105
(314) 862-6800