# EXHIBIT C

1

```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

PATRICK BRADY, ET AL,

     Plaintiffs,                CIVIL ACTION NUMBER:

     -vs-                          02-2917(JEI)

AIR LINE PILOTS ASSOCIATION INTERNATIONAL,

     Defendant.

     Mitchell H. Cohen United States Courthouse
     One John F. Gerry Plaza
     Camden, New Jersey 08101
     May 4, 2012

**B E F O R E:**      THE HONORABLE JOSEPH E. IRENAS
                    UNITED STATES DISTRICT JUDGE

**A P P E A R A N C E S:**

TRUJILLO RODRIGUEZ & RICHARDS, LLC

BY:  LISA  J.  RODRIGUEZ, ESQUIRE

ATTORNEYS FOR PLAINTIFFS


GREEN JACOBSON, P.C.

BY:  JOE D. JACOBSON, ESQUIRE

     ALLEN P. PRESS, ESQUIRE

ATTORNEYS FOR PLAINTIFFS

2

```
 1
 2   KATZ & RANZMAN, P.C.
 3   BY:  DANIEL M. KATZ, ESQUIRE
 4   ATTORNEYS FOR DEFENDANT
 5
 6   ARCHER & GREINER
 7   BY:  STEVEN J. FRAM, ESQUIRE
 8   ATTORNEYS FOR DEFENDANT
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24   Certified as true and correct as required by Title 28,
25   U.S.C., Section 753.
```

United States District Court
Camden, New Jersey

Case 1:02-cv-02917-JEI   Document 522-4   Filed 01/10/13   Page 4 of 6 PageID: 16690
Case 1:02-cv-02917-JEI   Document 480   Filed 05/31/12   Page 3 of 102 PageID: 15912

3

1    /S/ <u>Carl J. Nami</u>

Case 1:02-cv-02917-JEI   Document 522-4   Filed 01/10/13   Page 5 of 6 PageID: 16691
Case 1:02-cv-02917-JEI   Document 480   Filed 05/31/12   Page 64 of 102 PageID: 15973

64

1 him a question, he'll just answer it?

2     MR. FRAM: Your Honor, I can only hope.

3     THE COURT: You can only hope. Right.

4     MR. FRAM: But my point is that there's a lot of
5 groundwork that has to be done, and again that necessarily is
6 going to cover some of the same issues that we've had.

7     So, we submit that rather than proceed based upon a
8 jury verdict, that really provides no information of
9 consequence. The better thing to do is to go backwards as
10 opposed to trying to pursue damage issues in a way that is
11 going to be confusing and difficult. I appreciate your
12 Honor's concern that the plaintiffs may not yet have had an
13 opportunity to submit an expert report, that's fine, but we do
14 --

15     THE COURT: No. As I say, I do think, although you
16 don't argue it quite that way but you ultimately make a good
17 point. That until you know the theory of i.e. what would have
18 happened, you know, well what a damage expert said. You
19 either take factual discovery is very difficult.

20     MR. FRAM: Your Honor, there are two parts of this
21 and one is not really damages. The first part of it is trying
22 to establish how the seniority integration might have been
23 different, and it might not have been --

24     THE COURT: That's at the end of the day, I think, I
25 don't want to -- I'm not trying to limit them in any way, but

Case 1:02-cv-02917-JEI   Document 522-4   Filed 01/10/13   Page 6 of 6 PageID: 16692
Case 1:02-cv-02917-JEI   Document 480   Filed 05/31/12   Page 65 of 102 PageID: 15974

65

01:46  1  I think at the end of the day they have to come up with a
       2  theory that this, I'll all it the staple point.  The staple
       3  point would have been different and more favorable to the TWA
       4  pilots had, you know, the union been more, you know, not
01:46  5  breached its duty of fair representation.  But until we get to
       6  what that theory is, factual discovery as to who gets what is
       7  going to be very difficult, if not impossible.
       8           MR. FRAM:  Your Honor, we don't believe that that
       9  issue is one that's amenable to expert testimony at all.
01:46 10  That's a fact --
      11           THE COURT:  Well, how do I know until they give it?
      12           MR. FRAM:  Well, your Honor, I think we're agreeing
      13  that we don't have a trial plan and we don't have enough
      14  information from plaintiffs on any of these issues that have
01:46 15  the rigorous analysis that we need to move forward.  So if
      16  your Honor's inclination is to deny this motion without
      17  prejudice and to defer these issues, that's fine.
      18           THE COURT:  Well, I think on a class certification
      19  issue in a sense it's always without prejudice to change any
01:46 20  kind of changed circumstances.  I mean, you know, it's with
      21  prejudice, I guess you just make the motion a week later.  You
      22  know, nothing has changed.  But if there's been some change, I
      23  think the motion can be made again.  I mean it's inherent in
      24  that.
01:47 25           MR. FRAM:  Well, your Honor, the major change here,