**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PATRICK BRADY, et al. | Civil Action No. 02-2917 (JEI) |
| Plaintiffs, | |
| v. | |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | |
| Defendant. | |

**[PROPOSED] PROTECTIVE ORDER PRECLUDING THE DEPOSITIONS OF SCOTT SCHWARTZ AND JOHN HEFLEY**

THIS MATTER having come before the Court in the above-captioned matter, by way of Plaintiffs' Motion for Protective Order Precluding the Depositions of absent class members Scott Schwartz and John Hefley, and the Court having considered the papers submitted, and arguments of counsel, and for good cause shown;

IT IS ON THIS ____ day of _____, 2013, HEREBY ORDERED:

Plaintiffs' Motion for Protective Order is GRANTED.

DATED: _____, 2013

_____
Honorable Joseph E. Irenas, U.S.D.J.