**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, NJ 08033
(856) 795-9002
Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| PATRICK BRADY, et al. | : | Civil Action No. 02-2917 (JEI) |
| Plaintiffs, | : | |
| v. | : | |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Motion for Protective Order Precluding the Depositions of Scott Schwartz and John Hefley, Memorandum of Law in Support, Certification of Allen P. Press and proposed Order have been served on Defense Counsel via:

VIA EMAIL:
Daniel M. Katz, Esq.
Katz & Ranzman, P.C.
5028 Wisconsin Avenue, N.W.
Suite 250
Washington, D.C. 20016

VIA ECF:
John C. Connell, Esq.
Archer & Greiner P.C.
One Centennial Square
Haddonfield, NJ 08033

VIA EMAIL:
Daniel J. Toal, Esq.
Jay Cohen, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Dated: January 10, 2013

By: s/ Lisa J. Rodriguez
Lisa J. Rodriguez