UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AIR LINE PILOTS ASSOCIATION, <br><br> Defendant. | HONORABLE JOSEPH E. IRENAS <br><br> CIVIL ACTION NO. 02-2917 (JEI) <br><br> ORDER DENYING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER PRECLUDING THE DEPOSITIONS OF SCOTT SCHWARTZ AND JOHN HEFLEY (Dkt. No. 522) |

**APPEARANCES:**

TRUJILLO, RODRIGUEZ & RICHARDS, LLP
By: Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, NJ 08033
    Counsel for Plaintiffs

GREEN JACOBSON, PC
By: Allen P. Press
7733 Forsyth Boulevard
Suite 700 Pierre Laclede Center
St. Louis, MO 63105
    Counsel for Plaintiffs

*Pro Hac Vice*:
KATZ & RANZMAN, PC
By: Daniel M. Katz
4530 Wisconsin Ave., N.W., Suite 250
Washington, DC 20016
    Counsel for Defendants

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
BY: Jay Cohen
Daniel J. Toal
1285 Avenue of the Americas

New York, NY 10019
      Counsel for Defendants

**IRENAS**, Senior District Judge:

This matter having come before the Court upon Plaintiffs' Motion for Protective Order Precluding the Depositions of Scott Schwartz and John Hefley (Dkt. No. 522); the Court having held a telephone conference at Plaintiffs' request on January 22, 2013; Plaintiffs having no objections to ALPA deposing Mr. Schwartz; the Court having considered the parties' oral and written submissions; for the reasons stated on the record during the telephone conference, and for good cause appearing;

IT IS on this 22nd day of January, 2013,

**ORDERED THAT:**

(1)  Plaintiffs' Motion with respect to Scott Schwartz is hereby **DISMISSED AS MOOT.**

(2)  Plaintiffs' Motion with respect to John Hefley is hereby **DENIED.**

(3)  The status conference scheduled for February 8, 2013, is adjourned until February 15, 2013, at 10:00 am.

                                        /s/ Joseph E. Irenas  _____

                                        **Joseph E. Irenas, S.U.S.D.J.**