UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN**                                                                              January 22, 2013
**OFFICE**

DATE OF PROCEEDINGS

**JOSEPH E. IRENAS, S.U.S.D.J.**
**COURT REPORTER: Carl Nami, Jr.**
**OTHER(S):**

**TITLE OF CASE**:                                                   CV 02-2917 (JEI)

BRADY, ET AL.

v.

ALLIED PILOTS ASSOC.

**APPEARANCES:**
**Lisa Rodriguez** and **Allen Press, Esqs.,** for Plaintiffs
**Jay Cohen, Daniel Toal,** and **Daniel Katz, Esqs.,** for Defendants.

**NATURE OF PROCEEDING:** TELEPHONE STATUS CONFERENCE

Telephone conference held on the record.

Ordered in-person status conference set for February 15, 2013 at 10:00AM in Courtroom 1.

**Commenced: 3:20p.m.**
**Adjourned:   3:40p.m.**

**Total Time:  0:20**

cc: Chambers                                                                  Lawrence MacStravic
                                                                                **Deputy Clerk**