IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| PATRICK BRADY, et al., | ) | Electronically Filed |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 02-cv-2917 (JEI) |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION BY DEFENDANT FOR THE ADMISSION PRO HAC VICE OF WILLIAM B. MICHAEL, ESQUIRE, JULIE S. ROMM, ESQUIRE, AND JOSHUA D. KAYE, ESQUIRE**

                                                        Archer & Greiner
                                                        A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, New Jersey 08033-0968
(856) 795-2121
By:    John C. Connell, Esquire
         Kerri E. Chewning, Esquire

*Pro Hac Vice:*

Jay Cohen, Esquire
Daniel J. Toal, Esquire
Paul, Weiss, Rifkind, Wharton
  & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Daniel M. Katz, Esquire
Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 659-4656

*Attorneys for Defendant Air Line Pilots Association, International*

Please take notice that on March 4, 2013 at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant, by and through its attorneys, shall move before this Court for the admission pro hac vice of William B. Michael, Esquire, Julie S. Romm, Esquire, and Joshua D. Kaye, Esquire.

In support of this Motion, Defendant relies upon the Declaration of John C. Connell, Esquire and the Declarations of William B. Michael, Esquire, Julie S. Romm, Esquire, and Joshua D. Kaye, Esquire.  A proposed form of order and Certificate of Service are also enclosed.

Please take further notice that Plaintiffs consent to this motion.  Because there is no need for legal argument, no brief is necessary in support of this Motion.

        ARCHER & GREINER
        A Professional Corporation
        Attorneys for Defendant,
          Air Line Pilots Association, International

By:   */s/ John C. Connell*
      John C. Connell, Esquire
      Kerri E. Chewning, Esquire

Dated:  February 1, 2013
9357109v1

1