**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| PATRICK BRADY, et al., | Electronically Filed |
| Plaintiffs, | |
| v. | Civil Action No. 02-CV-2917 (JEI) |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | |
| Defendant. | |

**DECLARATION OF JOHN C. CONNELL, ESQUIRE,**
**IN SUPPORT OF**
**DEFENDANT'S MOTION FOR THE ADMISSION PRO HAC VICE OF**
**WILLIAM B. MICHAEL, ESQUIRE, JULIE S. ROMM, ESQUIRE,**
**AND JOSHUA D. KAYE, ESQUIRE**

                                                Archer & Greiner
                                                A Professional Corporation
                                                One Centennial Square
                                                P.O. Box 3000
                                                Haddonfield, New Jersey 08033-0968
                                                (856) 795-2121
                                                By:    John C. Connell, Esquire
                                                                    Kerri E. Chewning, Esquire

*Pro Hac Vice:*

Jay Cohen, Esquire
Daniel J. Toal, Esquire
Paul, Weiss, Rifkind, Wharton
   & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Daniel M. Katz, Esquire
Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 659-4656

*Attorneys for Defendant Air Line Pilots Association, International*

JOHN C. CONNELL, ESQUIRE, hereby declares as follows:

1. I am a member of the Bar of this Court and am a partner/shareholder in the law firm of Archer & Greiner, P.C., attorneys for Defendant, Air Line Pilots Association, International ("ALPA"). I share responsibility for the handling of this matter, and have personal knowledge of the information set forth herein. As such, I am authorized to make this Certification.

2. I am submitting this Declaration in support of Defendant's Motion for the Admission Pro Hac Vice of William B. Michael, Esquire, Julie S. Romm, Esquire, and Joshua D. Kaye, Esquire.

3. William B. Michael, Esquire, is a partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, and his qualifications are set forth in the accompanying Declaration of Mr. Michael being submitted in support of this application.

4. Julie S. Romm, Esquire, is an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, and her qualifications are set forth in the accompanying Declaration of Ms. Romm being submitted in support of this application.

5. Joshua D. Kaye, Esquire, is an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, and his qualifications are set forth in the accompanying Declaration of Mr. Kaye being submitted in support of this application.

6. In the event that the instant Motion is granted, I, or a member of this firm, will, as required, continue to participate in the litigation and to endorse and file all documents with this Court.

7. I acknowledge that I am bound by L. Civ. R. 101.1 in this matter.

8. Counsel of record for Plaintiffs, Lisa Rodriguez, Esquire, has indicated Plaintiffs' consent to this motion.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

       */s/ John C. Connell*
       JOHN C. CONNELL, ESQUIRE

Dated: February 1, 2013.
9357402v1

2