IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| PATRICK BRADY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AIR LINE PILOTS ASSOCIATION, )<br>INTERNATIONAL, )<br>)<br>Defendant. )<br>) | Civil Action No. 02-cv-2917 (JEI) |

## DECLARATION OF WILLIAM B. MICHAEL, ESQUIRE

                        Archer & Greiner
                        A Professional Corporation
                        One Centennial Square
                        P.O. Box 3000
                        Haddonfield, New Jersey 08033-0968
                        (856) 795-2121
                        By:    John C. Connell, Esquire
                                  Kerri E. Chewning, Esquire

*Pro Hac Vice:*

Jay Cohen, Esquire
Daniel J. Toal, Esquire
Paul, Weiss, Rifkind, Wharton
   & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Daniel M. Katz, Esquire
Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 659-4656

*Attorneys for Defendant Air Line Pilots Association, International*

William B. Michael, Esquire, hereby declares as follows:

1. I am a partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064.

2. I am a member in good standing in each of the following jurisdictions:

| **Jurisdiction** | **Year** | **Contact Information** |
| --- | --- | --- |
| New York State | 2005 | Clerk's Office Third Judicial District<br>P.O. Box 7288, Capitol Station<br>Albany, New York 12224-0288 |
| United States District Court – Southern District of New York | 2008 | Clerk of Court<br>500 Pearl Street<br>New York, NY 10007 |
| United States Court of Appeals – Second Circuit | 2009 | Attorney Admissions<br>Thurgood Marshall U.S. Courthouse<br>40 Foley Square<br>New York, NY 10007 |
| United States District Court – Eastern District of New York | 2010 | Clerk of Court<br>Brooklyn Courthouse<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 |
| United States Court of Appeals – Fifth Circuit | 2011 | Lyle W. Cayce, Clerk<br>United States Court of Appeals<br>600 S. Maestri Place<br>New Orleans, LA 70130-3408 |

3. I am not currently suspended or disbarred in any court and there are no disciplinary actions or investigations pending against me in any jurisdiction.

4. Defendant Air Line Pilots Association, International has requested that I participate in our firm's representation of it in this matter, including in the preparation for and conduct of the damages trial.

1

5. I am not currently eligible for admission to the Bar of this Court under L. Civ. R. 101.1.

6. I am associated in this matter with John C. Connell, Esquire, and Kerri E. Chewning, Esquire, of Archer & Greiner, P.C., New Jersey counsel of record qualified to practice pursuant to L. Civ. R. 101.1.

7. I have obtained a copy of the Rules of this Court, have familiarized myself with those Rules, and agree to be subject to those Rules. I understand that I have a continuing obligation during the period of such admission pro hac vice promptly to advise the Court of the institution of any disciplinary proceedings.

8. I further agree to pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28 as well as the fee required by the District of New Jersey.

9. I am submitting this declaration in support of Defendant's motion for my admission pro hac vice pursuant to L. Civ. R. 101.1.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2013

_____
WILLIAM B. MICHAEL, ESQUIRE