ARCHER & GREINER
A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
(856) 795-2121
Attorneys for Defendant, Airline Pilots Association, International
BY:   STEVEN J. FRAM, ESQUIRE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |
|---|---|
| PATRICK BRADY et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No. 02-2917 (JEI) |
| | ) |
| AIRLINE PILOTS ASSOCIATION, INT'L, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## WITHDRAWAL OF APPEARANCE

TO:        CLERK OF COURT

        Kindly withdraw my individual appearance as counsel for Defendant, the Airline Pilots

Association, International.


                                        By:    /s/ Steven J. Fram
                                            STEVEN J. FRAM, ESQUIRE
                                            ARCHER & GREINER, P.C.


Dated:  February 7, 2013.

9064124v1