UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PATRICK BRADY, et al.,

          Plaintiffs,

     v.

AIR LINE PILOTS ASSOCIATION,

          Defendant.

HONORABLE JOSEPH E. IRENAS

CIVIL ACTION NO. 02-2917
          (JEI)

**SECOND CASE MANAGEMENT ORDER**


**APPEARANCES:**

TRUJILLO, RODRIGUEZ & RICHARDS, LLP
By: Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, NJ 08033
     Counsel for Plaintiffs

GREEN JACOBSON, PC
By: Allen P. Press
Joe D. Jacobson
7733 Forsyth Boulevard
Suite 700 Pierre Laclede Center
St. Louis, MO 63105
     Counsel for Plaintiffs

*Pro Hac Vice*:
KATZ & RANZMAN, PC
By: Daniel M. Katz
4530 Wisconsin Ave., N.W., Suite 250
Washington, DC 20016
     Counsel for Defendants

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
BY: Jay Cohen
Julie Romm
1285 Avenue of the Americas

1

New York, NY 10019
     Counsel for Defendants

**IRENAS**, Senior District Judge:

This matter having come before the Court upon a status conference held on February 15, 2013; the Court having considered the parties' positions; and for good cause appearing;

IT IS on this 15th day of February, 2013,

     **ORDERED THAT:**

1.  Plaintiffs will serve the supplemental expert report of Mr. Rikk Salamat on ALPA by April 30, 2013.  ALPA shall depose Mr. Salamat no later than May 31, 2013.

2.  With the exception of Professor Kevin Murphy's expert report, ALPA shall serve its expert reports on Plaintiffs by March 15, 2013, and Plaintiffs shall depose those experts before April 15, 2013.  ALPA shall serve Professor Murphy's report on Plaintiffs by May 31, 2013.  Plaintiffs shall take Professor Murphy's deposition by June 30, 2013.

2

3.   ALPA may take the depositions of Michael Day, Alan Altman, and Professor Michael Tannen no later than April 30, 2013.

_/s/ Joseph E. Irenas_____

**Joseph E. Irenas, S.U.S.D.J.**

3