**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, NJ 08033
(856) 795-9002
Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al. | Civil Action No. 02-2917 (JEI) |
| Plaintiffs, | |
| v. | |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Brief in Opposition to Cureton Clark's Motion

To Impress an Attorney's Charging Lien has been served on Defense Counsel via:

VIA ECF:
Daniel M. Katz, Esq.
Katz & Ranzman, P.C.
5028 Wisconsin Avenue, N.W.
Suite 250
Washington, D.C. 20016

VIA ECF:
John C. Connell, Esq.
Archer & Greiner P.C.
One Centennial Square
Haddonfield, NJ 08033

VIA EMAIL:
Daniel J. Toal, Esq.
Jay Cohen, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

VIA ECF:
Thomas J. Hagner, Esq.
Hagner & Zohlman, LLC
57 Kresson Road
Cherry Hill, NJ 08034

Dated:  February 19, 2013

By:  s/ Lisa J. Rodriguez
     Lisa J. Rodriguez