## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**JOSEPH E. IRENAS**
SENIOR JUDGE

UNITED STATES DISTRICT COURT
POST OFFICE BOX 2097
CAMDEN, NJ 08101

March 21, 2013

*Via Electronic Filing*

Jay Cohen
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Re: *Brady, et al. v. Air Line Pilots Association, Int'l* — Civ. 02-2917 (JEI)

Dear Mr. Cohen:

I have received your letter dated March 20, 2013 regarding the authorization cards that American Airlines pilot John Clark collected in 2001.

You have requested permission from the Court for ALPA's counsel to make copies of the cards available to plaintiffs' counsel. However, I do not think that ALPA's counsel needs the Court's permission to do so. Further, your letter does not indicate what kind of relief you seek from the Court, and I cannot envision any action the Court would take in light of the alleged new information. Accordingly, in the absence of a motion, the Court will take no action of any kind.

Very truly yours,

Joseph E. Irenas, S.U.S.D.J.

cc: Lisa J. Rodriguez, Esq.
Nicole M. Acchione, Esq.
Allen P. Press, Esq.
Daniel M. Katz, Esq.
Kerri E. Chewning, Esq.