**HAGNER & ZOHLMAN, LLC**
57 Kresson Road
Cherry Hill, New Jersey 08034
(856) 663-9090
Attorneys for Cureton Caplan, P.C. n/k/a Cureton Clark, P.C.
By: Thomas J. Hagner, Esquire

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al.,<br><br>Plaintiffs<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION,<br><br>Defendant. | Civil Action No.: 02-cv-2917 (JEI) |

## CONSENT ORDER

**THIS MATTER** having been opened to the Court by Thomas J. Hagner, Esq. of the firm of HAGNER & ZOHLMAN, LLC, attorneys for Cureton Caplan, P.C. n/k/a Cureton Clark, P.C., former counsel to the Plaintiffs in the above captioned matter, upon an application to impress an attorney's charging lien; and counsel for all parties having amicably resolved the matters in dispute;

**NOW, THEREFORE, IT IS** on this _____ day of __APRIL__, 2013;

**ORDERED** that the Motion filed on behalf of Cureton Caplan, P.C. n/k/a Cureton Clark, P.C.,'s to Impress an Attorney's Lien is withdrawn without prejudice to its right to file an application for fees at the appropriate time; and

IT IS FURTHER ORDERED THAT: Cureton Clark shall remain noted on the docket as an interested party and will receive notices of further proceedings.

_____, U.S.D.J.

We hereby consent to the form
And entry of the within Order.

Hagner & Zohlman, L.L.C.
Attorneys for Cureton Clark

BY: _____
    Thomas J. Hagner

Trujillo, Rodriguez & Richards, LLC
Attorneys for Plaintiff

BY: _____
    Lisa J. Rodriguez