UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>AIR LINE PILOTS ASSOCIATION,<br><br>      Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 02-2917 (JEI)<br><br>**CASE MANAGEMENT ORDER** |

**APPEARANCES:**

TRUJILLO, RODRIGUEZ & RICHARDS, LLP
By: Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, NJ 08033
    Counsel for Plaintiffs

GREEN JACOBSON, PC
By: Allen P. Press
Joe D. Jacobson
7733 Forsyth Boulevard
Suite 700 Pierre Laclede Center
St. Louis, MO 63105
    Counsel for Plaintiffs

ARCHER & GREINER, PC
By: Kerri E. Chewning
One Centennial Square
PO Box 3000
Haddonfield, NJ 08033-0968
    Counsel for Defendant

*Pro Hac Vice*:
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
BY: Jay Cohen
Daniel J. Toal

1

Julie Romm
1285 Avenue of the Americas
New York, NY 10019
    Counsel for Defendants

**IRENAS**, Senior District Judge:

    This matter having come before the Court upon a status conference held on May 3, 2013; the Court having considered the parties' positions; and for good cause appearing;

IT IS on this 3rd day of May, 2013,

    **ORDERED THAT:**

    1. Fourteen days after Defendant deposes Rikk Salamat, Defendant shall submit a request in writing to the Court regarding the depositions of some class members.

    2. The parties' shall file their Daubert and summary judgment motions by August 15, 2013.

    3. Counsel shall appear for a status conference on Friday, September 20, 2013, at 10:00 am.

    4. The final pretrial conference will be held on Tuesday, November 26, 2013, at 9:30 am.

                       /s/ Joseph E. Irenas

                       **Joseph E. Irenas, S.U.S.D.J.**