# Archer&Greiner P.C.
ATTORNEYS AT LAW

**Kerri E. Chewning**
*Also Member of Pennsylvania Bar*
kchewning@archerlaw.com
856-616-2685 Direct
856-673-7166 Direct Fax

One Centennial Square
Haddonfield, NJ 08033
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

May 29, 2013

**VIA CM/ECF ONLY**

The Honorable Joseph E. Irenas, S.U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 310
Camden, NJ 08101

    Re:   **Brady, et al v. Air Line Pilots Association, Int'l,
              <u>Civil Action No. 02-2917 (JEI) (D.N.J. Camden)</u>**

Dear Judge Irenas:

    Enclosed please find Defendant's letter in response to Plaintiffs' letter dated May 23, 2013.

    Thank you.

                                          Respectfully submitted,

                                          */s/ Kerri E. Chewning*

                                          KERRI E. CHEWNING

KEC:gam
Enclosure
cc:    All Counsel via CM/ECF
9814584v1