# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## <u>MINUTES OF PROCEEDINGS</u>

**<u>CAMDEN</u>**                                                          **May 30, 2013**
**OFFICE**

**DATE OF PROCEEDINGS**

**JOSEPH E. IRENAS, S.U.S.D.J.**
**COURT REPORTER:  Karen Friedlander**
**OTHER(S):**

**TITLE OF CASE**:                                    **CV** 02-2917 (JEI)

BRADY, ET AL.

v.

ALLIED PILOTS ASSOC.

**APPEARANCES:**
**Lisa Rodriguez, Nicole Acchione,** and **Allen Press, Esqs.,** for Plaintiffs
**Jay Cohen, Daniel Toal, John Connell,** and **Daniel Katz, Esqs.,** for Defendants.

**NATURE OF PROCEEDING:**   TELEPHONE DISCOVERY STATUS CONFERENCE

Telephone conference held on the record.


**Commenced:  9:30a.m.**
**Adjourned:   10:30a.m.**

**Total Time:  0:30**


**cc: Chambers**                                    <u>Lawrence MacStravic</u>
                                                    **Deputy Clerk**