# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>AIR LINE PILOTS<br>ASSOCIATION,<br>INTERNATIONAL,<br><br>　　　　　Defendant. | Civil Action No. 02-2917 (JEI) |

_____

## DEFENDANT ALPA'S NOTICE OF MOTION FOR LEAVE TO DEPOSE ABSENT CLASS MEMBERS

_____

                               Archer & Greiner
                               A Professional Corporation
                               One Centennial Square
                               Haddonfield, New Jersey 08033-0968
                               (856) 795-2121

*Pro Hac Vice:*

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 659-4656

    *Attorneys for Defendant Air Line Pilots Association, International*

TO: Lisa J. Rodriguez, Esquire
Trujillo, Rodriguez & Richards, LLC
258 Kings Highway East
Haddonfield, NJ 08033

Allen Press, Esquire
Green Jacobson, P.C.
7733 Forsyth Boulevard, Suite 700
Clayton, MS 63105

PLEASE TAKE NOTICE that on July 15, 2013, or as soon thereafter as counsel may be heard, Defendant Air Line Pilots Association, International ("ALPA") shall move before the Honorable Joseph E. Irenas, Sr. U.S.D.J., for an Order granting Defendant's Motion for Leave to Depose Absent Class Members.

In support of this motion, ALPA will rely on the accompanying Memorandum of Law with attached Exhibit A. A proposed form of Order and a Certificate of Service are also enclosed.

Oral argument is requested if the motion is opposed.

Dated:  Haddonfield, NJ
        June 12, 2013

Respectfully submitted,

Theodore V. Wells, Jr., Esquire
Paul, Weiss, Rifkind, Wharton
   & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064

 - and -

Archer & Greiner
A Professional Corporation
One Centennial Square
Haddonfield, New Jersey 08033


By:   /s/ Kerri E. Chewning
      John C. Connell, Esquire
      Kerri E. Chewning, Esquire

*Pro Hac Vice:*

Jay Cohen, Esquire
Daniel J. Toal, Esquire
Paul, Weiss, Rifkind, Wharton
   & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Daniel M. Katz, Esquire
Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 659-4656

*Attorneys for Defendant Air Line Pilots Association, International*