## **Exhibit A**

1. James Adolphson
2. Alfred Carbonaro
3. Brent Carter
4. Lance Cauble
5. Earl Ecklin
6. Oscar Horan
7. Steven Kleinschnittge
8. Paul Pickering
9. Gregory Register
10. John Swanson
11. Cheryl Trentman