UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, <br><br> Defendant. | No. 02 Civ. 2917 (JEI) |

**ORDER APPROVING MOTION FOR LEAVE TO**
**DEPOSE ABSENT CLASS MEMBERS**

THIS MATTER having come before the Court, by way of Defendant Air Line Pilots Association, International's ("ALPA") Motion for Leave to Depose Absent Class Members ("Motion"), and the Court having considered the documents filed, and arguments of counsel, and for good cause shown;

IT IS on this _____ day of _____, 2013

ORDERED that ALPA's Motion be and hereby is GRANTED.

_____
JOSEPH E. IRENAS, S.U.S.D.J.