UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, <br><br> Defendant. | No. 02 Civ. 2917 (JEI) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2013, I filed, and served on all counsel of record, via CM/ECF, the foregoing Motion on behalf of ALPA for Leave to Depose Absent Class Members.

                                                  */s/ Kerri E. Chewning*
                                                 KERRI E. CHEWNING