**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
Nicole M. Acchione
258 Kings Highway East
Haddonfield, New Jersey 08033
(856) 795-9002
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., | Civil Action No. 02-2917 (JEI) |
| Plaintiffs, | |
| v. | |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | |
| Defendant. | |

**PLAINTIFFS' NOTICE OF MOTION TO COMPEL DISCOVERY**

TO:   Jay Cohen, Esq.                John C. Connell, Esq.
      Daniel J. Toal, Esq.           Archer & Greiner P.C.
      Paul, Weiss, Rifkind, Wharton &   One Centennial Square
      Garrison LLP                   Haddonfield, NJ 08033
      1285 Avenue of the Americas
      New York, NY 10019-6064

      Daniel M. Katz, Esq.
      Katz & Ranzman, P.C.
      5028 Wisconsin Avenue, N.W.
      Suite 250
      Washington, D.C. 20016

PLEASE TAKE NOTICE that on July 15, 2013, Plaintiffs shall move before the United States District Court, District of New Jersey, Mitchell H. Cohen U.S. Courthouse, One John F. Gerry Plaza, Fourth and Cooper Streets, Camden, New Jersey, for an Order Granting Plaintiffs'

Motion to Compel Discovery from ALPA related to the union dues collected by ALPA from the former TWA Pilots for the period January 9, 2001 through April 3, 2002.

In support of this motion, Plaintiffs will rely upon the accompanying Memorandum and Declaration of Nicole M. Acchione with Exhibits A-G. A proposed Form of Order is enclosed.

Oral Argument is requested if opposed.

Dated: June 14, 2013                    Respectfully submitted,

                                 **TRUJILLO RODRIGUEZ & RICHARDS, LLC**

                    By: s/ Lisa J. Rodriguez
                        Lisa J. Rodriguez
                        Nicole M. Acchione
                        258 Kings Highway East
                        Haddonfield, NJ  08033
                        (856) 795-9002

                        **GREEN JACOBSON, P.C.**
                        Allen Press
                        Joe Jacobson
                        7733 Forsyth Boulevard, Suite 700
                        Pierre Laclede Center
                        St. Louis, Missouri 63105
                        (314) 862-6800