UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION.<br><br>Defendant. | Civil Acton No. 02-2917 (JEI)<br><br>**DECLARATION OF NICOLE M. ACCHIONE IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY** |

I, Nicole M. Acchione, pursuant to *R.* 1:4-4, certify as follows:

1. I am associated with the law firm Trujillo Rodriguez & Richards, LLC, co-Class Counsel in this certified class action. I submit this Declaration in Support of Plaintiffs' Motion to Compel Discovery. I am fully familiar with the facts set forth herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Plaintiffs' Fourth Request for Production of Documents on the Issue of Damages dated March 18, 2013.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Plaintiffs' First Set of Damage Interrogatories dated March 18, 2013.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Defendant's Responses and Objections to Plaintiffs' Fourth Request for Production of Documents on the Issue of Damage dated April 22, 2013.

5. Attached hereto as **Exhibit D** is a true and correct copy of Defendant's Responses and Objections to Plaintiffs' First Set of Damage Interrogatories dated April 22, 2013.

6. Attached hereto as **Exhibit E** is a true and correct copy of Defendant's May 29, 2013 letter to Judge Irenas in response to Plaintiffs' May 23, 2013 letter.

1

7. Attached hereto as **Exhibit F** is a true and correct copy of the Plaintiffs' First Set of document Requests on the Issue of Damages dated November 22, 2011.

8. Attached hereto as **Exhibit G** is a true and correct copy of *Addington vs. U.S. Airline Pilots Association*, Civil Action No. 08-1633 (D. Ariz. March 26, 2009).

I hereby certify that the following statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 6/14/13

Nicole M. Acchione