UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., : | Civil Action No. 02-2917 (JEI) |
| Plaintiffs, : | |
| v. : | |
| AIR LINE PILOTS ASSOCIATION, : INTERNATIONAL, : | |
| Defendant. : | |

### [PROPOSED] ORDER

THIS MATTER having come before the Court in the above-captioned matter, by way of Plaintiffs' Motion to Compel Discovery related to the union dues ALPA collected from the former TWA Pilots, and the Court having considered the papers submitted, and arguments of counsel, and for good cause shown;

IT IS ON THIS ____ day of _____, 2013, HEREBY ORDERED:

1) Plaintiffs' Motion to Compel Discovery is hereby GRANTED;

2) Plaintiffs are entitled to pursue damages against ALPA for a refund of union dues the former TWA Pilots paid to ALPA from January 9, 2001 through April 3, 2002;

3) Defendants shall respond to Plaintiffs' Fourth Request for Production of Documents and Plaintiffs' First Set of Damage Interrogatories (both served March 1, 2013) within ten (10) days of this Order.

_____
Honorable Joseph E. Irenas, U.S.D.J.