Lisa J. Rodriguez
Schnader Harrison Segal & Lewis LLP
Woodland Falls Corporate Park
220 Lake Drive East Suite 200
Cherry Hill, NJ 08002-1165
(856) 482-5222
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PATRICK BRADY *et al.*, : | |
| : | Civil Action No. 02-2917 (JEI) |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| AIR LINE PILOTS ASSOCIATION, : | |
| : | |
| Defendant. : | |

**NOTICE OF CHANGE OF FIRM AFFILIATION**

**PLEASE TAKE NOTICE THAT** effective immediately, I will practice with the law firm of Schnader Harrison Segal & Lewis LLP, and continue my representation of the Plaintiffs in the above matter. The Firm's address, telephone, facsimile and my email are below.

Woodland Falls Corporate Park
220 Lake Drive East Suite 200
Cherry Hill, NJ 08002-1165
Phone: 856-482-5222
Facsimile: 856-482-6980
Email: lrodriguez@schnader.com

**Schnader Harrison Segal & Lewis LLP**

Dated: August 1, 2013        By:      s/ Lisa J. Rodriguez
                                                    Lisa J. Rodriguez