UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN**
**OFFICE**

August 1, 2013

DATE OF PROCEEDINGS

**JOSEPH E. IRENAS, S.U.S.D.J.**
**COURT REPORTER:  Karen Friedlander**
**OTHER(S):**

**TITLE OF CASE**:                                        CV 02-2917 (JEI)

BRADY, ET AL.

v.

AIR LINE PILOTS ASSOC.

**APPEARANCES:**
**Lisa Rodriguez, Nicole Acchione,** and **Allen Press, Esqs.,** for Plaintiffs
**Jay Cohen, Daniel Toal,** and **John Connell, Esqs.,** for Defendants.

NATURE OF PROCEEDING:  HEARING ON [553] AND [554] DISCOVERY MOTIONS

Motions taken under advisement.  Opinion and Order to issue.

Commenced:  1:00p.m.
Adjourned:    2:00p.m.

Total Time:  1:00

cc: Chambers                                              Lawrence MacStravic
                                                          **Deputy Clerk**