```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| PATRICK BRADY, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>AIR LINE PILOTS ASSOCIATION,<br><br>       Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 02-2917<br>          (JEI)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO DEPOSE (Dkt. No. 553) AND PLAINTIFFS' MOTION TO COMPEL DISCOVERY (Dkt. No. 554)** |

**APPEARANCES**:

SCHNADER HARRISON SEGAL & LEWIS LLP
By: Lisa J. Rodriguez
Nicole M. Acchione
Woodland Falls Corporate Park
200 Lake Drive East
Suite 200
Cherry Hill, NJ 08002-1165
    Counsel for Plaintiffs

GREEN JACOBSON, PC
By: Allen P. Press
7733 Forsyth Boulevard
Suite 700 Pierre Laclede Center
St. Louis, MO 63105
    Counsel for Plaintiffs

*Pro Hac Vice*:
KATZ & RANZMAN, PC
By: Daniel M. Katz
4530 Wisconsin Ave., N.W., Suite 250
Washington, DC 20016
    Counsel for Defendants

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
BY: Jay Cohen
Daniel J. Toal
1285 Avenue of the Americas

New York, NY 10019
    Counsel for Defendants

**IRENAS**, Senior District Judge:

    This matter having come before the Court upon Defendant's Motion for Leave to Depose Certain Absent Class Members (Dkt. No. 553) and Plaintiffs' Motion to Compel Discovery (Dkt. No. 554); the Court having held oral argument on August 1, 2013; the Court having considered the parties' oral and written submissions; for the reasons stated in an Opinion issued on an even date herewith; and for good cause appearing;

IT IS on this 6th day of August, 2013,

    **ORDERED THAT:**

    (1)  Defendant's Motion for Leave to Depose Certain Absent Class Members (Dkt. No. 553) is hereby **GRANTED**.

    (2)  Plaintiffs' Motion to Compel Discovery (Dkt. No. 554) is hereby **GRANTED**.

    /s/ Joseph E. Irenas

    **Joseph E. Irenas, S.U.S.D.J.**