**Archer & Greiner** P.C.
ATTORNEYS AT LAW

**Kerri E. Chewning**
*Also Member of Pennsylvania Bar*
kchewning@archerlaw.com
856-616-2685 Direct
856-673-7166 Direct Fax

One Centennial Square
Haddonfield, NJ 08033
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

August 6, 2013

**VIA CM/ECF ONLY**
The Honorable Joseph E. Irenas, S.U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 310
Camden, NJ 08101

    Re:   **Brady, et al v. Air Line Pilots Association, Int'l**
           **Civil Action No. 02-2917 (D.N.J. Camden) (JEI)**
           **Stipulation and Order for a Briefing Schedule for**
           ***Daubert* and Summary Judgment Motions**

Dear Judge Irenas:

      I am enclosing a proposed Stipulation and Order regarding an extension of the briefing schedule for the parties' upcoming *Daubert* and Summary Judgment motions. The parties have drafted and signed the enclosed Stipulation and Order with respect to the schedule. I am respectfully requesting that the court enter and file the enclosed Stipulation and Order which memorializes the parties' agreement in this regard. Please note that the Stipulation and Order has been electronically signed by all counsel, and Ms. Acchione expressly authorized the use of her electronic signature.

      Should you have any questions, please contact me. Thank you.

                                          Respectfully submitted,

                                          */s/ Kerri E. Chewning*

                                          KERRI E. CHEWNING

KEC:gam
Enclosure
cc:    All Counsel via CM/ECF
10065293v1