IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| PATRICK BRADY, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 02-CV-2917 (JEI) |
| ) | |
| AIR LINE PILOTS ASSOCIATION, ) | |
| INTERNATIONAL ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER AS TO BRIEFING SCHEDULE FOR *DAUBERT* AND SUMMARY JUDGMENT MOTIONS

**WHEREAS** the Court entered a Case Management Order, dated May 3, 2013, that directed the parties to file their *Daubert* and summary judgment motions (the "Motions") by August 15, 2013; and

**WHEREAS** the parties have agreed to an extension of that deadline and all subsequent briefing deadlines in connection with the Motions;

**IT IS HEREBY STIPULATED AND AGREED, THAT:**

1. The parties shall file their Motions by August 22, 2013;

2. The parties shall file any opposition papers to the Motions by September 19, 2013; and

3. The parties shall file any reply papers in further support of the Motions by October 3, 2013.

Dated: August 6, 2013

| | |
|---|---|
| ARCHER & GREINER<br>A Professional Corporation | SCHNADER HARRISON SEGAL<br>& LEWIS LLP |
| By: /s/ Kerri E. Chewning<br>    John C. Connell, Esquire<br>    Kerri E. Chewning, Esquire | By: /s/ Nicole M. Acchione<br>    Lisa J. Rodriguez, Esquire<br>    Nicole M. Acchione, Esquire |
| One Centennial Square<br>Haddonfield, NJ 08033<br>(856) 795-2121 | Woodland Falls Corporate Park<br>220 Lake Drive East Suite 200<br>Cherry Hill, NJ 08002-1165<br>(856) 482-5222 |
| -and- | -and- |
| Theodore V. Wells, Jr., Esquire<br>Jay Cohen, Esquire *(pro hac vice)*<br>Daniel J. Toal Esquire *(pro hac vice)*<br>PAUL, WEISS, RIFKIND, WHARTON<br>   & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000 | Allen P. Press, Esquire *(pro hac vice)*<br>Joe Jacobson, Esquire *(pro hac vice)*<br>GREEN JACOBSON, P.C.<br>7733 Forsyth Blvd., Suite 700<br>St. Louis, MO 63105<br>(314) 862-6800 |
| -and- | *Attorneys for Plaintiffs* |
| Daniel M. Katz, Esquire *(pro hac vice)*<br>Katz & Ranzman, P.C.<br>4530 Wisconsin Avenue, N.W.<br>Washington, D.C. 20016<br>(202) 659-4656 | |
| *Attorneys for Defendant*<br>*Air Line Pilots Association, International* | |

**SO ORDERED:**

_____
HONORABLE JOSEPH E. IRENAS
UNITED STATES DISTRICT JUDGE

8/8/13

10057354v1

2