# Archer&Greiner P.C.
ATTORNEYS AT LAW

**Kerri E. Chewning**
*Also Member of Pennsylvania Bar*
kchewning@archerlaw.com
856-616-2685 Direct
856-673-7166 Direct Fax

One Centennial Square
Haddonfield, NJ 08033
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

August 15, 2013

**VIA CM/ECF ONLY**
The Honorable Joseph E. Irenas, S.U.S.D.J.
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 310
Camden, NJ 08101

    Re:   **Brady, et al v. Air Line Pilots Association, Int'l**
           **Civil Action No. 02-2917 (D.N.J. Camden) (JEI)**
           **Stipulation and Order for a Page Limits for**
             *Daubert* **and Summary Judgment Motions**

Dear Judge Irenas:

      We write on behalf of defendant Air Line Pilots Association, International ("ALPA") to request an extension of the 40-page limit that applies to briefs prepared in 14-point proportional font, pursuant to Local Civil Rule 7.2. In lieu of filing individual briefs in support of the three separate motions that ALPA will be making on August 22, ALPA respectfully requests permission to file a single over length brief, not to exceed 75 pages, in support of its motions to exclude the testimony of plaintiffs' two proposed experts, Mr. Rikk Salamat and Dr. Henry Farber, pursuant to Rule 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993), and its motion for summary judgment on Plaintiffs' claims for monetary damages. We have consulted with Plaintiffs' counsel, who advise that they consent to this request.

      We appreciate the Court's consideration of this request.

                                  Respectfully submitted,

                                  */s/ Kerri E. Chewning*

                                  KERRI E. CHEWNING

KEC:gam
cc:   All Counsel via CM/ECF
10065293v1