**SCHNADER HARRISON SEGAL & LEWIS LLP**
Lisa J. Rodriguez
Nicole M. Acchione
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1165
(856) 482-5222
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,<br><br>    Defendant. | Civil Action No. 02-2917 (JEI) |

**PLAINTIFFS' NOTICE OF MOTION TO BAR EXPERT OPINION TESTIMONY FROM MICHAEL E. LEVINE AND JAMES S. FELTMAN AND TO LIMIT EXPERT OPINION TESTIMONY FROM KEVIN MURPHY**

TO:   Jay Cohen, Esq.                        John C. Connell, Esq.
      Daniel J. Toal, Esq.                   Archer & Greiner P.C.
      Paul, Weiss, Rifkind, Wharton &        One Centennial Square
      Garrison LLP                           Haddonfield, NJ 08033
      1285 Avenue of the Americas
      New York, NY 10019-6064

      Daniel M. Katz, Esq.
      Katz & Ranzman, P.C.
      5028 Wisconsin Avenue, N.W.
      Suite 250
      Washington, D.C. 20016

    PLEASE TAKE NOTICE that on October 7, 2013, or so soon thereafter as counsel may

be heard and in accordance with the Stipulated Briefing Schedule (Docket No. 564), Plaintiffs

shall move before the United States District Court, District of New Jersey, Mitchell H. Cohen

U.S. Courthouse, One John F. Gerry Plaza, Fourth and Cooper Streets, Camden, New Jersey, for an Order barring the expert opinion testimony of Michael E. Levine and James S. Feltman, and limiting the expert opinion testimony of Kevin Murphy.

In support of their motion, Plaintiffs will rely upon the accompanying Brief in Support with Exhibits. A proposed Order is also enclosed.

Oral Argument is requested.

Dated: August 22, 2013                    Respectfully submitted,

**SCHNADER HARRISON SEGAL & LEWIS LLP**

By: s/ Lisa J. Rodriguez
Lisa J. Rodriguez
Nicole M. Acchione
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1165
(856) 482-5222

**GREEN JACOBSON, P.C.**
Allen P. Press
Joe Jacobson
7733 Forsyth Boulevard, Suite 700
Pierre Laclede Center
St. Louis, Missouri 63105
(314) 862-6800