# EXHIBIT 2

**Errata for Expert Report of Michael E. Levine**

| Page | Current Text | Corrected Text |
|---|---|---|
| 18 | "But STL, now no longer a hub and still limited by Southwest, had risen only to $191.95." | "By 2010, now no longer a hub and still limited by Southwest, STL's average fares had fallen to $172.90." |
| 18 | "In 1995, Southwest's CASM (cost per available seat-mile, stage-length adjusted), the industry's standard measure of relative costs, was about 8% below TWA's, and its adjusted RASM was 8%." | "In 1995, Southwest's CASM (cost per available seat-mile, stage-length adjusted), the industry's standard measure of relative costs, was about 8% below TWA's, and its adjusted RASM was 8% lower." |
| 18 | "Stage length adjusted curve determined by plotting RASM/CASM." | "Stage length adjusted RASMs and CASMs for each year were determined by plotting each major U.S. airlines' CASM and RASM against stage length, from which a best fit regression line was created. To compare Southwest's stage length adjusted CASM/RASM, the slope of the best fit line was used to calculate Southwest's CASM/RASM as if it had TWA's stage length." |
| CV | "Regulation and the Nature of the Firm: The Case of U.S. Regional Airlines, *Journal of Law and Economics* | "Regulation and the Nature of the Firm: The Case of U.S. Regional Airlines, *Journal of Law and Economics*, Volume |

| | | |
|---|---|---|
| | (forthcoming), *NYU Law and Economics Research Paper* No. 11-24 (July 19, 2011)" | 54, Number 4, 2011, pp. 229-248" |

*[signature]*

Michael E. Levine
April 9, 2013