# EXHIBIT 6

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CIVIL ACTION NO. 02-2917(JEI)

PATRICK BRADY, et al.,           :
        Plaintiff,                :
    v.                            :
                                  :
AIR LINE PILOTS ASSOCIATION,     :
        Defendant.                :

Transcript of the deposition of MICHAEL S. LEVINE, called for Oral Examination in the above-captioned matter, said deposition taken by and before SILVIA P. WAGE, a Certified Shorthand Reporter, Certified Realtime Reporter, Registered Professional Reporter, and Notary Public for the States of New York, New Jersey, Pennsylvania and Delaware, at the offices of PAUL WEISS RIFKIND WHARTON & GARRISON, LLP, 1285 Avenue of the Americas, New York, New York, on Friday, April 19, 2013, commencing at 9:03 a.m.

HUDSON REPORTING & VIDEO, INC.

124 West 30th Street, 2nd Fl.

New York, New York 10001

Tel:  212-273-9911                              JOB NO. 7303

```
1                    MICHAEL S. LEVINE
2         Q.  Do you agree that the overall outcome
3    of the integration of the TWA pilots into
4    American would have been more favorable had ALPA
5    fairly represented the TWA pilots?
6             MR. TOAL:  Object to the form of the
7    question.
8         A.  I thought I answered your question.
9         Q.  This is a different question.  This
10   is a new question.
11        A.  I don't hear a very new question.
12   But I will repeat myself.
13            I believe that the aggregate position of
14   the TWA pilots would not have been different more
15   or less no matter what ALPA had done because it
16   was a function of TWA's condition and the APA's
17   legal rights and its own internal politics and
18   American's concerns.
19            MR. PRESS:  Silvia, can you read that
20   back.
21        Q.  I want to make sure I'm not
22   mischaracterizing what you said.
23        A.  Sure, sure, sure.
24            (Whereupon, the answer is read back as
25   follows:
```

1            MICHAEL S. LEVINE

2        Q.  I'm asking you if you agree that the

3   overall outcome of the integration of the TWA

4   pilots into American would have been more

5   favorable but for ALPA's breach?

6            MR. TOAL:  Objection, asked and

7   answered.

8        A.  Yeah, I'll repeat.  No, I do not.

9        Q.  Okay.

10       A.  Are you finished with this document?

11       Q.  I am.

12       A.  For the moment?  Okay.

13       Q.  If you look at Page 36 of your

14  report, the last paragraph.

15       A.  The one that starts with "negligible

16  partnering leverage"?

17       Q.  Yes.

18       A.  I'm sorry.

19       Q.  It's your opinion reported there that

20  the TWA pilots were quote, "fortunate to have

21  secured any deviations from an arrangement that

22  stapled all of them to the bottom of the American

23  seniority list."

24       Is that your opinion?

25       A.  Yes.