# EXHIBIT 8

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
              CAMDEN VICINAGE
              CIVIL ACTION NO. 02-2917 (JEI)


PATRICK BRADY, et al.,

                                   Plaintiffs,

         vs.

AIR LINE PILOTS ASSOCIATION,
INTERNATIONAL,
                                   Defendant.


              ------------------

              January 29, 2013

              ------------------

         Oral sworn videotaped deposition
of RIKK SALAMAT, Case Lab, Inc., 288 Clinton Street,
Toronto, Ontario, was taken at the law office of
Archer & Greiner, 1650 Market Street, Philadelphia,
Pennsylvania, before Jean B. Delaney, Certified
Shorthand Reporter and Notary Public of the State of
New Jersey, on the above date, commencing at 9:30
a.m., there being present:


              GREEN JACOBSON, P.C.
              BY: JOSEPH JACOBSON, ESQUIRE
              7333 Forsyth Boulevard
              St. Louis, Missouri  63105
              (314) 862-6800
              Attorneys for Plaintiff

              TRUJILLO, RODRIGUEZ & RICHARDS, LLC
              BY: LISA RODRIGUEZ, ESQUIRE
              258 Kings Highway East
              Haddonfield, New Jersey  08033
              (856) 795-9002
              Attorneys for Plaintiff
```

1   of retirement, for instance.  I can't recall
2   specifically what age we used, but in calculating
3   future damages, we have to assume some average age
4   of retirement at which pilots are going to leave and
5   provide advancement opportunities for other pilots,
6   so there would be an assumption about that.
7           Assumption about future interest rates.
8           Those are the two that I would recall off the
9   top of my head.
10      Q    Can you recall any others, as you sit
11  here today?
12      A    I can't -- I can't recall any others.
13  I mean, as I say, if there are other assumptions,
14  I'm sure they would be mentioned in the report.
15      Q    They would be identified as assumptions
16  in the report?
17      A    Yes.
18      Q    Were you asked to make any assumptions
19  by counsel for the class?
20      A    No.
21      Q    Did you make any assumptions about
22  TWA's financial condition at the time of the
23  American Airlines transaction?
24      A    No, I didn't.
25      Q    Did you do any analysis to understand

```
 1    TWA's financial condition at the time of the
 2    transaction?
 3         A    No, I did not.
 4         Q    Did you make any assumptions about
 5    TWA's viability as an air carrier in the absence of
 6    the American Airlines transaction?
 7         A    No, I did not.
 8         Q    Did you make any assumptions in your
 9    report about the operation of the St. Louis fence?
10         A    I mean, I assumed there was a St. Louis
11    fence and that it had a certain impact on the TWA
12    pilots, but I think the fence is a given.  I don't
13    think there is any assumptions that need to be made
14    about it.
15         Q    And how did you form your understanding
16    of how the St. Louis fence would operate?
17         A    From the Supplement CC agreement.
18         Q    From reading the text of Supplement CC?
19         A    That's correct.
20         Q    And did you interpret Supplement CC on
21    your own with regard to how the fence would work?
22         A    Well, I mean, I had the text of
23    Supplement CC, plus I had the employment history of
24    all the TWA pilots for the last decade, so I could
25    see how it works.  I could see what base they were
```

1  of -- of, you know, the particular aircraft they
2  were flying.
3     Q    Did you do anything to undertake an
4  analysis of the number of pilot jobs that TWA would
5  be bringing to a merged entity?
6     A    Some.
7     Q    What did you do in that regard?
8     A    I looked at how many pilot positions on
9  those -- those pieces of equipment were left as of,
10 I guess, 18 months after the merger.
11    Q    Did you do anything else?
12    A    No.
13    Q    Did you undertake any analysis of TWA's
14 viability as a going concern on a standalone basis?
15    A    No, I did not.
16    Q    Is that something that would be
17 relevant to the pre-transaction career expectations
18 of the TWA pilots?
19    A    No. To the extent that they were still
20 operating as of the merger, no.
21    Q    What about if they were expected to
22 stop operating within a matter of months?  Would
23 that affect their pre-transaction career
24 expectations?
25    A    Not in my opinion, no.