# EXHIBIT 10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE
CIVIL ACTION NO. 02-2917 (JEI)

PATRICK BRADY, et al.,

                              Plaintiffs,

    vs.

AIR LINE PILOTS ASSOCIATION,
INTERNATIONAL,

                              Defendant.

------------------

January 23, 2013

------------------

        Continued oral sworn videotaped deposition of HENRY FARBER, Ashenfelter & Ashmore, 32 Nassau Street, Princeton, New Jersey  08540 was taken at the law office of Archer & Greiner, 700 Alexander Park, Princeton, New Jersey, before Jean B. Delaney, Certified Shorthand Reporter and Notary Public of the State of New Jersey, on the above date, commencing at 9:30 a.m., there being present:

        GREEN JACOBSON, P.C.
        BY: ALLEN P. PRESS, ESQUIRE
        7333 Forsyth Boulevard
        St. Louis, Missouri  63105
        (314) 862-6800
        Attorneys for Plaintiff

        TRUJILLO, RODRIGUEZ & RICHARDS, LLC
        BY: NICOLE ACCHIONE, ESQUIRE
        258 Kings Highway East
        Haddonfield, New Jersey  08033
        (856) 795-9002
        Attorneys for Plaintiff

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP

```
 1  that category.
 2       Q      And then you have a category at the
 3  bottom which is defined by airlines that are not
 4  presently flying or that are expected to cease
 5  flying imminently, which you meant in a matter of
 6  days; correct?
 7       A      I think so, yeah.  I mean, a day, you
 8  know, yes.  I didn't have a specific, you know,
 9  absolute time period in mind, but, you know, days, a
10  week, couple weeks.  Yeah.  And a time period where
11  it -- it would be hard to think of any -- of a
12  scenario where they could keep flying.  You are
13  absolutely right, anything can happen in two days
14  but it is not much time.  Anything can happen in two
15  months and it is more time.  So, you know it's in
16  that area, and many of the airlines at the bottom of
17  my list are airlines that had ceased flying already.
18       Q      And between those two categories you
19  have a category of acquired airlines that are in
20  weakened financial condition which could be anything
21  from expected to cease flying within a matter of
22  weeks to not healthy but -- but no foreseeable
23  expectation that they were going to stop flying;
24  correct?
25       A      I suppose.  I mean, I don't -- I don't
```