# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY
---------------------------------------X
PATRICK BRADY, et al,

                Plaintiffs,

       - against -

AIR LINE PILOTS ASSOCIATION
INTERNATIONAL,

             Defendant.

Civil Action No. 02-2917 (JEI)
---------------------------------------X


                    1285 Avenue of the Americas
                    New York, New York

                    January 16, 2013
                    3:00 p.m.


     Videotaped Deposition of Non-Party Witness,

DAVID RESNICK, before Rita Persichetty, a Notary

Public of the State of New York.

1    or merged or have an investment from another

2    company.

3         Q    Okay.  And your answer to that

4    question is, "My feeling was that the self-help

5    plan, everything came together with the new

6    capital was essentially a band-aid, an interim

7    solution that would give us more time to

8    achieve the primary goal to find a strategic

9    solution."

10             Do you see that?

11        A    Yes.

12        Q    And what did you mean here when you

13   referred to the self-help plan as a band-aid?

14        A    What that refers to is ultimately the

15   solution for a smaller airline like TWA in a

16   competitive industry and a business that did

17   not have the deep financial resources of its

18   competitors, would only buy itself time with a

19   self-help plan to allow it to improve its

20   operations.

21             For example, perhaps find a way out

22   of Caribou agreement to show increased

23   profitability, but long term, TWA needed to

24   find a partner.  It had to be part of a

25   consolidation process.  And given its size, it

```
 1        A    Yes.

 2        Q    Do you recall, as you sit here today,

 3   that at the time, you didn't think the

 4   self-help plan was a path to viability for TWA?

 5        A    Yes.

 6        Q    So you go on to say, "The self-help

 7   plan was not the ultimate solution to the

 8   fundamental challenges faced by TWA, a single

 9   hub airline, limited market, the revenue

10   management challenges placed on it by the

11   Caribou agreement, the fact that it did not

12   have broader travel-related programs with other

13   airlines.  Those were the major issues that had

14   to be addressed in any solution to TWA, and the

15   self-help plan was just a way to buy us some

16   additional time to try to fix those fundamental

17   issues that had bedeviled TWA for the past ten

18   years."

19             Do you see that testimony?

20        A    Yes.

21        Q    And as you sit here today, do you

22   consider that testimony to be true and

23   accurate?

24        A    Yes.

25        Q    Now, in the question that you were
```

1    would be one of the other parties we would

2    approach that could help reduce costs.

3          Q    Do you recall whether TWA reached any

4    agreements with either the labor unions or the

5    aircraft lessors concerning concessions?

6          A    I don't recall.

7          Q    So after the testimony we just read

8    on Page 183, first question says, "In view of

9    all that, Mr. Resnick, if and when the

10   concessions were put into place or what did

11   Rothschild believe was the best TWA

12   realistically -- sorry, was the best TWA could

13   realistically hope for if the self-help plan

14   could be put into place?"

15          And your answer was, "Our feeling was

16   that the self -- if we do not have a strategic

17   transaction, the self-help plan was better than

18   the other alternatives.  That's what we're

19   doing in this process, comparing the

20   alternatives.  The other alternative would be,

21   in our view, a liquidation."

22          Do you see that testimony?

23          A    Yes.

24          Q    And as you sit here today, do you

25   consider that testimony to be true and