# EXHIBIT 12

```
              UNITED STATES DISTRICT COURT

                  DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - -

PATRICK BRADY, et al.,          )

              Plaintiffs,       )

V.                              ) CASE NO.
                                ) 02-2917-JEI

AIR LINE PILOTS ASSOCIATION,    )

INTERNATIONAL,                  )

              Defendant.        )

- - - - - - - - - - - - - - - - -


         VIDEOTAPED DEPOSITION OF SCOTT SCHWARTZ

               FRIDAY, JANUARY 25, 2013
```

```
 1              And your answer was (as read):  "Our view
 2              is, worst case, we would have survived two
 3              or three months; best case, we could have
 4              survived to the next winter, but not through
 5              the next winter."
 6              Was that true when you said it in March --
 7       A.     It was.
 8       Q.     -- 2001?
 9              And you still believe it to be true today?
10       A.     Yes.
11       Q.     Does the fact that September 11th happened
12   in the intervening period -- would that have impacted
13   your -- your thought for how long TWA could have
14   lasted?
15       A.     Yes.  I think it's speculative.  But my view
16   is that 9/11 could have put the final nail in the
17   coffin for TWA, or it could have been good in the
18   sense that it could have provided -- there might have
19   been government moneys that could have been available
20   to keep the airline going longer.
21       Q.     And then looking to line 18 of the same
22   page, the question was:  "Would the self-help plan
23   have made TWA profitable?"
24              And your response was:  "No way."
25       A.     That's correct.
```

```
 1    question that was posed to you:
 2              "Does ALPA believe that a stand-alone plan
 3              of reorganization for TWA can succeed?"
 4         And your answer:  "No, we don't."
 5    A.   That's correct.
 6    Q.   Was that correct at the time?
 7    A.   Yes.
 8    Q.   And correct today?
 9    A.   Yes.
10    Q.   Why didn't you believe that a stand-alone
11    plan could succeed?
12    A.   Well, I believed that all the stand-alone
13    plans that we looked at, all the nontransactional
14    plans that we looked at would have kept TWA in
15    business for some period of time, whether it be
16    months or years.  But it wouldn't have been a
17    holistic solution to the pilot group's problem, and
18    that was continued employment.  I looked at the
19    American transaction as a solution to keep the pilot
20    group employed indefinitely.
21         So while I thought the stand-alone plans
22    wouldn't succeed long term, they may have kept the
23    group going for a while.
24    Q.   Okay.  If you could turn to 172 of this
25    bankruptcy testimony.  And you were asked some
```

BY MR. PRESS:

Q. Did you have any discussions with Mr. Compton thereafter in which he told you anything that Duane Woerth may have said about the scope waiver?

A. There were discussions with Duane, myself, between Duane and Bill, between Bill and myself. I'm not sure if all three of us were in a conversation together. But we all agreed that TWA pilots needed to give up scope to get the deal done.

Q. You were asked -- or you testified -- I made a note -- that without the American transaction, that TWA's assets would have likely been sold to Carl Icahn's group.

Did I state that correctly, "likely sold"?

A. I think that's correct.

Q. Why do you say that?

A. My recollection was that the only group that had any real money besides American was the Icahn deal. That's why we were fighting against it so hard, because we felt -- the TWA MEC and myself and our advisors felt the Icahn deal was real, and we didn't want anything to do with it. So that's why we pushed so hard for the American deal.

Q. Okay. And had Mr. Icahn bought the assets