UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,<br><br>    Defendant. | Civil Action No. 02-2917 (JEI) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO BAR THE EXPERT OPINION TESTIMONY OF MICHAEL E. LEVINE AND JAMES S. FELTMAN AND TO LIMIT THE EXPERT OPINION TESTIMONY OF KEVIN MURPHY**

**THIS MATTER** having come before the Court in the above-captioned matter, by way of Plaintiffs' Motion to Bar the Expert Opinion Testimony of Michael E. Levine and James S. Feltman, and to limit the expert opinion testimony of Kevin Murphy, and the Court having considered the papers submitted by the parties, and the arguments of counsel, and for good cause shown;

**IT IS ON THIS** \_\_\_\_ day of _____, 2013,

**HEREBY ORDERED:**

1)  Plaintiffs' Motion to Bar the expert opinion testimony of Michael E. Levine and James S. Feltman is hereby **GRANTED**; and

2)  Defendant shall be precluded from presenting any evidence from Michael E. Levine and James S. Feltman; and

3)  Plaintiffs' Motion to limit the expert opinion testimony of Kevin Murphy is hereby **GRANTED**; and

4)     Defendant shall be precluded from presenting evidence from Kevin Murphy that Supplement CC was a reasonable outcome, that the Class suffered no damages, or about TWA's viability.

_____
Honorable Joseph E. Irenas, U.S.D.J.