**SCHNADER HARRISON SEGAL & LEWIS LLP**
Lisa J. Rodriguez
Nicole M. Acchione
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1165
(856) 482-5222
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al.<br><br>    Plaintiffs,<br><br>        v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,<br><br>    Defendant. | Civil Action No. 02-2917 (JEI) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Notice of Motion to Bar the Expert Opinion Testimony of Michael E. Levine and James S. Feltman and to limit the expert opinion testimony of Kevin Murphy; Supporting Brief with Exhibits and Order have been served on Defense Counsel via the ECF system.

    Daniel M. Katz, Esq.          John C. Connell, Esq.
    Katz & Ranzman, P.C.         Archer & Greiner P.C.
    5028 Wisconsin Avenue, N.W.    One Centennial Square
    Suite 250                             Haddonfield, NJ 08033
    Washington, D.C. 20016

    Jay Cohen, Esq.
    Daniel J. Toal, Esq.
    Paul, Weiss, Rifkind, Wharton &
    Garrison LLP
    1285 Avenue of the Americas
    New York, NY 10019-6064

Dated:  August 22, 2013                                    By: s/ Lisa J. Rodriguez
                                                                                Lisa J. Rodriguez