## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., | Civil Action No. 02-2917 (JEI) |
| Plaintiffs, | |
| v. | |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | |
| Defendant. | |

_____

## DEFENDANT ALPA'S NOTICE OF MOTIONS
## TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERTS,
## AND FOR SUMMARY JUDGMENT
_____

Archer & Greiner
A Professional Corporation
One Centennial Square
Haddonfield, New Jersey 08033-0968
(856) 795-2121

*Pro Hac Vice:*

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 659-4656

*Attorneys for Defendant Air Line Pilots Association, International*

TO:   Lisa J. Rodriguez, Esquire
      Schnader, Harrison, Segal & Lewis LLP
      Woodland Falls Corporate Park
      220 Lake Drive East, Suite 200
      Cherry Hill, NJ 08002

      Allen P. Press, Esquire
      Green Jacobson, P.C.
      7733 Forsyth Boulevard, Suite 700
      Clayton, MS 63105

PLEASE TAKE NOTICE that pursuant to the August 8, 2013 Stipulation and Order as to Briefing Schedule for *Daubert* and Summary Judgment Motions, on October 7, 2013, or as soon thereafter as counsel may be heard, Defendant Air Line Pilots Association, International ("ALPA") shall move before the Honorable Joseph E. Irenas, Sr. U.S.D.J., for an Order granting Defendant's (i) Motion to Exclude the Testimony of Plaintiffs' Experts and (ii) Motion for Summary Judgment.

In support of these Motions, ALPA will rely on the accompanying Memorandum of Law, Statement of Material Facts Not in Dispute, and Declaration of Daniel J. Toal, with attached Exhibits 1 through 82.  A proposed form of Order and a Certificate of Service are also enclosed.

Oral argument is requested if the Motion for Summary Judgment is opposed.  Oral argument and an evidentiary hearing are requested if the Motion to Exclude the Testimony of Plaintiffs' Experts is opposed.

Dated:  Haddonfield, NJ
        August 22, 2013

Respectfully submitted,

Theodore V. Wells, Jr., Esquire
Paul, Weiss, Rifkind, Wharton
  & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064

 - and -

Archer & Greiner
A Professional Corporation
One Centennial Square
Haddonfield, New Jersey 08033


By:   */s/ John C. Connell*        
     John C. Connell, Esquire
     Kerri E. Chewning, Esquire


*Pro Hac Vice:*

Jay Cohen, Esquire
Daniel J. Toal, Esquire
Paul, Weiss, Rifkind, Wharton
  & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Daniel M. Katz, Esquire
Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 659-4656

*Attorneys for Defendant Air Line Pilots Association, International*