UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, <br><br> Defendant. | Civil Action No. 02-2917 (JEI) |

_____

ORDER GRANTING ALPA'S MOTIONS
TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERTS,
AND FOR SUMMARY JUDGMENT
_____

Archer & Greiner
A Professional Corporation
One Centennial Square
Haddonfield, New Jersey 08033-0968
(856) 795-2121

*Pro Hac Vice:*

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 659-4656

*Attorneys for Defendant Air Line Pilots Association, International*

Doc#: US1:8774583v2

THIS MATTER having come before the Court, by way of Defendant Air Line Pilots Association, International's ("ALPA") Motion to Exclude the Testimony of Plaintiffs' Experts and Motion For Summary Judgment, and the Court having considered the papers submitted, and arguments of counsel, and for good cause shown;

IT IS ORDERED as follows:

1. ALPA's Motion to Exclude the Testimony of Plaintiffs' Experts is hereby GRANTED.

2. ALPA's Motion for Summary Judgment is hereby GRANTED.

DATED: _____, 2013

_____
JOSEPH E. IRENAS, Sr. U.S.D.J.