

**Kerri E. Chewning**
*Also Member of Pennsylvania Bar*
kchewning@archerlaw.com
856-616-2685 Direct
856-673-7166 Direct Fax

One Centennial Square
Haddonfield, NJ 08033
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

September 12, 2013

**VIA CM/ECF ONLY**
The Honorable Joseph E. Irenas, S.U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 310
Camden, NJ 08101

      Re:    Brady, et al v. Air Line Pilots Association, Int'l
              Civil Action No. 02-2917(JEI) (D.N.J. Camden)

Dear Judge Irenas:

      On behalf of defendant Air Line Pilots Association, International ("ALPA"), I write to provide a corrected version of ALPA's Memorandum of Law in Support of its Motion to Exclude the Testimony of Plaintiffs' Experts, and for Summary Judgment (Dkt. No. 569-1), filed on August 22, 2013. This version of the brief, which will be separately filed for ease of reference, corrects certain pinpoint citations to ALPA's Statement of Material Facts Not in Dispute (Dkt. No. 569-2), also filed on August 22, 2013. Otherwise, this brief is identical to the original brief. For the Court's convenience, we also enclose a redline of the corrected pages (61-68 and 71-74) which specifically identifies the changes.

      Thank you.

                                               Respectfully yours,

                                               KERRI E. CHEWNING

KEC:gam
Enclosures
cc:  All Counsel of Record (with enclosures via CM/ECF only)

10196418v1