

Jeanne Schubert Barnum, New Jersey Managing Partner
WOODLAND FALLS CORPORATE PARK
220 LAKE DRIVE EAST   SUITE 200   CHERRY HILL, NJ 08002-1165
856.482.5222   FAX 856.482.6980   schnader.com

September 13, 2013

**VIA ECF AND REGULAR MAIL:**
Honorable Joseph E. Irenas, U.S.D.J.
United States District Court for the District of New Jersey
Post Office Building
401 Market Street, 3rd Floor, Suite 310
Camden, NJ 08101

RE:   Brady, et al. v. Air Line Pilots Association
      Civil Action No. 02-2917

Dear Judge Irenas:

   Enclosed please find an Amended Stipulation and Order concerning the briefing schedule for the parties' Daubert motions and ALPA's motion for Summary Judgment. The amended schedule extends the time within which the parties can file their opposition briefs from September 19, 2013 to September 27, 2013. The date on which reply briefs are due is likewise extended by eight days, or until October 11, 2013. If the proposed schedule meets with Your Honor's approval, I respectfully request that you enter the enclosed Order.

   Thank you.

                              Respectfully submitted,

                              s/ Nicole M. Acchione
                              Nicole M. Acchione

Enclosures