UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al.<br><br>        Plaintiffs,<br><br>        v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,<br><br>        Defendant. | Civil Action No. 02-2917 (JEI) |

**AMENDED STIPULATION AND ORDER AS TO BRIEFING SCHEDULE
FOR *DAUBERT* AND SUMMARY JUDGMENT MOTIONS**

**WHEREAS** the parties each filed their *Daubert* motions and ALPA filed its Summary Judgment motion on August 22, 2013; and

**WHEREAS** the parties have agreed to an extension of the current briefing schedule (*See* Docket No. 564, August 8, 2013, Stipulation and Order) in connection with their *Daubert* and Summary Judgment motions;

**IT IS HEREBY STIPULATED AND AGREED**, THAT:

1. The parties shall file any opposition papers to the motions by September 27, 2013; and

2. The parties shall file any reply papers in further support of the motions by October 11, 2013.

Dated: September 13, 2013

| | |
|---|---|
| SCHNADER HARRISON SEGAL & LEWIS LLP | ARCHER & GREINER<br>A Professional Corporation |
| By: *s/ Nicole M. Acchione*<br>Lisa J. Rodriguez, Esquire<br>Nicole M. Acchione, Esquire<br>Woodland Falls Corporate Park<br>220 Lake Drive East Suite 200<br>Cherry Hill, NJ 08002-1165<br>(856) 482-5222 | By: */s/ Kerri E. Chewing*<br>John C. Connell, Esquire<br>Kerri E. Chewning, Esquire<br>One Centennial Square<br>Haddonfield, NJ 08033<br>(856) 795-2121 |
| -and- | -and- |
| Allen P. Press, Esquire (*pro hac vice*)<br>Joe Jacobson, Esquire (*pro hac vice*)<br>GREEN JACOBSON, P.C.<br>7733 Forsyth Blvd., Suite 700<br>St. Louis, MO 63105<br>(314) 862-6800 | Theodore V. Wells, Jr., Esquire<br>Jay Cohen, Esquire (*pro hac vice*)<br>Daniel J. Toal, Esquire (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000 |
| *Attorneys for Plaintiffs* | -and- |
| | Daniel M. Katz, Esquire (*pro hac vice*)<br>Katz & Ranzman, P.C.<br>4530 Wisconsin Avenue, N.W.<br>Washington, D.C. 20016<br>(202) 659-4656 |
| | *Attorneys for Defendant*<br>*Air Line Pilots Association, International* |

**SO ORDERED:**

_____
HONORABLE JOSEPH E. IRENAS
UNITED STATES DISTRICT JUDGE