

**Schnader**
ATTORNEYS AT LAW

Jeanne Schubert Barnum, New Jersey Managing Partner
WOODLAND FALLS CORPORATE PARK
220 LAKE DRIVE EAST   SUITE 200   CHERRY HILL, NJ 08002-1165
856.482.5222   FAX 856.482.6980   schnader.com

Nicole M. Acchione
Direct Dial 856-482-5742
Direct Fax 856-482-6980
E-mail: nacchione@schnader.com

September 27, 2013

**VIA ECF AND FACSIMILE (856) 757-5295**
Hon. Joseph E. Irenas, U.S.D.J.
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, NJ 08101

RE:   *Brady, et al. v. Air Line Pilots Association*
      Civil Action No. 02-2917

Dear Judge Irenas:

We write to respectfully request an extension of the 40-page limit that applies to Plaintiffs' Opposition to ALPA's Motion to Exclude the Testimony of Plaintiffs' Experts, Rikk Salamat and Henry Farber. *See* Local Civil Rule 7.2.

In lieu of filing individual briefs in support of their Motion to Exclude Plaintiffs' Experts and for Summary Judgment, ALPA filed a single, 80-page brief (with the Court's permission), 56 pages of which pertained to ALPA's motion to exclude. In response, Plaintiffs intend to file two briefs. Plaintiffs' response to ALPA's motion for summary judgment is less than 25 pages, well within the 40-page limit. Plaintiffs' response to ALPA's motion to exclude, however, is approximately 50 pages. We have endeavored to reduce the length of the brief but the additional pages are necessary, in Plaintiffs' view, to fully and accurately respond to ALPA's motion.

We have consulted with defense counsel who consent to this request. We appreciate the Court's consideration of this request.

Respectfully submitted,

s/ *Nicole M. Acchione*
Nicole M. Acchione
For SCHNADER HARRISON SEGAL & LEWIS LLP

cc:   Jay Cohen *(via email)*
      Dan Toal *(via email)*
      Plaintiffs' Counsel *(via email)*

Schnader Harrison Segal & Lewis LLP
A Limited Liability Partnership Formed in Pennsylvania
NEW YORK   PENNSYLVANIA   CALIFORNIA   WASHINGTON, DC   NEW JERSEY   DELAWARE
PHDATA 4719045_1