UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,<br><br>Defendant. | Civil Action No. 02-2917 (JEI) |

## EXHIBITS – VOLUME 1

*BRIEF IN OPPOSITION TO ALPA'S MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERTS RIKK SALAMAT AND DR. HENRY FARBER*

**SCHNADER HARRISON SEGAL & LEWIS LLP**
Lisa J. Rodriguez
Nicole M. Acchione
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1165
(856) 482-5222

**GREEN JACOBSON, P.C.**
Allen P. Press
Joe Jacobson
7733 Forsyth Boulevard, Suite 700
Pierre Laclede Center
St. Louis, Missouri 63105
(314) 862-6800
Attorney for Plaintiffs

September 30, 2013

*Brady, et al. v. ALPA*
*Exhibits in Opposition to ALPA's Motion to Exclude Plaintiffs' Experts*

## TABLE OF CONTENTS

Exhibit 1 –   Expert Report of Rikk M. T. Salamat, dated October 12, 2012

Exhibit 2 -   Curriculum Vitae of Rikk M. T. Salamat

Exhibit 3 -   Supplementary Expert Report on Damages under the Farber List by Rikk M. T. Salamat, dated October 12, 2012

Exhibit 4 -   Supplementary Expert Report on Damages under the Tannen List by Rikk M. T. Salamat, dated October 12, 2012

Exhibit 5 -   Furlough Damages After Application of Set-Off by Rikk M. T. Salamat, dated April 30, 2012

Exhibit 6 -   January 29, 2013 Deposition Transcript of Rikk Salamat

Exhibit 7 -   January 30, 2013 Deposition Transcript of Rikk Salamat

Exhibit 8 -   January 31, 2013 Deposition Transcript of Rikk Salamat

Exhibit 9 –   Expert Report of Henry Farber, dated October 12, 2012

Exhibit 10 – January 22, 2013 Deposition Transcript of Henry Farber

Exhibit 11 - January 23, 2013 Deposition Transcript of Henry Farber

Exhibit 12 - Henry Farber Deposition Errata