# EXHIBIT 2

# Curriculum Vitae

## Rikk M.T. Salamat, BA, MBA
288 Clinton Street, Toronto, M6G 2Y6, 416.738.3507, rikks@caselab.com

**Seniority Integration Analysis:** Have been engaged to analyze the financial impacts of seniority mergers in every major airline merger since 2000. To date, have analyzed the economic impact on pilots and other employees in the mergers of Air Canada/Canadian, US Airways/America West, Northwest/Delta, Southwest/AirTran as well as the prospective mergers of US Airway/American Airlines, Continental/United, British Airways/Quantas and several others. Have acted as an expert and testified as a witness before several arbitrations, courts and tribunals. Have also been engaged to analyze the impacts of code share agreements, scope clauses and other corporate arrangements affecting the quality and quantity of work performed by the bargaining unit.

**Costing and Contract Analysis:** Have been engaged to analyze cost and benefits of proposed changes to collective bargaining agreements and employment contracts in several industries including airlines, and professional associations. Have developed several costing models used for analyzing proposals, negotiation support and decision making support. Have developed software and methodology for analyzing contract compliance on issues of scope, work rules, compensation and expenses.

**Principal Consultant,** Case Lab Consultants                                    2001 – Present

Consultant to several labour groups responsible for performing financial and other impact analyses of collective agreements, corporate mergers, bankruptcy and insolvency, industry trends, work-rule changes and other matters pertinent to labour agreements,

Current clients include:

*Association of Justices of the Peace of Ontario, Canadian Airlines Pilots Association, Air Canada Pilots Association, US Airways Pilots Association, Southwest AMFA, Canadian Union of Public Employees Air Canada Component*

Previous engagements:

*Ontario Crown Attorneys Association, Association of Law Officers of the Crown, International Association of Machinists Airline Workers, Northwest ALPA, Delta ALPA*

| | |
|---|---|
| **Director of Software Development,** Crewsware Software Inc. | 2006 – Present |
| **Director, Market Analysis,** Zeros 2 Heroes Media Inc. | 2009 – 2009 |
| *Director, Treasurer,* Web Networks | 1998 – 2001 |
| **President & CEO,** Web Impact Inc. | 1994 – 2000 |
| **Financial Systems Analyst,** NOW Communications Inc. | 1993 – 1997 |
| **Fundraising Co-ordinator,** Earthroots Fund | 1990 – 1993 |
| **Programmer – Financial Analysis and Tracking Applications,** CitiCorp (Treasury) | 1988 – 1990 |

## Education

| | |
|---|---|
| 2001 - 2003 | Executive MBA, University of Toronto, Rotman School of Management |
| 1989 - 1993 | Honours BA, York University |
| 1988 - 1989 | Economics, University of Toronto |
| 1986 - 1988 | Fine Arts, Ontario College of Art (now OCAD) |

# Rikk. M.T. Salamat

## Professional Associations

- Canadian Economics Association, Member
- Society of Labor Economists, Member
- European Association of Labour Economists, Member
- The Econometric Society, Member
- American Economic Association, Member

## Cases with Expert Witness Testimony and/or Expert Report(s)

Canadian Industrial Relations Board File: 22220-C
*Air Canada et al.2002*
Expert Witness for the Air Line Pilots Association, Canadian Airlines

2003 Pilot Seniority Integration of the Pilots of Air Canada and the Pilots of Canadian Airlines
Before Brian Keller, M.B., Chair, Menno Vorster, and Ronald Pink QC
Expert Witness for the Air Line Pilots Association, Canadian Airlines

Canadian Industrial Relations Board File: 24013-C
*Air Canada et al.2004*
Expert Report for the Air Line Pilots Association, Canadian Airlines

Canada Federal Court of Appeal 2005 FC 723
*Air Canada Pilots Association v Air Line Pilots Association, Air Canada 2005*
Expert Report for the Air Line Pilots Association, Canadian Airlines

Canadian Industrial Relations Board File: 25435-C
*Air Canada et al.2006*
Expert Witness for the Air Line Pilots Association, Canadian Airlines

2007 Pilot Seniority Integration of the Pilots of US Airways and the Pilots of America West Airlines
Before George Nicolau, Stephen Gillen, and James Brucia
Expert Witness for the Air Line Pilots Association, US Airways

2008 Inquiry by the Fifth Triennial Justices of the Peace Remuneration Commission
Before Marilyn A. Nairn, Roy C. Filion, Ronald A. Pink.
Expert Witness for the Association of Justices of the Peace of Ontario

2008 Seniority Integration Arbitration between the Pilots of Northwest Airlines and the Pilots of Delta Air Lines
Before Richard Bloch, Dana Eischen and Fred Horowitz
Expert Report for the Air Line Pilots Association, Northwest Airlines

2009 System Board of Adjustment
Transition Dispute #10, Between US Airways Pilots Association and US Airways Inc.
Before Richard Bloch, et al.
Expert Witness for the US Airways Pilots Association

2009 United States District Court for the District of Arizona
Addington et al vs US Airways Pilots Association, US Airways Inc.
Expert Report Filed for the US Airways Pilots Association

2009 Canadian Human Rights Tribunal
Hardwicke-Brown et al. v. Air Canada et al
Expert Witness for the Air Canada Pilots Association

2010 System Board of Adjustment
Transition Dispute #12, 13 and 14, Between US Airways Pilots Association and US Airways Inc.
Before Richard Bloch, et al.
Expert Witness for the US Airways Pilots Association

2011 Ontario Superior Court
Berry vs Pulley (Air Ontario Pilots vs Air Canada Pilots Seniority List Class Action)
Expert Report for the Air Canada Pilots Association

2011 System Board of Adjustment
Transition Dispute #10 Remedy Hearings, Between US Airways Pilots Association and US Airways Inc.
Before Richard Bloch, et al.
Expert Witness for the US Airways Pilots Association

2008 to 2011 National Mediation Board
US Airways Pilots Association and US Airways Inc Pilot Contract Negotiations
Expert Witness for the US Airways Pilots Association