# EXHIBIT  11

```
                                                1                                                    3
       UNITED STATES DISTRICT COURT          1              I N D E X
       FOR THE DISTRICT OF NEW JERSEY        2    Witness                    Page
       CAMDEN VICINAGE
       CIVIL ACTION NO. 02-2917 (JEI)        3    HENRY FARBER
                                             4       By Mr. Toal                 4
PATRICK BRADY, et al.,                       5           E X H I B I T S
              Plaintiffs,
        vs.                                  6
AIR LINE PILOTS ASSOCIATION,                 7    Marked for I.D.              Page
INTERNATIONAL,
              Defendant.                     8    Farber-12  Congressional hearing   65
                                             9    transcript
      -----------------                      10   Farber-13  April 2nd, 2001 decision  75
         January 23, 2013                    11   from the United States Bankruptcy Court,
      -----------------
         Continued oral sworn videotaped     12   District of Delaware
deposition of HENRY FARBER, Ashenfelter & Ashmore,  13   Farber-14  Rough copy of the transcript  81
32 Nassau Street, Princeton, New Jersey  08540 was  14   of Bill Compton
taken at the law office of Archer & Greiner, 700
Alexander Park, Princeton, New Jersey, before Jean  15   Farber-15  Copy of the arbitration     97
B. Delaney, Certified Shorthand Reporter and Notary  16   decision concerning Continental Airlines
Public of the State of New Jersey, on the above
date, commencing at 9:30 a.m., there being present:  17   and Texas International
                                             18   Farber-16  Copy of the arbitration     99
GREEN JACOBSON, P.C.                         19   decision regarding the
BY: ALLEN P. PRESS, ESQUIRE
7333 Forsyth Boulevard                       20   FederalExpress/Flying Tigers
St. Louis, Missouri  63105                   21   Farber-17  July 12, 1991 article from   116
(314) 862-6800
Attorneys for Plaintiff                      22   the New York Times entitled Pan Am
TRUJILLO, RODRIGUEZ & RICHARDS, LLC          23   Agrees To Sell
BY: NICOLE ACCHIONE, ESQUIRE
258 Kings Highway East                       24
Haddonfield, New Jersey  08033               25
(856) 795-9002
Attorneys for Plaintiff

PAUL, WEISS, RIFKIND, WHARTON & GARRISON,
LLP
```

```
                                                2                                                    4
1        JULIE ROMM, ESQUIRE                  1         VIDEO SPECIALIST:  Today is
         1285 Avenue of the Americas          2    January 23rd, 2013, and this is the continued
2        New York, New York  10019
         (212) 373-3869                       3    videotaped deposition of Henry Farber.  We are now
3        Attorneys for Defendant, ALPA        4    going on the record and the time is 9:30.
4     KATZ & RANZMAN, PC
      BY: DANIEL M. KATZ, ESQUIRE             5         Would the court reporter please swear in
5     4530 Wisconsin Avenue N.W., Suite 250   6    the witness?
      Washington, D.C.  20016
6     (202) 659-4656                          7         HENRY FARBER, having been duly sworn,
      Attorneys for Defendant, ALPA           8     was examined and testified as follows:
7
      Also present:  James Bateman, CLVS      9    BY MR. TOAL:
8                                             10   Q     Good morning, Professor Farber.
9                                             11   A     Good morning.
10                                            12   Q     Professor, in this case are you
11
12                                            13   offering an expert opinion as to whether, in the
13                                            14   absence of a transaction with American Airlines, TWA
14
15                                            15   would have been able to continue to fly?
16                                            16   A     No.
17                                            17   Q     Did you do anything to analyze that
18
19                                            18   question?
20                                            19   A     Yes.
21                                            20   Q     So you -- you made a judgment in this
22
23                                            21   case that TWA should be categorized as an airline
24                                            22   that was not in danger of ceasing operations
25                                            23   imminently; correct?
                                              24   A     Yes.
                                              25   Q     And can you describe what your
```

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

5

1  methodology was for making that assessment?
2      A    Yes. TWA was still flying. They were
3  not -- they were ordering aircraft. They were not
4  laying off. They were hiring a little bit, a little
5  bit. They -- it -- it didn't-- I don't know how to
6  say this. There -- it was clear there were other
7  people interested in their assets. They were in
8  negotiation. I -- I think I read they were in
9  negotiation with Boeing about restructuring the
10 payments they owed, and it seemed to me that they
11 were in far better shape than many of the airlines
12 that you see.
13      For example, in my table one toward the
14 bottom, some of those had ceased flying already, and
15 that's -- that's basically what I decided. They
16 were still flying and were not -- I did not -- I did
17 not examine -- I did not examine their balance sheet
18 or their income statements and do a financial
19 analysis of -- of what was going on. I was looking
20 at the facts, that they were apparently not in
21 the -- in what I would call an output free fall,
22 canceling routes and so on.
23      Q    Okay. You said your understanding was
24 that TWA was ordering aircraft; is that correct?
25      A    Well, they had. They had aircrafts on

6

1  order, as I understand, and were leasing aircraft,
2  and, you know -- I -- do I know -- they may have had
3  aircraft that they ordered a while before. That's
4  my understanding.
5      Q    And how many aircraft do you understand
6  they had on order?
7      A    I have no recollection.
8      Q    And what was your source for concluding
9  that TWA had ordered aircraft?
10     A    It was just part of my background
11 reading.
12     Q    Do you remember where you read that?
13     A    No.
14     Q    Is it in the materials listed?
15     A    I don't know. I would assume in a
16 sense that I -- we tried to list everything we
17 looked at.
18     Q    And do you know anything about the
19 terms of those aircraft orders and the circumstances
20 under which they could be canceled?
21     A    No.
22     Q    And you said TWA wasn't laying off
23 employees. What's your -- what's your basis for
24 that?
25     A    Again, I was just reading material on

7

1  their operations. I -- this was sort of general
2  background reading. I don't have specific sources
3  to cite. And it ought to be in the materials we
4  provided.
5      Q    And you said your understanding was
6  that TWA was hiring during this period?
7      A    Yes. I believe if you look at the
8  seniority list just prior to the acquisition, there
9  are some people on the list who have hire dates that
10 are very -- very close to the -- to the date of
11 acquisition.
12     Q    And how many pilots had TWA recently
13 hired?
14     A    I don't know. I'm just saying it
15 wasn't -- it didn't appear to me that -- there are
16 -- there are some airlines that I looked at, looked
17 at their mergers where there was no one on the
18 seniority list who had been hired in the last
19 several years, and I don't think that was the case
20 here. I don't -- I wasn't -- didn't do a full
21 analysis of hiring. This is not based -- this
22 decision is not based on a full analysis of all the
23 aspects of -- of TWA's finances or employment. It
24 was simply based on -- I don't know how to describe
25 it -- the kind of -- I want to call it an

8

1  impressionistic reading of the record, of the sort
2  that I saw in arbitration reports in other cases.
3      Q    So is your -- is it true that your
4  analysis was not quantitative?
5      A    Yes.
6      Q    And you said your understanding was
7  that there were others interested in TWA; correct?
8      A    Yes.
9      Q    Do you know, of those, how many were
10 interested in buying TWA as a going concern and
11 hiring TWA's pilots?
12     A    I don't know the exact terms of the
13 interest. Again, I'm thinking of Carl Ichan. Carl
14 Ichan. I-C-H-A-N. And what I read in the -- in the
15 description of what went on in the -- in the
16 bankruptcy hearing from the fellow from Dartmouth.
17     Q    And is that your only source of
18 information for what happened in the bankruptcy
19 hearing?
20     A    Yes.
21     Q    Just that article from the professor at
22 the Tuck School?
23     A    Yes.
24     Q    And you -- you indicated that your
25 understanding was that TWA was in negotiations with

2  (Pages 5 to 8)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

**9**

1 Boeing; correct?
2     A    I believe I read somewhere that they
3 were talking with Boeing about -- about how to deal
4 with TWA's -- lease obligations to Boeing.
5     Q    And do you know anything about the
6 terms of those negotiations?
7     A    No.
8     Q    Do you know whether they were
9 successful?
10     A    No.
11     Q    Do you know whether, even if they were
12 successful, it would have addressed any of TWA's
13 liquidity concerns?
14     A    Well, I assume they would have
15 addressed some of them at least.  Success -- that's
16 what success would mean.  It would mean that they
17 would have addressed TWA's liquidity concerns.
18     Q    Do you know whether they would have
19 sufficiently addressed TWA's liquidity concerns that
20 it would have been able to pay its debts in the
21 ordinary course?
22     A    No.
23     Q    And you said your sense was that TWA
24 was in better shape than some of the other airlines
25 you listed on table one?

**10**

1     A    Yes.
2     Q    What did you do to analyze the
3 likelihood that any of those carriers that were
4 still flying were at risk of ceasing operations
5 imminently?
6     A    What I said -- what I meant by that
7 statement was there were airlines on the list that
8 had actually ceased flying.
9     Q    So aside from the ones that had
10 actually ceased flying, how did you evaluate for any
11 airline on the list whether it was likely to cease
12 flying imminently?
13     A    I relied on the arbitrator's
14 statements.
15     Q    Did you do anything beyond looking at
16 the arbitrator's statements?
17     A    No.
18     Q    Did you evaluate the background of the
19 arbitrators in those particular cases to see if they
20 had the expertise necessary to evaluate whether an
21 airline was likely to cease operations imminently?
22     A    No.
23     Q    So this -- this methodology that you've
24 described, trying to evaluate whether an airline was
25 likely to cease flying imminently, is that something

**11**

1 that labor economists do in the ordinary course of
2 their work?
3     A    No.
4     Q    Is it something that you feel that you
5 have expertise in doing?
6     A    Yes.
7     Q    And what -- how do you acquire the
8 expertise that allows you to evaluate whether an
9 airline was likely to cease flying imminently?
10     A    Well, I -- I relied on my general
11 training as an economist.  It wasn't something in
12 particular that a labor economist has a particular
13 advantage at.  But as part of this case, I had to
14 figure -- I had to try to figure out where in the
15 range of -- of part of my work in this case where in
16 the range of airlines undergoing mergers TWA fit.
17 Frankly -- anyway, let me leave it at that.
18     Q    And what aspect of your training as an
19 economist gives you expertise in evaluating whether
20 an airline is likely to cease operations imminently?
21     A    Well, as I said, having read
22 descriptions of mainly in these arbitration reports
23 of -- of quite a range of airlines in various states
24 of array or disarray, I got a feeling for what the
25 history, what the history was in airlines that were

**12**

1 what I would call in real trouble in the sense that
2 they were not flying, mostly not flying but, like,
3 about to cease flying.  They were in a kind of what
4 I'll call output free fall that I just didn't see in
5 the record for TWA.
6     Q    So my question to you is, what about
7 your economic training gives you expertise in
8 evaluating whether an airline is likely to cease
9 flying imminently, and what you described for me was
10 reading arbitration reports in the context of this
11 case; correct?
12     A    Yes, and evaluating them in the light
13 of my training as a economist, understanding how
14 markets work and so on.  I don't know how to answer
15 the question beyond that.
16     Q    Okay.  Is there anything else you can
17 point to in your training as an economist that gives
18 you expertise in evaluating the likelihood that an
19 airline will cease operations imminently?
20     A    No.
21     Q    And is the -- the methodology that you
22 describe for evaluating whether an airline is likely
23 to cease operations which consisted largely of
24 reading arbitration reports, is that a generally
25 accepted methodology in the field of economics for

DEGNAN & BATEMAN
(856)  232-7400

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

---

**13**

1  evaluating whether an airline is likely to cease
2  operations imminently?
3      **A**   I don't know.
4      **Q**   To your knowledge, is it?
5      **A**   No.
6      **Q**   Have you ever seen any peer reviewed
7  research setting forth such a methodology for
8  evaluating whether an airline is likely to cease
9  operations imminently?
10      **A**   No.
11      **Q**   Have you ever been engaged as an
12  expert, prior to this case, to evaluate whether an
13  airline was likely to cease operations imminently?
14      **A**   No.
15      **Q**   What relevance does it have in your
16  analysis whether an airline was likely to cease
17  operations imminently?
18      **A**   It -- it simply helped me determine the
19  set of comparable situations and, as it -- you know,
20  fundamentally cease operation imminently is a -- is
21  a -- is, from where I sit, an unfortunately
22  imprecise categorization.  The key -- the key is
23  that if you were to look at -- it was -- the role it
24  played in the analysis was really -- let me just
25  give you the shortest answer.  The role it played in

---

**14**

1  the analysis was to help me determine what the
2  appropriate set of comparable cases were.
3      **Q**   Okay.  So you talked about, in your
4  answer, that the -- the notion of whether an airline
5  was likely to cease operations imminently was -- was
6  imprecise; correct?
7      **A**   Yes.
8      **Q**   And -- and you testified that it was an
9  imprecise term; correct?
10      **A**   It -- it doesn't have a quantitative.
11  What I mean by that is, there is no accepted
12  definition quantitatively of what imminently means.
13      **Q**   And -- and did you adopt a quantitative
14  definition in your own mind when you used that term?
15      **A**   No.
16      **Q**   What did you have in mind when you were
17  talking about whether a -- an airline that you were
18  analyzing was likely to cease operations imminently?
19      **A**   What I had in mind was -- what I wanted
20  to do was eliminate from a comparable list airlines
21  that were either not flying anymore or airlines that
22  were essentially in what I would call an output free
23  fall that it was absolutely clear that the routes
24  and equipment they used would no longer be used so
25  that they would stop -- they would -- would

---

**15**

1  essentially cease operation, you know, almost
2  momentarily.
3         It was really very much a -- a -- a concept
4  about, look, are these guys, you know, really, you
5  know, can they make payroll Friday?  Here it is
6  Wednesday.  Can they make payroll Friday?  And -- so
7  that was what I meant by imminent.  And that was --
8  in -- in -- in retrospect, sitting here, it is an
9  unfortunate choice of word, but the concept I had in
10  mind was -- was quite clear.  They are not flying
11  and they won't be flying in a few days.  You know,
12  again, days is precise.  But, you know, very soon.
13         And as -- in reading the record, I -- I
14  said -- I found quite a range of financial
15  conditions in other airlines, and I needed -- what I
16  wanted to do was, you know, using my best judgment
17  as an economist, figure out the ones that appeared
18  to be most comparable to TWA's situation, and a lot
19  of these airlines are in financial difficulty.  So
20  it was a question of which ones are, you know, just
21  essentially already gone, even if they are still in
22  the last motions of flying, and which of them are
23  struggling along, which is really what TWA was
24  doing.  And then, of course, which ones were
25  actually healthy, which weren't in TWA's category

---

**16**

1  either.
2      **Q**   So you only divide -- you only divide
3  the world in terms of comparables into those
4  acquired airlines that are not flying or are
5  expected to cease flying imminently, and those that
6  don't fall into that category; correct?
7      **A**   No.  I -- I divide the world into three
8  groups.
9      **Q**   Which other groups do you use?
10      **A**   The -- the -- the third group is the
11  group of airlines that is financially healthy, the
12  acquired airlines that were quite financially
13  healthy.
14      **Q**   So when you talked about imminently
15  being an expectation that the airline would cease
16  flying in a few days, do you mean to say that if you
17  expected an airline to cease operations a month
18  after a transaction, that you would not have
19  included them in the category of airlines that were
20  expected to cease flying imminently?
21      **A**   I don't know the answer to that.  I
22  would have to look at the details of the particular
23  case.  All of this is based on reading the
24  arbitration reports.  And in isolation, a single
25  statement is not going to tell me what I need to

---

4  (Pages 13 to 16)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

17

1  know to answer your question.
2     Q    Well, if I'm trying to understand your
3  analysis and whether you appropriately categorized
4  airlines into your various buckets, what -- what
5  protocol can I use to determine whether you
6  appropriately made the analysis of whether an
7  airline is expected to cease flying imminently?
8     A    I don't know that I can specify a
9  protocol for you.  I have to read the decision, see
10  what the arbitrator said.  The arbitrators, what
11  they tend to do is summarize the overall situation,
12  summarize the case made by each side, and then try
13  to -- to draw it together.  And by reading that, I
14  felt I got an accurate picture of what was going on
15  in these other situations.
16     Q    So it is based on your subjective
17  judgment based on what you read in an arbitration
18  decision; correct?
19     A    It is based on my expert judgment.
20     Q    But it is based on a subjective, not an
21  objective judgment, relying on what you read in an
22  arbitration decision; correct?
23     A    Yes.
24     Q    And based on an arbitration decision
25  where you made no effort to understand what the

18

1  qualifications of the arbitrator was to assess, the
2  likelihood that the airline would stop operating
3  imminently; correct?
4     A    That's correct.
5     Q    Now, if -- if an airline was in danger
6  of liquidation within the near future, would you
7  view that as equivalent to an airline that was going
8  to cease flying imminently?
9     MR. PRESS:  I object to the form of the
10  question.  Particularly, your use of the phrase in
11  danger.  Subject to that, you can answer.
12     THE WITNESS:  I don't -- I don't --
13  again, I can't answer that without reading the
14  details of the case.  And when -- when an -- when an
15  organization is in financial difficulty, there are
16  many paths that can happen.  Liquidation's one.
17  Continuing operation under the bankruptcy rules is
18  another.  Finding an angel is a third.  You know,
19  it's --
20  BY MR. TOAL:
21     Q    Well, if an airline is expected to
22  liquidate its assets in bankruptcy, are you familiar
23  with the process by which that can happen?
24     A    I'm familiar, yes.
25     Q    And what does that mean for an airline

19

1  or any business to liquidate in bankruptcy?
2     A    Well, as I understand -- I mean, in
3  bankruptcy you can reorganize or liquidate, as I
4  understand.  And to liquidate would mean they would
5  sell their assets.
6     Q    And do you know what happens to the
7  employees of a company that liquidates?
8     A    They are not -- they are not working.
9     Q    Is it an accepted methodology within
10  the field of economics to rely on arbitration
11  decisions to understand whether an airline is about
12  to cease flying?
13     A    I don't know.
14     Q    To your knowledge, is it?
15     A    No.  It is not a subject of academic
16  discourse to discuss whether airlines are going to
17  liquidate or not.  So it is not really an
18  appropriate question to ask whether it is accepted
19  to use a technique in this narrow question when the
20  question doesn't come up in academic discourse.
21     Q    Well, are you -- are you familiar with
22  any testing of the methodology you used to analyze
23  whether an airline was about to cease flying?
24     A    No.
25     Q    And do you know whether the technique

20

1  that you used in relying on arbitration decisions
2  has a known error rate?
3     A    No.
4     Q    Let me ask you to take a look at
5  paragraph 33 of your report.
6     Before I get there, let me ask you, do you
7  regard -- do you regard liquidation in bankruptcy as
8  the equivalent of ceasing operation?
9     A    I don't really know the bankruptcy
10  rules well enough.  I'm not an expert on bankruptcy.
11  I'm -- I'm -- I'm interpreting the term liquidation
12  as selling off the assets rather than continuing to
13  operate.
14     Q    So would you regard those, at least as
15  you are using those terms, as being equivalent?
16     A    Yes, yes.
17     Q    Okay.  So in paragraph 33, you set
18  forth an example involving hypothetical airlines A
19  and B that are combining, and you say suppose that
20  airline A was in reasonably good financial condition
21  but the financial condition of airline B was
22  sufficiently poor that it had ceased flying or is
23  expected to cease flying imminently absent the
24  combination with airline A.  Do you see that?
25     A    Yes.

5 (Pages 17 to 20)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

**21**

1    Q    Okay.  So at least in your example, you
2  are taking into consideration the financial
3  condition of the acquiring airline, which is airline
4  A here; correct?
5    A    Yes.
6    Q    But in your actual analysis, you don't
7  take into consideration the financial condition of
8  the acquiring airline; correct?
9    A    Well, the acquiring airlines are
10 generally in good shape, so all of my examples that
11 I give you, airline A -- is in good financial shape
12 because they are doing -- because they are doing the
13 acquiring.
14   Q    So you are making an assumption that
15 the acquiring airline is in good financial shape?
16   A    Yes, in reasonable financial shape,
17 yes.
18   Q    You are not making any distinction in
19 terms of the acquiring airline as to whether they
20 are in reasonably good shape or fantastic shape;
21 correct?
22   A    That's correct.
23   Q    And in this paragraph, when you say
24 that airline B was sufficiently poor, the financial
25 condition of airline B was sufficiently poor that it

**23**

1  flying imminently?
2    A    I don't know how to answer that.  The
3  arbitrator gets his expectations about what's going
4  to happen from the record that he sees in front of
5  him, which ultimately comes entirely from
6  presentations from the parties.  So it reflects the
7  parties' expectations as well as the conclusion that
8  he draws from them.
9    Q    Well, it may be a -- a matter in
10 dispute in an arbitration; correct?
11   A    Yes.
12   Q    So one side may be arguing that the
13 airline is not expected to cease flying and the
14 other side argues that it is expected to cease
15 flying; correct?
16   A    Could be.
17   Q    And it is the -- the arbitrator who is
18 making some determination that gets reflected in the
19 arbitration decision; correct?
20   A    Yes.
21   Q    And you are not focused on the
22 expectations of the parties themselves.  You are
23 focused on the determination that the arbitrator
24 reaches as reflected in his decision; right?
25   A    What I'm doing is, I'm -- I'm -- I'm

**22**

1  had ceased flying or was expected to cease flying,
2  whose expectations are you referring to there with
3  regard to ceasing flying?
4    A    I'm not attributing those expectations.
5  I'm attributing them to the world.  I don't have --
6  I wasn't thinking of a particular.
7    Q    Well, for purposes of your analysis,
8  are you focusing on whether an arbitration decision
9  reflected that the arbitrator expected --
10   A    Yes.  Yes.
11   Q    -- the airline to cease flying?
12   A    Yes.
13   Q    And are you taking into consideration
14 the expectations of anyone other than the
15 arbitrator?
16   A    Well, again, at the of the day, what
17 the arbitrator is doing is reflecting what's going
18 on in the world, so I would expect that the -- the
19 negotiators on both sides also understood what the
20 expectations were.
21   Q    So just to answer my question, are you
22 taking into account in -- in the case of an
23 arbitrated resolution of seniority integration, the
24 expectations of anyone other than the arbitrator
25 regarding whether the airline was expected to cease

**24**

1  using what the arbitrator states in the decision as
2  rationale for his decision as a reflection of a
3  reasonable evaluation of the evidence that he has
4  presented.  So, yes, it is -- it comes to me through
5  the arbitrator, but I'm not relying on the
6  arbitrator to give me a view of the world.
7    Q    So in your analysis, the expectation
8  that you regard as relevant, at least in an
9  arbitration, is the expectation of the arbitrator as
10 to whether the acquired airline is expected to cease
11 flying; correct?
12   A    Yes.
13   Q    Whose expectations are you focused on
14 in the case of a negotiated resolution of a
15 seniority integration list?
16   A    Again, I'm looking at the record.  If
17 I'm reading the record of the case or one of my
18 people is reading the record of the case, we are
19 looking to do an -- we are trying to evaluate the
20 arguments presented by both sides, and they may or
21 may not be in dispute of this question.  I would
22 have to look at the particular case.  I couldn't --
23 it is hard to answer in the abstract.
24   Q    So what record are you referring to in
25 the context of a negotiated resolution of a

6 (Pages 21 to 24)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

25

1  seniority integration list?
2      A     Well, almost all of them that we looked
3  at, if you look at our sheet, were arbitrated, I
4  think.  And, again, the exception might be Delta/Pan
5  Am, and in Delta/Pan Am, the -- the document that we
6  have is -- that provides the seniority information,
7  comes from the addendum to the collective bargaining
8  agreement, I think, that was agreed on.  Somewhere
9  in my report I cite where we got the information
10  from -- on the financial condition and so on.  And
11  we would have to -- I would have to look at that
12  source to tell you whose expectation or whose
13  analysis -- you call it an expectation, but whose
14  analysis we were relying on.  As I sit here, in any
15  particular case where there is not an arbitration
16  record, I can't tell you exactly where I got the
17  information.
18      Q     So in your analysis, how did you try to
19  assess in -- in the situation where there is a
20  negotiated resolution or a unilateral determination
21  of the seniority integration list whether the
22  acquired airline was expected to cease flying
23  imminently?
24      A     I don't believe I looked at any
25  unilateral -- I don't believe I had any unilateral

26

1  cases.  And, again, I -- I -- I already answered the
2  question about Delta/Pan Am.  In every case we had a
3  source of information and -- I -- I never thought of
4  it in terms of whose expectation, but in terms of
5  the information we read in the analysis, and I
6  suppose we formed our expectation.
7      Q     So in Delta/Pan Am, the only sources
8  I'm aware of that you cited to were two newspaper
9  articles; correct?
10      A     Yes.
11      Q     Is there any other record you are
12  referring to with respect to Delta/Pan Am that
13  allowed you to determine the likelihood that the
14  acquired was expected to cease flying?
15      A     Not that I can recall here.
16      Q     And with respect to negotiated
17  resolutions other than Delta/Pan Am, how did you go
18  about attempting to assess whether the acquired
19  airline was expected to cease flying?
20      A     I'm not aware of any other negotiated
21  transactions that we include -- look at our table
22  one.  I'm quite -- I could be wrong, but I'm quite
23  sure that they are all arbitrated.  If they are --
24  if they are not, to the extent we need to go
25  beyond -- beyond that, we would, again, look for

27

1  newspaper articles, look for contemporaneous reports
2  of what was going on in the business press and --
3  and so on.
4      Q     But you didn't do that; correct?
5      A     Personally, no.
6      Q     And no one on your team did that, did
7  they?
8      A     In the cases where we needed the
9  information, we did.
10      Q     Which cases are those?
11      A     I -- I don't know which ones they are.
12  I'm saying -- I already stated that I looked at
13  table one, and if you look at table one -- if you
14  can point out to me a case in table one other than
15  Delta/Pan Am that's not arbitrated, I -- I -- I
16  will go back and find the answer for you.  I
17  instructed my team to go through the list of our --
18  of combinations that we had available to us and to
19  attempt to get the information on both -- on
20  financial condition and value.  But some -- we
21  didn't always do that if we couldn't get the
22  information on the seniority list, which is the hard
23  -- really, the hard information to get, the
24  information on what the merged seniority list looked
25  like, because that was required to calculate the

28

1  proportional mean difference.
2      So what you see at the end of the day and is
3  instilled in my analysis in table one, are the cases
4  for which we were successfully able to get all the
5  information.  You are asking me, you know, I'm --
6  you are asking me to conjecture about cases I think
7  that we may not have pursued the information because
8  we couldn't get the other information.
9      Q     So how do I know from looking at your
10  report the reason why any of the 41 cases that you
11  looked at, the 41 transactions, how do I know why
12  any of those that are not reflected on table one are
13  not in there?
14      A     You don't.
15      Q     So I don't know, for any of the 41
16  cases that are not in table one, whether you
17  excluded it because you couldn't get information on
18  the seniority list?
19      A     Correct.
20      Q     All right.  And that's one of the
21  reasons that you might have excluded something from
22  table one; correct?
23      A     Absolutely.
24      Q     I don't know if you couldn't get
25  information on what the financial condition of the

DEGNAN & BATEMAN
(856)  232-7400

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

29

1 acquired airline was; correct?
2     A    Correct.
3     Q    And I don't know if it is because you
4 could get information on the first two categories
5 but you couldn't get information on the value of
6 assets that the acquired airline was contributing to
7 the transaction; correct?
8     A    Correct.
9     Q    Do you have in your files any -- well,
10 let me ask you, do you know for any transaction that
11 was not included on table one, which of those three
12 categories of information you were unable to get?
13     A    No.  But if you would like, I -- we can
14 go back and get you what we have on that.
15     Q    Well, did you ever inquire from your
16 team which of those areas of information you were
17 unable to get for any -- any of the 41 transactions
18 that are not listed on table one?
19     A    I don't think there were 41
20 transactions not listed on table one.
21     Q    I'm sorry.  Any of the 41 transactions
22 that are not listed.  I'm not saying all 41 are not
23 listed.
24     A    Right.
25     Q    There are 19-some odd transactions

30

1 listed on table one, and I think you said you -- you
2 examined 41 transactions.  So for the 41 minus 19 --
3     A    22.
4     Q    -- that were not listed on table one,
5 do you know which of those three categories of
6 information was missing?
7     A    No.
8     Q    Did you know at any time?
9     A    I did not ask for a report case by case
10 on what's missing, so I don't know the answer to
11 that.
12     Q    And with respect to information that
13 was missing in any of those categories, did you make
14 any effort to understand from your team what steps
15 they took to try and acquire the information?
16     A    Yes.
17     Q    And what information are you aware of
18 regarding the steps they took to acquire the
19 information?
20     A    Well, as I said, they searched news
21 sources.  They searched -- they did, you know,
22 extensive searching of -- of information available
23 online, mostly news sources, to get information on
24 the two financial categories.  The -- I believe we
25 asked counsel for information that would help us get

31

1 the seniority list, which is something that is not
2 generally available.  And I -- I have a recollection
3 that they -- that counsel for TWA pilots would --
4 would request that information from counsel for ALPA
5 who often has access to a lot of this material.
6     Q    Do you know if any information on
7 seniority lists was provided that you didn't --
8 didn't analyze?
9     A    No.  I don't know the answer to that.
10 It -- it could -- it could certainly -- it could
11 certainly be possible.  If we didn't have the other
12 information we needed, we -- I mean, we couldn't
13 categorize the -- the airline.  We didn't have -- I
14 don't believe we analyzed it.
15     Q    So you said your -- your team did
16 extensive searching online to try and understand the
17 financial information regarding acquired airlines;
18 correct?
19     A    Remember, we are not looking for
20 detailed financial information.  We are asking for
21 enough information to judge whether the airline is
22 flying, essentially.
23     Q    And you said your team did extensive
24 online searches --
25     A    Yeah.

32

1     Q    -- to try and identify that
2 information?
3     A    Yes.
4     Q    And other than the two articles
5 concerning Delta/Pan Am, does the fact that there
6 are no other sources listed in your expert report
7 suggest that they didn't find anything concerning
8 any other transaction?
9     A    We are not reporting information.  I
10 mean, we might have found some things about some of
11 the 22 transactions that are not in table one, but
12 not enough to make it -- to have that transaction
13 make it into -- you know, leap the hurdle of being
14 included in table one.
15     Q    Well, what would have been sufficient
16 information for you to determine whether, in a
17 non-arbitration situation, whether the acquired
18 airline was expected to cease flying imminently?
19     A    Some statement -- some statement,
20 statement or statements, in the news about the
21 condition of the -- of the airline.  They are
22 flying.  They've got important routes.  They are
23 continuing to fly.  They are in -- you know, they
24 are simply in merger negotiations with airline X
25 and, you know, so there is no sort of serious doom

8  (Pages 29 to 32)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

**33**

1  and gloom, like airline X is -- you know, if you
2  have tickets on airline X next week, you better try
3  to get a refund now because you will not be able to
4  take your flight next week.  Again, it is -- I
5  instructed my team to -- what to look for and
6  they -- they looked.
7      **Q**    Who did that work?
8      **A**    I -- we have -- I will show you my lack
9  of facility with names.  We have -- over the course
10  of the case there were four people involved.  David
11  was -- Ashmore was supervising, and then four Ph.D.
12  economists who we have on staff who do our work.
13  Maria, who is -- Maria K, I call her, she's Kazak.
14  I can't tell you her name.  We have Arub Sen,
15  Matthew Pierson, who is no longer with the firm who
16  has moved on, and at the end, I don't know that he
17  was involved in this level of data collection, Tim,
18  and I'm lacking on his last name.
19      **Q**    And which of those individuals did the
20  extensive online searching for financial information
21  regarding acquired airlines?
22      **A**    I -- I believe most of the work was
23  done by Maria and -- and Arub.
24      **Q**    And other than giving them general
25  guidance to -- to conduct these searches, did you

**34**

1  give them more specific guidance about what they
2  should be looking for?
3      **A**    Well, I thought the guidance -- the
4  guidance was fairly specific.
5      **Q**    And what guidance did you give them?
6      **A**    I told them, you need to search -- you
7  need to search, you know, public sources like, you
8  know, news reports, particularly in the business
9  press.  If you can find any business press specific
10  to the airline industry, look at that.  And, you
11  know, told them what we were looking for in terms
12  of, you know, is this airline still flying?  Is --
13  is -- is the buzz that they are going to stop flying
14  tomorrow or in a few days, you know, right up at the
15  date.  But it was also meant to look beforehand to
16  try to get some idea of -- of what the lay of the
17  land was.  But I didn't sit over their shoulder and
18  look at the computer screen and say, oh, no, look at
19  that.  I did not do that with specificity.
20      **Q**    And do you know what sources they
21  actually searched?
22      **A**    No.
23      **Q**    Other than contemporaneous news
24  sources, did you direct them to research any other
25  types of documents?

**35**

1      **A**    Well, when you do -- when you search
2  online, you get -- searching is astounding these
3  days, and you can come up with all kinds of stuff.
4  I don't know exactly what they found, but they
5  weren't restricted to using just news sources.
6      **Q**    And what other sources did they review?
7      **A**    I don't know.
8      **Q**    Did you direct them to review any other
9  sources?
10      **A**    I directed them to find whatever they
11  could find.  I did not restrict their search, but
12  neither did I tell them exactly what to look at.
13      **Q**    Did you direct them to review public
14  filings for the acquired airlines?
15      **A**    No.
16      **Q**    Do you know if they did?
17      **A**    No.
18      **Q**    Did you direct them to review analyst's
19  reports that were being issued on the equity side?
20      **A**    No.
21      **Q**    Do you know if they did that?
22      **A**    No.
23      **Q**    Did you direct them to review analyst's
24  reports on the debt side?
25      **A**    No.

**36**

1      **Q**    Do you know if they did that?
2      **A**    No.
3      **Q**    So this situation that you describe in
4  paragraph 33, you say in that case where airline B
5  was either not flying or was expected to cease
6  flying imminently, you say, in this case it may be
7  likely that airline B's pilots would have -- would
8  have had to seek work elsewhere.  Do you see that?
9      **A**    Yes.
10      **Q**    And isn't it a certainty if -- if the
11  airline had ceased flying, that its pilots were
12  going to seek work elsewhere?
13      **A**    Well, they could start up again.
14      **Q**    What do you mean by that?
15      **A**    The airline could start flying again,
16  wasn't ceased.  So that's why I -- I -- I didn't --
17  I didn't want to make a categorical statement that
18  they would have to definitely seek work elsewhere,
19  but it is quite likely that they would have, but --
20      **Q**    But if the airline ceases flying and
21  doesn't start up, you would agree that those pilots
22  are going to have to find jobs elsewhere?
23      **A**    Absolutely.
24      **Q**    And you say in paragraph 33 that in
25  that situation, those pilots would have to try to

9 (Pages 33 to 36)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

37

```
 1   get jobs at other airlines and would be at the
 2   bottom of their seniority list; correct?
 3      A    No, I didn't.  Paragraph 33 doesn't say
 4   cease flying and not start up again.  It just says
 5   ceases flying.  Your statement -- the question said
 6   ceased flying and not start up again, and that's not
 7   what I say in paragraph 33.
 8      Q    Well, you say in paragraph 33, since in
 9   any future jobs the former airline B pilots would
10   start at the bottom of their new employer's
11   seniority lists, airline B pilots have minimal
12   career expectations at airline B as of the
13   transaction, and they could expect to be placed
14   lower on the merged seniority list than if airline B
15   were in better financial health; correct?
16      A    Correct.
17      Q    So you acknowledge in paragraph 33
18   that, to the extent an airline is either not flying
19   or is expected to cease flying imminently, that
20   their career expectations at airline B are minimal;
21   correct?
22      A    Yes.
23      Q    And they could also have minimal career
24   expectations at airline B if airline B was expected
25   to cease operations in two months; correct?
```

38

```
 1      A    I don't know.  A lot can happen in two
 2   months.  I'm not going -- you know, again, I -- I
 3   told you before what I meant by imminently.  I mean
 4   very, very soon.  I don't -- no one really knows
 5   what's going to happen in two months.
 6      Q    Well, no -- no one knows with certainty
 7   what's going to happen in two days either; correct?
 8      A    That's true.  Fair enough.
 9      Q    So my question is, isn't it true that,
10   if an airline is expected to cease operations in two
11   months, that the pilots at that airline would have
12   minimal career expectations at that airline?
13      A    I don't know.  They would have --
14   because more can happen in two months than can
15   happen in two days, they would have -- likely have a
16   higher -- there is a higher expectation that
17   something will come along that will help their
18   career expectations.  They would likely have better
19   career expectations than someone at an airline who
20   is expected to cease operation tomorrow.
21      Q    And they would have lower expectations
22   than pilots at an airline that was expected to -- to
23   continue flying indefinitely; correct?
24      A    Absolutely.
25      Q    And your model doesn't take into
```

39

```
 1   account the difference in career expectations
 2   between pilots at an airline that was expected to
 3   continue flying indefinitely and pilots at an
 4   airline that was expected to cease operation in two
 5   month's time; correct?
 6      A    Absolutely incorrect.
 7      Q    Why is that incorrect?
 8      A    My analysis takes that into account
 9   because in the airline mergers that we analyzed, in
10   the list merger that we analyzed, where the --
11   that -- expected to fly indefinitely, that's one of
12   the cases where I consider the financial condition
13   of the acquired airline to be good, not weak like
14   TWA.  And, therefore, they are not in the list of
15   comparables because they are not comparable because
16   the acquired airline is in better financial
17   condition.
18      So that's exactly why my analysis is designed
19   to make that distinction between someone who is
20   working for an airline who -- that's weakened, but
21   is still flying and doesn't expect to shut down now,
22   and in comparison with a group where an airline has
23   shut down or will shut down now, or an airline where
24   there is no expectation that the airline is in
25   trouble.  Those are -- that's why there's three
```

40

```
 1   categories.  You insist on focusing on the bottom
 2   category.  There is the top category, too.  Those
 3   guys are not comparable to the TWA group.
 4      Q    So you are -- you are dividing -- you
 5   are dividing the world of -- in terms of financial
 6   condition of the acquired airline into three
 7   categories; correct?
 8      A    Correct.
 9      Q    In the top category, you have acquired
10   airlines that are expected to continue flying absent
11   the transaction indefinitely; correct?
12      A    I would say so.  I didn't do -- I
13   didn't -- yes, I would say so, yeah.
14      Q    Well, it is your analysis, so you tell
15   me how you define the category in the -- in the top
16   category.
17      A    Again, remember, it comes from reading,
18   in most cases, reading the arbitration report.  And
19   if the airline is healthy, there is no sign that it
20   is -- that it is in financial -- under serious
21   financial stress.  You know, so on that basis, I
22   make the expectation that they are going to keep
23   flying, and that their pilots -- and the arbitrators
24   do the same.  Their pilots have reasonable career
25   expectations because of this.  I didn't put TWA in
```

10  (Pages 37 to 40)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

41

1 that category.
2    Q    And then you have a category at the
3 bottom which is defined by airlines that are not
4 presently flying or that are expected to cease
5 flying imminently, which you meant in a matter of
6 days; correct?
7    A    I think so, yeah. I mean, a day, you
8 know, yes. I didn't have a specific, you know,
9 absolute time period in mind, but, you know, days, a
10 week, couple weeks. Yeah. And a time period where
11 it -- it would be hard to think of any -- of a
12 scenario where they could keep flying. You are
13 absolutely right, anything can happen in two days
14 but it is not much time. Anything can happen in two
15 months and it is more time. So, you know it's in
16 that area, and many of the airlines at the bottom of
17 my list are airlines that had ceased flying already.
18    Q    And between those two categories you
19 have a category of acquired airlines that are in
20 weakened financial condition which could be anything
21 from expected to cease flying within a matter of
22 weeks to not healthy but -- but no foreseeable
23 expectation that they were going to stop flying;
24 correct?
25    A    I suppose. I mean, I don't -- I don't

42

1 know a matter of some weeks, some unspecified number
2 of weeks, airlines that are not healthy and need an
3 infusion of cash.
4    Q    And outside of your analysis of the
5 categories that you divided the acquired airlines
6 into based on financial condition, are those
7 recognized categories of financial strength of an
8 airline?
9    A    I have -- I have no idea.
10    Q    Have you ever seen categories of
11 airlines based on financial strength defined in that
12 way anywhere else?
13    A    No.
14    Q    And you regard TWA, at the time of the
15 American Airlines' transaction, comparable to what
16 you describe as airline B in paragraph 33?
17    A    No.
18    Q    Now, you say, paragraph 36 of your
19 report at the bottom of page 12, it's worth noting
20 that bankruptcy, per se, is not a clear indicator
21 that an airline will cease flying. Do you see that?
22    A    Yes.
23    Q    As of the American transaction, how
24 many times had TWA declared bankruptcy?
25    A    I don't know.

43

1    Q    Was that relevant to your analysis?
2    A    No.
3    Q    So if I represent to you that the
4 bankruptcy that TWA declared at the time of the
5 American Airlines transaction was its third
6 bankruptcy within about the last ten years, is that
7 something you were aware of previously?
8    A    I knew they had declared bankruptcy
9 previously. I'm not aware of the number of times.
10    Q    And do you know whether any -- any of
11 the other acquired airlines on your table one
12 involved airlines that had declared bankruptcy three
13 times within the span of ten years?
14    A    No.
15    Q    So when you say bankruptcy is not a
16 clear indicator that an airline will cease flying,
17 what would you regard as a clear indicator that an
18 airline would cease flying?
19    A    Show up at the airport and the plane
20 didn't take off.
21    Q    And anything other than that?
22    A    No. I don't think -- well, what we
23 tried to do, again, was, you know, reading in the
24 press, and trying to get some idea would they --
25 would they likely cease flying very, very soon. I

44

1 can't tell you exactly what the indicator of that
2 would be, but I can tell you that bankruptcy is
3 clearly not an indicator that an airline is going to
4 cease flying. You are going to be hard pressed to
5 take a flight on an airline that hasn't declared
6 bankruptcy.
7    Q    I understand you saying bankruptcy is
8 not a clear indicator. My question is, what is a
9 clear indicator?
10    A    I don't know. I mean -- and again,
11 very hard -- you know, in -- in the short term, as I
12 can say, an airline that is sort of hemorrhaging
13 output, canceling flights, furloughing lots of
14 employees, and, you know, there is a lot of -- there
15 is a general view of the people -- knowledgeable
16 people, which presumably makes its way into the
17 press that the airline is within a very short period
18 of ceasing flying. But even then, very hard to say
19 that an airline is imminently -- forget the
20 imminently -- is going to cease flying. Very hard
21 to predict.
22    Q    Did you investigate whether
23 contemporaneous commentators offered the opinion
24 that TWA was expected to cease flying at or around
25 the time of the American Airlines transaction?

11 (Pages 41 to 44)

DEGNAN & BATEMAN
(856) 232-7400

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

45

1    A    No.
2    Q    Would -- would it have made sense to do
3  that if you are looking for clear indicators that
4  TWA was expected to stop flying?
5    A    Let me -- let me rephrase.  I don't
6  think -- when you say did I look for, I don't think
7  we found anything that indicated that TWA was -- was
8  about to cease flying.
9    Q    And what did you do to look for that
10  information?
11    A    The same -- the same kind of search
12  that we were doing on the other cases.  You know --
13    Q    Which was what with respect to TWA,
14  particularly?
15    A    Well, the same, as I said, it was -- I
16  don't have a particular -- I instructed guys to look
17  and see what was in the news about this.
18    Q    Do you know what your team did in an
19  effort to find indicators that TWA was expected to
20  cease flying imminently?
21    A    The same as we did generally, which is
22  look at -- do a web search, and take a look at what
23  was out there.
24    Q    Can you tell me what sources anyone on
25  your team searched to try and find any indicator

46

1  that TWA was expected to stop flying imminently?
2    A    No.
3    Q    Can you tell me, can you describe any
4  search they ran in any database?
5    A    No.
6    Q    Is there a record of that?
7    A    I don't know the answer to that.
8    Q    Okay.
9    A    I don't know that we keep records of
10  those searches.
11    Q    Did you ask counsel to provide any
12  information that might indicate TWA was expected to
13  cease flying imminently?
14    A    I don't recall the answer to that
15  question.  Most of the communication with counsel
16  went through David Ashmore.
17    Q    And to your knowledge, did anyone ask
18  anyone working under your direction or you ask
19  counsel to provide any information they had
20  available that TWA was expected to cease flying
21  imminently?
22    A    I don't -- I don't recall.
23    Q    You don't recall doing that?
24    A    No.
25    Q    Would information about the airline's

47

1  financial condition have the potential at least to
2  provide a clear indication that the airline was
3  expected to cease flying imminently?
4    A    I don't know.
5    Q    You don't even know if it would have
6  the potential to do that?
7    A    I'm not sure what information about --
8  what -- what information are you talking about?
9    Q    Any financial information of any kind.
10    A    I suppose there are numbers out there
11  that could help with that, sure.
12    Q    And what sort of numbers might help you
13  draw a conclusion that an airline is expected to
14  cease flying imminently?
15    A    It's only -- well, let me -- let me
16  change my last answer.
17    I don't think financial information by itself
18  could help me determine whether an airline is going
19  to cease flying imminently.
20    Q    And why is that?
21    A    Because, again, an airline can be in
22  quite rotten financial condition, have bad cash flow
23  problems, and something could come up and change the
24  situation.  Someone can -- and you can get, for
25  example, DIP financing.  Things -- things happen.

48

1  Things change.  So I really -- it's very -- you
2  know, what I was relying on was not the financial --
3  financial information directly.  But, again, it
4  didn't appear that TWA was in the kind of free fall.
5    Q    So you said -- I think the only clear
6  indicator that you've identified so far that an
7  acquired airline was expected to cease flying
8  imminently is statements in contemporaneous news
9  reports stating such an expectation; correct?
10    A    Well, for the most part, again, we are
11  relying on the arbitrator's reports.
12    Q    I'm talking situations where you don't
13  have arbitrator's reports.
14    A    There were no situations like that.  In
15  other words, virtually everything we used in table
16  one is about -- is -- is from arbitration reports.
17    Q    And I'm not talking about what you used
18  in table one.  I'm talking about the numerous
19  transactions that you didn't use.
20    A    Most of those failed because of lack of
21  data on the seniority list.
22    Q    How do you know that?
23    A    Because I -- we had discussions about
24  this.  Why can't we use more of those?  Well, I
25  think it is very hard to get enough information on

DEGNAN & BATEMAN
(856) 232-7400

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

49

1  the seniority list to calculate the number.
2      Q      Well, were there any that failed
3  because of lack of information of the financial
4  condition of the acquired airline?
5      A      I don't know the answer to that.
6      Q      And with respect to TWA, you didn't
7  have an arbitration decision; correct?
8      A      That's correct.
9      Q      So you had to make a determination
10  without the benefit of an arbitration decision about
11  whether TWA was expected to cease flying imminently;
12  correct?
13      A      That's correct.
14      Q      And the only clear indication you've
15  given me so far of whether an acquired airline was
16  expected to cease flying imminently is whether there
17  are contemporaneous news reports saying that we
18  expect TWA to cease flying imminently; correct?
19      A      No.
20      Q      What else have you pointed to?
21      A      I told you several times, we talked
22  about the output situation, that they had hired
23  pilots recently, that the -- the record indicated
24  that they were -- they were -- they were
25  functioning.  They may not have been paying their

50

1  bills but they were -- they were, you know, as
2  many -- as on time as many -- as some of us might
3  like.  They were not in what I'll call -- I call
4  output free fall.
5      Q      So I think you are pointing to things
6  that you think are indicators that an airline was
7  expected to continue flying.
8      A      Yes.
9      Q      I'm asking, what are the indicators
10  that an airline was expected to cease flying?
11      A      I didn't see those in the TWA case.
12      Q      What would they be?
13      A      Well, I -- I -- I -- I answered this
14  earlier.  I said that if, indeed, you know, they
15  basically used to fly to 20 cities and they are
16  flying to one, and they're cutting their flights
17  there.  It is like they are just, I don't know,
18  fading away.  And one day, they cease.
19      Q      Anything other than that that you can
20  think of that would be a clear indicator that an
21  acquired airline was expected to cease flying
22  imminently?
23      A      You asked me -- not as I sit here right
24  now.
25      Q      Now, in the context of a negotiated --

51

1  negotiation concerning seniority integration in a
2  situation where there was no right to arbitration,
3  would the relevant question be what the expectations
4  of the counter-party are with respect to whether the
5  acquired airline was expected to cease flying?
6      A      I don't know what a counter-party is.
7      Q      The other party to the negotiation.
8      A      Can you repeat the question?
9      Q      Yeah.  So in the context of a
10  negotiation concerning seniority integration, would
11  the relevant question be what the expectations are
12  of the counter-party regarding whether the acquired
13  airline was expected to cease flying?
14          **MR. PRESS: I truly don't understand**
15  **the question.  I object to the form of it.**
16          **THE WITNESS: I -- you used the**
17  **word definite -- definite.  Are you using**
18  **definite on -- we talked about the definite --**
19  **definite articles yesterday.  In your question you**
20  **used a definite article.  The primary consideration,**
21  **is that what you said?**
22          **MR. TOAL: Can you read back the**
23  **question?**
24          **(The court reporter read back the**
25  **pending question as follows:**

52

1          **"Question: Yeah.  So in the context of**
2  **a negotiation concerning seniority**
3  **integration, would the relevant question be**
4  **what the expectations are of the**
5  **counter-party regarding whether the acquired**
6  **airline was expected to cease flying?")**
7          **THE WITNESS: I don't think that's the**
8  **relevant answer.**
9  **BY MR. TOAL:**
10      Q      You think it's a relevant question?
11      A      It could be something that the
12  counter-party would consider, sure.
13      Q      And is that something that you would
14  expect to have a bearing on whether any agreement
15  regarding seniority integration was reached?
16      A      I don't know if it would have a bearing
17  on whether an agreement on seniority integration
18  would be reached.
19      Q      Do you know in this case what the APA's
20  views were about whether TWA was expected to cease
21  flying imminently?
22      A      No.
23      Q      Did you make any effort to discover
24  what the APA's views were with regard to whether it
25  expected TWA to cease flying imminently?

13  (Pages 49 to 52)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

**53**

1     A     I read some documents where the APA
2 tried to explain to the TWA pilots just how crappy
3 the condition of TWA was.
4     Q     And did that give you insight into the
5 APA's views about whether they expected TWA to cease
6 flying imminently?
7     A     Those are just self-serving comments in
8 negotiation. I don't accept either their statements
9 or the statements the TWA pilots made at face value
10 because they are in negotiation. They are trying to
11 make arguments for their side. So for the APA
12 pilots to say, you know, you guys are really in the
13 shitter, of course they want to make that case and
14 scare the TWA guys into accepting an agreement
15 that's not as good. And it is the job of ALPA to
16 translate that, you know, to put that in context.
17     Q     So do you assume those statements that
18 you read and described concerning the APA's views
19 about TWA's financial condition not to be
20 representative of the APA's actual views?
21     A     I have no way of knowing.
22     Q     So you can't say one way or the other
23 as you sit here whether that is an accurate
24 reflection of the APA's views or not; correct?
25     A     Correct.

**54**

1     Q     And you didn't read the sworn testimony
2 from the APA representatives that was taken in this
3 case; correct?
4     A     Correct.
5     Q     So you describe in paragraph 34 of your
6 report a different example involving airlines C and
7 D. And you say that airline C was in reasonably
8 good financial condition, and airline D was in worse
9 financial condition than airline C but was still
10 flying and was expected to continue flying absent
11 the transaction. Do you see that?
12     A     Yes.
13     Q     Now, is that contrary to what you
14 testified to earlier today about what the second
15 category was in terms of the financial strength of
16 the acquired airline and whether they are expected
17 to continue flying indefinitely?
18     A     No.
19     Q     Well, you say here that it was expected
20 to continue to fly absent the transaction. What did
21 you mean by that?
22     A     I meant they continued to fly and not
23 shut down imminently. Perhaps, again -- I say right
24 here, perhaps through an alternative combination or
25 other type of restructuring. So those -- they

**55**

1 needed some outside help.
2     Q     And are you -- are you making any
3 assumptions about whether they would be able to
4 continue flying in the absence -- withdrawn.
5     Are you making any assumptions about how long
6 they would be able to continue flying for?
7     A     Yes. Longer than -- longer than
8 imminent. Longer than, you know, a few days or a
9 few -- I don't have a particular number in mind, but
10 the term -- I'm not suggesting necessarily that the
11 airline would fly indefinitely, but it could fly for
12 quite a while. It is a -- category D, this is --
13 this is the sort of the middle category in my three
14 categorizations, and it's -- it's reasonably broad.
15     Q     It is very broad; isn't it?
16     A     No. I mean, you know, if you look at
17 the transactions that we analyzed, there were many
18 that fall into category three -- category three. We
19 will call category one the lowest category.
20 Category two, the TWA category. And category three,
21 the two healthy airlines category. It is a category
22 that, yeah, it is reasonably broad in the sense that
23 it turns out that many troubled airlines continue to
24 fly, and they continue to fly through various kinds
25 of arrangements, through mergers, through

**56**

1 acquisitions, through restructuring, through
2 bankruptcy, lots of things. And, yes, TWA is in
3 that category, and there are many -- many kinds of
4 ways that those kinds of airlines can continue
5 flying.
6     Q     But when you say that airline D was
7 expected to continue to fly absent the transaction,
8 all you mean by that is -- is that it was expected
9 to continue to fly for at least a few more days, or
10 another week --
11     A     No.
12     Q     -- something on that order; correct?
13     A     I mean -- I mean -- no, I mean more
14 than that.
15     Q     How much more?
16     A     A few more days is imminent. Shut
17 down. That's -- that's airline B, not airline D.
18     Q     So my question was, when you talk about
19 airline D and you say it was expected to continue to
20 fly, what you mean by that is that it was expected
21 to continue to fly more than a few days, or more
22 than a week, or something on that order of
23 magnitude; correct?
24     A     Yes.
25     Q     Okay. And do you have an understanding

14 (Pages 53 to 56)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

57

1  of the issues that were confronting TWA as an
2  airline prior to the American Airlines transaction?
3      A    I -- I don't have a detailed
4  understanding, no.
5      Q    And what is the understanding that you
6  have of the problems confronting TWA at the time of
7  the transaction?
8      A    My main understanding is that they were
9  having cash flow issues. They had substantial lease
10 payments that needed to be made, among other
11 obligations.
12     Q    And beyond that, do you have any other
13 understanding?
14     A    No.
15     Q    Would it be relevant to your analysis
16 of whether TWA was expected to continue to fly
17 imminently to get a detailed understanding of the
18 problems that TWA was confronting?
19     A    No.
20     Q    Why not?
21     A    Because, as I said, I was using, in
22 this particular case as a single, that they were an
23 airline that had substantial -- had substantial
24 operations. They were not in free fall in terms of
25 output. And I -- on that basis I expected them to

58

1  continue flying, and I didn't need to get a detailed
2  -- I'm not trying to predict what their
3  profitability would be, exactly how long -- would
4  they still be here five years, 10 years, 20 years
5  from now. I simply wanted to see, did they look
6  like the airlines that they -- that were not flying
7  essentially or almost not flying, or did they look
8  like the airlines that were in a position to keep
9  flying. And they looked like an airline that was in
10 a position to keep flying based on the fact that
11 they had substantial, you know, route and equipment
12 assets. They were continuing to -- they were not in
13 free fall in terms -- you know, I've already
14 described what I mean by free fall.
15     Q    So did you decide that if you
16 determined that TWA was not in an output free fall
17 that you didn't need to consider any other factors
18 to assess whether TWA was likely to cease flying
19 imminently?
20     A    Absent any -- absent finding news
21 reports and so on, that, yeah, basically, yes.
22     Q    And you didn't consider TWA's liquidity
23 situation relevant to whether it was expected to
24 cease flying imminently?
25     A    That's correct.

59

1      Q    You didn't consider TWA's leverage to
2  be relevant to whether TWA was expected to cease
3  flying imminently?
4      A    I expected them to be able to work out
5  alternatives despite their liquidity situation.
6      Q    And did you analyze TWA's leverage?
7      A    No.
8      Q    And you didn't analyze it because you
9  didn't consider it relevant to your analysis;
10 correct?
11     A    Correct. I was able to make the
12 distinction I needed to make without doing that.
13     Q    You believed that you were?
14     A    Yes.
15     Q    Did you analyze TWA's hub structure to
16 try and understand whether TWA was expected to cease
17 flying imminently?
18     A    No.
19     Q    Did you analyze sources of competition
20 for TWA and analyze whether it was expected to cease
21 flying imminently?
22     A    No.
23     Q    Did you analyze TWA's exposure to
24 changes in fuel prices to try and understand whether
25 TWA was expected to cease flying imminently?

60

1      A    No.
2      Q    Did you analyze whether TWA was in
3  danger of having its planes repossessed by lessors
4  in analyzing whether TWA was expected to cease
5  flying imminently?
6      A    No.
7      Q    Do you know what the caribou ticket
8  deal is?
9      A    Can you refresh my memory?
10     Q    Do you recall that there is a ticket
11 deal that Carl Ichan had with TWA?
12     A    Oh, yes.
13     Q    And what do you know about that ticket
14 deal?
15     A    I -- I seem to recall that somehow it
16 gave Ichan access at -- at very low cost to TWA --
17 some TWA seats. Is that right? I -- I remember
18 reading about this somewhere.
19     Q    And did you analyze whether the caribou
20 ticket deal had any relevance for whether TWA was
21 expected to cease flying imminently?
22     A    No.
23     Q    Did you analyze the amount of
24 connecting traffic that TWA had in assessing whether
25 it was expected to cease flying imminently?

15 (Pages 57 to 60)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

61

1     A    No.
2     Q    And other than your determination that
3  there was not an output free fall at TWA, was there
4  anything else you can point to to support your view
5  that TWA was not expected to cease flying
6  imminently?
7     A    Well, again, they were -- they had
8  recently done a bit of hiring.  I don't know how
9  much.  There is nothing specific I want to point to.
10    Q    So other than what you testified to?
11    A    Right, correct.
12        MR. TOAL:  Off the record.
13        VIDEO SPECIALIST:  The time is now
14  10:44 and we are going off the video record.
15        (Brief recess.)
16        VIDEO SPECIALIST:  The time is now
17  11:00 and we are back on the video record.
18  BY MR. TOAL:
19    Q    Professor Farber, before the break we
20  talked about your three categories for acquired
21  airlines.  Do you remember that testimony?
22    A    Yes.
23    Q    Okay.  Could you take a look at your
24  table one?
25        So in your report you identified seven

62

1  transactions that you considered comparables for the
2  American Airlines/TWA transaction; correct?
3     A    Right.
4     Q    And I have those as the Flying
5  Tigers/Seaboard transaction?
6     A    Okay.
7     Q    The FedEx/Flying Tigers --
8     A    I'm sorry.  Can I make checkmarks on
9  here?  This is the exhibit.
10    Q    Yeah, you can.
11        The FedEx/Flying Tiger transaction, the
12  Delta/Pan Am transaction, the Delta/Western
13  transaction, the Air Canada/Canadian transaction.
14    A    The -- the second one.  Not the first
15  one.  There are two of them.  They are the same
16  transaction, but different arbitration reports.
17    Q    Understood.
18    A    I meant -- I think we meant the second,
19  which is more conservative.
20    Q    The Texas International/Continental
21  transaction, and the Alaska/Jet America transaction?
22    A    Yes.
23    Q    So those comparables with the acquired
24  airline in each of those transactions fall into the
25  second category you've created, which is the -- the

63

1  example you used of airlines C and D?
2     A    Yes.
3     Q    And so those airlines you view as the
4  acquired airlines as comparable to the condition of
5  airline D as described in your example; correct?
6     A    Yes.  At least falling into that
7  general category, yes.
8     Q    Okay.  So you offered in your expert
9  report another example of two airlines A and B, in
10  which airline B was expected -- either was not
11  flying or is expected to cease flying imminently;
12  correct?
13    A    Yes.
14    Q    And which of these transactions on
15  table one fall into that group of comparables?
16    A    You know, it's interesting.  I -- I
17  can't tell you with a hundred percent accuracy.  In
18  fact, in the -- I've -- I've -- I've asked to get --
19  to extend this so that I -- I can know that.
20  Offhand, I can tell you that at the bottom of the
21  list, three airlines that were not flying.  I
22  believe Frontier was not flying in the
23  Continental/Frontier.  This is, I think, what we
24  call the first Frontier.  There are two Frontier
25  Airlines during the period.  So Continental/Frontier

64

1  was not flying.  Midwest, I think, was not flying
2  when it was -- did the deal with Republic.  And
3  Links was not flying when it did the deal with
4  Republic.  So that those are clearly in category B.
5     Q    A/B?
6     A    They are B -- they are B airlines.
7  Those are A/B mergers.
8        Which of the rest have that -- are in that
9  category, I can't be sure.
10    Q    And then you -- you have a third
11  category in your report which you illustrate giving
12  an example of airlines E and F --
13    A    Right.
14    Q    -- where -- I will paraphrase, but I
15  think you say both airlines are financially healthy.
16  Which of these transactions falls within that
17  category?
18    A    I can get you that information.  I
19  don't have that -- I don't have that in the report.
20    Q    Okay.  Will you get -- will you get
21  that information?
22    A    Absolutely.  In fact, I've already
23  asked for it.
24    Q    And -- and will you provide it to us?
25    A    Yes.

16  (Pages 61 to 64)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

65

1    Q    As you sit here today, can you give me
2  your -- your best effort to identify transactions
3  that fall within that category?
4    A    No. I mean, I -- I -- my best effort
5  is, I can't -- I really don't know enough to tell
6  you that.
7    Q    What category does the Alaska/Great
8  Northern transaction fall into?
9    A    I just answered, I don't know.
10   Q    So beyond what you've told me, can you
11 tell me anything else about which categories these
12 transactions should fall into?
13   A    No. I mean, well, I can say the first
14 Air Canada/Canadian, which is not checked off
15 because it is listed twice, is in the comparison
16 group, in the comparison group using the minus
17 .153 rather than the minus 0 -- minus 0.028. That's
18 all. But, beyond that, I -- I don't want to
19 misrepresent anything, so I think it would be best
20 if I waited until I could get you that information.
21   Q    Okay. When do you expect to get that
22 information? Today?
23   A    I hope so. But I can't be sure.
24         (Farber-12 Congressional hearing
25    transcript marked for identification.)

66

1  BY MR. TOAL:
2    Q    Let me show you a document I have
3  marked as Farber Exhibit-12. And I think you've
4  testified previously that you hadn't read any of the
5  congressional testimony concerning this transaction;
6  is that correct?
7    A    That's correct.
8    Q    Okay. So you see this is dated
9  February 1, 2001?
10   A    Yes.
11   Q    And this is a hearing concerning the
12 effects of the American Airlines/TWA transaction and
13 other airline industry consolidation on competition
14 and the consumer. Do you see that?
15   A    Yes.
16   Q    Let me direct your attention to page
17 seven of this transcript of this hearing. This is
18 the testimony of Senator Bond. Do you know who he
19 is?
20   A    I know the name. Only through the
21 so-called Bond amendment.
22   Q    Okay. So it indicates on page five --
23      MR. PRESS: Distinguished senator from
24 Missouri.
25      THE WITNESS: Yes, I see that.

67

1  BY MR. TOAL:
2    Q    So if -- if I can direct your attention
3  to page seven, the bottom of the carryover paragraph
4  there referring to TWA. He says, this is an airline
5  that is going to go under and go out of business
6  unless the bankruptcy court can approve the sale,
7  referring to the sale to American Airlines.
8    A    I'm sorry, where do -- I don't see
9  where you are reading.
10   Q    Page seven?
11   A    At the very bottom?
12   Q    The bottom of the first carryover
13 paragraph --
14   A    Oh, I see.
15   Q    -- at the top of the page.
16        So it says, this is an airline that is going
17 to go under and go out of business unless the
18 bankruptcy court can approve that sale. Do you see
19 that testimony?
20   A    Yes.
21   Q    And did you consider that testimony in
22 forming your opinions?
23   A    Obviously not, since I hadn't read it.
24   Q    And is that something that would have
25 affected your analysis had you been aware of it

68

1  before you prepared the report?
2    A    I'm not even sure -- I'm not even sure.
3  Who's -- who's speaking?
4    Q    This is Senator Bond.
5        MR. PRESS: Where -- where are you
6  reading? That's not Senator Bond.
7  BY MR. TOAL:
8    Q    It is the statement of the Honorable
9  Christopher S. Bond, US Senator from Missouri.
10       So knowing that this is a statement from
11 Senator Bond, if you had been aware of this
12 statement at the time you prepared your report,
13 would it have affected your analysis?
14   A    No.
15   Q    Okay. Below that he says, right now
16 TWA is a debtor in possession, and had it not been
17 for an infusion of cash, referring to the debtor in
18 possession financing provided by American Airlines,
19 they would have been out of business. Do you see
20 that?
21   A    Yes.
22   Q    And had you been aware of this
23 testimony at the time you prepared your report,
24 would it have affected your analysis?
25   A    No.

17 (Pages 65 to 68)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

69

1    Q    Why not?  This is a contemporaneous
2 statement indicating about this transaction TWA is
3 expected to go out of business.
4    A    I will -- I mean, this is a senator
5 making a political point in a hearing.  It is not an
6 expert.  It is not -- you know, I wouldn't believe
7 the negotiators in a negotiation.  I'm not sure I'll
8 believe a US senator trying to get some -- some --
9 I'm not even sure what he is looking for here.  But
10 I'm not even sure why the hearing's happening.  So I
11 just don't know what the agenda is, and I -- I tend
12 not to take statements like this -- political
13 statements like this at face value.
14    Q    And you are saying this is a political
15 statement because it is made by a senator?
16    A    I don't know anything about -- this is
17 -- you put this in front of me.  It is -- it's a
18 hearing in Congress, in the US Senate.  I don't
19 really know why they were having a hearing.  I don't
20 know what the agenda is.  I don't know what policy
21 they want passed.  So I have no way of putting this
22 in any context that I can make sense of.
23    Q    Okay.  So nothing -- nothing said in
24 this hearing by Senator Bond would have had --
25 concerning TWA's financial condition and the

70

1 likelihood it would go out of business absent this
2 transaction, would have any effect on your analysis;
3 is that correct?
4    A    Correct.
5    Q    All right.  Turn to page 15 of this
6 transcript.  So if you flip back to page 14, you
7 will see this is a statement of the Honorable
8 Gregory W. Meeks, US representative from New York.
9 Do you see that?
10    A    Yeah.
11    Q    Okay.  So at the top of page 15, do you
12 see the language that says, let me be very clear,
13 without American's intervention, TWA would have shut
14 down around January 10th.  Do you see that?
15    A    Yes.
16    Q    Now, would -- if TWA had shut down on
17 or around January 10th, would that be close enough
18 in time to the -- to the date of the transaction to
19 be -- to be classified as T -- TWA ceasing operation
20 imminently?
21    A    I don't see January 10th in here.
22    Q    It's at the top of page 15.  Are you
23 looking at page 15?
24    A    No.  I'm looking at page 14.  I'm
25 sorry.

71

1    Q    So it's the first full sentence on the
2 page.
3    A    Again, let me -- let me say this.  I
4 now -- I think I saw on page 14, I think I
5 understand what the agenda is.  It is basically TWA
6 and American have agreed to merge, and the justice
7 department, as is the case, has to decide whether to
8 challenge the merger under the antitrust laws.  And
9 these are hearings where advocates for certain --
10 you know, political advocates for certain
11 constituencies are -- are urging the justice
12 department to approve the merger.  And what they are
13 doing is putting in the record their view of what
14 would have happened in order to pressure the justice
15 department into approving the merger.  I don't think
16 that is -- that's not evidence that I'm going to
17 consider here.
18    Q    Okay.  So I -- I understand your
19 position, that you don't -- you don't credit these
20 statements because you think they are made in a
21 political context; is that correct?
22    A    Yeah.
23    Q    Okay.  And my question to you is, if it
24 was the case that TWA would have shut down on or
25 around January 10th absent the American transaction,

72

1 in your view, would shutting down on January 10th
2 qualify as TWA ceasing to fly imminently?
3    A    If they would have -- what -- I'm
4 trying to decide -- I -- I don't think I know what
5 date I'm standing at and where January 10th is
6 relative to where I am.  Are you talking
7 January 9th?  Am I standing on January 9th and
8 asking whether a shutdown on January 10th is
9 imminent?  Yes.
10    Q    You tell me.  It is your analysis.
11        MR. PRESS:  No, no.  You asked him to
12 comment on an incorrect --
13        MR. TOAL:  Is this an objection?
14        MR. PRESS:  Yes, it is.
15        MR. TOAL:  Okay.  So I take your
16 objection.
17        MR. PRESS:  I object to the form and
18 I'm urging you, just move on, Dan.  You -- you beat
19 every horse to death for the last day and a half.
20        MR. TOAL:  Is that an objection to
21 form?
22        MR. PRESS:  I'm sorry for that
23 outburst, but --
24        THE WITNESS:  Well, if I'm standing on
25 January 1st, 2009 -- I'm sorry, not 2009 -- 1999,

18  (Pages 69 to 72)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

73

1   two years before, it is not imminent.
2   BY MR. TOAL:
3       Q    So when are you -- as of what point are
4   you assessing whether TWA was expected to cease
5   flying imminently?
6       A    This would be at the date when they
7   were in negotiations with -- with the APA and ALPA
8   would be in negotiation.
9       Q    But what you are looking at is whether
10  TWA was expected to cease flying absent the
11  transaction; correct?
12      A    Yes.
13      Q    So at the time that TWA and -- the TWA
14  MEC and the APA are negotiating, the transaction has
15  already been announced; correct?
16      A    Yes.
17      Q    And did you understand that TWA was
18  receiving an infusion of DIP financing from American
19  Airlines?
20      A    Yes.
21      Q    Do you know what the magnitude of that
22  DIP financing was?
23      A    I don't recall the number offhand.
24      Q    Do you know whether TWA would have been
25  able to continue to be in operations without that

74

1   DIP financing?
2       A    I don't know.
3       Q    Did you take any steps to assess that?
4       A    No.
5       Q    So if the transaction between TWA and
6   American Airlines was announced on approximately
7   January 3rd --
8           MR. PRESS:  I mean, if you are going to
9       ask him hypotheticals, at least ask him accurate
10      hypotheticals.  Dan, you've done this over and over
11      again, and it's improper.
12          MR. TOAL:  Okay.  So when -- when do
13      you think the transaction was announced?
14          MR. PRESS:  It was announced on
15      January 9th.
16          MR. TOAL:  Okay.  Even better.
17  BY MR. TOAL:
18      Q    So if the transaction was announced on
19  January 9th, all right, if it would have been the
20  case that TWA would've shut down on or around
21  January 10th, would that qualify as ceasing
22  operations imminently?
23      A    Yes.
24          (Farber-13   April 2nd, 2001 decision
25      from the United States Bankruptcy Court,

75

1       District of Delaware marked for
2       identification.)
3   BY MR. TOAL:
4       Q    I show you a document that I'm going to
5   mark as Farber Exhibit-13.
6       I mark as Farber Exhibit-13, an April 2nd,
7   2001 decision from the United States Bankruptcy
8   Court, District of Delaware.
9       I believe you testified previously that you
10  hadn't -- you haven't reviewed this document; is
11  that correct?
12      A    That's correct.
13      Q    Let me direct your attention to page
14  five, paragraph five of this decision.
15      Do you see that paragraph five says, in their
16  effort to find a strategic partner, TWA and
17  Rothschild approached more than seven airlines
18  including Delta, Continental, United and USAir.  As
19  of January 2nd, 2001, none of these airlines was
20  prepared to acquire the broad base of TWA's assets
21  or to preserve the company as a going concern.  Do
22  you see that?
23      A    Yes.
24      Q    Is that something you were aware of
25  when preparing your analysis?

76

1       A    No.
2       Q    Had you been aware of that, would that
3   have affected your results?
4       A    No.
5       Q    Okay.  Take a look at paragraph 17.
6       So you see paragraph 17 says that neither
7   American nor TWA contrived an emergency.  Before
8   negotiating the asset purchase agreement, TWA ended
9   the year 2000 with 100 million in cash, which TWA's
10  testimony established was 50 to 100 million less
11  than TWA needed to survive its winter season.  TWA's
12  approximate cash balance on January 10, 2001, was 20
13  to 30 million, and TWA needed 40 million to fund its
14  operations the next day.  As its Chapter 11 case
15  progressed, TWA had and continues to have a cash
16  burn rate of $3 million per day.
17      Had you been aware of that testimony -- had
18  you been aware of that finding prior to preparation
19  of your report, would that have affected your
20  analysis?
21      A    I don't understand the paragraph.  It
22  says that they had 20 to 30 million.  They needed
23  40 million for the next day, and then it says they
24  burn cash at 3 million a day.  How do you -- I don't
25  see how that squares up.

19  (Pages 73 to 76)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

77

1    Q    So I take it that the 3 million is an
2  average burn rate, but they have particular
3  obligations on particular days.
4    A    I don't know.
5    Q    Okay.  In any event, is this
6  information you were aware of when you were
7  preparing your report?
8    A    No.
9    Q    Had you been aware of this information,
10  would it have affected your analysis?
11    A    No.
12    Q    Would it have affected your view of
13  whether TWA was expected to cease flying imminently?
14    A    I don't know.  I would have to study
15  that.
16    Q    Okay.  Is it possible that it would
17  have affected your analysis of whether TWA was
18  expected to cease flying imminently?
19    A    I would have to look and see if there
20  is other sources that they have got for funds.
21  It's -- it's not -- again, it is not the kind of
22  information I was considering.
23    Q    Well, you were -- you were considering
24  whether TWA was expected to cease flying imminently;
25  correct?

78

1    A    Yes, and I told you how I established
2  that.
3    Q    Okay.  Take a look at the second
4  sentence in paragraph 18.  See that it says, TWA
5  leases approximately 97 percent of its 180 aircraft?
6    A    Yes.
7    Q    Were you aware of that?
8    MR. PRESS:  I -- I'm going to object to
9  these questions.  You are -- you are cherrypicking
10  things out of an order.  And you haven't given the
11  witness an opportunity to read the entire order
12  which would give a fair context of what the judge
13  has said here.  And this is an improper use of this
14  document, it is unfair to the witness, and I object.
15  Go ahead.
16  BY MR. TOAL:
17    Q    Were you -- were you aware of that
18  information?
19    A    No.
20    Q    Would that have affected your analysis?
21    A    No.
22    Q    Okay.  It goes on to say, it, referring
23  to TWA, had to complete the auction and sale process
24  no later than March 12, 2001, to avoid the very real
25  prospect of having its fleet grounded by the section

79

1  1110 lessors.  Do you see that?
2    A    Yes.
3    Q    Do you know what section 1110 lessors
4  are?
5    A    No.
6    Q    Were you aware that TWA faced the
7  prospect of having its fleet grounded in March --
8  March 12th, 2001?
9    A    No.
10    Q    Is that something that might have
11  affected your analysis of whether TWA was expected
12  to cease operations imminently?
13    MR. PRESS:  Again, I object to the
14  forms of these questions.  You are mischaracterizing
15  this order completely.
16    THE WITNESS:  No.
17    MR. TOAL:  You will have an opportunity
18  to redirect if you think I've said anything --
19    MR. PRESS:  No.  It is your obligation
20  to ask fair questions of witnesses and you are not.
21    MR. TOAL:  I disagree.
22  BY MR. TOAL:
23    Q    Take a look at paragraph 20.  Do you
24  see paragraph 20 says, TWA had no other strategic
25  transaction available to it and had no other offer

80

1  for value to which it could turn, nor could TWA rely
2  on its self-help plan because TWA was unable to
3  procure adequate capital infusion to implement that
4  plan.  Its only alternative was a free fall Chapter
5  11 filing of the highlight denoted by piecemeal
6  liquidation of the enterprise.
7    Do you see that?
8    A    Yes.
9    Q    Is that information that you were aware
10  of when you prepared your report?
11    A    Yes.
12    MR. PRESS:  Object to the form of the
13  question.  Assumes facts not in evidence.
14  BY MR. TOAL:
15    Q    Is that something that might have
16  affected your analysis had you been aware of it?
17    A    I can't tell you unless I -- without
18  understanding more of the context of the whole,
19  entire document here.
20    Q    You understand that a piecemeal
21  liquidation of TWA would have been equivalent of TWA
22  ceasing to fly?
23    A    Yes.
24    (Farber-14  Rough copy of the
25  transcript of Bill Compton marked for

20  (Pages 77 to 80)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

81

1    identification.)
2        MR. TOAL:  Let me mark as Farber
3    Exhibit-14, a rough copy of the transcript of the
4    deposition of Bill Compton.
5    BY MR. TOAL:
6        Q    Is this something you've seen before
7    today?
8        A    No.
9        Q    And you know who Bill Compton is?
10       A    No.
11       Q    Bill Compton was the CEO of TWA at the
12   time of the transaction with American Airlines.
13   Does that refresh your recollection?
14       A    No.  I -- I never knew who the CEO of
15   TWA was.
16       Q    Okay.  So look at page eight of this
17   transcript.  Take a look at page 14 -- line 14.
18   You see the questions asked, as of 1999 when
19   you became the CEO of TWA, can you describe the
20   airline's competitive position within the industry?
21   And the answer is, in 1999?  The question is, yes.
22   And the answer is, it was not good.  And the
23   question is, why is that?  And the answer is, TWA,
24   if you go back from the year 2000, hadn't made a
25   profit in 12 years, an operating profit, any

82

1    operating profit in twelve consecutive years.  And
2    if you would go back 30 years, you might just find a
3    handful of years in which TWA earned an operating
4    profit.  TWA was unsuccessful for not only that year
5    and a few years before that, but for decades.  Do
6    you see that?
7        A    Yes.
8        Q    Is that information that you were aware
9    of when you prepared your report?
10       A    No.
11       Q    Is that information that, had you been
12   aware of, might have affected your analysis?
13       A    No.
14       Q    Why not?
15       A    This isn't the kind of analysis I did.
16   I -- you've asked me this morning several times,
17   more than several times, whether I've considered the
18   financial details of TWA, and I haven't.  That's not
19   how I -- I -- I -- I did my analysis.
20       Q    Is it your testimony that the history
21   of profitability of TWA wouldn't have any bearing on
22   whether it was expected to cease flying in January
23   of 2001?
24       A    I'm saying based on my analysis, it
25   didn't -- I concluded that it didn't appear to me

83

1    that TWA was going to cease flying imminently.
2        Q    And my question is whether the history
3    of profitability of TWA would be expected to have
4    any bearing on whether TWA was expected to cease
5    flying imminently as of January 2001?
6        A    Not in the analysis I did, no.
7        Q    What about in the real world?
8        A    This is a real world.  I did a real
9    world analysis of a particular kind.  In a different
10   kind of analysis, someone else might consider that.
11   I didn't.
12       Q    Take a look at page 21 of this
13   transcript.
14   And with respect to the analysis that you did,
15   the factor that you focused on was whether there was
16   a output free fall, correct, in determining whether
17   TWA was expected to cease flying imminently?
18       A    I didn't see the size of their
19   operations.  I didn't look at their financials.  I
20   didn't see signs in their operations.  That's all.
21       Q    And the factor that you focused on was
22   whether there was an output free fall; correct?
23       A    Uh-huh.
24       Q    I'm sorry.  Did you answer that last
25   question?

84

1        A    You asked me did the factor that I
2    didn't consider --
3        Q    I asked you if the factor that you
4    focused on in your analysis was whether there was an
5    output free fall.
6        A    Yeah, uh-huh, yes.
7        Q    Okay.  So on page 21 of this
8    transcript, if you take a look at line nine, you see
9    it says, you said that TWA's third bankruptcy filing
10   was in January of 2001; is that right?  The answer
11   is, yes.  The question is, as -- and as CEO, do you
12   have an understanding of TWA's financial condition
13   at the time of the third bankruptcy filing?  And the
14   answer is, I did.  The question is, how would you
15   describe it?  And the answer is, it was worse than
16   not good.  It was bad.  TWA was -- TWA was going to
17   liquidate within days without a deal.  Do you see
18   that testimony?
19       A    Yes.
20       Q    Now, would that have affected your
21   analysis if you had been aware of this testimony
22   prior to preparing your report?
23           MR. PRESS:  I object to the form of the
24   question.  Assumes facts.
25           THE WITNESS:  Perhaps, it would.

21  (Pages 81 to 84)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

85

BY MR. TOAL:

1   Q    In what way?
2   A    Well, it would lead me to believe that
3   perhaps -- perhaps TWA, I don't know if they were
4   going to be able to find another suitor, but it
5   would make it somewhat more likely that they would
6   cease operations soon.
7   Q    Then the testimony goes on to say, what
8   is the basis for your understanding that TWA was
9   going to liquidate within days without a deal?  And
10  the answer is, a major issue was that we had an
11  accounts receivable fund coming due that I
12  believe -- I could be off by a week, but I believe
13  it was due on January 10, 2001, and it was a hundred
14  million bill that we owed.  And in early January,
15  TWA's total cash, total available cash was
16  20 million.  Put that in perspective, TWA was a
17  company that on average had expenditures of
18  10 million a day some days it was, of course, as an
19  average.  Some days it could be 30 million in a day,
20  and the next day it would be one million.  On
21  average, it was a company that spent 10 million a
22  day in expenses.  So TWA had approximately
23  20 million in cash, we owed a hundred million, we
24  had negative cash flow, so it was not a good

86

1   situation.
2   Do you see that?
3   A    Yes.
4   Q    And if you had been aware of that
5   testimony prior to preparing your report, might that
6   have affected your analysis about whether TWA is
7   expected to cease flying imminently?
8   A    It was something I would have
9   considered.  There is more information that's
10  needed.  I don't know what TWA's revenue per day is,
11  for example.  This is all about expenditures and
12  available cash.  It is not about the revenues.
13  MR. PRESS:  And it impeaches the
14  judge's supposed finding.
15  MR. TOAL:  That's an objection, Allen?
16  MR. PRESS:  Yes.  I object to the use
17  of these documents.  I mean, you are asking him to
18  assume facts that aren't true, and I do object to
19  this, Dan, but go ahead and ask your question.
20  MR. TOAL:  That sounds more like a
21  speech than an objection.
22  MR. PRESS:  Yeah.  Call it what you
23  want.
24  BY MR. TOAL:
25  Q    Professor Farber, if -- if it was true

87

1   that TWA was going to liquidate within days without
2   a deal, would that have led you to categorize TWA as
3   being comparable to the airlines that were
4   equivalent to airline B in your example from your
5   report?
6   A    I don't know.  I -- TWA, again, was
7   still flying.  They were still flying a full
8   schedule which differentiates them quite
9   dramatically from the other airlines in category B,
10  most -- most of which were not flying at all.  TWA
11  was still flying.
12  Q    Your category B, Professor, is airlines
13  that either had ceased flying or were expected to
14  cease flying imminently; correct?
15  A    Yes.
16  Q    And if it's true that as of the time of
17  the transaction that, absent the transaction, TWA
18  was going to liquidate within days, would that
19  qualify as being expected to cease flying
20  imminently?
21  A    I'm telling you that my reading of the
22  record was that there were other options for TWA,
23  and it wasn't clear to me that they were going to
24  cease flying imminently.
25  Q    I understand, but I'm asking you to

88

1   assume that this testimony is true.  You don't have
2   to agree with that.  I'm just asking you to make an
3   assumption.
4   A    Well, the assumption is not about the
5   testimony.  You are asking me to agree that TWA
6   would have stopped flying the next day, and the
7   answer is, if TWA would have been expected to stop
8   flying the next day, I would have had to classify
9   that as imminently ceasing flying.
10  Q    Which would be equivalent to the
11  airline B in your example; correct?
12  A    Yes.
13  Q    And on your chart, and on table one,
14  the acquired airlines that you've indicated are
15  comparable to airline B in your hypothetical are
16  Frontier, Midwest and Links; correct?
17  A    But there is more.  There is some --
18  for example, I believe Delta/Northwest.  Again, I --
19  remember, I don't have in front of me the
20  classification of all of them.  I remember the three
21  at the bottom that weren't flying at all, but there
22  is also some near to the top that are higher up that
23  are in that category.
24  Q    Okay.  So -- but the ones that you
25  identified, that you were able to identify earlier

22  (Pages 85 to 88)

cffad74d-c928-49b6-9f21-6719b4a706af

**89**

1  today, were Frontier --
2      A    Well, but that's -- I should not have
3  done that without the full list in front of me
4  because it is not fair to just pick the ones at the
5  bottom and say, yeah, they are in that category
6  because there are others throughout the list that
7  are in that category, as well.
8      Q    You believe that Northwest was an
9  airline that had ceased flying --
10     A    No, no.  I -- I say -- I'm not
11 saying -- I have to get -- let me stop talking about
12 specifics and tell you, I will get you, either today
13 or soon, a list that tells you which of these are in
14 which category.  And from there, what you can do is
15 ask what would be the effect on the list of
16 moving -- you can have your people do that.
17     Q    Have you done that analysis --
18     A    No.
19     Q    -- of what would the effect be on the
20 list if you had categorized TWA as an airline that
21 was expected to cease flying?
22     A    No.  No.  I've never done that.
23     Q    So with regard to your knowledge about
24 TWA's financial condition prior to the American
25 Airlines transaction, do you know anything about

**90**

1  what -- what TWA's level of profitability was at the
2  time?
3      A    No.
4      Q    Do you know anything about its
5  profitability trends?
6      A    No.
7      Q    Do you know anything about its yields
8  at the time?
9      A    No.  Yields?  I'm sorry.  I don't
10 understand the question.  What yields?
11     Q    Do you know anything about any of its
12 yields, its yields on operations?
13     A    What's a yield?
14     Q    Are there certain yields with regard to
15 TWA that you knew about?
16     A    Define yield for me, please.
17     Q    Do you know if there are any pilots who
18 had been furloughed from TWA at the time of the
19 transaction?
20     A    No.
21     Q    Do you know when TWA had most recently
22 hired pilots before the transaction?
23     A    I don't know the precise date, but I
24 believe there were some that were hired reasonably
25 close to the date of acquisition.

**91**

1      Q    And just on order of magnitude, how
2  recently do you understand pilots --
3      A    Months.  Months, I think, but I could
4  be misremembering the scenario.
5      Q    Did you assess whether any pilots that
6  were hired were hired to replace retiring pilots?
7      A    No.
8      Q    Did you assess whether the number of
9  pilots who were hired were more or less than the
10 number of pilots who were retiring or leaving the
11 company?
12     A    No.
13     Q    Do you know anything about whether TWA
14 had unencumbered assets?
15     A    No.
16     Q    Do you know anything about whether TWA
17 had untapped lines of credit?
18     A    No.
19     Q    So beyond the transactions that are
20 listed on -- in your table one in your report, your
21 backup materials by -- by my count had arbitration
22 decisions for an additional ten transactions.
23     A    Okay.
24     Q    Is that consistent with your
25 recollection?

**92**

1      A    I don't have a specific numerical
2  recollection.
3      Q    Do you know why those transactions are
4  not included on table one?
5      A    Lack of information.
6      Q    Do you know which information was
7  lacking in those situations?
8      A    No.
9      Q    Did you have enough information in
10 those situations to calculate a proportional
11 difference in mean rank?
12     A    I don't know.
13     Q    One of the transactions on your table
14 one is Texas International and Continental; correct?
15     A    Yes.
16     Q    And in that transaction, Texas
17 International, although it is a smaller airline, was
18 the acquiring airline; correct?
19     A    Correct.
20     Q    And you -- you actually used that
21 transaction as establishing your lower bound for
22 what an alternative seniority integration list would
23 have looked like in this case; correct?
24     A    Uh-huh.
25     Q    So here you calculated a proportional

23 (Pages 89 to 92)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

93

1  difference of mean rank of minus .249.  Do you see
2  that?
3      A    Yes.
4      Q    And your calculation in this case for
5  an alternative seniority list should have looked
6  like, for TWA, uses a proportional difference in
7  mean rank of minus .15; correct?
8      A    Repeat the question, please.
9      Q    Yeah.  The question is, in your best
10 estimate of what an alternative seniority list
11 should have looked like in this case, but for this
12 alleged breach of the duty of fair representation by
13 ALPA, you assumed that the but-for seniority list
14 should have a proportional difference in mean rank
15 of .15; correct?
16     A    My estimate of the -- of the
17 proportional difference in mean ranks on the
18 but-for list -- my estimate of the proportional
19 difference in reason ranks on the but-for seniority
20 list was about minus .15.
21     Q    And so your estimate concludes that the
22 TWA pilots should have done relatively better than
23 the Continental pilots in the -- their transaction
24 with Texas International; correct?
25     A    Yes.

94

1      Q    And did you, in making that conclusion,
2  compare the promotional opportunities for
3  Continental pilots compared to promotional
4  opportunities for TWA pilots?
5      A    No.
6      Q    Did you compare how many domiciles TWA
7  had relative to Continental?
8      A    No.
9      Q    Did you compare how many pilots TWA
10 had -- TWA had relative to Continental?
11     A    No.
12     Q    Did you compare how much long-range
13 flying TWA pilots did compared to Continental
14 pilots?
15     A    No.
16     Q    Did you compare the number of large,
17 wide body aircraft that Continental pilots operated
18 relative to the number of large, wide body aircraft
19 that TWA pilots operated?
20     A    No.
21     Q    Did you compare the pay differentials
22 between TWA and American Airlines relative to pay
23 differentials between Continental and Texas
24 International?
25     A    No.

95

1      Q    Do you recall in the arbitration
2  decision concerning Texas International and
3  Continental regarding seniority integration, that
4  the arbitrator indicated that he viewed that
5  transaction as being unique?
6      A    No, I don't recall that.
7      Q    Did you personally read the arbitration
8  decision regarding Texas International and
9  Continental?
10     A    Yes, I did.
11     Q    Do you -- in reviewing the arbitration
12 decisions, do you recall that a number of the
13 arbitration decisions say that all seniority
14 integrations are heavily dependent on the particular
15 facts of those cases?
16     A    Yes.
17     Q    Is that a proposition with which you
18 agree?
19     A    I agree that facts are important.
20     Q    Do you agree that these arbitration
21 resolutions concerning seniority integration tend to
22 be heavily fact dependent?
23     A    Yes.
24     Q    Now, do you recall that when
25 Continental was acquired, that it was acquired

96

1  through a hostile takeover?
2      A    Yes.
3      Q    Do you recall any indication in the
4  arbitration decision that Continental was in a
5  weakened financial condition?
6      A    I don't recall the specifics.
7      Q    So as you sit here today, do you have
8  any recollection of Continental being in a weakened
9  financial position?
10     A    As -- I said, I -- I would have to
11 look again at the report.
12     Q    I'm just asking, as you sit here today,
13 do you have a recollection of whether or not
14 Continental was in a weakened financial position?
15     A    Well, I have a recollection based on
16 the fact that it is categorized as a type D air -- a
17 type C/D merger, which means that the acquired
18 airline was in somewhat weakened financial
19 condition.
20     Q    Do you have any recollection about
21 whether Continental was in need of a transaction in
22 order to continue operations?
23     A    I don't recollect the details.
24     **MR. TOAL:  I will mark as Farber**
25 **Exhibit-15, a copy of the arbitration decision**

24  (Pages 93 to 96)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

97

1  concerning Continental Airlines and Texas
2  International.
3          (Farber-15  Copy of the arbitration
4      decision concerning Continental Airlines and
5      Texas International marked for
6      identification.)
7  BY MR. TOAL:
8      Q    Is this a document you've seen before,
9  Professor Farber?
10     A    Yes.
11     Q    Have you reviewed this personally?
12     A    Yes.
13     Q    Did you read it in its entirety?
14     A    Yes.  Perhaps not with as much care as
15 I might have, but I did read it, yes.
16     Q    Okay.  So if I could direct your
17 attention to page 42 of the decision.  Do you see
18 that there is a -- a B halfway down the page?
19     A    Yes.
20     Q    Okay.  So do you see that it says,
21 after B, the two pilot groups had different job
22 expectations and equities absent merger?
23     A    Yes.
24     Q    And do you see the abbreviation CAL
25 pilots here?

98

1      A    Yes.
2      Q    Do you know what CAL stands for?
3      A    Yes.
4      Q    What is that?
5      A    Continental Airlines.
6      Q    Okay.  So it says, the CAL pilots
7  started as second officers but (assuming survival of
8  the carrier) had more long-term promotional
9  opportunities, a wider range of domiciles from which
10 to select, better collective bargaining agreements,
11 bigger aircraft, more long-range international
12 flying, and higher pay potential than did TXI
13 pilots.  Do you see that?
14     A    Yes.
15     Q    Were any of those things true of the
16 TWA pilots with respect to their transaction with
17 American Airlines?
18     A    I don't know.
19     Q    That's not something you analyzed?
20     A    No.
21     Q    And were any of those -- any of those
22 things, long-term promotional opportunities, wider
23 range of domicides, better collective bargaining
24 agreement, bigger aircrafts, more long-range
25 international flying, higher pay potential, relevant

99

1  to the analysis that you did?
2      A    No.
3      Q    And more particularly, were they
4  relevant to the analysis you did -- well, withdrawn.
5      Is it your view that the TWA pilots had better
6  long-term promotional opportunities than the
7  American Airlines pilots prior to the transaction?
8      A    I have no view.
9      Q    No view one way or the other?
10     A    Correct.
11         (Farber-16  Copy of the arbitration
12     decision regarding the Federal Express/Flying
13     Tigers marked for identification.)
14         MR. TOAL:  I'm going to mark as Farber
15 Exhibit-16, a copy of the arbitration decision from
16 the Federal Express Flying Tigers decision.
17 BY MR. TOAL:
18     Q    Is this a document you've seen before,
19 Professor Farber?
20     A    Yes.
21     Q    Did you personally review this?
22     A    Yes.
23     Q    Did you read this in its entirety?
24     A    Yes.
25     Q    This is the transaction that you used

100

1  as the upper bound in your list of comparables;
2  correct?
3      A    Yes.
4      Q    Let me ask you to take a look at page
5  3758, using the numbers at the bottom of the page,
6  the bottom right.
7      The last full paragraph at the bottom of the
8  page, do you see it says, based on this record, it's
9  evident enough that Tiger is not a failing carrier
10 as that term is commonly understood.  It is equally
11 evident, however, that it was not markedly robust,
12 nor the beneficiary of a sustained period of
13 wellbeing.  Do you see that testimony?
14     A    Yes.
15     Q    Okay.  Is that consistent with your
16 understanding?
17     A    Yes.
18     Q    And in this transaction, Tiger is the
19 acquired carrier; correct?
20     A    Correct.
21     Q    Now, carry over to page 29.
22     Do you see the first full sentence on the page
23 says, nevertheless, talking about arbitrators, they
24 have taken into account the benefits, monetary and
25 otherwise, that pilots of a weaker carrier attain by

25  (Pages 97 to 100)

HENRY FARBER

101

1    virtue of a merger with one -- one more stable, even
2    when, as here, it cannot be said that the more
3    stable actually rescued the other from imminent
4    demise.  Do you see that?
5        A    Yes.
6        Q    Do you understand that in this
7    transaction Tiger was not at risk, at least in the
8    arbitrator's view of an imminent demise?
9        A    Yes.
10       Q    And then the following sentence says,
11   at the time of the merger, Tiger was experiencing
12   record profits and generally improving its yields
13   and margins, though both of the latter had dropped
14   somewhat from 1987 to 1988.  Do you see that?
15       A    Yes.
16       Q    And according to your chart, the year
17   of the -- the year of this transaction was 1989;
18   correct?
19       A    Yes.
20       Q    So at the time of the transaction
21   between American Airlines and TWA, was TWA
22   experiencing record profits?
23       A    No.
24       Q    At the time of the transaction with
25   American Airlines, was TWA a failing carrier?

102

1        A    I don't know -- I don't know how to
2    answer that question.  It was certainly not in good
3    financial shape.
4        Q    Did you view it, based on the analysis
5    that you conducted, as failing?
6        A    I -- I don't -- I don't know how to use
7    the term failing here.  Let's think about an action.
8    As -- as I said, I categorized it as an airline that
9    was not going to fail imminently.  So maybe it is
10   not failing.  It was weak.  Quite weak.  Weaker
11   apparently than Flying Tiger.
12       Q    And what's the rationale for including
13   Tiger and TWA in the same category even though TWA
14   was weaker financially than Tiger?
15       A    It's -- every -- it's certainly the
16   case that in the comparison group there are airlines
17   that differ in various ways and that's the nature
18   of -- of using an average.  Sometimes it goes one
19   way and sometimes it goes the other.  That's why
20   there's an upper bound and a lower bound.  The
21   rationale here is that, yes, TWA was weaker than
22   Flying Tiger, but the arbitrator noted that Flying
23   Tiger was not in great financial shape.  You read
24   that to me just a minute ago.  I can read it back to
25   you.

103

1        It is equally -- equally evident, however,
2    that it was not markedly robust nor the beneficiary
3    of a sustained period of wellbeing.  That, to me,
4    said, gee, they are not in great financial shape,
5    but they are okay.  They are not going to fail
6    tomorrow.  And that was point number one in
7    including this merger in the comparison group.
8    That's one of the two features that we used.
9        Q    You considered creating other
10   categories concerning the financial condition of the
11   acquired carrier?
12       A    No.
13       Q    Why not?
14       A    Well, I thought about how I might do
15   it, and I thought of one that made sense.  I
16   realized, number one, I couldn't have too many
17   categories because I don't have that many mergers
18   that I can do a calculation on.  That was probably
19   the main thing.  You know, again, if I had 3,000
20   mergers, I could have done a much more nuanced
21   statistical analysis.  You would have needed
22   Dr. Halpern here today to help you with that.
23       But we didn't have that many -- we didn't have
24   that many mergers, so I knew I needed to have a
25   limited number of categories.  I wanted to capture

104

1    what I considered, you know, after reading -- I
2    started by reading a range of arbitration reports,
3    saying, what are the arbitrators talking about?
4    What are they sensitive to?  And how do I capture
5    that in a limited number of categories?  And as a
6    result, I said, well, gee, there are really bad and
7    really good in the middle.  TWA appears to be in the
8    middle.  There is a fair number, I guess seven in
9    the middle, and that's how I went from there.
10       Q    Well, why couldn't you have decided
11   that in order to have truly comparable airlines
12   within each grouping, you needed to have a greater
13   number of categories?
14       A    Because I couldn't -- the analysis
15   can't support a greater number of categories because
16   there wouldn't be enough -- are there any other
17   mergers that look exactly like TWA?  No.  So if I --
18   you know, at the other extreme, it's -- it's -- you
19   know, if every arbitration is pseudo generous, and
20   you can't learn anything from anything else, then
21   there is one basis on which to make a calculation.
22       What -- you know, what we do is use a
23   generally accepted technique to create a comparison
24   group, take the average of the comparison group,
25   which then tends to net out the differences one way

26 (Pages 101 to 104)

DEGNAN & BATEMAN
(856) 232-7400

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

105

1  or the other.  You know, like a fat person and a
2  skinny person, you average them and you get an
3  average person.  You know, a really healthy airline,
4  a somewhat weaker airline, you get an average
5  airline.  And you take that average, and -- and there
6  is more than one factor so there is not just a
7  financial health.
8       There is also the value they bring to the
9  merger.  Those are all related to things like career
10 expectations.  There was no benefit with the data
11 available to have a larger number of categories.  In
12 fact, it would have resulted probably in a less
13 precise estimate.
14      Q    But you could have concluded that in
15 order to create categories with comparable airlines,
16 I need to have a certain number.  And if that number
17 prevented you from doing an average, you could have
18 stated that as your conclusion; correct?
19      A    It could have, but I felt I could make
20 it come up with a credible estimate in three
21 categories.
22      Q    And if you -- would you agree with me
23 that if you have a category with dissimilar
24 airlines, that the average is not going to be
25 predictive of the results of any future transaction

106

1  within that category?
2       A    No.
3       Q    And when you talked about a generally
4  accepted methodology, what methodology were you
5  referring to?
6       A    It was something we talked about
7  yesterday, with the idea that when there is some --
8  some -- I will call it some -- I will call it a bad
9  act, discrimination or something.  What you want to
10 ask is, what would have happened absent some
11 particular act?  You have to observe what the
12 outcome would have been in the situation where there
13 wasn't the allegation that there was a particular
14 action.
15      In this case, it was the duty -- it was the
16 shirking by ALPA of their duty of fair
17 representation with a breach.  In more legal terms,
18 the breach of the duty of fair representation.  So I
19 found arbitrations that looked similar, just like I
20 would find people doing similar work in an
21 environment that is non-discriminatory, and I would
22 look at the pay of -- of people from that situation,
23 and compare it to the pay in the situation where
24 there has been the -- the discrimination.
25      And in this case I looked at arbitration

107

1  outcomes and cases where there hadn't been an
2  allegation of breach of -- there hadn't been any
3  breach of the duty of fair representation, and said
4  we understand each case is a little bit different.
5  That's why we look at an average.  And what we get
6  from the average, it says, you know, other things
7  equal, it's just basically saying that sometimes
8  it's higher and sometimes it's lower, and on average
9  we get it right.  This is, you know, this is a
10 commonly accepted way of doing what's called --
11 doing what's called evaluation in -- in empirical
12 economics.  Not just in labor economics, but in
13 other areas of economics.
14      Q    So is the methodology that you were
15 referring to, the calculation of proportional
16 difference in mean ranks?
17      A    No.  No.  The -- I'm taking it -- I'm
18 taking the big picture and saying how is Professor
19 Farber approaching this problem?  What he is doing
20 is he is saying, look.  We have a situation where
21 ALPA breached their duty of fair representation.  We
22 need a scientifically accepted method.  We need a
23 reliable method to come up with an estimate of what
24 would have happened in that case absent the breach
25 of duty of fair representation.  The -- the way --

108

1  the way an economist would look at this would be to
2  say, we need to find situations where there was not
3  a breach of the duty of fair representation,
4  situations that on average are similar.  The key is
5  on average.  No two situations are exactly
6  identical.
7       So, on average, I -- I -- I've taken
8  essentially a sample of cases like that, the ones I
9  can find.  They weren't chosen to be one way or the
10 other.  They were simply chosen because they met the
11 criteria I laid out to make them in the broadest
12 terms similar to the TWA case.  And you can go
13 through the record and say this one is a little bit
14 different that way.  That one is a little bit
15 different the other way.  But, on average, that's
16 what you get.  And that's -- that's the
17 scientifically accepted way of doing this.
18      Q    Just to be clear, what you have done
19 here is not a scientifically accepted method for
20 predicting the result of a -- of a seniority
21 integration in the absence of a breach of a duty of
22 fair representation; correct?
23      A    When you phrase it that narrowly, no,
24 because no one has ever done that.  No one's ever
25 had call to do that before.  So that what you have

27 (Pages 105 to 108)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

109

1    to do is go to the accepted science on looking at
2    how does one calculate what happened absent a
3    certain behavior, and there is a scientifically
4    accepted way of doing it, and that's what I've done.
5        Q     And what's the name for the
6    scientifically accepted approach that you used?
7        A     What's the name for it?  I don't know
8    that I have a formal name for it.  I -- I want to
9    say it's -- I don't have a particular name for it.
10       Q     So as far as I can tell, the thing that
11   you've done here, that there is a scientific or
12   economic name for is that you calculated a
13   proportional difference in mean ranks; correct?
14       A     Well, you can calculate proportional
15   between anything you want.  What I'm saying is it's
16   -- it's -- the -- the scientific method of it is --
17   is -- has more to it than just a calculation.  It is
18   not -- you know, the calculation is the least of it.
19   The calculation took us two seconds.  You know,
20   the -- the -- the hard part is to say, how do I set
21   up what you might think of as, the phrase we use is
22   natural experiment.
23       We have a situation here where we observe an
24   outcome in the presence of a breach of the duty of
25   fair representation.  And the legitimate question to

110

1    ask is, what is the effect of this breach of duty?
2    In order to do that, I have to -- unfortunately, I
3    can't go to the alternate universe and run the
4    TWA/American transaction without the doing of the
5    job.  I can't do that.
6        So what I have to do, and this is the science
7    of it, what I have to do is come up with another set
8    of cases that in important respects are similar, but
9    obviously are always going to vary, and look at the
10   average outcome in those cases where the both units
11   did their job, and compare the outcomes.  The
12   calculation of the proportional mean difference is
13   simply the metric I use to compare the difference in
14   this world that's not tainted with the world that's
15   tainted.
16       Q     So when you are talking about what you
17   did that you think was scientifically accepted, do
18   you think the creation of the categories that you
19   developed was the product of some scientific method?
20       A     I'm saying the framework I used is the
21   product of the scientific method, and I use my
22   expertise as an economist to come up with the
23   categories that made sense given my experience doing
24   this kind of analysis, not in the litigation
25   framework particularly, but in -- in -- in my

111

1    economic work generally.
2        Q     But you've never worked in the -- on a
3    matter dealing with seniority integration before;
4    correct?
5        A     That's correct.
6        Q     And you had no experience in that area
7    before this case?
8        A     That's correct.
9        Q     And there was no science to how you
10   developed your categories; correct?
11       A     I -- I resist the term no science.  No.
12   I used my best professional judgment.
13       Q     And there -- there are no objective
14   metrics for how you developed your categories;
15   correct?
16       A     That is correct.  And one could
17   calculate alternative comparison groups based on
18   different characterizations of the data.  For
19   example, one, for example, I haven't thought about
20   this before, but one, you might say let's just
21   re-categorize groups.  Take airlines that are shut
22   down and look at them.  Take airlines that are
23   flying but in financial distress.  Take them.  Take
24   airlines that are healthy.  Take them.  That would
25   be an alternate three category view of the world.

112

1        You could take -- create -- if you really
2    wanted to go to four categories:  Airlines that are
3    shut down; airlines that are flying but could well
4    shut down soon; airlines that are flying but weak,
5    but could continue to flying; airlines that would
6    fly forever.  I don't know what effect of doing any
7    of those alternatives were, but you could do that or
8    I could do that.
9        Q     And in using a scientific method, you
10   would try and take into account other variables that
11   might account for the proportional difference in
12   mean rank that you are seeing in these transactions;
13   correct?
14       A     As I said, the -- the paucity, the
15   micronumerosity, the phrase that I used -- he always
16   likes that -- the micronumerosity that I talked
17   about yesterday means that I can't consider
18   explicitly very many different things.  The fact is
19   that things like career expectations are often
20   highly correlated with the financial condition of
21   the carrier.
22       Airlines that are weaker financially offer
23   less good career expectations to their pilots.
24   Airlines that are stronger financially tend to offer
25   stronger career expectations to pilots.  They tend

28  (Pages 109 to 112)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

---

**113**

1    to, not a hundred percent of the time. So by
2    categorizing them and using the financial condition
3    of the airline, they're in trouble, they are not in
4    trouble, like that, I'm also capturing part of the
5    career expectations. So even though I don't name
6    career expectations as something I explicitly
7    consider, it is accounted for indirectly in my
8    analysis. It is not ignored.
9        Q    Well, my question is, with respect to,
10   if your job is to isolate the impact of an alleged
11   breach of the duty of fair representation, in a
12   scientific methodology, you would want to take into
13   account all of the other explanatory variables that
14   impact the metric that you are using; correct?
15       A    Doing real science in the real world,
16   limited by the data available, we do the best
17   scientific thing we can, and you can't take account
18   of every single detail --
19       Q    So --
20       A    -- directly. Indirectly, I do account
21   for an awful lot of this.
22       Q    Well, you don't account for, for
23   instance, length of service of -- of the pilots in
24   either the acquired or the acquiring airline;
25   correct?

---

**114**

1        A    We do. That's how the seniority list
2    is constructed, based on length of service. That's
3    what the seniority list is, is length of service.
4        Q    Do you evaluate for each of the
5    transactions on your list, the extent to which the
6    proportional difference in mean rank that you see is
7    attributable to differences in seniority from the
8    acquired and the acquiring airline?
9        A    The lists I come up with preserve the
10   seniority ranking within the airlines. The
11   proportional mean difference in ranks that we
12   compute then is also based on the seniority rankings
13   of the pilots in the two airlines. So I'm really
14   not sure what else I could be doing with the
15   seniority.
16       Q    Well, your metric of proportional
17   difference in mean rank could be affected by when
18   each of the airlines in the transaction actually
19   hired pilots; correct?
20       A    No. It is not a date of hire merge.
21   It's -- it's -- it's affected entirely by the
22   ordering within airline, within origin airline of
23   the pilots is based on their date of hire. But you
24   can imagine -- let -- let -- let me give you the
25   following example that might make this clearer. I'm

---

**115**

1    trying to help you here. The following example.
2        Imagine you have two airlines merging, one of
3    which started 50 years ago and hasn't hired a pilot
4    in 30 years, so all their pilots have at least 30
5    years seniority. It's crazy numbers. The other
6    airline started ten years ago, so all their pilots
7    were hired in the last ten years. Right? Maybe I'm
8    making your case for you. I don't know.
9        Our method of merging -- and they have equal
10   numbers of pilots, and we merge them in what I'll
11   call a fair ratio. So, take one, take the next.
12   Take one, take the next. Take one, take one from
13   the next. You are going to do that in order, and
14   what's going to look -- certainly pilots from the
15   newer airlines are going to be higher -- higher on
16   the list than some -- some pilots from the new
17   airline will be higher on the list than some pilots
18   from the older airline, all of whom have more
19   seniority. Right?
20       But that's the nature of the merger of
21   seniority lists always. That's why often, when a
22   legacy airline with pilots with lots of seniority
23   are being acquired, the first thing they say is, we
24   want a date of hire merge, because that's going to
25   put them all at the top of the list. And the

---

**116**

1    arbitrators always reject that, virtually always
2    reject that.
3        Q    Have you seen cases in which
4    arbitrators take into account date of the hire in
5    constructing a merge list?
6        A    Have I seen -- frankly, there is a lot
7    of lip service paid to date of hire, but it turns
8    out, aside from ordering within the carriers, they
9    are more concerned about career expectations, and
10   financial health, and things like that.
11       Q    Well, would you agree that if an
12   arbitrator did take date of hire into consideration,
13   and the acquiring and the acquired pilots had
14   differences in their date of hire, that's -- that's
15   a factor that could influence the proportional
16   difference in mean rank between the two airlines?
17       A    If the arbitrator took into account
18   date of the hire, sure.
19       Q    What do you know about the transaction
20   between Delta and Pan Am?
21       A    I know this is one -- this is the one
22   that was not decided by an arbitration, and I
23   believe we went outside the arbitration award to try
24   to get some information on the financial health and
25   so on.

29 (Pages 113 to 116)

DEGNAN & BATEMAN
(856)  232-7400

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

117

1   Q     And do you know whether that
2   transaction involved Delta acquiring all Pan Am
3   pilots or only certain Pan Am pilots?
4        A    I don't know.  I don't recall.
5            (Farber-17  July 12, 1991 article from
6        the New York Times entitled Pan Am Agrees To
7        Sell Major Routes To Delta marked for
8        identification.)
9   BY MR. TOAL:
10       Q    Let me show you a document that I will
11  mark as Farber Exhibit-17, an article from the New
12  York Times dated July 12, 1991, entitled Pan Am
13  agrees to sell major routes to Delta.
14       Is this an article you've seen before,
15  Professor?
16       A    No.  I have not seen this -- reviewed
17  this personally, no.  Is it --
18       Q    Okay.  Let me direct your attention to
19  the beginning of this article.
20       It says, bankrupt and crippled by its failure
21  to develop a solid, domestic route, Pan Am World
22  Airways wrote an end to a saga as America's once
23  proud flight carrier by agreeing Thursday to sell
24  off its remaining premier international routes.  Do
25  you see that?

118

1        A    Yes.
2        Q    Does this refresh any recollection that
3   you have about whether the Pan Am transaction
4   involved an acquisition of substantially all of Pan
5   Am's assets or only select assets?
6        A    I -- I -- I can read this here.  I see
7   that.
8        Q    Do you have any independent knowledge
9   about whether the Pan Am transaction involved only
10  part of the airline's assets?
11       A    No.
12       Q    And with respect to the pilots that
13  were hired, do you know anything about where they
14  fell on Pan Am's seniority list?
15       A    No.
16       Q    And did you undertake any analysis to
17  try and understand whether the placement of the Pan
18  Am pilots on the integrated seniority list was
19  explained by their seniority?
20       A    Well, certainly it was explained by
21  their seniority.  I mean, because to the ordering of
22  the Pan Am pilots on the combined list is in order
23  of their seniority.
24       Q    Well, if Delta was acquiring Pan Am's
25  premier international routes and the pilots on those

119

1   routes had sufficient seniority to bid into those
2   flights, might that suggest that the Pan Am pilots
3   on any integrated list would -- would do better?
4        A    Not necessarily.  It -- it depends on
5   the nature of -- of how the lists were merged.  If
6   they were merged on a strict date-of-hire basis,
7   that would be true.  It may be true that -- and --
8   and this was the result of some negotiations.  I
9   look at this -- it is true, while it -- it is
10  somewhat mild, it is also true, on average, the Pan
11  Am pilots did worse than the Delta pilots.  That's
12  why the difference is negative on table one.  So the
13  Pan Am pilots, on average, did worse on the combined
14  seniority list.
15       Q    But you don't know the composition of
16  that group of Pan Am pilots; correct?
17       A    No.
18       Q    And you don't know whether they were --
19  if the legacy Pan Am pilots were the most senior
20  pilots or not; correct?
21       A    I don't.  That's correct.
22       Q    And you don't know whether any
23  relatively recent hires at Pan Am were part of this
24  transaction; correct?
25       A    That's correct.

120

1        Q    Paragraph 53 of your report, you say
2   that TWA was not comparable to Links, Midwest, or
3   the first Frontier because, while it was weak
4   financially, it was able to continue flying routes.
5        A    Correct.  Paragraph --
6        Q    -- 53.
7        A    53.
8        Q    And are you offering an expert opinion
9   with regard to that statement that TWA was not
10  comparable to Links, Midwest, or first Frontier?
11       A    I'm -- I'm -- I'm saying what I said
12  here.  I said TW -- it was weak financially.  It was
13  able to continue flying routes.  Yes, it was flying
14  routes.
15       Q    Is that --
16       A    That's an observation.
17       Q    That's an observation.  Is that an
18  expert opinion you are offering?
19       A    It is an observation.
20       Q    So is the answer to my question, no?
21       A    They were flying routes.  Yeah, I mean,
22  yes.  I suppose.  Maybe it is not -- I don't know --
23  I don't know if an observation is an expert opinion
24  or not.  I'm observing a fact.
25       Q    But --

30  (Pages 117 to 120)

DEGNAN & BATEMAN
(856)  232-7400

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

121

1      A    TW -- Frontier -- TWA was flying routes
2   and Links, Midwest, and Frontier were not.  Ergo,
3   they are not compatible.  Is that an expert
4   conclusion?
5      Q    Do you have any expertise in evaluating
6   whether airlines are comparable to one another in
7   terms of their financial condition?
8      A    I'm saying that I didn't say that.
9   What I was saying was --
10     Q    This is a new question.  I'm not --
11     A    Okay.
12     Q    My question is, do you have expertise
13  in evaluating whether two airlines are comparable to
14  one another in terms of their financial condition?
15          MR. PRESS:  Didn't we go through this
16  ad nauseam yesterday?  Well, the answer to that is,
17  yes, we did.  It's been asked and answered.
18          THE WITNESS:  I have expertise to know
19  whether two airlines, in general terms, are
20  comparable in financial condition.
21  BY MR. TOAL:
22     Q    And what -- what expertise do you have
23  in that area?
24     A    Well, I can -- again, I can -- I'm
25  trained as an economist.  I can -- you know, I can

122

1   read -- read -- I can read materials that are --
2   that are put in front of me, and I -- I have -- I've
3   told you the purpose to which I've put, you know,
4   that analysis, the -- the -- the rough
5   categorization of the airlines into different
6   categories.
7      Q    You mentioned the Ichan proposal as a
8   potential alternative for TWA in the event there was
9   no transaction with American Airlines; correct?
10     A    Yes.
11     Q    Do you know anything about the position
12  of the TWA pilots regarding a -- any transaction
13  involving Carl Ichan?
14     A    No.
15     Q    Are you aware that the TWA MEC passed a
16  resolution indicating that they would not
17  participate or support any transaction involving
18  Carl Ichan?
19     A    No.
20     Q    Is that relevant to your analysis?
21     A    No.
22     Q    On table one, you list a transaction
23  between Southwest and AirTran; correct?
24     A    Yes.
25     Q    And how did you categorize that

123

1   transaction?
2      A    As I said, as I sit here in front of
3   me, I don't have the categorization.
4      Q    I believe you said in your report that
5   you tended to do further research, at footnote 36 on
6   page 18.
7      A    Let me -- let me --
8      Q    Take a look at page 18.
9      A    It might say in -- the answer to your
10  previous question might be in my report.
11          What group did I put them in?
12     Q    I don't think the -- the categorization
13  is in your report, but at footnote 36 you say, I
14  have not been able to determine why former AirTran
15  pilots were placed so low on their post transaction
16  seniority list following the Southwest/AirTran
17  transaction --
18     A    Right.
19     Q    -- and will continue to research this
20  question.
21     A    Right.
22     Q    So what have you done to continue to
23  research that question?
24     A    We simply -- we -- we -- we spent some
25  time trying to search sources, various sources,

124

1   again, online and so on, to try to get more
2   information on what went on there.  We've been
3   unable to find anything to shed -- to shed light
4   on -- on -- on why that transaction looks the way it
5   does.
6      Q    Is that work you did after submitting
7   your report?
8      A    Well, as I -- as we say in the report,
9   we are continuing to look at that question, but we
10  haven't come up with anything.  So, yes, it is work
11  we've done since submitting the report, but there is
12  nothing to show for it.
13     Q    Just to be clear, you did work after
14  submitting your report to try and understand --
15     A    Yes, yes.
16     Q    Do you know how much work you did?
17     A    No, I don't.  You know, we probably
18  asked one of our guys to do it.  They put a few
19  hours in, but it is not a big -- it's not a high --
20  frankly, it -- it wasn't a high priority -- it was
21  not a high priority once the report was in.
22     Q    And is that something you are
23  continuing to pursue?
24     A    Well, I -- I don't know.
25     Q    Do you have any plans to continue to

31 (Pages 121 to 124)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

125

1   pursue that research?
2       A    No.
3       Q    Now, with respect to -- now, which of
4   the acquired airlines on table one do you understand
5   were not flying at the time of the transaction?
6           MR. PRESS:  You already asked that.  He
7   said he was going to get back to you.
8           MR. TOAL:  I -- I think I asked him
9   about categorizations which is broader than the
10  airlines that were not flying.
11          THE WITNESS:  What I volunteered to you
12  was that I knew that Republic, Links -- Republic did
13  -- Links, Midwest, and the first Frontier were not
14  flying at the time of their acquisition.  But I --
15  beyond that, I don't know about the rest of the
16  list, and -- and I can -- I will -- will send you
17  something if you -- if you -- if you want, we can
18  send you something like that.
19  BY MR. TOAL:
20      Q    Do you know anything about the
21  circumstances that led to Frontier ceasing
22  operation?
23      A    Which Frontier?  The first Frontier?
24      Q    The first Frontier that you list with
25  the Continental -- the Continental transaction.

126

1       A    Not -- not as I sit here right now.
2       Q    Do you know whether Frontier had the
3   ability to obtain financing that would have allowed
4   it to continue flying?
5       A    I'm sorry.  Say that again.
6       Q    Do you know whether Frontier had the
7   ability to obtain financing that would have allowed
8   it to continue to fly?
9       A    No, I don't.
10      Q    So take a look at paragraph 49 of your
11  report.  You say in the second sentence here, you
12  say, for example, prior to its acquisition by
13  Republic, Links was bankrupt and only flying because
14  of injections of money by Republic, and as far as
15  the arbitrator could determine, had no prospect of
16  ever being profitable.  Do you see that?
17      A    Yes.
18      Q    So does that refresh your recollection
19  that at the time of the acquisition, Links was, in
20  fact, flying?
21      A    I would have to -- I would have to
22  double check that.  I -- I was quite sure they
23  weren't flying.  So either the sentence is wrong or
24  my recollection earlier is wrong.  So I want to
25  double check that.

127

1       Q    Okay.  And isn't it true that TWA was
2   flying at the time of the transaction only because
3   of injections of money by American Airlines?
4       A    I don't know that.
5       Q    Did you make any efforts to determine
6   whether that was true?
7       A    No.
8       Q    Why not?
9       A    Just didn't.
10      Q    Now, take a look at paragraph 51 of
11  your report.  Do you see the last sentence here?
12      Last sentence here says, Links and Midwest
13  were so weak financially at the time of their
14  acquisitions that each was only flying because of
15  financial assistance from Republic.  Do you see
16  that?
17      A    Yes.  It just shows -- shows you the
18  danger of -- of trying from memory to tell you
19  something about table one.
20      Q    Does that refresh your recollection
21  that Midwest was flying at the time of the
22  transaction?
23      A    To -- yes.
24      Q    And to the extent that TWA was -- was
25  flying at the time of the transaction only because

128

1   of financial assistance from American Airlines, and
2   in that respect, TWA would be comparable to Links
3   and Midwest; correct?
4       A    In that particular respect, yes.
5           MR. PRESS:  It is 12:30.
6           MR. TOAL:  You want to take a break?
7           MR. PRESS:  Yes, unless you are close.
8           MR. TOAL:  It -- it is probably a good
9   time to take a break.
10          VIDEO SPECIALIST:  The time is now
11  12:29 and we are going off the video record.
12          (Luncheon recess.)
13          VIDEO SPECIALIST:  The time is now 1:37
14  and we are back on the video record.
15  BY MR. TOAL:
16      Q    Professor Farber, during the break you
17  indicated you had a clarification you wanted to make
18  concerning table one; is that correct?
19      A    Yes, I did.  At one point, I -- when
20  you asked me do I know which -- which of the
21  acquired airlines in table one were not flying, I
22  indicated that Midwest and Links were not flying.
23  And I did some checking over lunch, and what I
24  discovered was I had misspoken.  The text is
25  accurate on this.  They were both flying, but they

32  (Pages 125 to 128)

DEGNAN & BATEMAN
(856)  232-7400

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

129

1  were both flying very diminished fleets and
2  schedules, just a fraction of what they used to fly.
3      Q      And how did you do that checking?
4      A      I -- I -- I checked with two of the
5  people back at the office, and they looked it up for
6  me.
7          And this is -- and this is evident on a
8  careful reading of the arbitration reports.
9      Q      And Professor Farber, you indicated
10 that you are going to attempt to find out how the
11 other acquired airlines were categorized that appear
12 on table one.
13     A      Yes.
14     Q      Were you able to do that over the lunch
15 break?
16     A      I -- I don't -- I don't have a list
17 ready for that yet, no.  But I can get it to you if
18 you would like.
19     Q      Okay.  Professor Farber, what testing
20 did you do, if any, to determine whether the
21 methodology used here enables you to predict the
22 results of seniority integrations?
23     A      I didn't do any testing.
24     Q      In your list of comparable
25 transactions, transactions you considered comparable

130

1  to American Airlines and TWA, you include two
2  transactions involving cargo airlines; correct?
3      A      Yes.
4      Q      And did you do any research to try and
5  evaluate whether there are any relevant differences
6  between cargo airlines and passenger airlines?
7      A      When I looked at those initially, I
8  said -- I wondered, and then I looked at the
9  descriptions in the arbitrator's reports, and the
10 arbitrators appeared to do -- use similar sets of
11 criteria when -- when rendering a decision.  So
12 ultimately I just went ahead with that.
13     Q      And other than reviewing the
14 arbitration decisions, did you do any other analysis
15 to try and assess whether cargo airlines had
16 relevant differences from passenger airlines?
17     A      No.
18     Q      And you also include in your list of
19 transactions that you considered comparable,
20 transactions between two Canadian airlines; correct?
21     A      A transaction between two Canadian
22 airlines.  There were two Canadian?
23     Q      There was one transaction between --
24     A      One transaction between two Canadians
25 airlines, yes.

131

1      Q      And do you have an understanding as to
2  whether the rules and laws that govern seniority
3  integration in Canada are comparable to the rules
4  and laws that govern seniority integration in the
5  United States?
6      A      Well, the legal framework governing
7  labor unions in Canada is different from the United
8  States.  It is more -- much less nationally based
9  and more provincially based than the US.  But,
10 again, when I read the report, both of them, there
11 are two -- there are two for that case.  It is sort
12 of strange.  Again, they -- the -- the -- the --
13 text reads just like an American arbitration report.
14 They are considering the same factors.  They are
15 considering the health of the airlines, value broad,
16 career expectations, et cetera.  So, again, I
17 decided to go ahead with them.
18     Q      And did you do anything other than
19 reading the arbitration decision in that --
20 concerning that transaction to understand whether
21 the rules governing seniority integration in Canada
22 differ from the rules governing seniority
23 integration in the United States?
24     A      I'm not sure what you mean by rules.
25 Whose rules?

132

1      Q      Any relevant laws, regulations,
2  standards that are used by arbitrators.
3      A      Again, I'm reading -- I determined that
4  there appeared that the standards used were the same
5  as in the US, de facto.
6      Q      I understand, but what you read was the
7  arbitration decision itself.
8      A      Correct.
9      Q      And my question is whether, other than
10 reading that arbitration decision, you made any
11 other efforts to assess whether there were
12 differences between Canadian standards and US
13 standards regarding seniority integration?
14     MR. PRESS:  He answered what standards.
15     THE WITNESS:  It is not clear to me
16 what standards you are talking about.  These are
17 private transactions, so that in the US, for
18 example, there is -- there is no external standard
19 governing seniority interactions.  These are
20 essentially private -- private negotiations or -- or
21 private arbitrations.  At least -- yes.  Well, at
22 least until -- I mean, let me -- let me amend that.
23     I understand in the US there is a regulatory
24 framework, and at least currently the McCaskill bond
25 amendment codifies into law that there ought to be

33 (Pages 129 to 132)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

133

1  arbitration seniority integrations based on the
2  Allegheny/Mohawk, provisions of the CAB decision in
3  Allegheny/Mohawk, sections 3 and 13, if I recall
4  correctly.
5  BY MR. TOAL:
6      Q    And other than reading this arbitration
7  decision, did you do anything to assess whether
8  arbitrators deciding seniority integration issues
9  between Canadian airlines use the same standards as
10  arbitrators assessing seniority integration in the
11  United States?
12     A    No.
13     Q    Now, in your report, you develop a list
14  of seven transactions that you view as comparable
15  and to determine your best estimate of the
16  proportional difference in mean rank that you think
17  would have existed in the American/TWA transaction
18  absent a breach of the duty of fair representation,
19  and you take the average of those seven
20  transactions; correct?
21     A    That's correct.
22     Q    And so are you assuming for purposes of
23  your analysis that in the absence of a breach of the
24  duty of fair representation by ALPA, that the
25  proportional difference in mean rank for the

134

1  seniority integration list that was developed with
2  respect to that transaction would not have been
3  lower than the average of those comparables, which
4  is minus .15?
5      A    Without saying that it's my -- my --
6  that's my best estimate of -- of what would have
7  happened. I'm -- I'm not making a categorical
8  statement that it would not have been lower or that
9  it would not have been higher.
10     Q    Do you acknowledge that there were
11  factors other than a breach of a duty of fair
12  representation by a union that could affect what the
13  proportional difference in mean rank was for any
14  given transaction?
15     A    Yes.
16     Q    And of the other factors, the ones that
17  you took into consideration in developing your
18  categories is the three groupings you made for the
19  financial condition of the acquired airline;
20  correct?
21     A    Yes.
22     Q    And your view about whether the
23  acquired airline brought substantial assets to the
24  transaction; correct?
25     A    That's correct.

135

1      Q    And other than those two factors, you
2  didn't take any other factor into consideration in
3  assessing whether anything other than a breach of
4  the duty of fair representation could have led to a
5  departure from the average of your comparables;
6  correct?
7      A    That's correct.
8      Q    Yesterday you testified about why you
9  used a bottom staple instead of a top staple or both
10  a bottom and a top staple; correct?
11     A    Yes.
12     Q    Now, you testified yesterday, and in
13  your report you say that you thought that using a
14  bottom staple was more conservative in the sense
15  that it produced lower damages; correct?
16     A    Correct.
17     Q    Can you explain why you think the use
18  of a bottom staple lowers the amount of damages?
19     A    Yes. It's -- it's because -- it is
20  quite likely that an awful lot of pilots -- well,
21  there -- there would be -- it is more likely to be,
22  it was felt, furloughs. Furloughs necessarily
23  happen at the bottom of the list. And as a
24  result -- well, let's -- if you have a top staple,
25  you would have TWA and American pilots interspersed

136

1  at some ratio until you got to a point, all right --
2  I'm sorry. Staple. If you had a top staple, you
3  would staple American pilots at the top, and then
4  what you would do is you would intersperse, and by
5  the time you got down to the part at the bottom
6  where people were going to be furloughed, you would
7  be furloughing both TWA pilots and American pilots.
8      Whereas, if you have a bottom staple and
9  you start at the top and intersperse American and
10  TWA pilots and staple TWA pilots at the bottom,
11  what's going to happen is your furloughs, at least
12  at the beginning, are going to fall entirely on the
13  TWA pilots. So, therefore, their losses would be
14  higher. And it was felt that would yield a low --
15  you know, since it is an arbitrary choice, we chose
16  to do the conservative thing and -- and make the
17  choice that would yield the lower damage number.
18     Q    I agree with everything you said except
19  for the conclusion that you stated, which is, if you
20  have a bottom staple, all the pilots who are
21  furloughed up to the point of the staple are going
22  to be TWA pilots; correct?
23     A    After adjusting for -- yeah. I'm not
24  considering in this -- in this explanation,
25  equipment or status.

34  (Pages 133 to 136)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

137

1    Q    Right.  So using a bottom staple is
2  going to increase the number of TWA pilots that you
3  are saying would have been furloughed in the absence
4  of a breach; correct?
5    A    Let me -- let me back up.
6  No, that's right.  Exactly.
7    Q    Okay.  So if you are increasing the
8  number of TWA pilots who would have been furloughed
9  in your but-for world, are you increasing the
10 damages for those pilots?
11   A    No.  I'm sorry.  Because in the but-for
12 world, I'm making -- I -- I didn't mean -- what I
13 meant to say is the expected earnings of the TWA
14 pilots would be lower with the bottom staple.  In
15 the but-for world, which would make the damages
16 smaller because the damages are the difference
17 between what the TWA pilots would have earned in the
18 but-for world and what they actually earned.  So if
19 I make what they would have earned in the but-for
20 world smaller, then the loss from that number is
21 going to be smaller.  Maybe I'm -- I'm not saying it
22 as eloquently as I might like.
23   Q    If you had used a top staple, then you
24 are assuming that more of the furloughs would have
25 gone to American Airline pilots; correct?

138

1    A    Correct, yeah.
2    Q    So instead of a TWA pilot who got
3  furloughed, some American Airline pilot would have
4  gotten furloughed.
5    A    And that would make TWA pilots'
6  earnings higher in the but-for world, which would
7  make damages larger.  I mean, surely you are going
8  to try to have an expert who's going to come in and
9  say earnings of the TWA pilots in the but-for world
10 was as low as possible.  Right?  And I'm saying I
11 made a choice that made them lower, and that's the
12 conservative choice.
13   Q    Did you run a test to assess whether
14 the use of a bottom staple or a top staple yielded
15 higher damages?
16   A    No.  I never calculated damages.
17   Q    Did you ask counsel to arrange for
18 Mr. Salamat to run a test to see whether your --
19 your views about which staple would produce lower
20 damages were accurate?
21   A    I didn't even know Mr. Salamat existed
22 until a couple of days ago, so I didn't ask my
23 counsel, ask him to do anything.
24   Q    I think you mentioned with respect to
25 the Alaska/Jet Airlines transaction, that there were

139

1  multiple seniority integration lists; is that
2  correct?
3    A    Did you say I said that?
4    Q    I thought you did, but correct me if
5  I'm wrong.  Maybe you were talking about another
6  transaction.
7    A    I don't, I don't remember.
8    Q    Okay.  There are -- are you aware that
9  there were multiple different seniority integration
10 lists in the Alaska/Jet America transaction?
11   A    I think they -- they -- I -- I looked
12 at that -- I've -- I've read that report, and it
13 must be my best recollection -- I'm saying my
14 reasoning is, if there is multiple lists, it must be
15 because of status and equipment, or equipment.
16   Q    There are municipality lists over
17 time --
18   A    Oh, I see.
19   Q    -- and one succeeded the prior list.
20 Do you know which list you used?
21   A    Not as I sit here, no.  We could get
22 that information for you, though, if you like.
23   Q    We would appreciate that.
24        THE WITNESS:  Why don't we make a note
25 that we need that?

140

1  BY MR. TOAL:
2    Q    Now, you -- in determining your upper
3  and lower bounds --
4    A    Yeah.
5    Q    -- you took your set of seven
6  comparable transactions; correct?
7    A    Yes.
8    Q    And then you eliminated the top
9  transaction and the bottom transaction --
10   A    Correct.
11   Q    -- correct?  Now, if you were trying to
12 determine what the upper and lower bounds were, why
13 wouldn't you include the top and bottom transactions
14 for your list of comparables?
15   A    It's -- it's often the case in
16 statistics that the extreme values in a distribution
17 are unusual in some way that we haven't measured.
18 And, I mean, I -- there is -- there are several ways
19 I can approach the answer to this question.  One is
20 that, in fact, in some statistical analyses what you
21 do is it was called trim outliers.  You remove them
22 from the analysis because you don't want your
23 outliers, the extreme values to have undue weight in
24 your analysis.  So effectively what we are saying
25 is, for example, if I would have used Flying

35  (Pages 137 to 140)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

141

1  Tigers/Seaboard, which is our highest ranked
2  comparable, the upper bound on the damages would
3  have been -- the upper bound on the list would have
4  been much, much, much more favorable to -- to -- to
5  TWA. And Flying Tigers/Seaboard, you know, in that
6  regard, was an usual -- you know, it's -- it's
7  unusually favorable to the acquired airline, and we
8  chose not to have it be that extreme. At the same
9  time, Alaska/Jet America was, you know, not quite as
10 far out in -- in -- in -- in -- in the realm as --
11 as Republic -- I mean, Flying Tigers/Seaboard was,
12 but, also, we felt that removing the extreme values
13 just reduces the -- the -- the effect that extreme
14 observations can have. And what we are doing is
15 trying to find something that's sort of unusual on
16 one side and then unusual on the other side, but not
17 so unusual as to be extreme. And the way we chose
18 to do that was simply to focus on the second and the
19 sixth rather than the first and the seventh.
20     Q    Well, what you describe then as upper
21 and lower bounds, and presumably your -- this is
22 your estimate of upper and lower bounds for
23 transactions involving acquired carriers in the
24 relevant grouping --
25     A    Yes.

142

1     Q    -- in the absence of a breach of the
2  duty of fair representation; correct?
3     A    That's correct.
4     Q    And if you were truly trying to
5  establish an upper and a lower bound, you would --
6  you would use the ends of the extreme; correct?
7     A    No. I -- what -- what I mean is an
8  upper bound on what would -- we could reasonably
9  expect in another case, you know, if you now gave me
10 airline A and airline B that fit our criteria and --
11 and what's the most I would reasonably expect, it is
12 true that in some state of the world I can really
13 expect the full extreme value. It could even be
14 higher than that. What I was trying to do is what
15 one might reasonably expect, given what's happened.
16 So there's -- what's happened is, we have a range
17 that we've seen. The extremes of a range in any
18 reasonable distribution, I don't know if you are
19 familiar with a bell-shaped curve.
20     Q    I've seen some.
21     A    Yeah, right. So the normal
22 distribution. The extreme values are fairly
23 unlikely, quite -- in general, quite unlikely. As
24 you move toward the middle, things become somewhat
25 more likely. So what we want to say is, look, we've

143

1  come up with the means, the commonly accepted
2  measure, what they call central tendency, but we
3  understand that, you know, things could have been a
4  little different one way or the other, or even
5  reasonably different one way or the other. And so
6  we put our bounds on. The bounds are -- the precise
7  value of the bounds are subjective, and -- but what
8  we chose to do, to put some meat on it and some
9  context on it was to say, let's take a value that's
10 not the most extreme than we saw, but one that's
11 quite fairly extreme and -- and use that. Not
12 fairly extreme but, you know.
13     So, you know, going on the upper bound, you
14 know, surely, you know, I'm -- I'm trying to
15 remember what the number was. If -- if you showed
16 me yesterday morning the damages that Salamat had
17 calculated based on my upper bound and lower bound,
18 and, for example, on the upper bound, his upper
19 bound damage estimate was, was it 1.3 billion or
20 1.5 billion?
21     Q    It was about 1.5 billion.
22     A    Yeah, 1.5 billion. If I would have
23 used Flying Tigers/Seaboard at plus .065, you would
24 -- you would have to add digits to that probably to
25 get the damages. I mean, it would be much, much

144

1  larger.
2     Q    I agree.
3     A    And as a result, you know -- so there
4  is something about Flying Tigers/Seaboard that was
5  unusual. I don't rule -- I never rule out an
6  observation in calculating a mean simply because
7  it's extreme. I mean, I don't want to do it just
8  because -- based on what it came out to be. That
9  would be calculating the statistic after -- you
10 know, choosing the sample after you've done
11 calculations. You don't want to do that. But we
12 want to -- this idea of symmetric trimming, dropping
13 the lowest, dropping the highest, is, you know, is
14 used, and we thought it was a reasonable thing to
15 do.
16     Q    Well, but you didn't do -- with respect
17 to seniority integrations that fall within this
18 category that you developed of airlines that are
19 flying and not expected to stop flying imminently
20 but aren't healthy --
21     A    Yeah.
22     Q    -- you didn't do any probability
23 distribution for the proportional difference in mean
24 ranks, did you?
25     A    No. I could, but, no, I haven't. The

36 (Pages 141 to 144)

HENRY FARBER

145

1  sample is very small.  That's why I didn't do it.
2      Q     And you would acknowledge that in the
3  absence of any breach of a duty of fair
4  representation, that you can have transactions in
5  this category where there is a proportional
6  difference in mean rank that is below what you
7  establish as your lower bound; correct?
8      A     I -- I observed one.  It wasn't -- it
9  wasn't meant to be a lower bound on what anyone
10 could ever see.  It is a lower bound on my estimate
11 of what might happen.
12     Q     And you can't say as you sit here
13 today, what the likelihood of a transaction in this
14 category would have as a proportional difference in
15 mean ranks between your upper and lower bounds;
16 correct?
17     A     That's correct.
18     Q     And you can't say what the probability
19 is that you would get a -- for a transaction where
20 there is no breach of the duty of fair
21 representation in this category, can't say what the
22 likelihood is that the proportional difference in
23 mean rank would fall below the lower bound; correct?
24     A     Correct.
25     Q     Professor, have you -- have you

146

1  testified as an expert witness before?
2      A     Yes.
3      Q     In what areas?
4      A     In labor discrimination cases.  My --
5  my testimony, are you -- are you talking about at
6  trial?
7      Q     All right.  Let's start with cases in
8  which you've been retained as an expert witness.
9      A     Discrimination cases both in terms of
10 hiring and pay with regard to age, sex and race.
11 Antitrust cases in -- in several areas.  And some
12 immigration cases.  That's most of it that I can
13 recall right now.
14     Q     Any others that you can recall right
15 now?
16     Q     Any other areas?
17     Q     Any other areas.
18     A     No.  I would say antitrust --
19 discrimination, antitrust, immigration.  As I sit
20 here, that -- that covers what I can remember right
21 now.
22     Q     And how many times have you submitted a
23 written expert report?
24     A     I -- I don't know the number.
25     Q     And can you give me an estimate on a

147

1  rough order of magnitude?
2      A     Yeah.  I would say probably somewhere
3  between 12 and 30 times.
4      Q     12 and 30?
5      A     Yeah.
6      Q     How many times have you been deposed
7  previously?
8      A     I don't -- I don't know.  Somewhere
9  probably between six and 12 times.
10     Q     And each as an expert witness?
11     A     Yes.
12     Q     How many times have you testified in
13 court as an expert witness?
14     A     I -- again, I don't -- I should keep a
15 diary or something.  Somewhere between four and
16 eight times.
17     Q     Have you ever had your opinions
18 excluded?
19     A     No.
20     Q     Have you ever been a subject of a
21 Daubert challenge?
22     A     No.
23     Q     Do you know what a Daubert challenge
24 is?
25     A     Yes.

148

1      Q     You mentioned that you have done work
2  in labor discrimination; correct?
3      A     Yes.
4      Q     Have you ever used a regression
5  analysis to try and identify whether discrimination
6  is the most likely cause of an observed disparity
7  between men and women or any other category?
8      A     I -- I use regression analysis but I --
9  in discrimination cases, but I wouldn't character --
10 quite characterize the reason for using it the way
11 you did.
12     Q     And how would you characterize the
13 reason for using a regression analysis?
14     A     Basically to analyze the -- what the
15 difference in pay is after accounting for -- for a
16 variation and other characteristics.
17     Q     Did you consider using a regression
18 analysis in this case?
19     A     No.
20     Q     Why not?
21     A     Micronumerosity.  Again, my sample is
22 just too small to support multi-variant analysis of
23 that type.
24     Q     And in any other case that you've
25 worked on as an expert witness, have you ever used a

37  (Pages 145 to 148)

cffad74d-c928-49b6-9f21-6719b4a706af

HENRY FARBER

149

1  proportionate difference in means as your -- as your
2  metric?
3      A    Yes.
4      Q    Which cases?
5      A    In many cases -- in -- in -- in -- in
6  the paid discrimination cases, particularly, well,
7  what I've done is I looked at pay differences as a
8  function of characteristics in the workers
9  accounting for differences in job performed, in age,
10  in experience, time with the company, things like
11  that.
12      Q    And why did you take those
13  characteristics into account such as job
14  performance, age, experience?
15      A    I didn't say job performance.
16      Q    You did say job performance.
17      A    I meant job assignment.
18      Q    Job performed?
19      A    The -- the job performed, yes.  I said
20  job performed.
21      Q    Okay.
22      A    That's job assignment, not job
23  performance.
24      Q    Okay.  So job performed, age, time with
25  the company.  Why -- why did you attempt to take

150

1  those characteristics into account?
2      A    Well, there is a large body of
3  literature in labor economics which, in particular,
4  I mentioned -- did I mention education?  Education
5  is variable number one in these analyses.  We -- we
6  have a model called the human capital model which
7  links pay to worker's characteristics, and then --
8  and links then when people will be paid to the skill
9  they they've been in the labor market, how long
10  long they've been in the labor market, how long
11  they've worked for the company.  There is some
12  controversy about how finely one should control for
13  the job performed, but it is something we often look
14  at in these analyses.
15      Q    And did you analyze those factors
16  because those are nondiscriminatory characteristics
17  that can account for pay differences?
18      A    Yes.
19      Q    Were you aware there was a transaction
20  between TWA and Ozark Airlines?
21      A    I think I heard about it but I
22  hadn't -- I don't know anything about it.
23      Q    Do you have information concerning the
24  seniority integration in the TWA/Ozark case?
25      A    No.  Not that I can recall.

151

1      Q    Did you ever seek information
2  concerning the TWA/Ozark case?
3      A    No.  Not specifically.  If it was one
4  of the mergers we were to have looked at, presumably
5  we looked.  But I don't -- no, I don't -- I didn't
6  look for that.
7          MR. TOAL:  And let's go off the record.
8          VIDEO SPECIALIST:  The time is now 2:07
9  and we are going off the video record.
10          (Brief recess.)
11          VIDEO SPECIALIST:  The time is now 2:14
12  and we are back on the video record.
13          MR. TOAL:  Thank you, Professor Farber.
14  I pass the witness.
15          MR. PRESS:  No questions.
16          VIDEO SPECIALIST:  The time is now 2:14
17  and this concludes the videotaped deposition.
18          The deposition concluded at 2:14 p.m.
19              **********
20
21
22
23
24
25

152

CERTIFICATION
STATE OF NEW JERSEY
                SS.
COUNTY OF GLOUCESTER
      I, Jean B. Delaney, a Certified Shorthand
Reporter and Notary Public of the State of New
Jersey, do hereby certify that I reported the
deposition in the above-captioned matter; that the
said witness was duly sworn by me; that the
foregoing is a true and correct transcript of the
stenographic notes of testimony taken by me in the
above-captioned matter.
      I further certify that I am not an
attorney or counsel for any of the parties, nor a
relative or employee of any attorney or counsel
connected with the action, nor financially
interested in the action.


      _____
      Jean B. Delaney, CSR #XIO1556
      Notary Public #2044912 Exp. 6/19/13
Dated: January 24, 2013

D E G N A N & B A T E M A N , I N C.

38  (Pages 149 to 152)

DEGNAN & BATEMAN
(856)  232-7400

**A**

abbreviation 97:24
ability 126:3,7
able 4:15 9:20 28:4
  33:3 55:3,6 59:4
  59:11 73:25 85:5
  88:25 120:4,13
  123:14 129:14
abovecaptioned
  152:8,12
absence 4:14 55:4
  108:21 133:23
  137:3 142:1 145:3
absent 20:23 40:10
  54:10,20 56:7
  58:20,20 70:1
  71:25 73:10 87:17
  97:22 106:10
  107:24 109:2
  133:18
absolute 41:9
absolutely 14:23
  28:23 36:23 38:24
  39:6 41:13 64:22
abstract 24:23
academic 19:15,20
accept 53:8
accepted 12:25
  14:11 19:9,18
  104:23 106:4
  107:10,22 108:17
  108:19 109:1,4,6
  110:17 143:1
accepting 53:14
access 31:5 60:16
acchione 1:21
account 22:22 39:1
  39:8 100:24
  112:10,11 113:13
  113:17,20,22
  116:4,17 149:13
  150:1,17
accounted 113:7
accounting 148:15
  149:9
accounts 85:12
accuracy 63:17

accurate 17:14
  53:23 74:9 128:25
  138:20
acknowledge 37:17
  134:10 145:2
acquire 11:7 30:15
  30:18 75:20
acquired 16:4,12
  24:10 25:22 26:14
  26:18 29:1,6
  31:17 32:17 33:21
  35:14 39:13,16
  40:6,9 41:19 42:5
  43:11 48:7 49:4
  49:15 50:21 51:5
  51:12 52:5 54:16
  61:20 62:23 63:4
  88:14 95:25,25
  96:17 100:19
  103:11 113:24
  114:8 115:23
  116:13 125:4
  128:21 129:11
  134:19,23 141:7
  141:23
acquiring 21:3,8,9
  21:13,15,19 92:18
  113:24 114:8
  116:13 117:2
  118:24
acquisition 7:8,11
  90:25 118:4
  125:14 126:12,19
acquisitions 56:1
  127:14
act 106:9,11
action 1:2 102:7
  106:14 152:16,17
actual 21:6 53:20
ad 121:16
add 143:24
addendum 25:7
additional 91:22
addressed 9:12,15
  9:17,19
adequate 80:3
adjusting 136:23

adopt 14:13
advantage 11:13
advocates 71:9,10
affect 134:12
age 146:10 149:9
  149:14,24
agenda 69:11,20
  71:5
ago 102:24 115:3,6
  138:22
agree 36:21 88:2,5
  95:18,19,20
  105:22 116:11
  136:18 144:2
agreed 25:8 71:6
agreeing 117:23
agreement 25:8
  52:14,17 53:14
  76:8 98:24
agreements 98:10
agrees 3:23 117:6
  117:13
ahead 78:15 86:19
  130:12 131:17
air 1:7 62:13 65:14
  96:16
aircraft 5:3,24 6:1
  6:3,5,9,19 78:5
  94:17,18 98:11
aircrafts 5:25
  98:24
airline 4:21 10:11
  10:21,24 11:9,20
  12:8,19,22 13:1,8
  13:13,16 14:4,17
  16:15,17 17:7
  18:2,5,7,21,25
  19:11,23 20:20,21
  20:24 21:3,3,8,11
  21:15,19,24,25
  22:11,25 23:13
  24:10 25:22 26:19
  29:1,6 31:13,21
  32:18,21,24 33:1
  33:2 34:10,12
  36:4,7,11,15,20
  37:9,11,12,14,18

37:20,24,24 38:10
  38:11,12,19,22
  39:2,4,9,13,16,20
  39:22,23,24 40:6
  40:19 42:8,16,21
  43:16,18 44:3,5
  44:12,17,19 47:2
  47:13,18,21 48:7
  49:4,15 50:6,10
  50:21 51:5,13
  52:6 54:7,8,9,16
  55:11 56:6,17,17
  56:19 57:2,23
  58:9 62:24 63:5
  63:10 66:13 67:4
  67:16 87:4 88:11
  88:15 89:9,20
  92:17,18 96:18
  102:8 105:3,4,5
  113:3,24 114:8,22
  114:22 115:6,17
  115:18,22 134:19
  134:23 137:25
  138:3 141:7
  142:10,10
airlines 3:16 4:14
  5:11 7:16 9:24
  10:7 11:16,23,25
  14:20,21 15:15,19
  16:4,11,12,19
  17:4 19:16 20:18
  21:9 31:17 33:21
  35:14 37:1 40:10
  41:3,16,17,19
  42:2,5,11,15 43:5
  43:11,12 44:25
  46:25 54:6 55:21
  55:23 56:4 57:2
  58:6,8 61:21 62:2
  63:1,3,4,9,21,25
  64:6,12,15 66:12
  67:7 68:18 73:19
  74:6 75:17,19
  81:12,20 87:3,9
  87:12 88:14 89:25
  94:22 97:1,4 98:5
  98:17 99:7 101:21

101:25 102:16
  104:11 105:15,24
  111:21,22,24
  112:2,3,4,5,22,24
  114:10,13,18
  115:2,15 116:16
  118:10 121:6,13
  121:19 122:5,9
  125:4,10 127:3
  128:1,21 129:11
  130:1,2,6,6,15,16
  130:20,22,25
  131:15 133:9
  138:25 144:18
  150:20
airport 43:19
airtran 122:23
  123:14,16
airways 117:22
al 1:4
alaska 62:21 65:7
  138:25 139:10
  141:9
alexander 1:15
allegation 106:13
  107:2
alleged 93:12
  113:10
allegheny 133:2,3
allen 1:18 86:15
allowed 26:13
  126:3,7
allows 11:8
alpa 2:3,6 31:4
  53:15 73:7 93:13
  106:16 107:21
  133:24
alternate 110:3
  111:25
alternative 54:24
  80:4 92:22 93:5
  93:10 111:17
  122:8
alternatives 59:5
  112:7
amend 132:22
amendment 66:21

132:25
america 62:21
  139:10 141:9
american 4:14
  42:15,23 43:5
  44:25 57:2 62:2
  66:12 67:7 68:18
  71:6,25 73:18
  74:6 76:7 81:12
  89:24 94:22 98:17
  99:7 101:21,25
  110:4 122:9 127:3
  128:1 130:1
  131:13 133:17
  135:25 136:3,7,9
  137:25 138:3
americans 70:13
americas 2:1
  117:22
amount 60:23
  135:18
ams 118:5,14,24
analyses 140:20
  150:5,14
analysis 5:19 7:21
  7:22 8:4 13:16,24
  14:1 17:3,6 21:6
  22:7 24:7 25:13
  25:14,18 26:5
  28:3 39:8,18
  40:14 42:4 43:1
  57:15 59:9 67:25
  68:13,24 70:2
  72:10 75:25 76:20
  77:10,17 78:20
  79:11 80:16 82:12
  82:15,19,24 83:6
  83:9,10,14 84:4
  84:21 86:6 89:17
  99:1,4 102:4
  103:21 104:14
  110:24 113:8
  118:16 122:4,20
  130:14 133:23
  140:22,24 148:5,8
  148:13,18,22
analysts 35:18,23

analyze 4:17 10:2
  19:22 31:8 59:6,8
  59:15,19,20,23
  60:2,19,23 148:14
  150:15
analyzed 31:14
  39:9,10 55:17
  98:19
analyzing 14:18
  60:4
angel 18:18
announced 73:15
  74:6,13,14,18
answer 12:14 13:25
  14:4 16:21 17:1
  18:11,13 22:21
  23:2 24:23 27:16
  30:10 31:9 46:7
  46:14 47:16 49:5
  52:8 81:21,22,23
  83:24 84:10,14,15
  85:11 88:7 102:2
  120:20 121:16
  123:9 140:19
answered 26:1
  50:13 65:9 121:17
  132:14
antitrust 71:8
  146:11,18,19
anymore 14:21
anyway 11:17
apa 53:1,11 54:2
  73:7,14
apas 52:19,24 53:5
  53:18,20,24
apparently 5:20
  102:11
appear 7:15 48:4
  82:25 129:11
appeared 15:17
  130:10 132:4
appears 104:7
appreciate 139:23
approach 109:6
  140:19
approached 75:17
approaching

107:19
appropriate 14:2
  19:18
appropriately 17:3
  17:6
approve 67:6,18
  71:12
approving 71:15
approximate 76:12
approximately
  74:6 78:5 85:23
april 3:10 74:24
  75:6
arbitrary 136:15
arbitrated 22:23
  25:3 26:23 27:15
arbitration 3:15,18
  8:2 11:22 12:10
  12:24 16:24 17:17
  17:22,24 19:10
  20:1 22:8 23:10
  23:19 24:9 25:15
  40:18 48:16 49:7
  49:10 51:2 62:16
  91:21 95:1,7,11
  95:13,20 96:4,25
  97:3 99:11,15
  104:2,19 106:25
  116:22,23 129:8
  130:14 131:13,19
  132:7,10 133:1,6
arbitrations 106:19
  132:21
arbitrator 17:10
  18:1 22:9,15,17
  22:24 23:3,17,23
  24:1,5,6,9 95:4
  102:22 116:12,17
  126:15
arbitrators 10:13
  10:16,19 17:10
  40:23 48:11,13
  100:23 101:8
  104:3 116:1,4
  130:9,10 132:2
  133:8,10
archer 1:14

area 41:16 111:6
  121:23
areas 29:16 107:13
  146:3,11,16,17
arent 86:18 144:20
argues 23:14
arguing 23:12
arguments 24:20
  53:11
arrange 138:17
arrangements
  55:25
array 11:24
article 3:21 8:21
  51:20 117:5,11,14
  117:19
articles 26:9 27:1
  32:4 51:19
arub 33:14,23
ashenfelter 1:13
ashmore 1:13
  33:11 46:16
aside 10:9 116:8
asked 30:25 50:23
  63:18 64:23 72:11
  81:18 82:16 84:1
  84:3 121:17
  124:18 125:6,8
  128:20
asking 28:5,6 31:20
  50:9 72:8 86:17
  87:25 88:2,5
  96:12
aspect 11:18
aspects 7:23
assess 18:1 25:19
  26:18 58:18 74:3
  91:5,8 130:15
  132:11 133:7
  138:13
assessing 60:24
  73:4 133:10 135:3
assessment 5:1
asset 76:8
assets 5:7 18:22
  19:5 20:12 29:6
  58:12 75:20 91:14

118:5,5,10 134:23
assignment 149:17
  149:22
assistance 127:15
  128:1
association 1:7
assume 6:15 9:14
  53:17 86:18 88:1
assumed 93:13
assumes 80:13
  84:24
assuming 98:7
  133:22 137:24
assumption 21:14
  88:3,4
assumptions 55:3,5
astounding 35:2
attain 100:25
attempt 27:19
  129:10 149:25
attempting 26:18
attention 66:16
  67:2 75:13 97:17
  117:18
attorney 152:14,15
attorneys 1:20,23
  2:3,6
attributable 114:7
attributing 22:4,5
auction 78:23
available 27:18
  30:22 31:2 46:20
  79:25 85:16 86:12
  105:11 113:16
avenue 2:1,5
average 77:2 85:18
  85:20,22 102:18
  104:24 105:2,3,4
  105:5,17,24 107:5
  107:6,8 108:4,5,7
  108:15 110:10
  119:10,13 133:19
  134:3 135:5
avoid 78:24
award 116:23
aware 26:8,20
  30:17 43:7,9

67:25 68:11,22
75:24 76:2,17,18
77:6,9 78:7,17
79:6 80:9,16 82:8
82:12 84:21 86:4
122:15 139:8
150:19
**awful** 113:21
135:20

**B**
**back** 27:16 29:14
51:22,24 61:17
70:6 81:24 82:2
102:24 125:7
128:14 129:5
137:5 151:12
**background** 6:10
7:2 10:18
**backup** 91:21
**bad** 47:22 84:16
104:6 106:8
**balance** 5:17 76:12
**bankrupt** 117:20
126:13
**bankruptcy** 3:11
8:16,18 18:17,22
19:1,3 20:7,9,10
42:20,24 43:4,6,8
43:12,15 44:2,6,7
56:2 67:6,18
74:25 75:7 84:9
84:13
**bargaining** 25:7
98:10,23
**base** 75:20
**based** 7:21,22,24
16:23 17:16,17,19
17:20,24 42:6,11
58:10 82:24 96:15
100:8 102:4
111:17 114:2,12
114:23 131:8,9
133:1 143:17
144:8
**basically** 5:15
50:15 58:21 71:5

107:7 148:14
**basis** 6:23 40:21
57:25 85:9 104:21
119:6
**bateman** 2:7
**bearing** 52:14,16
82:21 83:4
**beat** 72:18
**beginning** 117:19
136:12
**behavior** 109:3
**believe** 7:7 9:2
25:24,25 30:24
31:14 33:22 63:22
69:6,8 75:9 85:3
85:13,13 88:18
89:8 90:24 116:23
123:4
**believed** 59:13
**bellshaped** 142:19
**beneficiary** 100:12
103:2
**benefit** 49:10
105:10
**benefits** 100:24
**best** 15:16 65:2,4
65:19 93:9 111:12
113:16 133:15
134:6 139:13
**better** 5:11 9:24
33:2 37:15 38:18
39:16 74:16 93:22
98:10,23 99:5
119:3
**beyond** 10:15
12:15 26:25,25
57:12 65:10,18
91:19 125:15
**bid** 119:1
**big** 107:18 124:19
**bigger** 98:11,24
**bill** 3:14 80:25 81:4
81:9,11 85:15
**billion** 143:19,20
143:21,22
**bills** 50:1
**bit** 5:4,5 61:8 107:4

108:13,14
**body** 94:17,18
150:2
**boeing** 5:9 9:1,3,4
**bond** 66:18,21 68:4
68:6,9,11 69:24
132:24
**bottom** 5:14 37:2
37:10 40:1 41:3
41:16 42:19 63:20
67:3,11,12 88:21
89:5 100:5,6,7
135:9,10,14,18,23
136:5,8,10,20
137:1,14 138:14
140:9,13
**boulevard** 1:18
**bound** 92:21 100:1
102:20,20 141:2,3
142:5,8 143:13,17
143:17,18,19
145:7,9,10,23
**bounds** 140:3,12
141:21,22 143:6,6
143:7 145:15
**brady** 1:4
**breach** 93:12
106:17,18 107:2,3
107:24 108:3,21
109:24 110:1
113:11 133:18,23
134:11 135:3
137:4 142:1 145:3
145:20
**breached** 107:21
**break** 61:19 128:6
128:9,16 129:15
**brief** 61:15 151:10
**bring** 105:8 150:9
**broad** 55:14,15,22
75:20 131:15
**broader** 125:9
**broadest** 108:11
**brought** 134:23
**bs** 36:7
**buckets** 17:4
**burn** 76:16,24 77:2

**business** 19:1 27:2
34:8,9 67:5,17
68:19 69:3 70:1
**butfor** 93:13,18,19
137:9,11,15,18,19
138:6,9
**buying** 8:10
**buzz** 34:13

**C**
**cab** 133:2
**cal** 97:24 98:2,6
**calculate** 27:25
49:1 92:10 109:2
109:14 111:17
**calculated** 92:25
109:12 138:16
143:17
**calculating** 144:6,9
**calculation** 93:4
103:18 104:21
107:15 109:17,18
109:19 110:12
**calculations** 144:11
**call** 5:21 7:25 12:1
12:4 14:22 25:13
33:13 50:3,3
55:19 63:24 86:22
106:8,8 108:25
115:11 143:2
**called** 107:10,11
140:21 150:6
**camden** 1:2
**canada** 62:13 65:14
131:3,7,21
**canadian** 62:13
65:14 130:20,21
130:22 132:12
133:9
**canadians** 130:24
**canceled** 6:20
**canceling** 5:22
44:13
**cant** 18:13 25:16
33:14 44:1 48:24
53:22 63:17 64:9
65:5,23 80:17

104:15,20 110:3,5
112:17 113:17
145:12,18,21
**capital** 80:3 150:6
**capture** 103:25
104:4
**capturing** 113:4
**care** 97:14
**career** 37:12,20,23
38:12,18,19 39:1
40:24 105:9
112:19,23,25
113:5,6 116:9
131:16
**careful** 129:8
**cargo** 130:2,6,15
**caribou** 60:7,19
**carl** 8:13,13 60:11
122:13,18
**carrier** 98:8 100:9
100:19,25 101:25
103:11 112:21
117:23
**carriers** 10:3 116:8
141:23
**carry** 100:21
**carryover** 67:3,12
**case** 4:12,21 7:19
11:13,15 12:11
13:12 16:23 17:12
18:14 22:22 24:14
24:17,18,22 25:15
26:2 27:14 30:9,9
33:10 36:4,6
50:11 52:19 53:13
54:3 57:22 71:7
71:24 74:20 76:14
92:23 93:4,11
102:16 106:15,25
107:4,24 108:12
111:7 115:8
131:11 140:15
142:9 148:18,24
150:24 151:2
**cases** 8:2 10:19
14:2 26:1 27:8,10
28:3,6,10,16

39:12 40:18 45:12
95:15 107:1 108:8
110:8,10 116:3
146:4,7,9,11,12
148:9 149:4,5,6
**cash** 42:3 47:22
57:9 68:17 76:9
76:12,15,24 85:16
85:16,24,25 86:12
**categorical** 36:17
134:7
**categories** 29:4,12
30:5,13,24 40:1,7
41:18 42:5,7,10
61:20 65:11
103:10,17,25
104:5,13,15
105:11,15,21
110:18,23 111:10
111:14 112:2
122:6 134:18
**categorization**
13:22 122:5 123:3
123:12
**categorizations**
55:14 125:9
**categorize** 31:13
87:2 122:25
**categorized** 4:21
17:3 89:20 96:16
102:8 129:11
**categorizing** 113:2
**category** 15:25
16:6,19 40:2,2,9
40:15,16 41:1,2
41:19 54:15 55:12
55:13,18,18,19,19
55:20,20,20,21,21
56:3 62:25 63:7
64:4,9,11,17 65:3
65:7 87:9,12
88:23 89:5,7,14
102:13 105:23
106:1 111:25
144:18 145:5,14
145:21 148:7
**cause** 148:6

**cease** 10:11,21,25
11:9,20 12:3,8,19
12:23 13:1,8,13
13:16,20 14:5,18
15:1 16:5,15,17
16:20 17:7 18:8
19:12,23 20:23
22:1,11,25 23:13
23:14 24:10 25:22
26:14,19 32:18
36:5 37:4,19,25
38:10,20 39:4
41:4,21 42:21
43:16,18,25 44:4
44:20,24 45:8,20
46:13,20 47:3,14
47:19 48:7 49:11
49:16,18 50:10,18
50:21 51:5,13
52:6,20,25 53:5
58:18,24 59:2,16
59:20,25 60:4,21
60:25 61:5 63:11
73:4,10 77:13,18
77:24 79:12 82:22
83:1,4,17 85:7
86:7 87:14,19,24
89:21
**ceased** 5:14 10:8,10
20:22 22:1 36:11
36:16 37:6 41:17
87:13 89:9
**ceases** 36:20 37:5
**ceasing** 4:22 10:4
20:8 22:3 44:18
70:19 72:2 74:21
80:22 88:9 125:21
**central** 143:2
**ceo** 81:11,14,19
84:11
**certain** 71:9,10
90:14 105:16
109:3 117:3
**certainly** 31:10,11
102:2,15 115:14
118:20
**certainty** 36:10

38:6
**certified** 1:15 152:5
**certify** 152:7,13
**cetera** 131:16
**challenge** 71:8
147:21,23
**change** 47:16,23
48:1
**changes** 59:24
**chapter** 76:14 80:4
**character** 148:9
**characteristics**
148:16 149:8,13
150:1,7,16
**characterizations**
111:18
**characterize**
148:10,12
**chart** 88:13 101:16
**check** 126:22,25
**checked** 65:14
129:4
**checking** 128:23
129:3
**checkmarks** 62:8
**cherrypicking** 78:9
**choice** 15:9 136:15
136:17 138:11,12
**choosing** 144:10
**chose** 136:15 141:8
141:17 143:8
**chosen** 108:9,10
**christopher** 68:9
**circumstances** 6:19
125:21
**cite** 7:3 25:9
**cited** 26:8
**cities** 50:15
**civil** 1:2
**clarification**
128:17
**classification** 88:20
**classified** 70:19
**classify** 88:8
**clear** 5:6 14:23
15:10 42:20 43:16
43:17 44:8,9 45:3

47:2 48:5 49:14
50:20 70:12 87:23
108:18 124:13
132:15
**clearer** 114:25
**clearly** 44:3 64:4
**close** 7:10 70:17
90:25 128:7
**clvs** 2:7
**codifies** 132:25
**collection** 33:17
**collective** 25:7
98:10,23
**combination** 20:24
54:24
**combinations**
27:18
**combined** 118:22
119:13
**combining** 20:19
**come** 19:20 35:3
38:17 47:23
105:20 107:23
110:7,22 114:9
124:10 138:8
143:1
**comes** 23:5 24:4
25:7 40:17
**coming** 85:12
**commencing** 1:16
**comment** 72:12
**commentators**
44:23
**comments** 53:7
**commonly** 100:10
107:10 143:1
**communication**
46:15
**company** 19:7
75:21 85:18,22
91:11 149:10,25
150:11
**comparable** 13:19
14:2,20 15:18
39:15 40:3 42:15
63:4 87:3 88:15
104:11 105:15

120:2,10 121:6,13
121:20 128:2
129:24,25 130:19
131:3 133:14
140:6 141:2
**comparables** 16:3
39:15 62:1,23
63:15 100:1 134:3
135:5 140:14
**compare** 94:2,6,9
94:12,16,21
106:23 110:11,13
**compared** 94:3,13
**comparison** 39:22
65:15,16 102:16
103:7 104:23,24
111:17
**compatible** 121:3
**competition** 59:19
66:13
**competitive** 81:20
**complete** 78:23
**completely** 79:15
**composition**
119:15
**compton** 3:14
80:25 81:4,9,11
**compute** 114:12
**computer** 34:18
**concept** 15:3,9
**concern** 8:10 75:21
**concerned** 116:9
**concerning** 3:16
32:5,7 51:1,10
52:2 53:18 66:5
66:11 69:25 95:2
95:21 97:1,4
103:10 128:18
131:20 150:23
151:2
**concerns** 9:13,17
9:19
**concluded** 82:25
105:14 151:18
**concludes** 93:21
151:17
**concluding** 6:8

conclusion 23:7 47:13 94:1 105:18 121:4 136:19
condition 20:20,21 21:3,7,25 25:10 27:20 28:25 32:21 39:12,17 40:6 41:20 42:6 47:1 47:22 49:4 53:3 53:19 54:8,9 63:4 69:25 84:12 89:24 96:5,19 103:10 112:20 113:2 121:7,14,20 134:19
conditions 15:15
conduct 33:25
conducted 102:5
confronting 57:1,6 57:18
congress 69:18
congressional 3:8 65:24 66:5
conjecture 28:6
connected 152:16
connecting 60:24
consecutive 82:1
conservative 62:19 135:14 136:16 138:12
consider 39:12 52:12 58:17,22 59:1,9 67:21 71:17 83:10 84:2 112:17 113:7 148:17
consideration 21:2 21:7 22:13 51:20 116:12 134:17 135:2
considered 62:1 82:17 86:9 103:9 104:1 129:25 130:19
considering 77:22 77:23 131:14,15 136:24

consisted 12:23
consistent 91:24 100:15
consolidation 66:13
constituencies 71:11
constructed 114:2
constructing 116:5
consumer 66:14
contemporaneous 27:1 34:23 44:23 48:8 49:17 69:1
context 12:10 24:25 50:25 51:9 52:1 53:16 69:22 71:21 78:12 80:18 143:9
continental 3:16 62:20 63:23,25 75:18 92:14 93:23 94:3,7,10,13,17 94:23 95:3,9,25 96:4,8,14,21 97:1 97:4 98:5 125:25 125:25
continue 4:15 38:23 39:3 40:10 50:7 54:10,17,20 55:4,6,23,24 56:4 56:7,9,19,21 57:16 58:1 73:25 96:22 112:5 120:4 120:13 123:19,22 124:25 126:4,8
continued 1:13 4:2 54:22
continues 76:15
continuing 18:17 20:12 32:23 58:12 124:9,23
contrary 54:13
contributing 29:6
contrived 76:7
control 150:12
controversy 150:12
copy 3:13,15,18

80:24 81:3 96:25 97:3 99:11,15
correct 4:23 5:24 8:7 9:1 12:11 14:6,9 16:6 17:18 17:22 18:3,4 21:4 21:8,21,22 23:10 23:15,19 24:11 26:9 27:4 28:19 28:22 29:1,2,7,8 31:18 37:2,15,16 37:21,25 38:7,23 39:5 40:7,8,11 41:6,24 48:9 49:7 49:8,12,13,18 53:24,25 54:3,4 56:12,23 58:25 59:10,11 61:11 62:2 63:5,12 66:6 66:7 70:3,4 71:21 73:11,15 75:11,12 77:25 83:16,22 87:14 88:11,16 92:14,18,19,23 93:7,15,24 99:10 100:2,19,20 101:18 105:18 108:22 109:13 111:4,5,8,10,15 111:16 112:13 113:14,25 114:19 119:16,20,21,24 119:25 120:5 122:9,23 128:3,18 130:2,20 132:8 133:20,21 134:20 134:24,25 135:6,7 135:10,15,16 136:22 137:4,25 138:1 139:2,4 140:6,10,11 142:2 142:3,6 145:7,16 145:17,23,24 148:2 152:10
correctly 133:4
correlated 112:20
cost 60:16

couldnt 24:22 27:21 28:8,17,24 29:5 31:12 103:16 104:10,14
counsel 30:25 31:3 31:4 46:11,15,19 138:17,23 152:14 152:15
count 91:21
counterparty 51:4 51:6,12 52:5,12
county 152:4
couple 41:10 138:22
course 9:21 11:1 15:24 33:9 53:13 85:19
court 1:1 3:11 4:5 51:24 67:6,18 74:25 75:8 147:13
covers 146:20
crappy 53:2
crazy 115:5
create 104:23 105:15 112:1
created 62:25
creating 103:9
creation 110:18
credible 105:20
credit 71:19 91:17
crippled 117:20
criteria 108:11 130:11 142:10
csr 152:20
currently 132:2
curve 142:19
cutting 50:16

**D**
damage 136:17 143:19
damages 135:15,18 137:10,15,16 138:7,15,16,20 141:2 143:16,25
dan 72:18 74:10 86:19

danger 4:22 18:5 18:11 60:3 127:18
daniel 2:4
dartmouth 8:16
data 33:17 48:21 105:10 111:18 113:16
database 46:4
date 1:16 7:10 34:15 70:18 72:5 73:6 90:23,25 114:20,23 115:24 116:4,7,12,14,18
dated 66:8 117:12 152:22
dateofhire 119:6
dates 7:9
daubert 147:21,23
david 33:10 46:16
day 22:16 28:2 41:7 50:18 72:19 76:14 76:16,23,24 85:19 85:20,21,23 86:10 88:6,8
days 15:11,12 16:16 34:14 35:3 38:7,15 41:6,9,13 55:8 56:9,16,21 77:3 84:17 85:10 85:19,20 87:1,18 138:22
de 132:5
deal 9:3 60:8,11,14 60:20 64:2,3 84:17 85:10 87:2
dealing 111:3
death 72:19
debt 35:24
debtor 68:16,17
debts 9:20
decades 82:5
decide 58:15 71:7 72:4
decided 5:15 104:10 116:22 131:17
deciding 133:8

decision 3:10,16,19
7:22 17:9,18,22
17:24 22:8 23:19
23:24 24:1,2 49:7
49:10 74:24 75:7
75:14 95:2,8 96:4
96:25 97:4,17
99:12,15,16
130:11 131:19
132:7,10 133:2,7
decisions 19:11
20:1 91:22 95:12
95:13 130:14
declared 42:24
43:4,8,12 44:5
defendant 1:8 2:3,6
define 40:15 90:16
defined 41:3 42:11
definite 51:17,17
51:18,18,19,20
definitely 36:18
definition 14:12,14
delaney 1:15 152:5
152:20
delaware 3:12 75:1
75:8
delta 25:4,5 26:2,7
26:12,17 27:15
32:5 62:12,12
75:18 88:18
116:20 117:2,7,13
118:24 119:11
demise 101:4,8
denoted 80:5
department 71:7
71:12,15
departure 135:5
dependent 95:14
95:22
depends 119:4
deposed 147:6
deposition 1:13 4:3
81:4 151:17,18
152:8
describe 4:25 7:24
12:22 36:3 42:16
46:3 54:5 81:19

84:15 141:20
described 10:24
12:9 53:18 58:14
63:5
description 8:15
descriptions 11:22
130:9
designed 39:18
despite 59:5
detail 113:18
detailed 31:20 57:3
57:17 58:1
details 16:22 18:14
82:18 96:23
determination
23:18,23 25:20
49:9 61:2
determine 13:18
14:1 17:5 26:13
32:16 47:18
123:14 126:15
127:5 129:20
133:15 140:12
determined 58:16
132:3
determining 83:16
140:2
develop 117:21
133:13
developed 110:19
111:10,14 134:1
144:18
developing 134:17
diary 147:15
didnt 5:5 7:15,20
12:4 27:4,21 31:7
31:8,11,13 32:7
34:17 36:16,17
37:3 40:12,13,25
41:8 43:20 48:4
48:19 49:6 50:11
54:1 58:1,17,22
59:1,8,9 82:25,25
83:11,18,19,20
84:2 103:23,23
121:8,15 127:9
129:23 135:2

137:12 138:21,22
144:16,22 145:1
149:15 151:5
differ 102:17
131:22
difference 28:1
39:1 92:11 93:1,6
93:14,17,19
107:16 109:13
110:12,13 112:11
114:6,11,17
116:16 119:12
133:16,25 134:13
137:16 144:23
145:6,14,22
148:15 149:1
differences 104:25
114:7 116:14
130:5,16 132:12
149:7,9 150:17
different 54:6
62:16 83:9 97:21
107:4 108:14,15
111:18 112:18
122:5 131:7 139:9
143:4,5
differentials 94:21
94:23
differentiates 87:8
difficulty 15:19
18:15
digits 143:24
diminished 129:1
dip 47:25 73:18,22
74:1
direct 34:24 35:8
35:13,18,23 66:16
67:2 75:13 97:16
117:18
directed 35:10
direction 46:18
directly 48:3
113:20
disagree 79:21
disarray 11:24
discourse 19:16,20
discover 52:23

discovered 128:24
discrimination
106:9,24 146:4,9
146:19 148:2,5,9
149:6
discuss 19:16
discussions 48:23
disparity 148:6
dispute 23:10
24:21
dissimilar 105:23
distinction 21:18
39:19 59:12
distinguished
66:23
distress 111:23
distribution 140:16
142:18,22 144:23
district 1:1,1 3:12
75:1,8
divide 16:2,2,7
divided 42:5
dividing 40:4,5
document 25:5
66:2 75:4,10
78:14 80:19 97:8
99:18 117:10
documents 34:25
53:1 86:17
doesnt 14:10 19:20
36:21 37:3 38:25
39:21
doing 11:5 15:24
21:12,12 22:17
23:25 45:12 46:23
59:12 71:13
105:17 106:20
107:10,11,19
108:17 109:4
110:4,23 112:6
113:15 114:14
141:14
domestic 117:21
domiciles 94:6 98:9
98:23
dont 5:5 6:15 7:2
7:14,19,20,24

8:12 12:14 13:3
16:6,21 17:8
18:12,12 19:13
20:9 21:6 22:5
23:2 25:24,25
27:11 28:14,15,24
29:3,19 30:10
31:9,14 33:16
35:4,7 38:1,4,13
41:25,25 42:25
43:22 44:10 45:5
45:6,16 46:7,9,14
46:22,22,23 47:4
47:5,17 48:12
49:5 50:17 51:6
51:14 52:7,16
53:8 55:9 57:3
61:8 64:19,19
65:5,9,18 67:8
69:11,16,18,19,20
70:21 71:15,19,19
72:4 73:23 74:2
76:21,24 77:4,14
85:4 86:10 87:6
88:1,19 90:9,23
92:1,12 95:6 96:6
96:23 98:18 102:1
102:1,6,6 103:17
109:7,9 112:6
113:5,22 115:8
117:4,4 119:15,18
119:21,22 120:22
120:23 123:3,12
124:17,24 125:15
126:9 127:4
129:16,16 139:7,7
139:24 140:22
142:18 144:5,7,11
146:24 147:8,8,14
150:22 151:5,5
doom 32:25
double 126:22,25
dr 103:22
dramatically 87:9
draw 17:13 47:13
draws 23:8
dropped 101:13

**dropping** 144:12
144:13
**due** 85:12,14
**duly** 4:7 152:9
**duty** 93:12 106:15
106:16,18 107:3
107:21,25 108:3
108:21 109:24
110:1 113:11
133:18,24 134:11
135:4 142:2 145:3
145:20

**E**

**earlier** 50:14 54:14
88:25 126:24
**early** 85:15
**earned** 82:3 137:17
137:18,19
**earnings** 137:13
138:6,9
**east** 1:22
**economic** 12:7
109:12 111:1
**economics** 12:25
19:10 107:12,12
107:13 150:3
**economist** 11:11,12
11:19 12:13,17
15:17 108:1
110:22 121:25
**economists** 11:1
33:12
**education** 150:4,4
150:9
**effect** 70:2 89:15,19
110:1 112:6
141:13
**effectively** 140:24
**effects** 66:12
**effort** 17:25 30:14
45:19 52:23 65:2
65:4 75:16
**efforts** 127:5
132:11
**eight** 81:16 147:16
**either** 14:21 16:1

36:5 37:18 38:7
53:8 63:10 87:13
89:12 113:24
126:23
**eliminate** 14:20
**eliminated** 140:8
**eloquently** 137:22
**emergency** 76:7
**empirical** 107:11
**employee** 152:15
**employees** 6:23
19:7 44:14
**employers** 37:10
**employment** 7:23
**enables** 129:21
**ended** 76:8
**ends** 142:6
**engaged** 13:11
**enterprise** 80:6
**entire** 78:11 80:19
**entirely** 23:5
114:21 136:12
**entirety** 97:13
99:23
**entitled** 3:22 117:6
117:12
**environment**
106:21
**equal** 107:7 115:9
**equally** 100:10
103:1,1
**equipment** 14:24
58:11 136:25
139:15,15
**equities** 97:22
**equity** 35:19
**equivalent** 18:7
20:8,15 80:21
87:4 88:10
**ergo** 121:2
**error** 20:2
**esquire** 1:18,21 2:1
2:4
**essentially** 14:22
15:1,21 31:22
58:7 108:8 132:20
**establish** 142:5

145:7
**established** 76:10
78:1
**establishing** 92:21
**estimate** 93:10,16
93:18,21 105:13
105:20 107:23
133:15 134:6
141:22 143:19
145:10 146:25
**et** 1:4 131:16
**evaluate** 10:10,18
10:20,24 11:8
13:12 24:19 114:4
130:5
**evaluating** 11:19
12:8,12,18,22
13:1,8 121:5,13
**evaluation** 24:3
107:11
**event** 77:5 122:8
**evidence** 24:3
71:16 80:13
**evident** 100:9,11
103:1 129:7
**exact** 8:12
**exactly** 25:16 35:4
35:12 39:18 44:1
58:3 104:17 108:5
137:6
**examine** 5:17,17
**examined** 4:8 30:2
**example** 5:13 20:18
21:1 47:25 54:6
63:1,5,9 64:12
86:11 87:4 88:11
88:18 111:19,19
114:25 115:1
126:12 132:18
140:25 143:18
**examples** 21:10
**exception** 25:4
**excluded** 28:17,21
147:18
**exhibit** 62:9
**exhibit12** 66:3
**exhibit13** 75:5,6

**exhibit14** 81:3
**exhibit15** 96:25
**exhibit16** 99:15
**exhibit17** 117:11
**existed** 133:17
138:21
**exp** 152:21
**expect** 22:18 37:13
39:21 49:18 52:14
65:21 142:9,11,13
142:15
**expectation** 16:15
24:7,9 25:12,13
26:4,6 38:16
39:24 40:22 41:23
48:9
**expectations** 22:2,4
22:14,20,24 23:3
23:7,22 24:13
37:12,20,24 38:12
38:18,19,21 39:1
40:25 51:3,11
52:4 97:22 105:10
112:19,23,25
113:5,6 116:9
131:16
**expected** 16:5,17
16:20 17:7 18:21
20:23 22:1,9,25
23:13,14 24:10
25:22 26:14,19
32:18 36:5 37:19
37:24 38:10,20,22
39:2,4,11 40:10
41:4,21 44:24
45:4,19 46:1,12
46:20 47:3,13
48:7 49:11,16
50:7,10,21 51:5
51:13 52:6,20,25
53:5 54:10,16,19
56:7,8,19,20
57:16,25 58:23
59:2,4,16,20,25
60:4,21,25 61:5
63:10,11 69:13
73:4,10 77:13,18

77:24 79:11 82:22
83:3,4,17 86:7
87:13,19 88:7
89:21 137:13
144:19
**expenditures** 85:18
86:11
**expenses** 85:23
**experience** 110:23
111:6 149:10,14
**experiencing**
101:11,13
**experiment** 109:22
**expert** 4:13 13:12
17:19 20:10 32:6
63:8 69:6 120:8
120:18,23 121:3
138:8 146:1,8,23
147:10,13 148:25
**expertise** 10:20
11:5,8,19 12:7,18
110:22 121:5,12
121:18,22
**explain** 53:2
135:17
**explained** 118:19
118:20
**explanation** 136:24
**explanatory** 113:13
**explicitly** 112:18
113:6
**exposure** 59:23
**express** 99:12,16
**extend** 63:19
**extensive** 30:22
31:16,23 33:20
**extent** 26:24 37:18
114:5 127:24
**external** 132:18
**extreme** 104:18
140:16,23 141:8
141:12,13,17
142:6,13,22
143:10,11,12
144:7
**extremes** 142:17

## F

face 53:9 69:13
faced 79:6
facility 33:9
fact 32:5 58:10
   63:18 64:22 95:22
   96:16 105:12
   112:18 120:24
   126:20 140:20
facto 132:5
factor 83:15,21
   84:1,3 105:6
   116:15 135:2
factors 58:17
   131:14 134:11,16
   135:1 150:15
facts 5:20 80:13
   84:24 86:18 95:15
   95:19
fading 50:18
fail 102:9 103:5
failed 48:20 49:2
failing 100:9
   101:25 102:5,7,10
failure 117:20
fair 38:8 78:12
   79:20 89:4 93:12
   104:8 106:16,18
   107:3,21,25 108:3
   108:22 109:25
   113:11 115:11
   133:18,24 134:11
   135:4 142:2 145:3
   145:20
fairly 34:4 142:22
   143:11,12
fall 5:21 12:4 14:23
   16:6 48:4 50:4
   55:18 57:24 58:13
   58:14,16 61:3
   62:24 63:15 65:3
   65:8,12 80:4
   83:16,22 84:5
   136:12 144:17
   145:23
falling 63:6
falls 64:16

familiar 18:22,24
   19:21 142:19
fantastic 21:20
far 5:11 48:6 49:15
   109:10 126:14
   141:10
farber 1:13 3:3 4:3
   4:7,10 61:19 66:3
   75:5,6 81:2 86:25
   96:24 97:9 99:14
   99:19 107:19
   117:11 128:16
   129:9,19 151:13
farber12 3:8 65:24
farber13 3:10
   74:24
farber14 3:13
   80:24
farber15 3:15 97:3
farber16 3:18
   99:11
farber17 3:21
   117:5
fat 105:1
favorable 141:4,7
features 103:8
february 66:9
federal 99:12,16
federalexpress
   3:20
fedex 62:7,11
feel 11:4
feeling 11:24
fell 118:14
fellow 8:16
felt 17:14 105:19
   135:22 136:14
   141:12
field 12:25 19:10
figure 11:14,14
   15:17
files 29:9
filing 80:5 84:9,13
filings 35:14
finances 7:23
financial 5:18
   15:14,19 18:15

20:20,21 21:2,7
   21:11,15,16,24
   25:10 27:20 28:25
   30:24 31:17,20
   33:20 37:15 39:12
   39:16 40:5,20,21
   41:20 42:6,7,11
   47:1,9,17,22 48:2
   48:3 49:3 53:19
   54:8,9,15 69:25
   82:18 84:12 89:24
   96:5,9,14,18
   102:3,23 103:4,10
   105:7 111:23
   112:20 113:2
   116:10,24 121:7
   121:14,20 127:15
   128:1 134:19
financially 16:11
   16:12 64:15
   102:14 112:22,24
   120:4,12 127:13
   152:16
financials 83:19
financing 47:25
   68:18 73:18,22
   74:1 126:3,7
find 27:16 32:7
   34:9 35:10,11
   36:22 45:19,25
   75:16 82:2 85:5
   106:20 108:2,9
   124:3 129:10
   141:15
finding 18:18 58:20
   76:18 86:14
finely 150:12
firm 33:15
first 29:4 62:14
   63:24 65:13 67:12
   71:1 100:22
   115:23 120:3,10
   125:13,23,24
   141:19
fit 11:16 142:10
five 58:4 66:22
   75:14,14,15

fleet 78:25 79:7
fleets 129:1
flight 33:4 44:5
   117:23
flights 44:13 50:16
   119:2
flip 70:6
flow 47:22 57:9
   85:25
fly 4:15 32:23
   39:11 50:15 54:20
   54:22 55:11,11,24
   55:24 56:7,9,20
   56:21 57:16 72:2
   80:22 112:6 126:8
   129:2
flying 3:20 5:2,14
   5:16 10:4,8,10,12
   10:25 11:9 12:2,2
   12:3,9 14:21
   15:10,11,22 16:4
   16:5,16,20 17:7
   18:8 19:12,23
   20:22,23 22:1,1,3
   22:11 23:1,13,15
   24:11 25:22 26:14
   26:19 31:22 32:18
   32:22 34:12,13
   36:5,6,11,15,20
   37:4,5,6,18,19
   38:23 39:3,21
   40:10,23 41:4,5
   41:12,17,21,23
   42:21 43:16,18,25
   44:4,18,20,24
   45:4,8,20 46:1,13
   46:20 47:3,14,19
   48:7 49:11,16,18
   50:7,10,16,21
   51:5,13 52:6,21
   52:25 53:6 54:10
   54:10,17 55:4,6
   56:5 58:1,6,7,9,10
   58:18,24 59:3,17
   59:21,25 60:5,21
   60:25 61:5 62:4,7
   62:11 63:11,11,21

63:22 64:1,1,3
   73:5,10 77:13,18
   77:24 82:22 83:1
   83:5,17 86:7 87:7
   87:7,10,11,13,14
   87:19,24 88:6,8,9
   88:21 89:9,21
   94:13 98:12,25
   99:12,16 102:11
   102:22,22 111:23
   112:3,4,5 120:4
   120:13,13,21
   121:1 125:5,10,14
   126:4,13,20,23
   127:2,14,21,25
   128:21,22,25
   129:1 140:25
   141:5,11 143:23
   144:4,19,19
focus 141:18
focused 23:21,23
   24:13 83:15,21
   84:4
focusing 22:8 40:1
following 101:10
   114:25 115:1
   123:16
follows 4:8 51:25
footnote 123:5,13
foregoing 152:10
foreseeable 41:22
forever 112:6
forget 44:19
form 18:9 51:15
   72:17,21 80:12
   84:23
formal 109:8
formed 26:6
former 37:9 123:14
forming 67:22
forms 79:14
forsyth 1:18
forth 13:7 20:18
found 15:14 32:10
   35:4 45:7 106:19
four 33:10,11 112:2
   147:15

**fraction** 129:2
**framework** 110:20
  110:25 131:6
  132:24
**frankly** 11:17
  116:6 124:20
**free** 5:21 12:4
  14:22 48:4 50:4
  57:24 58:13,14,16
  61:3 80:4 83:16
  83:22 84:5
**friday** 15:5,6
**front** 23:4 69:17
  88:19 89:3 122:2
  123:2
**frontier** 63:22,23
  63:24,24,25 88:16
  89:1 120:3,10
  121:1,2 125:13,21
  125:23,23,24
  126:2,6
**fuel** 59:24
**full** 7:20,22 71:1
  87:7 89:3 100:7
  100:22 142:13
**function** 149:8
**functioning** 49:25
**fund** 76:13 85:12
**fundamentally**
  13:20
**funds** 77:20
**furloughed** 90:18
  136:6,21 137:3,8
  138:3,4
**furloughing** 44:13
  136:7
**furloughs** 135:22
  135:22 136:11
  137:24
**further** 123:5
  152:13
**future** 18:6 37:9
  105:25

**G**
**garrison** 1:24
**gee** 103:4 104:6

**general** 7:1 11:10
  33:24 44:15 63:7
  121:19 142:23
**generally** 12:24
  21:10 31:2 45:21
  101:12 104:23
  106:3 111:1
**generous** 104:19
**give** 13:25 21:11
  24:6 34:1,5 53:4
  65:1 78:12 114:24
  146:25
**given** 49:15 78:10
  110:23 134:14
  142:15
**gives** 11:19 12:7,17
**giving** 33:24 64:11
**gloom** 33:1
**gloucester** 152:4
**go** 26:17,24 27:16
  27:17 29:14 67:5
  67:5,17,17 69:3
  70:1 78:15 81:24
  82:2 86:19 108:12
  109:1 110:3 112:2
  121:15 131:17
  151:7
**goes** 78:22 85:8
  102:18,19
**going** 4:4 5:19 8:10
  16:25 17:14 18:7
  19:16 22:17 23:3
  27:2 34:13 36:12
  36:22 38:2,5,7
  40:22 41:23 44:3
  44:4,20 47:18
  61:14 67:5,16
  71:16 74:8 75:4
  75:21 78:8 83:1
  84:16 85:5,10
  87:1,18,23 99:14
  102:9 103:5
  105:24 110:9
  115:13,14,15,24
  125:7 128:11
  129:10 136:6,11
  136:12,21 137:2

  137:21 138:7,8
  143:13 151:9
**good** 4:10,11 20:20
  21:10,11,15,20
  39:13 53:15 54:8
  81:22 84:16 85:25
  102:2 104:7
  112:23 128:8
**gotten** 138:4
**govern** 131:2,4
**governing** 131:6,21
  131:22 132:19
**great** 65:7 102:23
  103:4
**greater** 104:12,15
**green** 1:17
**gregory** 70:8
**greiner** 1:14
**grounded** 78:25
  79:7
**group** 16:10,11
  39:22 40:3 63:15
  65:16,16 102:16
  103:7 104:24,24
  119:16 123:11
**grouping** 104:12
  141:24
**groupings** 134:18
**groups** 16:8,9
  97:21 111:17,21
**guess** 104:8
**guidance** 33:25
  34:1,3,4,5
**guys** 15:4 40:3
  45:16 53:12,14
  124:18

**H**
**haddonfield** 1:22
**hadnt** 66:4 67:23
  75:10 81:24 107:1
  107:2 150:22
**half** 72:19
**halfway** 97:18
**halpern** 103:22
**handful** 82:3
**happen** 18:16,23

  23:4 38:1,5,7,14
  38:15 41:13,14
  47:25 135:23
  136:11 145:11
**happened** 8:18
  71:14 106:10
  107:24 109:2
  134:7 142:15,16
**happening** 69:10
**happens** 19:6
**hard** 24:23 27:22
  27:23 41:11 44:4
  44:11,18,20 48:25
  109:20
**hasnt** 44:5 115:3
**havent** 75:10 78:10
  82:18 111:19
  124:10 140:17
  144:25
**health** 37:15 105:7
  116:10,24 131:15
**healthy** 15:25
  16:11,13 40:19
  41:22 42:2 55:21
  64:15 105:3
  111:24 144:20
**heard** 150:21
**hearing** 3:8 8:16,19
  65:24 66:11,17
  69:5,18,19,24
**hearings** 69:10
  71:9
**heavily** 95:14,22
**help** 14:1 30:25
  38:17 47:11,12,18
  55:1 103:22 115:1
**helped** 13:18
**hemorrhaging**
  44:12
**henry** 1:13 3:3 4:3
  4:7
**high** 124:19,20,21
**higher** 38:16,16
  88:22 98:12,25
  107:8 115:15,15
  115:17 134:9
  136:14 138:6,15

  142:14
**highest** 141:1
  144:13
**highlight** 80:5
**highly** 112:20
**highway** 1:22
**hire** 7:9 114:20,23
  115:24 116:4,7,12
  116:14,18
**hired** 7:13,18 49:22
  90:22,24 91:6,6,9
  114:19 115:3,7
  118:13
**hires** 119:23
**hiring** 5:4 7:6,21
  8:11 61:8 146:10
**history** 11:25,25
  82:20 83:2
**honorable** 68:8
  70:7
**hope** 65:23
**horse** 72:19
**hostile** 96:1
**hours** 124:19
**hub** 59:15
**human** 150:6
**hundred** 63:17
  85:14,24 113:1
**hurdle** 32:13
**hypothetical** 20:18
  88:15
**hypotheticals** 74:9
  74:10

**I**
**ichan** 8:13,14,14
  60:11,16 122:7,13
  122:18
**idea** 34:16 42:9
  43:24 106:7
  144:12
**identical** 108:6
**identification**
  65:25 75:2 81:1
  97:6 99:13 117:8
**identified** 48:6
  61:25 88:25

identify 32:1 65:2
88:25 148:5
ignored 113:8
ill 12:4 50:3 69:7
115:10
illustrate 64:11
im 7:14 8:13 17:2
18:24 20:10,11,11
20:11 22:4,5
23:25,25,25,25
24:5,16,17 26:8
26:20,22,22 27:12
28:5 29:21,22
33:18 38:2 43:9
47:7 48:12,17,18
50:9 55:10 58:2
62:8 67:8 68:2,2
69:7,9,10 70:24
70:24 71:16 72:3
72:5,18,22,24,25
75:4 78:8 82:24
83:24 87:21,25
88:2 89:10 90:9
96:12 99:14
107:17,17 109:15
110:20 113:4
114:13,25 115:7
120:11,11,11,24
121:8,10,24 126:5
131:24 132:3
134:7,7 136:2,23
137:11,12,21,21
138:10 139:5,13
143:14,14
imagine 114:24
115:2
immigration
146:12,19
imminent 15:7
55:8 56:16 72:9
73:1 101:3,8
imminently 4:23
10:5,12,21,25
11:9,20 12:9,19
13:2,9,13,17,20
14:5,12,18 16:5
16:14,20 17:7

18:3,8 20:23 23:1
25:23 32:18 36:6
37:19 38:3 41:5
44:19,20 45:20
46:1,13,21 47:3
47:14,19 48:8
49:11,16,18 50:22
52:21,25 53:6
54:23 57:17 58:19
58:24 59:3,17,21
59:25 60:5,21,25
61:6 63:11 70:20
72:2 73:5 74:22
77:13,18,24 79:12
83:1,5,17 86:7
87:14,20,24 88:9
102:9 144:19
impact 113:10,14
impeaches 86:13
implement 80:3
important 32:22
95:19 110:8
imprecise 13:22
14:6,9
impressionistic 8:1
improper 74:11
78:13
improving 101:12
include 26:21
130:1,18 140:13
included 16:19
29:11 32:14 92:4
including 75:18
102:12 103:7
income 5:18
incorrect 39:6,7
72:12
increase 137:2
increasing 137:7,9
indefinitely 38:23
39:3,11 40:11
54:17 55:11
independent 118:8
indicate 46:12
indicated 8:24 45:7
49:23 88:14 95:4
128:17,22 129:9

indicates 66:22
indicating 69:2
122:16
indication 47:2
49:14 96:3
indicator 42:20
43:16,17 44:1,3,8
44:9 45:25 48:6
50:20
indicators 45:3,19
50:6,9
indirectly 113:7,20
individuals 33:19
industry 34:10
66:13 81:20
influence 116:15
information 8:18
25:6,9,17 26:3,5
27:9,19,22,23,24
28:5,7,8,17,25
29:4,5,12,16 30:6
30:12,15,17,19,22
30:23,25 31:4,6
31:12,17,20,21
32:2,9,16 33:20
45:10 46:12,19,25
47:7,8,9,17 48:3
48:25 49:3 64:18
64:21 65:20,22
77:6,9,22 78:18
80:9 82:8,11 86:9
92:5,6,9 116:24
124:2 139:22
150:23 151:1
infusion 42:3 68:17
73:18 80:3
initially 130:7
injections 126:14
127:3
inquire 29:15
insight 53:4
insist 40:1
instance 113:23
instilled 28:3
instructed 27:17
33:5 45:16
integrated 118:18

119:3
integration 22:23
24:15 25:1,21
51:1,10 52:3,15
52:17 92:22 95:3
95:21 108:21
111:3 131:3,4,21
131:23 132:13
133:8,10 134:1
139:1,9 150:24
integrations 95:14
129:22 133:1
144:17
interactions 132:19
interest 8:13
interested 5:7 8:7
8:10 152:17
interesting 63:16
international 1:7
3:17 62:20 92:14
92:17 93:24 94:24
95:2,8 97:2,5
98:11,25 117:24
118:25
interpreting 20:11
intersperse 136:4,9
interspersed
135:25
intervention 70:13
investigate 44:22
involved 33:10,17
43:12 117:2 118:4
118:9
involving 20:18
54:6 122:13,17
130:2 141:23
isnt 36:10 38:9
55:15 82:15 127:1
isolate 113:10
isolation 16:24
issue 85:11
issued 35:19
issues 57:1,9 133:8
ive 58:13 63:18,18
63:18 64:22 79:18
82:17 89:22 108:7
109:4 122:2,3

139:12,12 142:20
149:7

_____

J

jacobson 1:17
james 2:7
january 1:11 4:2
70:14,17,21 71:25
72:1,5,7,7,8,25
74:7,15,19,21
75:19 76:12 82:22
83:5 84:10 85:14
85:15 152:22
jean 1:15 152:5,20
jei 1:2
jersey 1:1,14,15,16
1:22 152:2,7
jet 62:21 138:25
139:10 141:9
job 53:15 97:21
110:5,11 113:10
149:9,13,15,16,17
149:18,19,20,22
149:22,24 150:9
150:13
jobs 36:22 37:1,9
judge 31:21 78:12
judges 86:14
judgment 4:20
15:16 17:17,19,21
111:12
julie 2:1
july 3:21 117:5,12
justice 71:6,11,14

_____

K

katz 2:4,4
kazak 33:13
keep 40:22 41:12
46:9 58:8,10
147:14
key 13:22,22 108:4
kind 7:25 12:3
45:11 47:9 48:4
77:21 82:15 83:9
83:10 110:24
kinds 35:3 55:24
56:3,4

**kings** 1:22
**knew** 43:8 81:14
  90:15 103:24
  125:12
**know** 5:5 6:2,2,15
  6:18 7:14,24 8:9
  8:12 9:5,8,11,18
  12:14 13:3,19
  15:1,4,5,11,12,16
  15:20 16:21 17:1
  17:8 18:18 19:6
  19:13,25 20:9
  23:2 27:11 28:5,9
  28:11,15,24 29:3
  29:10 30:5,8,10
  30:21 31:6,9
  32:13,23,25 33:1
  33:16 34:7,8,11
  34:12,14,20 35:4
  35:7,16,21 36:1
  38:1,2,13 40:21
  41:8,8,9,15 42:1
  42:25 43:10,23
  44:10,11,14 45:12
  45:18 46:7,9 47:4
  47:5 48:2,22 49:5
  50:1,14,17 51:6
  52:16,19 53:12,16
  55:8,16 58:11,13
  60:7,13 61:8
  63:16,19 65:5,9
  66:18,20 69:6,11
  69:16,19,20,20
  71:10 72:4 73:21
  73:24 74:2 77:4
  77:14 79:3 81:9
  85:4 86:10 87:6
  89:25 90:4,7,11
  90:17,21,23 91:13
  91:16 92:3,6,12
  98:2,18 102:1,1,6
  103:19 104:1,18
  104:19,22 105:1,3
  107:6,9 109:7,18
  109:19 112:6
  115:8 116:19,21
  117:1,4 118:13

  119:15,18,22
  120:22,23 121:18
  121:25 122:3,11
  124:16,17,24
  125:15,20 126:2,6
  127:4 128:20
  136:15 138:21
  139:20 141:5,6,9
  142:9,18 143:3,12
  143:13,14,14
  144:3,10,13
  146:24 147:8,23
  150:22
**knowing** 53:21
  68:10
**knowledge** 13:4
  19:14 46:17 89:23
  118:8
**knowledgeable**
  44:15
**known** 20:2
**knows** 38:4,6

------------ **L** ------------

**labor** 11:1,12
  107:12 131:7
  146:4 148:2 150:3
  150:10
**lack** 33:8 48:20
  49:3 92:5
**lacking** 33:18 92:7
**laid** 108:11
**land** 34:17
**language** 70:12
**large** 94:16,18
  150:2
**largely** 12:23
**larger** 105:11
  138:7 144:1
**law** 1:14 132:25
**laws** 71:8 131:2,4
  132:1
**lay** 34:16
**laying** 5:4 6:22
**lead** 85:3
**leap** 32:13
**learn** 104:20

**lease** 9:4 57:9
**leases** 78:5
**leasing** 6:1
**leave** 11:17
**leaving** 91:10
**led** 87:2 125:21
  135:4
**legacy** 115:22
  119:19
**legal** 106:17 131:6
**legitimate** 109:25
**length** 113:23
  114:2,3
**lessors** 60:3 79:1,3
**level** 33:17 90:1
**leverage** 59:1,6
**light** 12:12 124:3
**likelihood** 10:3
  12:18 18:2 26:13
  70:1 145:13,22
**likes** 112:16
**limited** 103:25
  104:5 113:16
**line** 1:7 81:17 84:8
**lines** 91:17
**links** 64:3 88:16
  120:2,10 121:2
  125:12,13 126:13
  126:19 127:12
  128:2,22 150:7,8
**lip** 116:7
**liquidate** 18:22
  19:1,3,4,17 84:17
  85:10 87:1,18
**liquidates** 19:7
**liquidation** 18:6
  20:7,11 80:6,21
**liquidations** 18:16
**liquidity** 9:13,17,19
  58:22 59:5
**list** 6:16 7:8,9,18
  10:7,11 14:20
  24:15 25:1,21
  27:17,22,24 28:18
  31:1 37:2,14
  39:10,14 41:17
  48:21 49:1 63:21

  89:3,6,13,15,20
  92:22 93:5,10,13
  93:18,20 100:1
  114:1,3,5 115:16
  115:17,25 116:5
  118:14,18,22
  119:3,14 122:22
  123:16 125:16,24
  129:16,24 130:18
  133:13 134:1
  135:23 139:19,20
  140:14 141:3
**listed** 6:14 9:25
  29:18,20,22,23
  30:1,4 32:6 65:15
  91:20
**lists** 31:7 37:11
  114:9 115:21
  119:5 139:1,10,14
  139:16
**literature** 150:3
**litigation** 110:24
**little** 5:4,4 107:4
  108:13,14 143:4
**llc** 1:21
**llp** 1:25
**long** 55:5 58:3
  150:10,10
**longer** 14:24 33:15
  55:7,7,8
**longrange** 94:12
  98:11,24
**longterm** 98:8,22
  99:6
**look** 7:7 13:23 15:4
  16:22 20:4 24:22
  25:3,11 26:21,25
  27:1,13 33:5
  34:10,15,18,18
  35:12 45:6,9,16
  45:22,22 55:16
  58:5,7 61:23 76:5
  77:19 78:3 79:23
  81:16,17 83:12,19
  84:8 96:11 100:4
  104:17 106:22
  107:5,20 108:1

  110:9 111:22
  115:14 119:9
  123:8 124:9
  126:10 127:10
  142:25 150:13
  151:6
**looked** 6:17 7:16,16
  25:2,24 27:12,24
  28:11 33:6 58:9
  92:23 93:5,11
  106:19,25 129:5
  130:7,8 139:11
  149:7 151:4,5
**looking** 5:19 10:15
  24:16,19 28:9
  31:19 34:2,11
  45:3 69:9 70:23
  70:24 73:9 109:1
**looks** 124:4
**loss** 137:20
**losses** 136:13
**lot** 15:18 31:5 38:1
  44:14 113:21
  116:6 135:20
**lots** 44:13 56:2
  115:22
**louis** 1:19
**low** 60:16 123:15
  136:14 138:10
**lower** 37:14 38:21
  92:21 102:20
  107:8 134:3,8
  135:15 136:17
  137:14 138:11,19
  140:3,12 141:21
  141:22 142:5
  143:17 145:7,9,10
  145:15,23
**lowers** 135:18
**lowest** 55:19
  144:13
**lunch** 128:23
  129:14
**luncheon** 128:12

------------ **M** ------------

**magnitude** 56:23

73:21 91:1 147:1
**main** 57:8 103:19
**major** 85:11 117:7
  117:13
**making** 5:1 21:14
  21:18 23:18 55:2
  55:5 69:5 94:1
  115:8 134:7
  137:12
**march** 78:24 79:7,8
**margins** 101:13
**maria** 33:13,13,23
**mark** 75:5,6 81:2
  96:24 99:14
  117:11
**marked** 3:7 65:25
  66:3 75:1 80:25
  97:5 99:13 117:7
**markedly** 100:11
  103:2
**market** 150:10
**markets** 12:14
**material** 6:25 31:5
**materials** 6:14 7:3
  91:21 122:1
**matter** 23:9 41:5
  41:21 42:1 111:3
  152:8,12
**matthew** 33:15
**mccaskill** 132:24
**mean** 9:16,16 14:11
  16:16 18:25 19:2
  19:4 28:1 31:12
  32:10 36:14 38:3
  41:7,25 44:10
  54:21 55:16 56:8
  56:13,13,13,20
  58:14 65:4,13
  69:4 74:8 86:17
  92:11 93:1,7,14
  93:17 107:16
  109:13 110:12
  112:12 114:6,11
  114:17 116:16
  118:21 120:21
  131:24 132:22
  133:16,25 134:13

137:12 138:7
  140:18 141:11
  142:7 143:25
  144:6,7,23 145:6
  145:15,23
**means** 14:12 96:17
  112:17 143:1
  149:1
**meant** 10:6 15:7
  34:15 38:3 41:5
  54:22 62:18,18
  137:13 145:9
  149:17
**measure** 143:2
**measured** 140:17
  150:9
**meat** 143:8
**mec** 73:14 122:15
**meeks** 70:8
**memory** 60:9
  127:18
**men** 148:7
**mention** 150:4
**mentioned** 122:7
  138:24 148:1
  150:4
**merge** 71:6 114:20
  115:10,24 116:5
**merged** 27:24
  37:14 119:5,6
**merger** 32:24
  39:10 71:8,12,15
  96:17 97:22 101:1
  101:11 103:7
  105:9 115:20
**mergers** 7:17 11:16
  39:9 55:25 64:7
  103:17,20,24
  104:17 151:4
**merging** 115:2,9
**met** 108:10
**method** 107:22,23
  108:19 109:16
  110:19,21 112:9
  115:9
**methodology** 5:1
  10:23 12:21,25

13:7 19:9,22
  106:4,4 107:14
  113:12 129:21
**metric** 110:13
  113:14 114:16
  149:2
**metrics** 111:14
**micronumerosity**
  112:15,16 148:21
**middle** 55:13 104:7
  104:8,9 142:24
**midwest** 64:1 88:16
  120:2,10 121:2
  125:13 127:12,21
  128:3,22
**mild** 119:10
**million** 76:9,10,13
  76:13,16,22,23,24
  77:1 85:15,17,19
  85:20,21,22,24,24
**mind** 14:14,16,19
  15:10 41:9 55:9
**minimal** 37:11,20
  37:23 38:12
**minus** 30:2 65:16
  65:17,17 93:1,7
  93:20 134:4
**minute** 102:24
**mischaracterizing**
  79:14
**misremembering**
  91:4
**misrepresent** 65:19
**missing** 30:6,10,13
**missouri** 1:19
  66:24 68:9
**misspoken** 128:24
**model** 38:25 150:6
  150:6
**mohawk** 133:2,3
**momentarily** 15:2
**monetary** 100:24
**money** 126:14
  127:3
**month** 16:17
**months** 37:25 38:2
  38:5,11,14 39:5

41:15 91:3,3
**morning** 4:10,11
  82:16 143:16
**motions** 15:22
**move** 72:18 142:24
**moved** 33:16
**moving** 89:16
**multiple** 139:1,9,14
**multivariant**
  148:22
**municipality**
  139:16

_____

### N

**name** 33:14,18
  66:20 109:5,7,8,9
  109:12 113:5
**names** 33:9
**narrow** 19:19
**narrowly** 108:23
**nassau** 1:14
**nationally** 131:8
**natural** 109:22
**nature** 102:17
  115:20 119:5
**nauseam** 121:16
**near** 18:6 88:22
**necessarily** 55:10
  119:4 135:22
**necessary** 10:20
**need** 16:25 26:24
  34:6,7 42:2 58:1
  58:17 96:21
  105:16 107:22,22
  108:2 139:25
**needed** 15:15 27:8
  31:12 55:1 57:10
  59:12 76:11,13,22
  86:10 103:21,24
  104:12
**negative** 85:25
  119:12
**negotiated** 24:14
  24:25 25:20 26:16
  26:20 50:25
**negotiating** 73:14
  76:8

**negotiation** 5:8,9
  51:1,7,10 52:2
  53:8,10 69:7 73:8
**negotiations** 8:25
  9:6 32:24 73:7
  119:8 132:20
**negotiators** 22:19
  69:7
**neither** 35:12 76:6
**net** 104:25
**never** 26:3 81:14
  89:22 111:2
  138:16 144:5
**nevertheless**
  100:23
**new** 1:1,14,15,16
  1:22 2:2,2 3:22
  37:10 70:8 115:16
  117:6,11 121:10
  152:2,6
**newer** 115:15
**news** 30:20,23
  32:20 34:8,23
  35:5 45:17 48:8
  49:17 58:20
**newspaper** 26:8
  27:1
**nicole** 1:21
**nine** 84:8
**nonarbitration**
  32:17
**nondiscriminatory**
  106:21 150:16
**normal** 142:21
**northern** 65:8
**northwest** 88:18
  89:8
**notary** 1:15 152:6
  152:21
**note** 139:24
**noted** 102:22
**notes** 152:11
**noting** 42:19
**notion** 14:4
**nuanced** 103:20
**number** 42:1 43:9
  49:1 55:9 73:23

91:8,10 94:16,18
95:12 103:6,16,25
104:5,8,13,15
105:11,16,16
136:17 137:2,8,20
143:15 146:24
150:5
**numbers** 47:10,12
100:5 115:5,10
**numerical** 92:1
**numerous** 48:18

---

**O**

**object** 18:9 51:15
72:17 78:8,14
79:13 80:12 84:23
86:16,18
**objection** 72:13,16
72:20 86:15,21
**objective** 17:21
111:13
**obligation** 79:19
**obligations** 9:4
57:11 77:3
**observation** 120:16
120:17,19,23
144:6
**observations**
141:14
**observe** 106:11
109:23
**observed** 145:8
148:6
**observing** 120:24
**obtain** 126:3,7
110:9
**obviously** 67:23
110:9
**odd** 29:25
**offer** 79:25 112:22
112:24
**offered** 44:23 63:8
**offering** 4:13 120:8
120:18
**offhand** 63:20
73:23
**office** 1:14 129:5
**officers** 98:7

**oh** 34:18 60:12
67:14 139:18
**okay** 5:23 12:16
14:3 20:17 21:1
46:8 56:25 61:23
62:6 63:8 64:20
65:21 66:8,22
68:15 69:23 70:11
71:18,23 72:15
74:12,16 76:5
77:5,16 78:3,22
81:16 84:7 88:24
91:23 97:16,20
98:6 100:15 103:5
117:18 121:11
127:1 129:19
137:7 139:8
149:21,24
**older** 115:18
**once** 117:22 124:21
**ones** 10:9 15:17,20
15:24 27:11 88:24
89:4 108:8,24
134:16
**online** 30:23 31:16
31:24 33:20 35:2
124:1
**operate** 20:13
**operated** 94:17,19
**operating** 18:2
81:25 82:1,3
**operation** 13:20
15:1 18:17 20:8
38:20 39:4 70:19
125:22
**operations** 4:22 7:1
10:4,21 11:20
12:19,23 13:2,9
13:13,17 14:5,18
16:17 37:25 38:10
57:24 73:25 74:22
76:14 79:12 83:19
83:20 85:7 90:12
96:22
**opinion** 4:13 44:23
120:8,18,23
**opinions** 67:22

147:17
**opportunities** 94:2
94:4 98:9,22 99:6
**opportunity** 78:11
79:17
**options** 87:22
**oral** 1:13
**order** 6:1,6 56:12
56:22 71:14 78:10
78:11 79:15 91:1
96:22 104:11
105:15 110:2
115:13 118:22
147:1
**ordered** 6:3,9
**ordering** 5:3,24
114:22 116:8
118:21
**orders** 6:19
**ordinary** 9:21 11:1
**organization** 18:15
**origin** 114:22
**ought** 7:3 132:25
**outburst** 72:23
**outcome** 106:12
109:24 110:10
**outcomes** 107:1
110:11
**outliers** 140:21,23
**output** 5:21 12:4
14:22 44:13 49:22
50:4 57:25 58:16
61:3 83:16,22
84:5
**outside** 42:4 55:1
116:23
**overall** 17:11
**owed** 5:10 85:15,24
**ozark** 150:20,24
151:2

---

**P**

**page** 3:2,7 42:19
66:16,22 67:3,10
67:15 70:5,6,11
70:22,23,24 71:2
71:4 75:13 81:16

81:17 83:12 84:7
97:17,18 100:4,5
100:8,21,22 123:6
123:8
**paid** 116:7 149:6
150:8
**pan** 3:22 25:4,5
26:2,7,12,17
27:15 32:5 62:12
116:20 117:2,3,6
117:12,21 118:3,4
118:9,14,17,22,24
119:2,10,13,16,19
119:23
**paragraph** 20:5,17
21:23 36:4,24
37:3,7,8,17 42:16
42:18 54:5 67:3
67:13 75:14,15
76:5,6,21 78:4
79:23,24 100:7
120:1,5 126:10
127:10
**paraphrase** 64:14
**park** 1:15
**part** 6:10 11:13,15
48:10 109:20
113:4 118:10
119:23 136:5
**participate** 122:17
**particular** 10:19
11:12,12 16:22
22:6 24:22 25:15
45:16 55:9 57:22
77:2,3 83:9 95:14
106:11,13 109:9
128:4 150:3
**particularly** 18:10
34:8 45:14 99:3
110:25 149:6
**parties** 23:6,7,22
152:14
**partner** 75:16
**party** 51:7
**pass** 151:14
**passed** 69:21
122:15

**passenger** 130:6,16
**paths** 18:16
**patrick** 1:4
**paucity** 112:14
**paul** 1:24
**pay** 9:20 94:21,22
98:12,25 106:22
106:23 146:10
148:15 149:7
150:7,17
**paying** 49:25
**payments** 5:10
57:10
**payroll** 15:5,6
**pc** 2:4
**peer** 13:6
**pending** 51:25
**people** 5:7 7:9
24:18 33:10 44:15
44:16 89:16
106:20,22 129:5
136:6 150:8
**percent** 63:17 78:5
113:1
**performance**
149:14,15,16,23
**performed** 149:9
149:18,19,20,24
150:13
**period** 7:6 41:9,10
44:17 63:25
100:12 103:3
**person** 105:1,2,3
**personally** 27:5
95:7 97:11 99:21
117:17
**perspective** 85:17
**ph** 33:11
**phrase** 18:10
108:23 109:21
112:15
**pick** 89:4
**picture** 17:14
107:18
**piecemeal** 80:5,20
**pierson** 33:15
**pilot** 97:21 115:3

138:2,3
**pilots** 1:7 7:12 8:11
  31:3 36:7,11,21
  36:25 37:9,11
  38:11,22 39:2,3
  40:23,24 49:23
  53:2,9,12 90:17
  90:22 91:2,5,6,9
  91:10 93:22,23
  94:3,4,9,13,14,17
  94:19 97:25 98:6
  98:13,16 99:5,7
  100:25 112:23,25
  113:25 114:13,19
  114:23 115:4,6,10
  115:14,16,17,22
  116:13 117:3,3
  118:12,18,22,25
  119:2,11,11,13,16
  119:19,20 122:12
  123:15 135:20,25
  136:3,7,7,10,10
  136:13,20,22
  137:2,8,10,14,17
  137:25 138:5,9
**placed** 37:13
  123:15
**placement** 118:17
**plaintiff** 1:20,23
**plaintiffs** 1:5
**plan** 80:2,4
**plane** 43:19
**planes** 60:3
**plans** 124:25
**played** 13:24,25
**please** 4:5 90:16
  93:8
**plus** 143:23
**point** 12:17 27:14
  61:4,9 69:5 73:3
  103:6 128:19
  136:1,21
**pointed** 49:20
**pointing** 50:5
**policy** 69:20
**political** 69:5,12,14
  71:10,21

**poor** 20:22 21:24
  21:25
**position** 58:8,10
  71:19 81:20 96:9
  96:14 122:11
**possession** 68:16
  68:18
**possible** 31:11
  77:16 138:10
**post** 123:15
**potential** 47:1,6
  98:12,25 122:8
**precise** 15:12 90:23
  105:13 143:6
**predict** 44:21 58:2
  129:21
**predicting** 108:20
**predictive** 105:25
**premier** 117:24
  118:25
**preparation** 76:18
**prepared** 68:1,12
  68:23 75:20 80:10
  82:9
**preparing** 75:25
  77:7 84:22 86:5
**presence** 109:24
**present** 1:16 2:7
**presentations** 23:6
**presented** 24:4,20
**presently** 41:4
**preserve** 75:21
  114:9
**press** 1:18 18:9
  27:2 34:9,9 43:24
  44:17 51:14 66:23
  68:5 72:11,14,17
  72:22 74:8,14
  78:8 79:13,19
  80:12 84:23 86:13
  86:16,22 121:15
  125:6 128:5,7
  132:14 151:15
**pressed** 44:4
**pressure** 71:14
**presumably** 44:16
  141:21 151:4

**prevented** 105:17
**previous** 123:10
**previously** 43:7,9
  66:4 75:9 147:7
**prices** 59:24
**primary** 51:20
**princeton** 1:14,15
**prior** 7:8 13:12
  57:2 76:18 84:22
  86:5 89:24 99:7
  126:12 139:19
**priority** 124:20,21
**private** 132:17,20
  132:20,21
**probability** 144:22
  145:18
**probably** 103:18
  105:12 124:17
  128:8 143:24
  147:2,9
**problem** 107:19
**problems** 47:23
  57:6,18
**process** 18:23
  78:23
**procure** 80:3
**produce** 138:19
**produced** 135:15
**product** 110:19,21
**professional**
  111:12
**professor** 4:10,12
  8:21 61:19 86:25
  87:12 97:9 99:19
  107:18 117:15
  128:16 129:9,19
  145:25 151:13
**profit** 81:25,25
  82:1,4
**profitability** 58:3
  82:21 83:3 90:1,5
**profitable** 126:16
**profits** 101:12,22
**progressed** 76:15
**promotional** 94:2,3
  98:8,22 99:6
**proportional** 28:1

92:10,25 93:6,14
  93:17,18 107:15
  109:13,14 110:12
  112:11 114:6,11
  114:16 116:15
  133:16,25 134:13
  144:23 145:5,14
  145:22
**proportionate**
  149:1
**proposal** 122:7
**proposition** 95:17
**prospect** 78:25
  79:7 126:15
**protocol** 17:5,9
**proud** 117:23
**provide** 46:11,19
  47:2 64:24
**provided** 7:4 31:7
  68:18
**provides** 25:6
**provincially** 131:9
**provisions** 133:2
**pseudo** 104:19
**public** 1:16 34:7
  35:13 152:6,21
**purchase** 76:8
**purpose** 122:3
**purposes** 22:7
  133:22
**pursue** 124:23
  125:1
**pursued** 28:7
**put** 40:25 53:16
  69:17 85:17
  115:25 122:2,3
  123:11 124:18
  143:6,8
**putting** 69:21
  71:13

**Q**

**qualifications** 18:1
**qualify** 72:2 74:21
  87:19
**quantitative** 8:4
  14:10,13

**quantitatively**
  14:12
**question** 4:18 12:6
  12:15 15:20 17:1
  18:10 19:18,19,20
  22:21 24:21 26:2
  37:5 38:9 44:8
  46:15 51:3,8,11
  51:15,19,23,25
  52:1,3,10 56:18
  71:23 80:13 81:21
  81:23 83:2,25
  84:11,14,24 86:19
  90:10 93:8,9
  102:2 109:25
  113:9 120:20
  121:10,12 123:10
  123:20,23 124:9
  132:9 140:19
**questions** 78:9
  79:14,20 81:18
  151:15
**quite** 11:23 15:10
  15:14 16:12 26:22
  26:22 36:19 47:22
  55:12 87:8 102:10
  126:22 135:20
  141:9 142:23,23
  143:11 148:10

**R**

**race** 146:10
**ran** 46:4
**range** 11:15,16,23
  15:14 98:9,23
  104:2 142:16,17
**rank** 92:11 93:1,7
  93:14 112:12
  114:6,17 116:16
  133:16,25 134:13
  145:6,23
**ranked** 141:1
**ranking** 114:10
**rankings** 114:12
**ranks** 93:17,19
  107:16 109:13
  114:11 144:24

145:15
ranzman 2:4
rate 20:2 76:16
    77:2
ratio 115:11 136:1
rationale 24:2
    102:12,21
reached 52:15,18
reaches 23:24
read 5:8 6:12 8:14
    9:2 11:21 17:9,17
    17:21 26:5 51:22
    51:24 53:1,18
    54:1 66:4 67:23
    78:11 95:7 97:13
    97:15 99:23
    102:23,24 118:6
    122:1,1,1 131:10
    132:6 139:12
reading 6:11,25 7:2
    8:1 12:10,24
    15:13 16:23 17:13
    18:13 24:17,18
    40:17,18 43:23
    60:18 67:9 68:6
    87:21 104:1,2
    129:8 131:19
    132:3,10 133:6
reads 131:13
ready 129:17
real 12:1 78:24
    83:7,8,8 113:15
    113:15
realized 103:16
really 13:24 15:3,4
    15:23 19:17 20:9
    27:23 38:4 48:1
    53:12 65:5 69:19
    104:6,7 105:3
    112:1 114:13
    142:12
realm 141:10
reason 28:10 93:19
    148:10,13
reasonable 21:16
    24:3 40:24 142:18
    144:14

reasonably 20:20
    21:20 54:7 55:14
    55:22 90:24 142:8
    142:11,15 143:5
reasoning 139:14
reasons 28:21
recall 26:15 46:14
    46:22,23 60:10,15
    73:23 95:1,6,12
    95:24 96:3,6
    117:4 133:3
    146:13,14 150:25
recategorize
    111:21
receivable 85:12
receiving 73:18
recess 61:15 128:12
    151:10
recognized 42:7
recollect 96:23
recollection 6:7
    31:2 81:13 91:25
    92:2 96:8,13,15
    96:20 118:2
    126:18,24 127:20
    139:13
record 4:4 8:1 12:5
    15:13 23:4 24:16
    24:17,18,24 25:16
    26:11 46:6 49:23
    61:12,14,17 71:13
    87:22 100:8
    101:12,22 108:13
    128:11,14 151:7,9
    151:12
records 46:9
redirect 79:18
reduces 141:13
referring 22:2
    24:24 26:12 67:4
    67:7 68:17 78:22
    106:5 107:15
reflected 22:9
    23:18,24 28:12
reflecting 22:17
reflection 24:2
    53:24

reflects 23:6
refresh 60:9 81:13
    118:2 126:18
    127:20
refund 33:3
regard 20:7,7,14
    22:3 24:8 42:14
    43:17 52:24 89:23
    90:14 120:9 141:6
    146:10
regarding 3:19
    22:25 30:18 31:17
    33:21 51:12 52:5
    52:15 95:3,8
    99:12 122:12
    132:13
regression 148:4,8
    148:13,17
regulations 132:1
regulatory 132:23
reject 116:1,2
related 105:9
relative 72:6 94:7
    94:10,18,22
    152:15
relatively 93:22
    119:23
relevance 13:15
    60:20
relevant 24:8 43:1
    51:3,11 52:3,8,10
    57:15 58:23 59:2
    59:9 98:25 99:4
    122:20 130:5,16
    132:1 141:24
reliable 107:23
relied 10:13 11:10
rely 19:10 80:1
relying 17:21 20:1
    24:5 25:14 48:2
    48:11
remaining 117:24
remember 6:12
    31:19 40:17 60:17
    61:21 88:19,20
    139:7 143:15
    146:20

remove 140:21
removing 141:12
rendering 130:11
reorganize 19:3
repeat 51:8 93:8
rephrase 45:5
replace 91:6
report 20:5 25:9
    28:10 30:9 32:6
    40:18 42:19 54:6
    61:25 63:9 64:11
    64:19 68:1,12,23
    76:19 77:7 80:10
    82:9 84:22 86:5
    87:5 91:20 96:11
    120:1 123:4,10,13
    124:7,8,11,14,21
    126:11 127:11
    131:10,13 133:13
    135:13 139:12
    146:23
reported 152:7
reporter 1:15 4:5
    51:24 152:6
reporting 32:9
reports 8:2 11:22
    12:10,24 16:24
    27:1 34:8 35:19
    35:24 48:9,11,13
    48:16 49:17 58:21
    62:16 104:2 129:8
    130:9
repossessed 60:3
represent 43:3
representation
    93:12 106:17,18
    107:3,21,25 108:3
    108:22 109:25
    113:11 133:18,24
    134:12 135:4
    142:2 145:4,21
representative
    53:20 70:8
representatives
    54:2
republic 64:2,4
    125:12,12 126:13

126:14 127:15
    141:11
request 31:4
required 27:25
rescued 101:3
research 13:7
    34:24 123:5,19,23
    125:1 130:4
resist 111:11
resolution 22:23
    24:14,25 25:20
    122:16
resolutions 26:17
    95:21
respect 26:12,16
    30:12 45:13 49:6
    51:4 83:14 98:16
    113:9 118:12
    125:3 128:2,4
    134:2 138:24
    144:16
respects 110:8
rest 64:8 125:15
restrict 35:11
restricted 35:5
restructuring 5:9
    54:25 56:1
result 104:6 108:20
    119:8 135:24
    144:3
resulted 105:12
results 76:3 105:25
    129:22
retained 146:8
retiring 91:6,10
retrospect 15:8
revenue 86:10
revenues 86:12
review 35:6,8,13,18
    35:23 99:21
reviewed 13:6
    75:10 97:11
    117:16
reviewing 95:11
    130:13
richards 1:21
rifkind 1:24

**right** 23:24 28:20
  29:24 34:14 41:13
  50:23 51:2 54:23
  60:17 61:11 62:3
  64:13 68:15 70:5
  74:19 84:10 100:6
  107:9 115:7,19
  123:18,21 126:1
  136:1 137:1,6
  138:10 142:21
  146:7,13,14,20
**risk** 10:4 101:7
**robust** 100:11
  103:2
**rodriguez** 1:21
**role** 13:23,25
**romm** 2:1
**rothschild** 75:17
**rotten** 47:22
**rough** 3:13 80:24
  81:3 122:4 147:1
**route** 58:11 117:21
**routes** 5:22 14:23
  32:22 117:7,13,24
  118:25 119:1
  120:4,13,14,21
  121:1
**rule** 144:5,5
**rules** 18:17 20:10
  131:2,3,21,22,24
  131:25
**run** 110:3 138:13
  138:18

_____ **S** _____
**saga** 117:22
**salamat** 138:18,21
  143:16
**sale** 67:6,7,18
  78:23
**sample** 108:8
  144:10 145:1
  148:21
**saw** 8:2 71:4
  143:10
**saying** 7:14 27:12
  29:22 44:7 49:17

69:14 82:24 89:11
  104:3 107:7,18,20
  109:15 110:20
  120:11 121:8,9
  134:5 137:3,21
  138:10 139:13
  140:24
**says** 37:4 67:4,16
  68:15 70:12 75:15
  76:6,22,23 78:4
  79:24 84:9 97:20
  98:6 100:8,23
  101:10 107:6
  117:20 127:12
**scare** 53:14
**scenario** 41:12 91:4
**schedule** 87:8
**schedules** 129:2
**school** 8:22
**science** 109:1 110:6
  111:9,11 113:15
**scientific** 109:11,16
  110:19,21 112:9
  113:12,17
**scientifically**
  107:22 108:17,19
  109:3,6 110:17
**screen** 34:18
**se** 42:20
**seaboard** 62:5
  141:1,5,11 143:23
  144:4
**search** 34:6,7 35:1
  35:11 45:11,22
  46:4 123:25
**searched** 30:20,21
  34:21 45:25
**searches** 31:24
  33:25 46:10
**searching** 30:22
  31:16 33:20 35:2
**season** 76:11
**seats** 60:17
**second** 54:14 62:14
  62:18,25 78:3
  98:7 126:11
  141:18

**seconds** 109:19
**section** 78:25 79:3
**sections** 133:3
**see** 5:12 10:19 12:4
  17:9 20:24 28:2
  36:8 42:21 45:17
  50:11 54:11 58:5
  66:8,14,25 67:8
  67:14,18 68:19
  70:7,9,12,14,21
  75:15,22 76:6,25
  77:19 78:4 79:1
  79:24 80:7 81:18
  82:6 83:18,20
  84:8,17 86:2 93:1
  97:17,20,24 98:13
  100:8,13,22 101:4
  101:14 114:6
  117:25 118:6
  126:16 127:11,15
  138:18 139:18
  145:10
**seeing** 112:12
**seek** 36:8,12,18
  151:1
**seen** 13:6 42:10
  81:6 97:8 99:18
  116:3,6 117:14,16
  142:17,20
**sees** 23:4
**select** 98:10 118:5
**selfhelp** 80:2
**selfserving** 53:7
**sell** 3:23 19:5 117:7
  117:13,23
**selling** 20:12
**sen** 33:14
**senate** 69:18
**senator** 66:18,23
  68:4,6,9,11 69:4,8
  69:15,24
**send** 125:16,18
**senior** 119:19
**seniority** 7:8,18
  22:23 24:15 25:1
  25:6,21 27:22,24
  28:18 31:1,7 37:2

37:11,14 48:21
  49:1 51:1,10 52:2
  52:15,17 92:22
  93:5,10,13,19
  95:3,13,21 108:20
  111:3 114:1,3,7
  114:10,12,15
  115:5,19,21,22
  118:14,18,19,21
  118:23 119:1,14
  123:16 129:22
  131:2,4,21,22
  132:13,19 133:1,8
  133:10 134:1
  139:1,9 144:17
  150:24
**sense** 6:16 9:23
  12:1 45:2 55:22
  69:22 103:15
  110:23 135:14
**sensitive** 104:4
**sentence** 71:1 78:4
  100:22 101:10
  126:11,23 127:11
  127:12
**serious** 32:25 40:20
**service** 113:23
  114:2,3 116:7
**set** 13:19 14:2
  20:17 109:20
  110:7 140:5
**sets** 130:10
**setting** 13:7
**seven** 61:25 66:17
  67:3,10 75:17
  104:8 133:14,19
  140:5
**seventh** 141:19
**sex** 146:10
**shape** 5:11 9:24
  21:10,11,15,16,20
  21:20 102:3,23
  103:4
**shed** 124:3,3
**sheet** 5:17 25:3
**shes** 33:13
**shirking** 106:16

**shitter** 53:13
**short** 44:11,17
**shortest** 13:25
**shorthand** 1:15
  152:5
**shoulder** 34:17
**show** 33:8 43:19
  66:2 75:4 117:10
  124:12
**showed** 143:15
**shows** 127:17,17
**shut** 39:21,23,23
  54:23 56:16 70:13
  70:16 71:24 74:20
  111:21 112:3,4
**shutdown** 72:8
**shutting** 72:1
**side** 17:12 23:12,14
  35:19,24 53:11
  141:16,16
**sides** 22:19 24:20
**sign** 40:19
**signs** 83:20
**similar** 106:19,20
  108:4,12 110:8
  130:10
**simply** 7:24 13:18
  32:24 58:5 108:10
  110:13 123:24
  141:18 144:6
**single** 16:24 57:22
  113:18
**sit** 13:21 25:14
  34:17 50:23 53:23
  65:1 96:7,12
  123:2 126:1
  139:21 145:12
  146:19
**sitting** 15:8
**situation** 15:18
  17:11 25:19 32:17
  36:3,25 47:24
  49:22 51:2 58:23
  59:5 86:1 106:12
  106:22,23 107:20
  109:23
**situations** 13:19

17:15 48:12,14
92:7,10 108:2,4,5
**six** 147:9
**sixth** 141:19
**size** 83:18
**skill** 150:8
**skinny** 105:2
**small** 145:1 148:22
**smaller** 92:17
137:16,20,21
**socalled** 66:21
**solid** 117:21
**somewhat** 85:6
96:18 101:14
105:4 119:10
142:24
**soon** 15:12 38:4
43:25 85:7 89:13
112:4
**sorry** 29:21 62:8
67:8 70:25 72:22
72:25 83:24 90:9
126:5 136:2
137:11
**sort** 7:1 8:1 32:25
44:12 47:12 55:13
131:11 141:15
**sounds** 86:20
**source** 6:8 8:17
25:12 26:3
**sources** 7:2 26:7
30:21,23 32:6
34:7,20,24 35:5,6
35:9 45:24 59:19
77:20 123:25,25
**southwest** 122:23
123:16
**span** 43:13
**speaking** 68:3
**specialist** 4:1 61:13
61:16 128:10,13
151:8,11,16
**specific** 7:2 34:1,4
34:9 41:8 61:9
92:1
**specifically** 151:3
**specificity** 34:19

**specifics** 89:12 96:6
**specify** 17:8
**speech** 86:21
**spent** 85:22 123:24
**squares** 76:25
**ss** 152:3
**st** 1:19
**stable** 101:1,3
**staff** 33:12
**standard** 132:18
**standards** 132:2,4
132:12,13,14,16
133:9
**standing** 72:5,7,24
**stands** 98:2
**staple** 135:9,9,10
135:14,18,24
136:2,2,3,8,10,20
136:21 137:1,14
137:23 138:14,14
138:19
**start** 36:13,15,21
37:4,6,10 136:9
146:7
**started** 98:7 104:2
115:3,6
**state** 1:16 142:12
152:2,6
**stated** 27:12 105:18
136:19
**statement** 10:7
16:25 32:19,19,20
36:17 37:5 68:8
68:10,12 69:2,15
70:7 120:9 134:8
**statements** 5:18
10:14,16 32:20
48:8 53:8,9,17
69:12,13 71:20
**states** 1:1 3:11
11:23 24:1 74:25
75:7 131:5,8,23
133:11
**stating** 48:9
**statistic** 144:9
**statistical** 103:21
140:20

**statistics** 140:16
**status** 136:25
139:15
**stenographic**
152:11
**steps** 30:14,18 74:3
**stop** 14:25 18:2
34:13 41:23 45:4
46:1 88:7 89:11
144:19
**stopped** 88:6
**strange** 131:12
**strategic** 75:16
79:24
**street** 1:14
**strength** 42:7,11
54:15
**stress** 40:21
**strict** 119:6
**stronger** 112:24,25
**structure** 59:15
**struggling** 15:23
**study** 77:14
**stuff** 35:3
**subject** 18:11 19:15
147:20
**subjective** 17:16,20
143:7
**submitted** 146:22
**submitting** 124:6
124:11,14
**substantial** 57:9,23
57:23 58:11
134:23
**substantially** 118:4
**succeeded** 139:19
**success** 9:15,16
**successful** 9:9,12
**successfully** 28:4
**sufficient** 32:15
119:1
**sufficiently** 9:19
20:22 21:24,25
**suggest** 32:7 119:2
**suggesting** 55:10
**suite** 2:5
**suitor** 85:5

**summarize** 17:11
17:12
**supervising** 33:11
**support** 61:4
104:15 122:17
148:22
**suppose** 20:19 26:6
41:25 47:10
120:22
**supposed** 86:14
**sure** 26:23 47:7,11
52:12 64:9 65:23
68:2,2 69:7,9,10
114:14 116:18
126:22 131:24
**surely** 138:7
143:14
**survival** 98:7
**survive** 76:11
**sustained** 100:12
103:3
**swear** 4:5
**sworn** 1:13 4:7
54:1 152:9
**symmetric** 144:12

———————

**T**

**table** 5:13 9:25
26:21 27:13,13,14
28:3,12,16,22
29:11,18,20 30:1
30:4 32:11,14
43:11 48:15,18
61:24 63:15 88:13
91:20 92:4,13
119:12 122:22
125:4 127:19
128:18,21 129:12
**tainted** 110:14,15
**take** 20:4 21:7 33:4
38:25 43:20 44:5
45:22 61:23 69:12
72:15 74:3 76:5
77:1 78:3 79:23
81:17 83:12 84:8
100:4 104:24
105:5 111:21,22

111:23,23,24
112:1,10 113:12
113:17 115:11,11
115:12,12,12,12
116:4,12 123:8
126:10 127:10
128:6,9 133:19
135:2 143:9
149:12,25
**taken** 1:14 54:2
100:24 108:7
152:11
**takeover** 96:1
**takes** 39:8
**talk** 56:18
**talked** 14:3 16:14
49:21 51:18 61:20
106:3,6 112:16
**talking** 9:3 14:17
47:8 48:12,17,18
72:6 89:11 100:23
104:3 110:16
132:16 139:5
146:5
**team** 27:6,17 29:16
30:14 31:15,23
33:5 45:18,25
**technique** 19:19,25
104:23
**tell** 16:25 25:12,16
33:14 35:12 40:14
44:1,2 45:24 46:3
63:17,20 65:5,11
72:10 80:17 89:12
109:10 127:18
**telling** 87:21
**tells** 89:13
**ten** 43:6,13 91:22
115:6,7
**tend** 17:11 69:11
95:21 112:24,25
**tended** 123:5
**tendency** 143:2
**tends** 104:25
**term** 14:9,14 20:11
44:11 55:10
100:10 102:7

111:11
**terms** 6:19 8:12 9:6
16:3 20:15 21:19
26:4,4 34:11 40:5
54:15 57:24 58:13
106:17 108:12
121:7,14,19 146:9
**test** 138:13,18
**testified** 4:8 14:8
54:14 61:10 66:4
75:9 135:8,12
146:1 147:12
**testimony** 54:1
61:21 66:5,18
67:19,21 68:23
76:10,17 82:20
84:18,21 85:8
86:5 88:1,5
100:13 146:5
152:11
**testing** 19:22
129:19,23
**texas** 3:17 62:20
92:14,16 93:24
94:23 95:2,8 97:1
97:5
**text** 128:24 131:13
**thank** 151:13
**thats** 5:15,15 6:3
9:15 18:4 21:22
27:15 28:20 36:16
37:6 38:8 39:11
39:18,20,25 49:8
49:13 52:7 53:15
56:17,17 58:25
65:17 66:7 68:6
71:16 75:12 82:18
83:20 86:9,15
89:2 98:19 102:17
102:19 103:8
104:9 107:5
108:15,16,16
109:4 110:14,14
111:5,8 114:1,2
115:20,21,24
116:14,14 119:11
119:21,25 120:16

120:17 133:21
134:6,25 135:7
137:6 138:11
141:15 142:3
143:9,10 145:1,17
146:12 149:22
**theres** 39:25
102:20 142:16
**theyre** 50:16 113:3
**theyve** 32:22
150:10,11
**thing** 103:19
109:10 113:17
115:23 136:16
144:14
**things** 32:10 47:25
47:25 48:1 50:5
56:2 78:10 98:15
98:22 105:9 107:6
112:18,19 116:10
142:24 143:3
149:10
**think** 5:8 7:19 25:4
25:8 28:6 29:19
30:1 41:7,11
43:22 45:6,6
47:17 48:5,25
50:5,6,20 52:7,10
62:18 63:23 64:1
64:15 65:19 66:3
71:4,4,15,20 72:4
74:13 79:18 91:3
102:7 109:21
110:17,18 123:12
125:8 133:16
135:17 138:24
139:11 150:21
**thinking** 8:13 22:6
**third** 16:10 18:18
43:5 64:10 84:9
84:13
**thought** 26:3 34:3
103:14,15 111:19
135:13 139:4
144:14
**three** 16:7 29:11
30:5 39:25 40:6

43:12 55:13,18,18
55:20 61:20 63:21
88:20 105:20
111:25 134:18
**thursday** 117:23
**ticket** 60:7,10,13
60:20
**tickets** 33:2
**tiger** 62:11 100:9
100:18 101:7,11
102:11,13,14,22
102:23
**tigers** 3:20 62:5,7
99:13,16 141:1,5
141:11 143:23
144:4
**tim** 33:17
**time** 4:4 30:8 39:5
41:9,10,14,15
42:14 43:4 44:25
50:2 57:6 61:13
61:16 68:12,23
70:18 73:13 81:12
84:13 87:16 90:2
90:8,18 101:11,20
101:24 113:1
123:25 125:5,14
126:19 127:2,13
127:21,25 128:9
128:10,13 136:5
139:17 141:9
149:10,24 151:8
151:11,16
**times** 23:22 42:24
43:9,13 49:21
82:16,17 117:6,12
146:22 147:3,6,9
147:12,16
**toal** 3:4 4:9 18:20
51:22 52:9 61:12
61:18 66:1 67:1
68:7 72:13,15,20
73:2 74:12,16,17
75:3 78:16 79:17
79:21,22 80:14
81:2,5 85:1 86:15
86:20,24 96:24

97:7 99:14,17
117:9 121:21
125:8,19 128:6,8
128:15 133:5
140:1 151:7,13
**today** 4:1 54:14
65:1,22 81:7 89:1
89:12 96:7,12
103:22 145:13
**told** 34:6,11 38:3
49:21 65:10 78:1
122:3
**tomorrow** 34:14
38:20 103:6
**top** 40:2,9,15 67:15
70:11,22 88:22
115:25 135:9,10
135:24 136:2,3,9
137:23 138:14
140:8,13
**total** 85:16,16
**traffic** 60:24
**trained** 121:25
**training** 11:11,18
12:7,13,17
**transaction** 4:14
16:18 29:7,10
32:8,12 37:13
40:11 42:15,23
43:5 44:25 54:11
54:20 56:7 57:2,7
62:2,5,11,12,13
62:13,16,21,21
65:8 66:5,12 69:2
70:2,18 71:25
73:11,14 74:5,13
74:18 79:25 81:12
87:17,17 89:25
90:19,22 92:16,21
93:23 95:5 96:21
98:16 99:7,25
100:18 101:7,17
101:20,24 105:25
110:4 114:18
116:19 117:2
118:3,9 119:24
122:9,12,17,22

123:1,15,17 124:4
125:5,25 127:2,22
127:25 130:21,23
130:24 131:20
133:17 134:2,14
134:24 138:25
139:6,10 140:9,9
145:13,19 150:19
**transactions** 26:21
28:11 29:17,20,21
29:25 30:2 32:11
48:19 55:17 62:1
62:24 63:14 64:16
65:2,12 91:19,22
92:3,13 112:12
114:5 129:25,25
130:2,19,20
132:17 133:14,20
140:6,13 141:23
145:4
**transcript** 3:9,13
65:25 66:17 70:6
80:25 81:3,17
83:13 84:8 152:10
**translate** 53:16
**trends** 90:5
**trial** 146:6
**tried** 6:16 43:23
53:2
**trim** 140:21
**trimming** 144:12
**trouble** 12:1 39:25
113:3,4
**troubled** 55:23
**true** 8:3 38:8,9
86:18,25 87:16
88:1 98:15 119:7
119:7,9,10 127:1
127:6 142:12
152:10
**trujillo** 1:21
**truly** 51:14 104:11
142:4
**try** 11:14 17:12
25:18 30:15 31:16
32:1 33:2 34:16
36:25 45:25 59:16

59:24 112:10
116:23 118:17
124:1,14 130:4,15
138:8 148:5
**trying** 10:24 17:2
24:19 43:24 53:10
58:2 69:8 72:4
115:1 123:25
127:18 140:11
141:15 142:4,14
143:14
**tuck** 8:22
**turn** 70:5 80:1
**turns** 55:23 116:7
**tw** 120:12 121:1
**twa** 4:14,21 5:2,24
6:9,22 7:6,12 8:7
8:10,25 9:23
11:16 12:5 15:23
31:3 39:14 40:3
40:25 42:14,24
43:4 44:24 45:4,7
45:13,19 46:1,12
46:20 48:4 49:6
49:11,18 50:11
52:20,25 53:2,3,5
53:9,14 55:20
56:2 57:1,6,16,18
58:16,18 59:2,16
59:20,25 60:2,4
60:11,16,17,20,24
61:3,5 62:2 66:12
67:4 68:16 69:2
70:13,16,19 71:5
71:24 72:2 73:4
73:10,13,13,17,24
74:5,20 75:16
76:7,8,11,13,15
77:13,17,24 78:4
78:23 79:6,11,24
80:1,2,21,21
81:11,15,19,23
82:3,4,18,21 83:1
83:3,4,17 84:16
84:16 85:4,9,17
85:23 86:6 87:1,2
87:6,10,17,22

88:5,7 89:20
90:15,18,21 91:13
91:16 93:6,22
94:4,6,9,10,13,19
94:22 98:16 99:5
101:21,21,25
102:13,13,21
104:7,17 108:12
110:4 120:2,9
121:1 122:8,12,15
127:1,24 128:2
130:1 133:17
135:25 136:7,10
136:10,13,22
137:2,8,13,17
138:2,5,9 141:5
150:20,24 151:2
**twas** 7:23 8:11 9:4
9:12,17,19 15:18
15:25 53:19 58:22
59:1,6,15,23
69:25 75:20 76:9
76:11 84:9,12
85:16 86:10 89:24
90:1
**twelve** 82:1
**twice** 65:15
**two** 26:8 29:4 30:24
32:4 37:25 38:1,5
38:7,10,14,15
39:4 41:13,14,18
55:20,21 62:15
63:9,24 73:1
97:21 103:8 108:5
109:19 114:13
115:2 116:16
121:13,19 129:4
130:1,20,21,22,24
131:11,11 135:1
**txi** 98:12
**type** 54:25 96:16,17
148:23
**types** 34:25

___
**U**

**uhhuh** 83:23 84:6
92:24

**ultimately** 23:5
130:12
**unable** 29:12,17
80:2 124:3
**undergoing** 11:16
**understand** 6:1,5
17:2,25 19:2,4,11
30:14 31:16 44:7
51:14 59:16,24
71:5,18 73:17
76:21 80:20 87:25
90:10 91:2 101:6
107:4 118:17
124:14 125:4
131:20 132:6,23
143:3
**understanding**
5:23 6:4 7:5 8:6
8:25 12:13 56:25
57:4,5,8,13,17
80:18 84:12 85:9
100:16 131:1
**understood** 22:19
62:17 100:10
**undertake** 118:16
**undue** 140:23
**unencumbered**
91:14
**unfair** 78:14
**unfortunate** 15:9
**unfortunately**
13:21 110:2
**unilateral** 25:20,25
25:25
**union** 134:12
**unions** 131:7
**unique** 95:5
**united** 1:1 3:11
74:25 75:7,18
131:5,7,23 133:11
**units** 110:10
**universe** 110:3
**unspecified** 42:1
**unsuccessful** 82:4
**untapped** 91:17
**unusual** 140:17
141:15,16,17

144:5
**unusually** 141:7
**upper** 100:1 102:20
140:2,12 141:2,3
141:20,22 142:5,8
143:13,17,18,18
145:15
**urging** 71:11 72:18
**usair** 75:18
**use** 16:9 17:5 18:10
19:19 48:19,24
78:13 86:16 102:6
104:22 109:21
110:13,21 130:10
133:9 135:17
138:14 142:6
143:11 148:8
**uses** 93:6
**usual** 141:6

___
**V**

**value** 27:20 29:5
53:9 69:13 80:1
105:8 131:15
142:13 143:7,9
**values** 140:16,23
141:12 142:22
**variable** 150:5
**variables** 112:10
113:13
**variation** 148:16
**various** 11:23 17:4
55:24 102:17
123:25
**vary** 110:9
**vicinage** 1:2
**video** 4:1 61:13,14
61:16,17 128:10
128:11,13,14
151:8,9,11,12,16
**videotaped** 1:13
4:3 151:17
**view** 18:7 24:6
44:15 61:4 63:3
71:13 72:1 77:12
99:5,8,9 101:8
102:4 111:25

133:14 134:22
**viewed** 95:4
**views** 52:20,24 53:5
53:18,20,24
138:19
**virtually** 48:15
116:1
**virtue** 101:1
**volunteered** 125:11
**vs** 1:6

___
**W**

**waited** 65:20
**want** 7:25 36:17
53:13 61:9 65:18
69:21 86:23 106:9
109:8,15 113:12
115:24 125:17
126:24 128:6
140:22 142:25
144:7,11,12
**wanted** 14:19 15:16
58:5 103:25 112:2
128:17
**washington** 2:5
**wasnt** 6:22 7:15,20
11:11 22:6 36:16
87:23 106:13
124:20 145:8,9
**way** 42:12 44:16
53:21,22 69:21
85:2 99:9 102:19
104:25 107:10,25
108:1,9,14,15,17
109:4 124:4
140:17 141:17
143:4,5 148:10
**ways** 56:4 102:17
140:18
**weak** 39:13 102:10
102:10 112:4
120:3,12 127:13
**weakened** 39:20
41:20 96:5,8,14
96:18
**weaker** 100:25
102:10,14,21

105:4 112:22
**web** 45:22
**wednesday** 15:6
**week** 33:2,4 41:10
 56:10,22 85:13
**weeks** 41:10,22
 42:1,2
**weight** 140:23
**weiss** 1:24
**wellbeing** 100:13
 103:3
**went** 8:15 46:16
 104:9 116:23
 124:2 130:12
**western** 62:12
**weve** 124:2,11
 142:17,25
**wharton** 1:24
**whats** 6:23,23
 22:17 23:3 30:10
 38:5,7 90:13
 102:12 107:10,11
 109:5,7 115:14
 136:11 142:11,15
 142:16
**whos** 68:3,3 138:8
**wide** 94:17,18
**wider** 98:9,22
**winter** 76:11
**wisconsin** 2:5
**withdrawn** 55:4
 99:4
**witness** 3:2 4:6
 18:12 51:16 52:7
 66:25 72:24 78:11
 78:14 79:16 84:25
 121:18 125:11
 132:15 139:24
 146:1,8 147:10,13
 148:25 151:14
 152:9
**witnesses** 79:20
**women** 148:7
**wondered** 130:8
**wont** 15:11
**word** 15:9 51:17
**words** 48:15

**work** 11:2,15 12:14
 33:7,12,22 36:8
 36:12,18 59:4
 106:20 111:1
 124:6,10,13,16
 148:1
**worked** 111:2
 148:25 150:11
**workers** 149:8
 150:7
**working** 19:8 39:20
 46:18
**world** 16:3,7 22:5
 22:18 24:6 40:5
 83:7,8,9 110:14
 110:14 111:25
 113:15 117:21
 137:9,12,15,18,20
 138:6,9 142:12
**worse** 54:8 84:15
 119:11,13
**worth** 42:19
**wouldnt** 69:6 82:21
 104:16 140:13
 148:9
**wouldve** 74:20
**written** 146:23
**wrong** 26:22
 126:23,24 139:5
**wrote** 117:22

**X**
**xio1556** 152:20

**Y**
**yeah** 31:25 40:13
 41:7,10 51:9 52:1
 55:22 58:21 62:10
 70:10 71:22 84:6
 86:22 89:5 93:9
 120:21 136:23
 138:1 140:4
 142:21 143:22
 144:21 147:2,5
**year** 76:9 81:24
 82:4 101:16,17
**years** 7:19 43:6,13
 58:4,4,4 73:1

81:25 82:1,2,3,5
 115:3,4,5,6,7
**yesterday** 51:19
 106:7 112:17
 121:16 135:8,12
 143:16
**yield** 90:13,16
 136:14,17
**yielded** 138:14
**yields** 90:7,9,10,12
 90:12,14 101:12
**york** 2:2,2 3:22
 70:8 117:6,12
**youve** 10:23 48:6
 49:14 62:25 65:10
 66:3 74:10 81:6
 82:16 88:14 97:8
 99:18 109:11
 111:2 117:14
 144:10 146:8
 148:24

**Z**

**0**
**0** 65:17,17
**00** 61:17
**000** 103:19
**022917** 1:2
**028** 65:17
**065** 143:23
**07** 151:8
**08033** 1:22
**08540** 1:14

**1**
**1** 66:9 128:13
 143:19,20,21,22
**10** 58:4 61:14 76:12
 85:14,19,22
**100** 76:9,10
**10019** 2:2
**10th** 70:14,17,21
 71:25 72:1,5,8
 74:21
**11** 61:17 76:14 80:5
**1110** 79:1,3
**116** 3:21

**12** 3:21 42:19 78:24
 81:25 117:5,12
 128:5,11 147:3,4
 147:9
**1285** 2:1
**12th** 79:8
**13** 133:3 152:21
**14** 70:6,24 71:4
 81:17,17 151:11
 151:16,18
**15** 70:5,11,22,23
 93:7,15,20 134:4
**153** 65:17
**17** 76:5,6
**18** 78:4 123:6,8
**180** 78:5
**19** 30:2 152:21
**1987** 101:14
**1988** 101:14
**1989** 101:17
**1991** 3:21 117:5,12
**1999** 72:25 81:18
 81:21
**19some** 29:25
**1st** 72:25

**2**
**2** 151:8,11,16,18
**20** 50:15 58:4 76:12
 76:22 79:23,24
 85:17,24
**2000** 76:9 81:24
**2001** 3:10 66:9
 74:24 75:7,19
 76:12 78:24 79:8
 82:23 83:5 84:10
 85:14
**20016** 2:5
**2009** 72:25,25
**2013** 1:11 4:2
 152:22
**202** 2:6
**2044912** 152:21
**21** 83:12 84:7
**212** 2:2
**22** 30:3 32:11
**23** 1:11

**23rd** 4:2
**24** 152:22
**249** 93:1
**250** 2:5
**258** 1:22
**29** 100:21 128:11
**2nd** 3:10 74:24
 75:6,19

**3**
**3** 76:16,24 77:1
 103:19 133:3
 143:19
**30** 1:16 4:4 76:13
 76:22 82:2 85:20
 115:4,4 128:5
 147:3,4
**314** 1:19
**32** 1:14
**33** 20:5,17 36:4,24
 37:3,7,8,17 42:16
**34** 54:5
**36** 42:18 123:5,13
**37** 128:13
**3733869** 2:2
**3758** 100:5
**3rd** 74:7

**4**
**4** 3:4
**40** 76:13,23
**41** 28:10,11,15
 29:17,19,21,22
 30:2,2
**42** 97:17
**44** 61:14
**4530** 2:5
**49** 126:10

**5**
**5** 143:20,21,22
**50** 76:10 115:3
**51** 127:10
**53** 120:1,6,7

**6**
**6** 152:21
**63105** 1:19

**65** 3:8
**6594656** 2:6

---
**7**

**700** 1:14
**7333** 1:18
**75** 3:10
**7959002** 1:23

---
**8**

**81** 3:13
**856** 1:23
**8626800** 1:19

---
**9**

**9** 1:16 4:4
**97** 3:15 78:5
**99** 3:18
**9th** 72:7,7 74:15,19