# EXHIBIT 12

**ERRATA PAGE FOR DEPOSITION OF HENRY FARBER, PH.D**
**January 22-23, 2013**

**Day 1**

| Page | Line | Old | New | Reason for Edit |
|---|---|---|---|---|
| 20 | 11 | Yes | No | Substantive correction to provide accurate response to question |
| 55 | 1 | Towel | Tail | Transcription Error |
| 74 | 8 | APA | ALPA | Transcription Error |
| 97 | 6 | staple | top staple | Clarification/ word missing |
| 125 | 11 | Future | Feature | Transcription Error |
| 144:11 to 145:5 | | It's because in – in order to make it into table one, I had to be able to calculate the mean rank difference, which referred that there be sufficient – two considerations. Number one, I had to be able to calculate mean rank difference, and many of the documents we saw for cases didn't include enough information on the merged seniority list to be able to calculate that. Number two, I had to be able to figure out whether – what the airline's financial condition was at some – I – I agree rather than perfunctory level. But, nonetheless, I had to be – characterize the financial condition of the airline. And number two, I had to be able to have some indication of whether the acquiring airline brought value to the merger. So if I had that – those pieces – those two pieces of information plus enough information to calculate the mean rank difference, they would be included in table | In order to make it into table one, I had to be able to calculate the mean rank difference, which required that there be sufficient information on the merged seniority lists. | Substantive Correction to provide accurate response to question/ Clarification to testimony |

| Page | Line | Old | New | |
|---|---|---|---|---|
| | | one. Otherwise, they would not. | | |
| 157 | 1 | set | sent | Transcription Error |
| 171 | 6 | American Airlines | TWA | Clarification/deponent misspoke and it is clear from context of sentence deponent was referring to TWA, and not American Airlines. |
| 176 | 13 | negotiation's | arbitration's | Clarification |
| 182 | 21 | x-post | ex post | Transcription Error |
| 185 | 1 | x-post | ex post | Transcription Error |
| 190 | 15 | x-post | ex post | Transcription Error |
| 192 | 16 | marketing | market | Transcription Error |
| 198 | 6 | gain | game | Transcription Error |
| 210 | 6 | minus .1 | minus 1 | Transcription Error |
| 218 | 5 | acquiring | acquired | Clarification |

## Day 2

| Page | Line | Old | New | |
|---|---|---|---|---|
| 22 | 16 | the of | the end of | Clarification/ word missing |
| 33 | 14 | Arub | Arup | Transcription Error |
| 32 | 23 | Arub | Arup | Transcription Error |
| 48 | 20 | Most | All | Substantive correction to testimony to provide accurate response to question. |
| 92 | 8 | No | Yes. Lacking was information that would have enabled us to calculate the proportional difference in mean rank. | Substantive correction to testimony to provide accurate response to question. |
| 92 | 12 | I don't know | No | Clarification |
| 109 | 14 | proportional | proportional difference | Clarification/word |

| | | | | |
|---|---|---|---|---|
| 110 | 4 | without the doing of the | ALPA doing its | Clarification/word missing |
| 132 | 24 | bond | Bond | Transcription Error |
| 141 | 5 | TWA | the TWA pilots | Clarification/words missing |
| 144 | 5 | never | generally do not | clarification |

## CERTIFICATE OF DEPONENT

I hereby certify that I have read the foregoing pages of my deposition testimony in this proceeding, and with the exception of changes and/or corrections, if any, find them to be a true and correct transcription thereof.

_____
Henry Farber (deponent)

05/08/2013
Date

### NOTARY PUBLIC

Subscribed and sworn to before me this 8th day of May, 2013.

_____
Notary Public

My Commission expires: _____

**JUDY A. SHEMMING**
**NOTARY PUBLIC OF NEW JERSEY**
**Commission Expires 4/27/2014**