**SCHNADER HARRISON SEGAL & LEWIS LLP**
Lisa J. Rodriguez
Nicole M. Acchione
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1165
(856) 482-5222
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,<br><br>    Defendant. | Civil Action No. 02-2917 (JEI) |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Memorandum in Opposition to ALPA's Motion to Exclude the Expert Testimony of Plaintiffs' Experts Rikk Salamat and Dr. Henry Farber and Exhibits have been served on Defense Counsel below via the ECF system.

| | |
|---|---|
| Jay Cohen, Esq.<br>Daniel J. Toal, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | John C. Connell, Esq.<br>Archer & Greiner P.C.<br>One Centennial Square<br>Haddonfield, NJ 08033 |

Daniel M. Katz, Esq.
Katz & Ranzman, P.C.
5028 Wisconsin Avenue, N.W.
Suite 250
Washington, D.C. 20016


Dated:  September 30, 2013                By:  s/ Lisa J. Rodriguez
                                                                    Lisa J. Rodriguez