UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, *et al.*,           : | Civil Acton No. 02-2917 (JEI) |
| Plaintiffs,    : | |
| v.    : | |
| AIR LINE PILOTS ASSOCIATION.    : | |
| Defendant.    : | |

**DECLARATION OF LISA J. RODRIGUEZ IN SUPPORT OF PLAINTIFFS' OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Lisa J. Rodriguez, certify as follows:

1.      I am a partner with the law firm Schnader Harrison Segal & Lewis LLP, co-Class Counsel for Plaintiffs in this certified class action.  I submit this Declaration in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment. I am fully familiar with the facts set forth herein.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a video prepared by ALPA describing the "Rightful Place" Proposal.  Also attached is a transcript of the video.

3.      Attached hereto as **Exhibit B** is a true and correct copy of *In the Matter of Arbitration between American Airlines v. Allied Pilots Association*, Opinion (July 22, 2013).

4.      Attached hereto as **Exhibit C** is a true and correct copy of the Post Hearing Brief of the TWA Pilots Committee, *American Airlines, Inc. v. Allied Pilots Association* (June 15, 2013).

5.      Attached hereto as **Exhibit D** is a true and correct copy of Letter of Agreement (12-05) dated January 1, 2013.

6.      Attached hereto as **Exhibit E** is a true and correct copy of the expert report of Katia P. Sycara dated March 15, 2013.

7.      Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the deposition transcript of Katia P. Sycara dated April 5, 2103.

8.      Attached hereto as **Exhibit G** is a true and correct copy of excepts of the trial testimony of Michael Day dated June 23, 2011.

9.      Attached hereto as **Exhibit H** is a true and correct copy of excerpts of the deposition transcript of Roland Wilder dated August 8, 2008.

I hereby certify that the following statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated:  September 30, 2013                    _s/ Lisa J. Rodriguez_____
                                              Lisa J. Rodriguez