# EXHIBIT G

```
                                                              v
 1                    IN THE UNITED STATES DISTRICT COURT.
                      FOR THE DISTRICT  OF NEW JERSEY
 2                    CIVIL 02-2917   (JEI)

 3      PATRICK BRADY, SALLY YOUNG,
        HOWARD HOLLANDER, THEODORE CASE,
 4      AND MICHAEL FINUCAN, individually
        and on behalf of all others
 5      similarly situated,
                         Plaintiffs,
 6                                               VOLUME 10
             V.                                  TRIAL TRANSCRIPT
 7
        AIR LINE PILOTS ASSOCIATION,
 8
                         Defendant.
 9
                                         CAMDEN, NEW JERSEY
10                                       JUNE  23, 2011

11      B E F O R E:    HONORABLE JOSEPH E. IRENAS
                        UNITED STATES DISTRICT JUDGE
12
                         A P P E A R A N C E S:
13
              TRUJILLO, RODRIGUEZ & RICHARD
14            BY:   NICOLE M. ACCHIONE, ESQ.
                AND: LISA J. RODRIGUEZ, ESQ.
15                   AND
              GREEN JACOBSON, P.C.
16            BY:   ALLEN PRESS, ESQ.   (MO. BAR)
              AND:  JOE D.  JACOBSON, ESQ.   (MO. BAR)
17            For the Plaintiffs.

18            ARCHER GREINER
              BY:   STEVEN FRAM, ESQ.
19                   AND
              KATZ & RANZMAN
20            BY:   DANIEL M. KATZ, ESQ.
              FOR THE DEFENDANT AIR LINE PILOTS ASSOCIATION.
21
              ELIZABETH  GINSBURG, ESQ.
22            IN-HOUSE COUNSEL FOR ALPA.

23

24

25
```

```
 1   Q.   And that, we see that wasn't there, even their opening
 2   position, right?
 3              MR. FRAM:  I object, this is leading.
 4              THE COURT:  Yeah, I sustain that objection.
 5   Q.   Going forward, what was, you have taken over now as
 6   chairman, got yourself up to speed, going forward, what was
 7   the merger committee's goal as to how to resolve the
 8   difference there, between your proposal and theirs?
 9   A.   Well, at the time Professor Tanen had been engaged, and
10   was attempting to create a seniority list based on scientific
11   principals.
12   Q.   Let me back up.  Who is Professor Tanen and who hired
13   him?
14   A.   Roland Wilder hired Professor Tanen.
15              He was an eco -- - econmologist at Colgate
16   University.
17   Q.   What was he tasked to do, what was he hired to do?
18   A.   He was to take the two seniority lists and merge them
19   based on career expectations.
20   Q.   This notion of career expectations, where did that come
21   up, how did that arise?
22   A.   This was what the American pilots kept telling us that
23   not a single American pilots career expectations were to be
24   disturbed.
25              And Professor Tanen had successfully used this with
```