# EXHIBIT H

## In The Matter Of:

*Bensel v.*
*Air Line Pilots Association*

---

*ROLAND P. WILDER, JR.*
*Vol. 1*
*August 8, 2008*

---

REPORTING ASSOCIATES, LLC
Certified & Registered Professional Reporters
Cherry Hill -- Philadelphia -- Trenton
(888) 795-2323
www.ReportingAssociates.com



Original File 0808wild.txt
Min-U-Script® with Word Index

ROLAND P. WILDER, JR. - Vol. 1

108

1  March 2 grieving the deal itself and then three weeks
2  later they're filing a grievance on the 1113 motion,
3  right?
4       A    Correct.
5       Q    They -- they are fighting at that point?
6       A    Yes.
7       Q    And I think you've said it as well as
8  anybody could.  What -- what happens to employee groups
9  that fight?
10           MR. KATZ:  Objection to form.  It's vague.
11           THE WITNESS:  I -- I had said to -- in the
12  Court proceeding and in my earlier deposition -- that
13  in my experience that good things happen to employee
14  groups that fight.
15           BY MR. PRESS:
16      Q    Right.
17           Okay.  Getting now to the April 2nd meeting
18  in particular.  Was that the first time that you
19  learned that ALPA was indeed opposed to your litigation
20  strategy at that meeting?
21      A    In so many words, yes.
22      Q    And -- well, I mean it became clear to you
23  that day that they were not going to support the
24  litigation?

REPORTING ASSOCIATES, LLC  888-795-2323