**SCHNADER HARRISON SEGAL & LEWIS LLP**
Lisa J. Rodriguez
Nicole M. Acchione
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1165
(856) 482-5222
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,<br><br>Defendant. | Civil Action No. 02-2917 (JEI) |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Plaintiffs' Memorandum in Opposition to ALPA's Motion for Summary Judgment, Plaintiffs' Response to ALPA's Statement of Material Facts, Plaintiffs' Statement of Disputed and Undisputed Facts, Declaration of Lisa J. Rodriguez with Exhibits A-H have been served on Defense Counsel below via the ECF system.

Jay Cohen, Esq.
Daniel J. Toal, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

John C. Connell, Esq.
Archer & Greiner P.C.
One Centennial Square
Haddonfield, NJ 08033

Daniel M. Katz, Esq.
Katz & Ranzman, P.C.
5028 Wisconsin Avenue, N.W.
Suite 250
Washington, D.C. 20016

Dated: September 30, 2013

By: s/ Lisa J. Rodriguez
     Lisa J. Rodriguez