UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, <br><br>  Defendant. | Civil Action No. 02-2917 (JEI) |

_____
**CERTIFICATE OF SERVICE**
_____

                                         Archer & Greiner
                                         A Professional Corporation
                                         One Centennial Square
                                         Haddonfield, New Jersey 08033-0968
                                         (856) 795-2121

*Pro Hac Vice:*

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 659-4656

*Attorneys for Defendant Air Line Pilots Association, International*

I hereby certify that on September 30, 2013, I filed, and served on all counsel of record, the following documents: ALPA's Memorandum of Law in Opposition to Plaintiffs' Motion to Bar or Limit Expert Opinion Testimony; Declaration of Daniel J. Toal with attached exhibits, and this Certificate of Service, via CM/ECF.

                                                      */s/ John C. Connell*  
                                              JOHN C. CONNELL, ESQUIRE