

**Kerri E. Chewning**
*Also Member of Pennsylvania Bar*
kchewning@archerlaw.com
856-616-2685 Direct
856-673-7166 Direct Fax

One Centennial Square
Haddonfield, NJ 08033
856-795-2121 Main
856-795-0574 Fax
**www.archerlaw.com**

October 11, 2013

**VIA CM/ECF ONLY**
The Honorable Joseph E. Irenas, S.U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 310
Camden, NJ 08101

      Re:    Brady, et al v. Air Line Pilots Association, Int'l
              Civil Action No. 02-2917 (D.N.J. Camden) (JEI)

Dear Judge Irenas:

      With the consent of Plaintiffs' counsel, I write to respectfully request a brief extension of the date for submission of reply briefs in support of the parties' pending *Daubert* motions and ALPA's motion for summary judgment. Under the current briefing schedule, the parties' reply briefs would be due on Tuesday, October 15, 2013. (*See* Dkt. No. 576.) With the requested adjournment, the parties will submit their reply briefs on Friday, October 18, 2013.

      We appreciate the Court's consideration of this request.

      Respectfully submitted,

      */s/ Kerri E. Chewning*

      KERRI E. CHEWNING

KEC:gam
cc:  All Counsel of Record (via CM/ECF only)
10299809v1