

**Kerri E. Chewning**
*Also Member of Pennsylvania Bar*
kchewning@archerlaw.com
856-616-2685 Direct
856-673-7166 Direct Fax

One Centennial Square
Haddonfield, NJ 08033
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

October 15, 2013

**VIA CM/ECF ONLY**
The Honorable Joseph E. Irenas, S.U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 310
Camden, NJ 08101

   Re: **Brady, et al v. Air Line Pilots Association, Int'l**
      **Civil Action No. 02-2917 (D.N.J. Camden) (JEI)**

Dear Judge Irenas:

  We write on behalf of defendant Air Line Pilots Association, International ("ALPA") to request an extension of the 15-page limit that applies to reply briefs prepared in 14-point proportional font, pursuant to Local Civil Rule 7.2. On September 30, 2013, Plaintiffs filed two separate briefs totaling approximately 75 pages in opposition to ALPA's motions (i) to exclude the testimony of Plaintiffs' experts and (ii) for summary judgment on Plaintiffs' claims for monetary damages. ALPA seeks permission to file a single consolidated reply brief, not to exceed 55 pages.

  We have consulted with Plaintiffs' counsel, who advise that they consent to this request. We appreciate the Court's consideration.

            Respectfully submitted,

            */s/ Kerri E. Chewning*

            KERRI E. CHEWNING

KEC:gam
cc:  All Counsel of Record (via CM/ECF only)
10309927v1