**SCHNADER HARRISON SEGAL & LEWIS LLP**
Lisa J. Rodriguez
Nicole M. Acchione
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1165
(856) 482-5222
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, *et al.*,<br><br>    Plaintiffs,<br><br>            v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,<br><br>    Defendant. | Civil Action No. 02-2917 (JEI) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Reply Brief in Further Support of Their Motion to Bar the Expert Testimony of Feltman and Levine and to Limit the Expert Testimony of Murphy, Declaration of Lisa J. Rodriguez with Exhibit and this Certificate of Service have been served on Defense Counsel below via the ECF system.

Jay Cohen, Esq.
Daniel J. Toal, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Daniel M. Katz, Esq.
Katz & Ranzman, P.C.
5028 Wisconsin Avenue, N.W.
Suite 250
Washington, D.C. 20016

John C. Connell, Esq.
Archer & Greiner P.C.
One Centennial Square
Haddonfield, NJ 08033

Dated:  October 18, 2013                                By: *s/ Lisa J. Rodriguez*
                                                                                  Lisa J. Rodriguez