# Archer&Greiner P.C.
## ATTORNEYS AT LAW

**Kerri E. Chewning**
*Also Member of Pennsylvania Bar*
kchewning@archerlaw.com
856-616-2685 Direct
856-673-7166 Direct Fax

One Centennial Square
Haddonfield, NJ 08033
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

October 18, 2013

**VIA CM/ECF and U.S. MAIL**
The Honorable Joseph E. Irenas, S.U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 310
Camden, NJ 08101

      Re:   Brady, et al. v. Air Line Pilots Association
            Civil Action No. 02-2917 (JEI)

Dear Judge Irenas:

      I am writing on behalf of Defendants in this matter to respectfully request the Court grant the applications of Melissa C. Monteleone, Esquire, Jonathan M. Justl, Esquire and James H. Borod, Esquire for admission pro hac vice before this Court for the purposes of this action.

      I am enclosing Certifications on behalf of Ms. Monteleone, Mr. Justl, and Mr. Borod setting forth the information required by L. Civ. R. 101.1(c). I am also enclosing a proposed form of order granting the admission pro hac vice.

      Please be advised that counsel for Plaintiff consents to this application, accordingly, I am submitting this as an application instead of a formal motion. If Your Honor would prefer a motion to be filed, we will promptly file one on the docket.

      We thank the Court for its consideration.

                              Respectfully yours,

                              */s/ Kerri E. Chewning*

                              KERRI E. CHEWNING

KEC:gam
Enclosures
cc:     All Counsel of Record (via CM/ECF)
10324079v1