# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, <br><br> Defendant. | Civil Action No. 02-2917 (JEI) |

## DECLARATION OF JONATHAN M. JUSTL

                                             Archer & Greiner
                                             A Professional Corporation
                                             One Centennial Square
                                             P.O. Box 3000
                                             Haddonfield, New Jersey 08033-0968
                                             (856) 795-2121
                                             By:   John C. Connell, Esquire

*Pro Hac Vice*:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Katz & Ranzman, P.C.
4530 Wisconsin Ave., N.W., Suite 250
Washington, DC 20016
(202) 659-4656

*Attorneys for Defendant Air Line Pilots Association, International*

Jonathan M. Justl hereby declares as follows:

1. I am associated with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064.

2. I am a member in good standing in each of the following jurisdictions:

| **Jurisdiction** | **Year** | **Contact Information** |
|---|---|---|
| New York State | 2011 | Appellate Division<br>Third Department<br>P.O. Box 7288, Capitol Station<br>Albany, NY 12224 |
| U.S. District Court, Southern District of New York | 2012 | United States District Court<br>Southern District of New York<br>Daniel Patrick Moynihan<br>United States Courthouse<br>500 Pearl Street<br>New York, NY 10007 |
| U.S. District Court, Eastern District of New York | 2012 | United States District Court<br>Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 |

3. I am not currently suspended or disbarred in any court and there are no disciplinary actions or investigations pending against me in any jurisdiction.

4. Defendant Air Line Pilots Association, International has requested that I participate in our firm's representation of it in this matter, including in the preparation for and conduct of the damages trial.

5. I am not currently eligible for admission to the Bar of this Court under L. Civ. R. 101.1.

6. I am associated in this matter with John C. Connell, Esquire of Archer & Greiner, P.C., New Jersey counsel of record qualified to practice pursuant to L. Civ. R. 101.1.

7. I have obtained a copy of the Rules of this Court, have familiarized myself with those Rules, and agree to be subject to those Rules. I understand that I have a continuing obligation during the period of such admission pro hac vice promptly to advise the Court of the institution of any disciplinary proceedings.

8. I further agree to pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28 as well as the fee required by the District of New Jersey.

9. I am submitting this declaration in support of Defendant's motion for my admission pro hac vice pursuant to L. Civ. R. 101.1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2013.

_____
JONATHAN M. JUSTL