## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PATRICK BRADY, et al., | Civil Action No. 02-2917 (JEI) |
| Plaintiffs, | |
| v. | |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | |
| Defendant. | |

_____

### CERTIFICATE OF SERVICE
_____

Archer & Greiner
A Professional Corporation
One Centennial Square
Haddonfield, New Jersey 08033-0968
(856) 795-2121

*Pro Hac Vice:*

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 659-4656

*Attorneys for Defendant Air Line Pilots Association, International*

I hereby certify that on October 18, 2013, I filed, and served on all counsel of record, the following documents:  Defendant Air Line Pilots Association, International, Reply Memorandum of in Support of Defendants' Motions To Exclude the Testimony of Plaintiffs' Experts, and for Summary Judgment; ALPA's Response to Statement of Material Facts Not In Dispute in support of same; Declaration of Daniel J. Toal with attached exhibits, and this Certificate of Service, via CM/ECF.

_____ */s/ John C. Connell* _____
JOHN C. CONNELL, ESQUIRE