UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN**                                                                    **October 25, 2013**
**OFFICE**

                                                                              **DATE OF PROCEEDINGS**

**JOSEPH E. IRENAS, S.U.S.D.J.**
**COURT REPORTER: Karen Friedlander**
**OTHER(S):**

**TITLE OF CASE**:                                                     **CV** 02-2917 (JEI)

BRADY, ET AL.

v.

AIR LINE PILOTS ASSOC.

**APPEARANCES:**
**Lisa Rodriguez, Nicole Acchione,** and **Allen Press, Esqs.,** for Plaintiffs
**Jay Cohen, Daniel Toal, John Connell,** and **Daniel Katz, Esqs.,** for Defendants.

NATURE OF PROCEEDING: TELEPHONE STATUS CONFERENCE

Telephone conference held on the record.
Ordered November 8, 2013 status conference adjourned.
Ordered final pretrial conference set for March 4, 2014 at 9:30AM in Courtroom 1.
Ordered jury selection and trial set for March 17, 2014 at 9:00AM.

**Commenced: 11:30a.m.**
**Adjourned: 12:00p.m.**

**Total Time: 0:30**

cc: Chambers                                                                        Lawrence MacStravic
                                                                                               **Deputy Clerk**