IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

PATRICK BRADY, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 02-CV-2917 (JEI)
)
AIR LINE PILOTS ASSOCIATION, )
INTERNATIONAL, )
)
Defendant. )

## ORDER GRANTING
## MOTION BY DEFENDANT FOR THE ADMISSION PRO HAC VICE
## OF MELISSA C. MONTELEONE, ESQUIRE, JONATHAN M. JUSTL, ESQUIRE
## AND JAMES H. BOROD, ESQUIRE

Archer & Greiner
A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, New Jersey 08033-0968
(856) 795-2121
By: John C. Connell, Esquire
Kerri E. Chewning, Esquire

*Pro Hac Vice:*

Jay Cohen, Esquire
Daniel J. Toal, Esquire
Paul, Weiss, Rifkind, Wharton
 & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Daniel M. Katz, Esquire
Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 659-4656

*Attorneys for Defendant Air Line Pilots Association, International*

THIS MATTER having been brought before the Court upon the application of Defendant, Air Line Pilots Association, International, for the admission pro hac vice of Melissa C. Monteleone, Esquire, Jonathan M. Justl, Esquire and James H. Borod, Esquire; and

WHEREAS Melissa C. Monteleone, Esquire, Jonathan M. Justl, Esquire and James H. Borod, Esquire, have declared that there are currently no disciplinary proceedings pending against them in any jurisdiction and that there has been no discipline previously imposed upon them in any jurisdiction, and the Court having considered this matter; and for good cause shown;

IT IS on this 28th day of OCTOBER, 2013

**ORDERED** that Defendant's Motion for Admission Pro Hac Vice of Melissa C. Monteleone, Esquire, Jonathan M. Justl, Esquire and James H. Borod, Esquire, be and hereby is **GRANTED**; and

**IT IS FURTHER ORDERED** that Melissa C. Monteleone, Jonathan M. Justl, Esquire and James H. Borod, Esquire, be and hereby are permitted to appear and participate as pro hac vice counsel for Air Line Pilots Association, International in this matter pursuant to L. Civ. R. 101.1(c); and

**IT IS FURTHER ORDERED** that as required, all pleadings, briefs and other papers filed with the Court on behalf of Air Line Pilots Association, International shall be signed by John C. Connell, Esquire, or Kerri E. Chewning, Esquire, of Archer & Greiner, or a member of their firm or other counsel of record who is a member in good standing of the Bar of the State of New Jersey and of this Court, who shall be held responsible for said papers and for the conduct of this case and who shall be present before the Court during all stages of this proceeding, unless excused by the Court; and

**IT IS FURTHER ORDERED** that Melissa C. Monteleone, Esquire, Jonathan M. Justl, Esquire and James H. Borod, Esquire, shall each pay the annual fee required by the New Jersey

2

Lawyers' Fund for Client Protection in accordance with the New Jersey Court Rule 1:28, and they shall take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees; and

**IT IS FURTHER ORDERED** that pursuant to L. Civ. R. 101.1(c)(3), Melissa C. Monteleone, Esquire, Jonathan M. Justl, Esquire and James H. Borod, Esquire, shall make a payment of $150.00 each, for admission, payable to the Clerk, United States District Court; and

**IT IS FURTHER ORDERED** that Melissa C. Monteleone, Esquire, Jonathan M. Justl, Esquire and James H. Borod, Esquire, shall be bound by the Rules for the United States District Court for the District of New Jersey, including but not limited to L. Civ. R. 103.1, Judicial Ethics and Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys.

_____
HON. JOSEPH E. IRENAS, U.S.D.J.

10322364v1