# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, <br><br> Defendant. | Civil Action No. 02-2917 (JEI) |

## [PROPOSED] PRETRIAL SCHEDULING ORDER

THIS MATTER having been raised with the Court during the October 25, 2013, telephone conference with the parties, and the parties having agreed to the following pretrial schedule, and for other good cause shown:

IT IS HEREBY ORDERED on this 29th day of October, 2013, as follows:

1. Plaintiffs shall submit to Defendant their portion of the Joint Final Pretrial Order no later than Friday, December 6, 2013;

2. Defendant shall submit to Plaintiffs its portion of the Joint Final Pretrial Order no later than Friday, January 17, 2014;

3. The parties shall meet and confer to finalize the Joint Final Pretrial Order no later than Friday, February 21, 2014; and

4. The signed Final Pretrial Order shall be served upon the Court, no later than Friday, February 28, 2014; and

5. The Final Pretrial Conference is scheduled for March 4, 2014, at 9:30 a.m. in Courtroom 1.

6. Trial is scheduled to commence March 17, 2014, in Courtroom 5A.

Hon. Joseph E. Irenas, U.S.D.J.