IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| PATRICK BRADY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 02-CV-2917 (JEI) |
| ) | |
| AIR LINE PILOTS ASSOCIATION, ) | |
| INTERNATIONAL, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER STAYING CASE

**WHEREAS** the parties have stipulated to a stay of the litigation for a period of thirty (30) days;

**WHEREAS** the parties have requested the Court enter this Stipulation and Order Staying the Case;

**IT IS** on this 3rd day of December, 2013

**ORDERED** this matter be and hereby is **STAYED,** and all pending deadlines are adjourned, for thirty (30) days from the date of this Order.

| | |
|---|---|
| **ARCHER & GREINER**<br>**A Professional Corporation** | **SCHNADER HARRISON SEGAL &**<br>**LEWIS LLP** |
| By: */s/ Kerri E. Chewning*<br>John C. Connell, Esquire<br>Kerri E. Chewning, Esquire | By: */s/ Lisa J. Rodriguez*<br>Lisa J. Rodriguez, Esquire<br>Nicole M. Acchione, Esquire |
| One Centennial Square<br>Haddonfield, NJ 08033<br>(856) 795-2121 | Woodland Falls Corporate Park<br>220 Lake Drive East - Suite 200<br>Cherry Hill, NJ 08002<br>(856) 482-5742 |
| -and- | -and- |

Theodore V. Wells, Jr., Esquire
Jay Cohen, Esquire
Daniel J. Toal Esquire
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

-and-

Daniel M. Katz, Esquire
Katz & Ranzman, P.C.
4530 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 659-4656

*Attorneys for Defendant Air Line Pilots Association, International*

Allen P. Press, Esquire
Joe Jacobson, Esquire
GREEN JACOBSON, P.C.
7733 Forsyth Blvd., Suite 700
St. Louis, MO 63105
(314) 862-6800

*Attorneys for Plaintiffs*

SO ORDERED:

_____
HONORABLE JOSEPH E. IRENAS
UNITED STATES DISTRICT JUDGE