**SCHNADER HARRISON SEGAL & LEWIS LLP**
Lisa J. Rodriguez
Nicole M. Acchione
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1165
(856) 482-5222
*Co-counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al.<br><br>*Plaintiffs*<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL<br><br>*Defendant* | Civil Action No. 02-cv-2917 (JEI) |

### PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

TO:  Jay Cohen, Esq.                          John C. Connell, Esq.
     Daniel J. Toal, Esq.                     Archer & Greiner P.C.
     Paul, Weiss, Rifkind, Wharton &          One Centennial Square
         Garrison LLP                         Haddonfield, NJ 08033
     1285 Avenue of the Americas
     New York, NY 10019-6064

PLEASE TAKE NOTICE that on February 21, 2014, or so soon thereafter as counsel may be heard, Plaintiffs shall move before the United States District Court, District of New Jersey, Mitchell H. Cohen U.S. Courthouse, One John F. Gerry Plaza, Fourth and Cooper Streets, Camden, New Jersey, for an Order granting Preliminary Approval of the Class Action Settlement, Authorizing the Form and Manner of Class Notice, and Setting a Date for Final Approval of Settlement.

In support of their motion, Plaintiffs will rely upon the accompanying Brief with attached Exhibits A through E.

A proposed Order Granting Preliminary Approval of the Class Action Settlement is filed herewith.

Oral argument is requested.

          Respectfully submitted,

          **SCHNADER HARRISON SEGAL & LEWIS LLP**

          By: *s/ Lisa J. Rodriguez*
              Lisa J. Rodriguez
              Nicole M. Acchione
              Woodland Falls Corporate Park
              220 Lake Drive East Suite 200
              Cherry Hill, NJ 08002-1165
              (856) 482-5222

          **GREEN JACOBSON, P.C.**
          Allen P. Press
          Joe Jacobson
          7733 Forsyth Boulevard, Suite 700
          Pierre Laclede Center
          St. Louis, Missouri 63105
          (314) 862-6800

Dated: February 14, 2014