## LIST OF FORMER TWA PILOTS WHO
## REQUESTED EXCLUSION FROM CLASS

1. Michael L. Ragsdale

2. Peter Campbell

3. Robert W. Mullin

4. Steven Rautenberg

5. Pablo Lewin

6. Jeffrey R. Fingar