**SCHNADER HARRISON SEGAL & LEWIS LLP**
Lisa J. Rodriguez
Nicole M. Acchione
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1165
(856) 482-5222
*Co-counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al., *Plaintiffs,* v. AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, *Defendant.* | Civil Action No. 02-cv-2917 (JEI) |

### CLASS COUNSEL'S NOTICE OF MOTION
### FOR NAMED PLAINTIFF INCENTIVE AWARDS

TO:  Jay Cohen, Esq.
     Daniel J. Toal, Esq.
     Paul, Weiss, Rifkind, Wharton &
       Garrison LLP
     1285 Avenue of the Americas
     New York, NY 10019-6064

John C. Connell, Esq.
Archer & Greiner P.C.
One Centennial Square
Haddonfield, NJ 08033

PLEASE TAKE NOTICE that on May 27, 2014, as Ordered by the Honorable Joseph E. Irenas, Class Counsel shall move before the United States District Court, District of New Jersey, Mitchell H. Cohen U.S. Courthouse, One

John F. Gerry Plaza, Fourth and Cooper Streets, Camden, New Jersey, for an Order granting the proposed Named Plaintiff incentive awards.

In support of their motion, Class Counsel will rely upon the accompanying Memorandum of Law and Declaration of Lisa J. Rodriguez with attached Exhibits.

A proposed Order is filed herewith.

Oral argument is requested.

Respectfully submitted,

**SCHNADER HARRISON SEGAL & LEWIS LLP**

By: *s/ Lisa J. Rodriguez*
Lisa J. Rodriguez
Nicole M. Acchione
Woodland Falls Corporate Park
220 Lake Drive East Suite 200
Cherry Hill, NJ 08002-1165
(856) 482-5222

**GREEN JACOBSON, P.C.**
Allen P. Press
Joe Jacobson
7733 Forsyth Boulevard, Suite 700
Pierre Laclede Center
St. Louis, Missouri 63105
(314) 862-6800

Dated:  May 9, 2014