UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

<u>**CAMDEN**</u>                                                    <u>       May 27, 2014       </u>
**OFFICE**
                                                                    DATE OF PROCEEDINGS

**JOSEPH E. IRENAS, S.U.S.D.J.**
**COURT REPORTER:** Karen Friedlander
**OTHER(S):**

**TITLE OF CASE**:                                        **CV** 02-2917 (JEI)

BRADY, ET AL.

v.

AIR LINE PILOTS ASSOC.

**APPEARANCES:**
**Lisa Rodriguez, Nicole Acchione, Joseph Jacobson,** and **Allen Press, Esqs.,** for Plaintiffs
**Jay Cohen, James Borod, John Connell,** and **Kerri Chewning, Esqs.,** for Defendants.
**Thomas Hagner, Esq.**, for Cureton Caplan, P.C.

**NATURE OF PROCEEDING:** HEARING ON [602], [604], [605] MOTIONS FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT,[603] MOTION FOR ATTORNEYS' FEES, AND [600] MOTION TO INTERVENE

Ordered [602] motion granted as stated on the record.
Ordered [603] motion granted as stated on the record.
Ordered [600] motion granted in part and denied in part as stated on the record.

Recess 12:30p.m. - 1:50p.m.

Ordered [605] motion granted with amendments as stated on the record.
Ordered [604] motion taken under advisement.
Order to be submitted.

**Commenced: 10:00a.m.**
**Adjourned:   3:30p.m.**

**Total Time:  4:10**

**cc: Chambers**                                              <u>    Lawrence MacStravic    </u>
                                                                    **Deputy Clerk**