# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, <br><br> *Defendant*. | Civil Action No. 02-2917 (RMB) |

## ORDER APPROVING DISTRIBUTION OF THE REMAINDER OF THE SETTLEMENT FUNDS

**THIS MATTER** having come before the Court by way of Motion for a Final Order Permitting Distribution of the Remainder of the Settlement Fund in the above-entitled action, and the Court having considered the papers submitted by the parties, and for good cause shown;

**IT IS ON THIS** ___5th___ day of ___June___, 2017,

**ORDERED** that the Motion for a Final Order Permitting Distribution of the Remainder of the Settlement Fund is hereby **GRANTED**;

**FURTHER ORDERED** that a final distribution from the Settlement Fund Escrow Account which totaled $223.35 at the time the motion was filed shall be made to Legal Services of New Jersey.

*And further Ordered that the Clerk of the Court may close this case.*

_____
Honorable Renee M. Bumb, U.S.D.J.

PHDATA 6004751_1